IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI, | : |
| | :    CA No. |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | : |
| | : |
| Defendant. | : |

## STATEMENT PURSUANT TO LOCAL DISTRICT COURT CIVIL RULE 81.2

This matter was removed from Superior Court In and For New Castle County, State of Delaware on April 16, 2006. No pending motion requires judicial action at this time.

                                                            McCARTER & ENGLISH, LLP

                                      BY: _____/s/ Michael P. Kelly_____
                                            Michael P. Kelly, I.D. 2295
                                            Andrew S. Dupre, I.D. 4621
                                            919 N. Market Street
                                            Suite 1800
                                            Wilmington, DE 19899
                                            (302) 984-6300
                                            Attorneys for Defendant

DATED: April 18, 2006

ME1\5599667.1