IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI, | : |
| | :    CA No. |
|     Plaintiff, | : |
| | : |
| v. | : |
| | : |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | : |
| | : |
|     Defendant. | : |

**NOTICE TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL**

To:    Joseph J. Rhoades, Esquire
       A. Dale Bowers, Esquire
       1225 King St., 12th Flr.
       Wilmington, Delaware 19801
       302-427-9500
       Attorneys for Plaintiff

**PLEASE TAKE NOTICE** that a Notice of Removal of this action from the Superior Court of Delaware, New Castle County, to the United States District Court for the District of Delaware was duly filed on this 18th day of April, 2006, in the United States District Court for the District of Delaware.

                            McCARTER & ENGLISH, LLP

                            BY:    /s/ Michael P. Kelly
                                   Michael P. Kelly, I.D. 2295
                                   Andrew S. Dupre, I.D. 4621
                                   919 N. Market Street
                                   Suite 1800
                                   Wilmington, DE 19899
                                   (302) 984-6300
                                   Attorneys for Defendant

DATED: April 18, 2006

ME1\5599667.1