IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI, | : |
| | : CA No. |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | : |
| | : |
| Defendant. | : |

## CERTIFICATION OF SERVICE

Michael P. Kelly hereby certifies that:

1. I am attorney for Defendant Toll Bros., Inc.

2. On April 18, 2006, I caused to be delivered via hand delivery two copies of the Notice to Adverse Parties of Filing of Notice of Removal, Notice of Removal and Copies of All Process, Pleadings, and Orders in State Court to Joseph J. Rhoades and A. Dale Bowers, 1225 King Street, Suite 1200, Wilmington, Delaware 19801, attorneys for Plaintiff Robert Kempski.

McCARTER & ENGLISH, LLP

BY: /s/ Michael P. Kelly
Michael P. Kelly, I.D. 2295
Andrew S. Dupre, I.D. 4621
919 N. Market Street
Suite 1800
Wilmington, DE 19899
(302) 984-6300
Attorneys for Defendant

DATED: April 18, 2006

ME1\5599667.1