IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOLL BROS., INC., a corporation of ) <br> the Commonwealth of Pennsylvania, ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> TOLL BROS., INC., a corporation of ) <br> the Commonwealth of Pennsylvania, ) <br> ) <br> Third Party Plaintiff ) <br> ) <br> v. ) <br> ) <br> DELAWARE HEATING AND AIR ) <br> CONDITIONING SERVICES, INC., a corporation ) <br> of the State of Delaware, and ) <br> JD FRAMING CONTRACTORS, INC., a ) <br> corporation of the State of New Jersey, ) <br> ) <br> Third Party Defendants ) | C.A. No. 06-252 (KAJ) |

### **AFFIDAVIT OF MAILING**

Michael P. Kelly, being duly sworn, deposes and says:

1. I am an attorney admitted to practice before the Courts of the State of Delaware and I am counsel for Toll Bros., Inc., defendant and third-party plaintiff, herein.

2. Defendant JD Framing Contractors, Inc. is a non-resident of the State of Delaware, but is subject to the jurisdiction of this Court pursuant to 10 Del. C. § 3104.

MEI\5652047.1

3. On May 12, 2006, I caused to be mailed by registered mail, return receipt requested, a letter to defendant JD Framing Contractors, Inc., informing defendant that process had been served pursuant to 10 Del. C. § 3104 and that such service was effectual, to all intents and purposes as if it had been made on defendant personally, and enclosing a copy of the Third Party Summons and Third Party Complaint.

4. On May 16, 2006, the return receipt for JD Framing Contractors, Inc. was received by Michael P. Kelly, Esquire, as evidenced by the return receipt attached as Exhibit A.

_____
Michael P. Kelly (Del. Bar. ID #2295)


SWORN TO AND SUBSCRIBED before this 17th day of May, 2006.

_____
Francis J. Rogers
Notary Public

My Commission Expires:

May 17, 2007

FRANCIS J. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 17, 2007

2

ME1\5652047.1

# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>VD Framing Contractors, Inc.<br>200 Delores Drive<br>Cinnaminson, NJ<br>08077-3202 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  RA 906 786 545 US | |
| PS Form 3811, August 2001    Domestic Return Receipt | 102595-02-M-1540 |

ME1\5652047.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was served on the 18th day of May, 2006 via e-file on the following counsel of record:

    Joseph J. Rhoades, Esquire
    A. Dale Bower, Esquire
    1225 King St., 12th Floor
    Wilmington, DE 19801

    /s/ Michael P. Kelly
    ―――――――――――――――――
    Michael P. Kelly (DE Bar ID #2295)

ME1\5638752.1