IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI,           )<br>                              )<br>        Plaintiff,           )<br>                              )<br>  v.                          )     Civil Action No. 06-252-KAJ<br>                              )<br>TOLL BROS., INC., a corporation of the   )<br>Commonwealth of Pennsylvania, )<br>                              )<br>        Defendant.            ) | |

### ORDER

At Wilmington this **30th** day of **May, 2006**,

IT IS ORDERED that the Rule 16 scheduling teleconference presently set for **May 31, 2006 at 9:30 a.m.** is hereby rescheduled to **July 10, 2006 at 4:00 p.m.** Counsel for Plaintiff shall initiate the call.

If any party enters an appearance after the date of this order and before the teleconference set by this order, counsel for plaintiff shall notify said party of the teleconference and forward to that party a copy of these materials.

_____
UNITED STATES DISTRICT JUDGE