IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBERT P. KEMPSKI,                    )
                                      )
                    Plaintiff,        )
                                      )
        v.                            )        Civil Action No. 06-252-KAJ
                                      )
TOLL BROS., INC., a corporation of the )
Commonwealth of Pennsylvania,          )
                                      )
                    Defendant.        )

## ORDER

At Wilmington this **5th** day of **July, 2006**,

IT IS ORDERED that the Rule 16 scheduling teleconference presently set

for **July 10, 2006 at 4:00 p.m.** is hereby rescheduled to **July 10, 2006 at 3:30 p.m.** in

Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE