Michael P. Kelly

Managing Partner
302.984.6301
Fax 302.984.2493
mkelly@mccarter.com

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com

July 7, 2006



**McCARTER
ENGLISH**
ATTORNEYS AT LAW

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

Re: *Kempski v. Toll Bros., Inc.* C.A. No. 06-252

Dear Judge Jordan:

  Plaintiff's proposed Scheduling Order is acceptable to Defendant Toll Bros., Inc. with one exception. Plaintiff has proposed a time limit for depositions of three (3) hours. Plaintiff has also requested a five (5) day trial. Toll Bros., Inc. respectfully suggests that, if there are facts at issue sufficient to warrant five days of trial, then three hours is an unreasonably short limit for deposition testimony. Toll Bros., Inc. therefore requests that this limitation be removed and the remainder of Plaintiff's proposed Scheduling Order be adopted.

Respectfully,

*[signature]*

For: Michael P. Kelly

ME1\5734342.1

| **HARTFORD** | **STAMFORD** | **NEW YORK CITY** | **NEWARK** | **PHILADELPHIA** | **WILMINGTON** | **BALTIMORE** |
|---|---|---|---|---|---|---|
| 860.275.6700 | 203.324.1800 | 212.609.6800 | 973.622.4444 | 215.979.3800 | 302.984.6300 | 410.659.8500 |