IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-252 KAJ |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | ) ) ) ) | |
| Defendant. | ) ) | |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | ) ) ) ) | |
| Third Party Plaintiff | ) ) | |
| v. | ) ) | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, and JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, | ) ) ) ) ) ) | |
| Third Party Defendants | ) | |

### DEFENDANT/THIRD-PARTY PLAINTIFF TOLL BROS. INC'S ANSWER TO COUNTERCLAIM OF THIRD-PARTY DEFENDANT JD FRAMING CONTRACTORS, INC.

Defendant/Third-Party Plaintiff Toll Bros., Inc., by and through its undersigned attorneys and pursuant to Fed. R. Civ. P. 12, Answers the Counterclaim of Third-Party Defendant JD Framing Contractors, Inc. as follows:

1. Paragraph 1 of the Counterclaim states legal conclusions to which no response is required. To the extent the allegations in Paragraph 1 are deemed factual, they are denied.

1

2. Paragraph 2 of the Counterclaim states allegations against a different party for which Toll Bros., Inc. is not required to respond. To the extent the allegations in Paragraph 2 are deemed directed to Toll Bros., Inc., they are denied.

3. Paragraph 3 of the Counterclaim states legal conclusions to which no response is required. To the extent the allegations in Paragraph 3 are deemed factual, they are denied.

### AFFIRMATIVE DEFENSES

1. The Counterclaim fails to state a claim for which relief can be granted.

2. JD Framing Contractors, Inc. waived any right it might have had to seek indemnification and/or contribution from Toll Bros., Inc.

3. Toll Bros., Inc. committed no torts against the Plaintiff.

4. Toll Bros., Inc. did not control the premises at issue during the relevant time period.

McCARTER & ENGLISH, LLP

By: /s/ Michael P. Kelly
_____
Michael P. Kelly (DE Bar ID #2295)
Andrew S. Dupre (DE Bar ID #4621)
919 N. Market Street, St. 1800
Wilmington, DE 19801
(302) 984-6300

Attorneys for Defendant

Dated: July 24, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on the 25th day of July, 2006 on the following counsel of record in the matter indicated:

**VIA E-FILE**

> Joseph J. Rhoades, Esquire
> A. Dale Bower, Esquire
> 1225 King St., 12th Floor
> Wilmington, DE 19801
>
> Erica N. Finnegan, Esquire
> Cross & Simon, LLC
> 913 N. Market Street, 11th Floor
> P. O. Box 1380
> Wilmington, DE 19899-1380

**VIA FIRST CLASS MAIL**

> Delaware Heating & Air Conditioning, Inc.
> c/o Corporate Agents, Inc.
> 2711 Centerville Road, St. 400
> Wilmington, DE 19808

/s/ Michael P. Kelly
_____
Michael P. Kelly (DE Bar ID #2295)

ME1\5638752.1