IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT P. KEMPSKI,                           :
                                             :
            Plaintiff,                       :
                                             :
      v.                                     :       Civil Action No. 06-252-KAJ
                                             :
TOLL BROS., INC., a corporation of the       :
Commonwealth of Pennsylvania,                :
                                             :
            Defendant.                       :

## NOTICE OF SERVICE

Pursuant to Local Rule 5.4, the undersigned hereby certifies that plaintiff Robert P.

Kempski's Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1) were served as

noted below on August 16, 2006 upon the following:

Jonathan Parshall, Esquire              Kris Ann Campbell, Esquire
Murphy Spadaro & Landon                 GAB Robbins
1011 Centre Road, Suite 210             9 Campus Drive
Wilmington, DE 19805                    Parsippany, NJ 07054

Michael P. Kelly, Esquire               Jeff Scotland, Esquire
Andrew Dupre, Esquire                   Bob Phillips, Esquire
McCarter & English                      1528 Walnut Street, 22nd Floor
919 North Market Street, St. 1800       Philadelphia, PA 19102
P.O. Box 111
Wilmington, DE 19899

Erica N. Finnegan, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

Respectfully submitted,

LAW OFFICE OF JOSEPH J. RHOADES

By:___/s/ A. Dale Bowers_____
          Joseph J. Rhoades, Esquire (I.D. 2064)
          A. Dale Bowers, Esquire (I.D. 3932)
          1225 King Street, 12th Floor
          Wilmington, Delaware 19801
          302-427-9500 / (fax) 302-427-9509
          dale.bowers@rhoadeslegal.com

DATE: August 16, 2006      Attorneys for Plaintiff Robert P. Kempski