IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ROBERT P. KEMPSKI<br>   Plaintiff<br><br>   v.<br><br>TOLL BROS. INC, A Corporation of The Commonwealth Of Pennsylvania<br><br>   Defendant<br>_____<br>TOLL BROS. INC, A Corporation of The Commonwealth Of Pennsylvania<br><br>   Third Party Plaintiff<br>   v.<br><br>DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., A Corporation Of The State Of Delaware; JD FRAMING CONTRACTORS, INC., A Corporation Of The State Of New Jersey<br><br>   Third Party Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 06-252-KAJ |

## NOTICE OF SERVICE OF JD FRAMING CONTRACTORS, INC.'S INITIAL DISCLOSURES

PLEASE TAK NOTICE that the **Third-Party Defendant, JD Framing Contractors, Inc.'s Initial Disclosures** were served on August 17, 2006, upon the following counsel in the manner indicated:

| By Hand Delivery | By Hand Delivery | By US Mail |
|---|---|---|
| Joseph J. Rhoades, Esq.<br>Allen Dale Bowers, Esq.<br>Law Office of Joseph Rhoades<br>1225 King St., Ste 1200<br>Wilmington, DE 19801 | Michael P. Kelly, Esq.<br>McCarter & English, LLP<br>919 N. Market St., Ste 1800<br>Wilmington, DE 19801 | Jonathan L. Parshall, Esq.<br>Murphy Spadaro & Landon<br>1011 Centre Road, Ste 210<br>Wilmington, DE 19805 |

| | | |
|---|---|---|
| *Counsel for Plaintiff*<br>*Robert P. Kempski* | *Counsel for Defendant*<br>*and Third-Party Plaintiff*<br>*Toll Bros., Inc.* | *Counsel for Third-Party*<br>*Defendant Delaware*<br>*Heating & Air Conditioning*<br>*Services, Inc.* |

                                            CROSS & SIMON, LLC

                                            By:  /s/  Erica N. Finnegan
                                                Erica N. Finnegan (#3986)
                                                913 N. Market St., 11th Floor
                                                P.O. Box 1380
                                                Wilmington, DE 19899-1380
                                                (302) 777-4200 – phone
                                                (302) 777-4224 – facsimile
                                                efinnegan@crosslaw.com

                                          *Counsel to Third-Party Defendant*
                                          *J.D. Framing Contractors, Inc.*

Dated: August 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2006, I caused the **NOTICE OF SERVICE OF JD FRAMING CONTRACTORS, INC.'S INITIAL DISCLOSURES**, to be electronically filed with the Court via CM/ECF, which will electronically serve copies on the following counsel of record:

Joseph J. Rhoades, Esq.
Allen Dale Bowers, Esquire
Law Office of Joseph Rhoades
1225 King Street
Suite 1200
Wilmington, DE 19801

*Counsel for Plaintiff*
*Robert P. Kempski*

Michael P. Kelly, Esq.
McCarter & English, LLP
919 N. Market Street
Suite 1800
Wilmington, DE 19801

*Counsel for Defendant and Third-Party Plaintiff Toll Bros., Inc.*

I further certify that on August 17, 2006, I caused a copy to be served on the following party via first-class mail:

Jonathan L. Parshall, Esq.
Murphy Spadaro & Landon
1011 Centre Road, Ste 210
Wilmington, DE 19805

*Counsel for Third-Party Defendant*
*Delaware Heating & Air Conditioning Services, Inc.*

/s/   Erica N. Finnegan
Erica N. Finnegan (#3986)
CROSS & SIMON, LLC
913 N. Market St., 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
(302) 777-4200 – phone
(302) 777-4224 – facsimile
efinnegan@crosslaw.com

*Counsel to Third-Party Defendant*
*J.D. Framing Contractors, Inc.*