IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-252-KAJ |
| | : | |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | : : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

Pursuant to Local Rule 5.4, the undersigned hereby certifies that plaintiff Robert P. Kempski's Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1) were served by U.S. Mail on August 16, 2006 upon the following:

Jonathan Parshall, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

Kris Ann Campbell, Esquire
GAB Robbins
9 Campus Drive
Parsippany, NJ 07054

Michael P. Kelly, Esquire
Andrew Dupre, Esquire
McCarter & English
919 North Market Street, St. 1800
P.O. Box 111
Wilmington, DE 19899

Jeff Scotland, Esquire
Bob Phillips, Esquire
1528 Walnut Street, 22nd Floor
Philadelphia, PA 19102

Erica N. Finnegan, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

                                        Respectfully submitted,

                                        LAW OFFICE OF JOSEPH J. RHOADES

                                        By:___/s/ A. Dale Bowers_____
                                                  Joseph J. Rhoades, Esquire (I.D. 2064)
                                                  A. Dale Bowers, Esquire (I.D. 3932)
                                                  1225 King Street, 12th Floor
                                                  Wilmington, Delaware 19801
                                                  302-427-9500 / (fax) 302-427-9509
                                                  dale.bowers@rhoadeslegal.com
DATE: August 17, 2006                 Attorneys for Plaintiff Robert P. Kempski