## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Pennsylvania and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 8/21/06

_____
LAWRENCE M. KELLY, ESQUIRE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI<br>　　　　　Plaintiff<br><br>　　　　v.<br><br>TOLL BROS. INC, A Corporation of The Commonwealth Of Pennsylvania<br><br>　　　　　Defendant<br>----------------------------------------------------<br>TOLL BROS. INC, A Corporation of The Commonwealth Of Pennsylvania<br><br>　　　　Third Party Plaintiff<br>　　v.<br><br>DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., A Corporation Of The State Of Delaware; JD FRAMING CONTRACTORS, INC., A Corporation Of The State Of New Jersey<br><br>　　　　Third Party Defendants | C.A. No. 06-252-KAJ |

ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* of Lawrence M. Kelly to represent Third-Party Defendant JD Framing Contractors, Inc. is GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE
DATE:_____

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 22, 2006, I caused the **MOTION FOR ADMISSION PRO HAC VICE OF LAWRENCE M. KELLY**, to be electronically filed with the Court via CM/ECF, which will electronically serve copies on the following counsel of record:

Joseph J. Rhoades, Esq.
Allen Dale Bowers, Esquire
Law Office of Joseph Rhoades
1225 King Street
Suite 1200
Wilmington, DE 19801

*Counsel for Plaintiff*
*Robert P. Kempski*

Michael P. Kelly, Esq.
McCarter & English, LLP
919 N. Market Street
Suite 1800
Wilmington, DE 19801

*Counsel for Defendant and Third-Party*
*Plaintiff Toll Bros., Inc.*

I further certify that on August 22, 2006, I caused a copy to be served on the following party via first-class mail:

Jonathan L. Parshall, Esq.
Murphy Spadaro & Landon
1011 Centre Road, Ste 210
Wilmington, DE 19805

*Counsel for Third-Party Defendant*
*Delaware Heating & Air Conditioning*
*Services, Inc.*

/s/   Erica N. Finnegan
Erica N. Finnegan (#3986)
CROSS & SIMON, LLC
913 N. Market St., 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
(302) 777-4200 – phone
(302) 777-4224 – facsimile
efinnegan@crosslaw.com

*Counsel to Third-Party Defendant*
*J.D. Framing Contractors, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI<br>          Plaintiff<br>     v.<br><br>TOLL BROS. INC, A Corporation of The Commonwealth Of Pennsylvania<br><br>          Defendant<br>-------------------------------------------------<br>TOLL BROS. INC, A Corporation of The Commonwealth Of Pennsylvania<br><br>          Third Party Plaintiff<br>     v.<br><br>DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., A Corporation Of The State Of Delaware; JD FRAMING CONTRACTORS, INC., A Corporation Of The State Of New Jersey<br><br>          Third Party Defendants | C.A. NO. 06-252-KAJ |

### MOTION FOR ADMISSION PRO HAC VICE OF LAWRENCE M. KELLY

Pursuant to Local Rule 83.5 and the attached Certification, the undersigned counsel hereby moves the admission *pro hac vice* of Lawrence M. Kelly, Esquire, to represent Third-Party Defendant JD Framing Contractors, Inc. in this matter.

|  |  |
|---|---|
|  | CROSS & SIMON, LLC |
|  | By:  /s/ Erica N. Finnegan<br>Erica N. Finnegan (#3986)<br>913 N. Market St., 11th Floor<br>P.O. Box 1380<br>Wilmington, DE 19899-1380<br>(302) 777-4200 – phone<br>(302) 777-4224 – facsimile<br>efinnegan@crosslaw.com<br>*Attorneys for Third-Party Defendant* |
| Dated:  August 22, 2006 | *JD Framing Contractors, Inc.* |