IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI<br>　　　　Plaintiff | )<br>)<br>)<br>) | |
| v. | ) | C.A. NO. 06-252-KAJ |
| | ) | |
| TOLL BROS. INC, A Corporation of The<br>Commonwealth Of Pennsylvania | )<br>)<br>) | |
| 　　　　Defendant | )<br>) | |
| TOLL BROS. INC, A Corporation of The<br>Commonwealth Of Pennsylvania | )<br>)<br>) | |
| 　　　　Third Party Plaintiff | ) | |
| v. | )<br>) | |
| DELAWARE HEATING AND AIR<br>CONDITIONING SERVICES, INC., A<br>Corporation Of The State Of Delaware; JD<br>FRAMING CONTRACTORS, INC., A<br>Corporation Of The State Of New Jersey | )<br>)<br>)<br>)<br>)<br>) | |
| 　　　　Third Party Defendants | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the **Third-Party Defendant, JD Framing Contractors, Inc.'s** Request for Production of Documents Directed to Plaintiff; First Set of Interrogatories Directed to Plaintiff; Request for Production of Documents Directed to Toll Bros., Inc.; and First Set of Interrogatories Directed to Toll Bros., Inc. were served on Friday, August 18, 2006, upon the following counsel in the manner indicated:

| By Hand Delivery | By Hand Delivery | By US Mail |
|---|---|---|
| Joseph J. Rhoades, Esq.<br>Allen Dale Bowers, Esq.<br>Law Office of Joseph Rhoades<br>1225 King St., Ste 1200<br>Wilmington, DE 19801<br><br>*Counsel for Plaintiff*<br>*Robert P. Kempski* | Michael P. Kelly, Esq.<br>McCarter & English, LLP<br>919 N. Market St., Ste 1800<br>Wilmington, DE 19801<br><br>*Counsel for Defendant*<br>*and Third-Party Plaintiff*<br>*Toll Bros., Inc.* | Jonathan L. Parshall, Esq.<br>Murphy Spadaro & Landon<br>1011 Centre Road, Ste 210<br>Wilmington, DE 19805<br><br>*Counsel for Third-Party*<br>*Defendant Delaware*<br>*Heating & Air Conditioning*<br>*Services, Inc.* |

CROSS & SIMON, LLC

By: /s/  Erica N. Finnegan
    Erica N. Finnegan (#3986)
    913 N. Market St., 11th Floor
    P.O. Box 1380
    Wilmington, DE 19899-1380
    (302) 777-4200 – phone
    (302) 777-4224 – facsimile
    efinnegan@crosslaw.com

*Counsel to Third-Party Defendant*
*J.D. Framing Contractors, Inc.*

Dated: August 22, 2006

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 22, 2006, I caused the attached **NOTICE OF SERVICE**, to be electronically filed with the Court via CM/ECF, which will electronically serve copies on the following counsel of record:

| | |
|---|---|
| Joseph J. Rhoades, Esq.<br>Allen Dale Bowers, Esquire<br>Law Office of Joseph Rhoades<br>1225 King Street<br>Suite 1200<br>Wilmington, DE 19801<br><br>*Counsel for Plaintiff*<br>*Robert P. Kempski* | Michael P. Kelly, Esq.<br>McCarter & English, LLP<br>919 N. Market Street<br>Suite 1800<br>Wilmington, DE 19801<br><br>*Counsel for Defendant and Third-Party*<br>*Plaintiff Toll Bros., Inc.* |

   I further certify that on August 22, 2006, I caused a copy to be served on the following party via first-class mail:

Jonathan L. Parshall, Esq.
Murphy Spadaro & Landon
1011 Centre Road, Ste 210
Wilmington, DE 19805

*Counsel for Third-Party Defendant*
*Delaware Heating & Air Conditioning*
*Services, Inc.*

                     /s/ Erica N. Finnegan
                     Erica N. Finnegan (#3986)
                     CROSS & SIMON, LLC
                     913 N. Market St., 11th Floor
                     P.O. Box 1380
                     Wilmington, DE 19899-1380
                     (302) 777-4200 – phone
                     (302) 777-4224 – facsimile
                     efinnegan@crosslaw.com

                     *Counsel to Third-Party Defendant*
                     *J.D. Framing Contractors, Inc.*