IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI,<br><br>PLAINTIFF,<br><br>V.<br><br>TOLL BROS., INC., A CORPORATION OF<br>THE COMMONWEALTH OF PENNSYLVANIA,<br><br>DEFENDANT.<br><br>_____<br><br>TOLL BROS., INC., A CORPORATION OF<br>THE COMMONWEALTH OF PENNSYLVANIA,<br><br>THIRD PARTY PLAINTIFF,<br><br>V.<br><br>DELAWARE HEATING AND AIR<br>CONDITIONING SERVICES, INC., A CORPORATION<br>OF THE STATE OF DELAWARE, AND<br>JD FRAMING CONTRACTORS, INC., A<br>CORPORATION OF THE STATE OF NEW JERSEY,<br><br>THIRD PARTY DEFENDANTS. | C.A. NO. 06-252 (KAJ) |

**DEFENDANT TOLL BROS. INC'S INITIAL DISCLOSURES
PURSUANT TO Fed. R. Civ. P. 26(a)(1)**

Pursuant to Fed. R. Civ. P. 26(a)(1), Defendant and Third Party Plaintiff Toll Bros. Inc. makes the following initial disclosures:

1. <u>Name, Address, and Telephone Number of Individuals likely to have Discoverable Materials</u>

        A.    David Kelly
                  Project Manager – Toll Bros., Inc.
                  Represented by undersigned counsel

Mr. Kelly is a Project Manager of Toll Bros., Inc. who is presently responsible for the construction project at issue. Mr. Kelly can testify regarding the construction agreements with Delaware Heating & Air Conditioning, Inc. ("DHAC") and JD Framing Contractors, Inc. ("JD Framing"), specifically that the foregoing subcontractors were responsible for the work and safety of their own employees, such as Plaintiff, and that Toll Bros., Inc. is not responsible for those subcontractor employees.

        B.       Dan Giandonato
                  Construction Manager – Toll Brothers's Brandywine Hunt Project
                  Represented by undersigned counsel

Mr. Giandonato was the construction manager of the housing development at issue. Mr. Giandonato also completed the "Subcontractors Accident Investigation Report" for this incident.

2. <u>List of Relevant Documents, Data and Tangible Things</u>

Based on the information known and reasonably available, defendant identifies the following categories of documents, data compilations, and tangible things in the possession, custody, or control of defendant that are relevant to the disputed facts of this proceeding.

        A.       Pleadings, judicial submissions, discovery requests and responses, and other court related materials in this matter.

        B.       Construction contracts between Toll Bros. Inc. and DHAC and Toll Bros. Inc. and JD Framing regarding responsibility for work on the premises at issue.

        C.       A "Subcontractors Accident Investigation Report" related to this incident.

3. <u>Rule 26(c) Supplementation</u>

The disclosures made herein are based upon defendant's current understanding of the claims and defenses asserted and issues raised by the pleading with particularity. As these claims, defenses and issues are more fully developed during the progression of this case, additional persons with knowledge and/or additional relevant documentation may become known. Defendant will supplement or revise the disclosures herein in accordance with Rule 26(c).

4. <u>Damages</u>

The aforementioned construction contracts require JD Framing, or DHAC, or both to indemnify Toll Bros. Inc. for any damages for which it might be found liable to Plaintiff.

5. <u>Insurance Agreements</u>

        A.       Sirius America Insurance Co. CGL Policy C16550 - $1,000,000 per occurrence.

    B.    Penn National Insurance Co. CGL Policy AC90613137 - $1,000,000 per occurrence.

McCARTER & ENGLISH, LLP

/s/ Michael P. Kelly

---

Michael P. Kelly (Del. Bar #2295)
Andrew S. Dupre (Del. Bar #4621)
919 North Market Street
Suite 1800
P.O. Box 111
Wilmington, DE  19899
(302) 984-6300
Attorneys for Defendant

Dated:  August 23, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on this 23rd day of August, 2006 on the following counsel of record in the manner indicated:

### VIA E-FILE

    Joseph J. Rhoades, Esquire
    A. Dale Bower, Esquire
    1225 King St., 12th Floor
    Wilmington, DE 19801

    Erica N. Finnegan, Esquire
    Cross & Simon, LLC
    913 N. Market Street, 11th Floor
    P. O. Box 1380
    Wilmington, DE 19899-1380

### VIA HAND DELIVERY

    Jonathan L. Parshall, Esquire
    Murphy Spadaro & Landon
    1011 Centre Road, St. 210
    Wilmington, DE 19805

    /s/ Michael P. Kelly
    _____
    Michael P. Kelly (DE Bar ID #2295)