IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-252 KAJ |
| | ) | |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |
| | ) | |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | ) ) ) | |
| | ) | |
| Third Party Plaintiff, | ) ) | |
| | ) | |
| v. | ) ) | |
| | ) | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, and JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, | ) ) ) ) ) ) ) | |
| | ) | |
| Third Party Defendants. | ) | |

**NOTICE OF SERVICE**

I, Andrew S. Dupre, hereby certify that two true and correct copies of the Defendant Toll Bros., Inc.'s First Set of Interrogatories Directed to Plaintiffs were served on this 28th of August, 2006 on the following counsel of record via hand delivery:

> Joseph J. Rhoades, Esquire
> Law Office of Joseph J. Rhoades
> 1225 King Street, Suite 1200
> P.O. Box 874
> Wilmington, Delaware 19899-0874

                                                                 McCARTER & ENGLISH, LLP

                                 **BY:**    /S/ ANDREW S. DUPRE
                                                     Michael P. Kelly (DE Bar ID #2295)
                                                     Andrew S. Dupre (DE Bar ID #4621)
                                                     919 N. Market Street, Suite 1800
                                                     P.O. Box 111
                                                     Wilmington, DE  19899
                                                     (302) 984-6300
                                                     Attorneys for Defendant
                                                     Toll Bros., Inc.

Dated: August 28, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that two true and correct copies of the above and foregoing document was served on this 28th day of August, 2006 on the following counsel of record in the manner indicated:

**VIA HAND DELIVERY**

        Joseph J. Rhoades, Esquire
        A. Dale Bower, Esquire
        1225 King St., 12th Floor
        Wilmington, DE 19801

        /s/ANDREW S. DUPRE
        Michael P. Kelly (DE Bar ID #2295)
        Andrew S. Dupre (DE Bar ID #4621)
        919 N. Market Street, Suite 1800
        P. O. box 111
        Wilmington, DE 19899
        (302) 984-6300
        Attorneys for Defendant
        Toll Bros., Inc.

Dated: August 28, 2006

ME1\5812458.1