IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI,<br><br>    Plaintiff,<br><br>v.<br><br>TOLL BROS., INC., a corporation of<br>the Commonwealth of Pennsylvania,<br><br>    Defendant.<br><hr><br>TOLL BROS., INC., a corporation of<br>the Commonwealth of Pennsylvania,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>DELAWARE HEATING AND AIR<br>CONDITIONING SERVICES, INC., a corporation<br>of the State of Delaware, and<br>JD FRAMING CONTRACTORS, INC., a<br>corporation of the State of New Jersey,<br><br>    Third Party Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-252 KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

    I, Andrew S. Dupre, hereby certify that two true and correct copies of the Defendant Toll Bros., Inc.'s First Set of Requests for Production Directed to Plaintiff were served on this 28th day of August, 2006 on the following counsel of record via hand delivery:

        Joseph J. Rhoades, Esquire
        Law Office of Joseph J. Rhoades
        1225 King Street, Suite 1200
        P.O. Box 874
        Wilmington, Delaware 19899-0874

                                  **MCCARTER & ENGLISH, LLP**

**BY:**    /s/ ANDREW S. DUPRE
          Michael P. Kelly (DE Bar ID #2295)
          Andrew S. Dupre (DE Bar ID #4621)
          919 N. Market Street, Suite 1800
          P.O. Box 111
          Wilmington, DE 19899
          (302) 984-6300
          Attorneys for Defendant
          Toll Bros., Inc.

Dated: August 28, 2006

## CERTIFICATE OF SERVICE

I hereby certify that two true and correct copies of the above and foregoing document was served on this 28th day of August, 2006 on the following counsel of record in the manner indicated:

**VIA HAND DELIVERY**

        Joseph J. Rhoades, Esquire
        A. Dale Bower, Esquire
        1225 King St., 12th Floor
        Wilmington, DE 19801

/s/ANDREW S. DUPRE
Michael P. Kelly (DE Bar ID #2295)
Andrew S. Dupre (DE Bar ID #4621)
919 N. Market Street, Suite 1800
P. O. box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Defendant
Toll Bros., Inc.

Dated: August 28, 2006

MEI\5812458.1