IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOLL BROS., INC., a corporation of ) <br> the Commonwealth of Pennsylvania, ) <br> ) <br> Defendant. ) <br> _____) <br> ) <br> TOLL BROS., INC., a corporation of ) <br> the Commonwealth of Pennsylvania, ) <br> ) <br> Third Party Plaintiff ) <br> ) <br> v. ) <br> ) <br> DELAWARE HEATING AND AIR ) <br> CONDITIONING SERVICES, INC., a corporation ) <br> of the State of Delaware, and ) <br> JD FRAMING CONTRACTORS, INC., a ) <br> corporation of the State of New Jersey, ) <br> ) <br> Third Party Defendants ) | C.A. No. 06-252 KAJ |

## **NOTICE OF SERVICE**

I, Andrew S. Dupre, hereby certify that two true and correct copies of Defendant/Third Party Plaintiff Toll Bros., Inc.'s Response to JD Framing Contractors, Inc.'s First Set of Requests for Production were served on this 15th day of September, 2006, on the following counsel of record via hand delivery:

1

ME1\5758671.1

Joseph J. Rhoades, Esquire
Allen Dale Bowers, Esquire
Law Office of Joseph J. Rhoades
1225 King Street, St. 1200
P. O. Box 874
Wilmington, DE 19899

Jonathan L. Parshall, Esquire
Murphy Spadaro & Landon
1011 Centre Road, St. 210
Wilmington, DE 19805

Erica N. Finnegan, Esquire
Cross & Simon, LLC
913 N. Market St., 11th Floor
Wilmington, DE 19899

                                        **McCARTER & ENGLISH, LLP**

                                          /s/ Andrew S. Dupre
                              By:_____
                                    Michael P. Kelly (DE Bar ID #2295)
                                    Andrew S. Dupre (DE Bar ID #4621)
                                    919 N. Market Street, St. 1800
                                    Wilmington, DE 19801
                                    (302) 984-6300

                              Attorneys for Defendant/Third Party
                              Plaintiff, Toll Bros., Inc.

Dated: September 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2006 I caused a copy of the foregoing Notice of Service to be served electronically and by hand delivery on the following counsel of record:

Joseph J. Rhoades, Esquire
Allen Dale Bowers, Esquire
Law Office of Joseph J. Rhoades
1225 King Street, St. 1200
P. O. Box 874
Wilmington, DE 19899

Jonathan L. Parshall, Esquire
Murphy Spadaro & Landon
1011 Centre Road, St. 210
Wilmington, DE 19805

Erica N. Finnegan, Esquire
Cross & Simon, LLC
913 N. Market St., 11th Floor
Wilmington, DE 19899

/s/ Andrew S. Dupre
Andrew S. Dupre (DE Bar ID #4621)