IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-252-KAJ |
| | ) |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this **20th** day of **September, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute and scheduling has been scheduled for **October 12, 2006 at 4:30 p.m.** with the undersigned. **Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE