## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT KEMPSKI, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-252 KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| TOLL BROS., INC. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| TOLL BROS., INC. | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE HEATING AND AIR | ) | |
| CONDITIONING SERVICES, INC., and | ) | |
| JD FRAMING CONTRACTORS, INC. | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## ENTRY OF APPEARANCE

WITHOUT WAIVER of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

PLEASE ENTER THE APPEARANCE of Louis J. Rizzo, Jr., Esquire on behalf of Third-Party Defendant Delaware Heating and Air Conditioning Services, Inc.


**REGER RIZZO KAVULICH & DARNALL LLP**

    /s/Louis J. Rizzo, Jr., Esquire
Louis J. Rizzo, Jr., Esquire (DE ID# 3374)
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302)  652-3611
Attorney for Third-Party Defendant, Delaware
Heating and Air Conditioning

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROBERT KEMPSKI, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-252 KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| TOLL BROS., INC. | ) | |
| | ) | |
| Defendant. | ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | |
| | ) | |
| TOLL BROS., INC. | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE HEATING AND AIR | ) | |
| CONDITIONING SERVICES, INC., and | ) | |
| JD FRAMING CONTRACTORS, INC. | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify on this 26th day of September, 2006 that two true

and correct copies of the foregoing Entry of Appearance have been served by ECF/PACER

upon the following:

Joseph J. Rhoades, Esquire
1225 King Street, Suite 1200
P.O. Box 874
Wilmington, DE 19899-0874

Erica Finnegan, Esquire
Cross & Simon LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19899-1380

Michael Kelly, Esquire
McCarter & English
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

**REGER RIZZO KAVULICH & DARNALL LLP**

_____/s/Louis J. Rizzo, Jr., Esquire_____

Louis J. Rizzo, Jr., Esquire (DE ID# 3374)

1001 Jefferson Plaza, Suite 202

Wilmington, DE 19801

(302)   652-3611

**Attorney for Third-Party Defendant, Delaware Heating and Air Conditioning**