LAW OFFICES

# JOSEPH J. RHOADES

SUITE 1200
LEGAL ARTS BUILDING
1225 KING STREET
P.O. BOX 874
WILMINGTON, DELAWARE 19899-0874

Sender's Direct E-mail:
joe.rhoades@rhoadeslegal.com

JOSEPH J. RHOADES
A. DALE BOWERS

(302) 427-9500
FAX (302) 427-9509

October 5, 2006

**BY HAND**

The Honorable Kent A. Jordan
United States District Court
844 N. King Street.
Wilmington, DE  19801

RE:  Robert P. Kempski v. Toll Bros. Inc., et all
     C.A. No. 06-252-KAJ

Dear Judge Jordan:

In anticipation of our teleconference scheduled for Thursday, October 12, 2006, at 4:30 p.m., please allow this letter to serve as an update on the status of the case.

Since counsel last spoke with the Court, one of the defendants, Delaware Heating and Air Conditioning Services, Inc., experienced a delay in obtaining litigation counsel to represent its interests in this matter.  On September 26, 2006, Louis J. Rizzo, Jr., Esquire entered his appearance on its behalf.  For that reason, plaintiff has been unable to schedule any discovery depositions.  Furthermore, plaintiff has recently learned that another company, TBS Construction, Inc., needs to be added as a party.  To that end, the parties are circulating a Stipulation to Amend the Complaint to Add Additional Defendant(s) and to Re-Align the Parties.  For the foregoing reasons, the parties are requesting that the Scheduling Order be amended to provide everyone enough time to discharge their respective responsibilities.

I look forward to discussing these matters further with the Court at our upcoming teleconference.

Respectfully yours,

Joseph J. Rhoades

JJR/cm
cc:  Louis J. Rizzo, Jr., Esquire (Telecopy-652-3611)
     Erica N. Finnegan, Esquire (Telecopy-777-4224)
     Andrew S. Dupre, Esquire (Telecopy-984-6399)