IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI ) <br>     Plaintiff ) <br> ) <br>   v. ) <br> ) <br> TOLL BROS. INC, A Corporation of The ) <br> Commonwealth Of Pennsylvania ) <br> ) <br>     Defendant ) <br> _____ ) <br> TOLL BROS. INC, A Corporation of The ) <br> Commonwealth Of Pennsylvania ) <br> ) <br>     Third Party Plaintiff ) <br>   v. ) <br> ) <br> DELAWARE HEATING AND AIR ) <br> CONDITIONING SERVICES, INC., A ) <br> Corporation Of The State Of Delaware; JD ) <br> FRAMING CONTRACTORS, INC., A ) <br> Corporation Of The State Of New Jersey ) <br> ) <br>     Third Party Defendants ) | C.A. No. 06-252-KAJ |

**STIPULATION TO AMEND COMPLAINT TO ADD ADDITIONAL
DEFENDANT(S) AND TO RE-ALIGN PARTIES**

THE PARTIES HERETO, subject to the approval of the Court, stipulate and agree that Plaintiff may amend his complaint to assert direct claims against current third-party defendant, JD Framing Contractors, Inc. and to add a new defendant, TBS Construction, Inc., whose address is 3001 Route 130 South, Apt. #61-B, Delran, NJ 08075.

Plaintiff shall file his amended complaint within fifteen (15) days of the date this Stipulation is entered as an Order by the Court. The defendants shall then have twenty (20) days to respond to the amended complaint and assert any additional cross-claims, counter-claims or third-party claims. Notwithstanding the preceding sentence, TBS Construction, Inc. shall respond to the amended complaint within the time permitted under the Federal Rules of Civil Procedure following service of process on TBS Construction, Inc.

The claims asserted in the third-party complaint filed by defendant Toll Bros., Inc. shall be deemed, by virtue of this stipulation, as a cross-claim asserted by Toll Bros., Inc. against JD Construction, Inc. and remain as a third-party claim against Delaware Heating & Air Conditioning Services, Inc.

| **LAW OFFICE OF JOSEPH J. RHOADES** | **McCARTER & ENGLISH, LLP** |
|---|---|
| By: /s/ Jospeh J. Rhoades . | By: /s/ Andrew S. Dupre . |
| Joseph J. Rhoades (No. 2064) | Michael P. Kelly (No. 2295) |
| 1225 King Street, Suite 1200 | Andrew S. Dupre (No. 4621) |
| P.O. Box 874 | 919 N. Market St., Suite 1800 |
| Wilmington, DE 19899-0874 | P.O. Box 111 |
| (302) 427-9500 – phone | Wilmington, DE 19899-0111 |
| (302) 427-9509 – facsimile | (302) 984-6300 – phone |
| joe.rhoades@rhoadeslegal.com | (302) 984-6399 – facsimile |
| | mkelly@mccarter.com |
| | adupre@mccarter.com |
| *Attorneys for Plaintiff* | |
| Dated: October 10, 2006 | *Attorneys for Toll Bros. Inc.* |
| | Dated: October 10, 2006 |

| CROSS & SIMON, LLC | REGER RIZZO KAVULICH & DARNALL LLP |
|---|---|
| By: /s/ Erica N. Finnegan           .<br>   Erica N. Finnegan (No. 3986)<br>   913 N. Market St., 11th Floor<br>   P.O. Box 1380<br>   Wilmington, DE 19899-1380<br>   (302) 777-4200 – phone<br>   (302) 777-4224 – facsimile<br>   efinnegan@crosslaw.com | By: /s/ Louis J. Rizzo, Jr.           .<br>   Louis J. Rizzo, Jr. (No. 3374)<br>   1001 Jefferson Plaza, Suite 202<br>   Wilmington, De 19801<br>   (302) 652-3611 – phone<br>   (302) 652-3620 – facsimile<br>   lrizzo@rrkdlaw.com |
| *Attorneys for J.D. Framing Contractors, Inc.* | *Attorneys for Delaware Heating & Air Conditioning Services Inc.* |
| Dated: October 11, 2006 | Dated: October 10, 2006 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI<br><br>v.<br><br>TOLL BROS. INC, A CORPORATION OF THE COMMONWEALTH OF PENNSYLVANIA<br>_____<br><br>TOLL BROS. INC, A CORPORATION OF THE COMMONWEALTH OF PENNSYLVANIA<br><br>v.<br><br>DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., A CORPORATION OF THE STATE OF DELAWARE; JD FRAMING CONTRACTORS, INC., A CORPORATION OF THE STATE OF NEW JERSEY | C.A. No. 06-252-KAJ |

**ORDER TO AMEND COMPLAINT TO ADD ADDITIONAL
<u>DEFENDANT(S) AND TO RE-ALIGN PARTIES</u>**

The Court having considered the Stipulation to Amend Complaint to add additional defendant(s) and to re-align parties, and the Court finding good cause therefore, the Stipulation is hereby approved and it is ORDERED that:

1.     Plaintiff may amend his complaint to assert direct claims against the current third-party defendants, JD Framing Contractors, Inc. and Delaware Heating & Air Conditioning Services, Inc., and to add a new defendant, TBS Construction, Inc.

  2. Plaintiff shall file his amended complaint within fifteen (15) days of the date of this Order.

  3. The defendants shall then have twenty (20) days to respond to the amended complaint and to file any counterclaims or cross-claims they wish to assert.

  4. Notwithstanding the preceding sentence, TBS Construction, Inc. shall respond to the amended complaint within the time permitted under the Federal Rules of Civil Procedure following service of process on TBS Construction, Inc.

  5. The claims asserted in the third-party complaint filed by defendant Toll Bros., Inc. shall be deemed, by virtue of this stipulation, as cross-claims asserted by Toll Bros., Inc. against JD Construction, Inc. and Delaware Heating & Air Conditioning Services, Inc.

                _____
                United States District Court Judge

Dated: October _____, 2006.