IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI<br><br>v.<br><br>TOLL BROS. INC, A CORPORATION OF THE COMMONWEALTH OF PENNSYLVANIA<br><br>TOLL BROS. INC, A CORPORATION OF THE COMMONWEALTH OF PENNSYLVANIA<br><br>v.<br><br>DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., A CORPORATION OF THE STATE OF DELAWARE; JD FRAMING CONTRACTORS, INC.. A CORPORATION OF THE STATE OF NEW JERSEY | C.A. No. 06-252-KAJ |

## ORDER TO AMEND COMPLAINT TO ADD ADDITIONAL DEFENDANT(S) AND TO RE-ALIGN PARTIES

The Court having considered the Stipulation to Amend Complaint to add additional defendant(s) and to re-align parties, and the Court finding good cause therefore, the Stipulation is hereby approved and it is ORDERED that:

1. Plaintiff may amend his complaint to assert direct claims against the current third-party defendants, JD Framing Contractors, Inc. and Delaware Heating & Air Conditioning Services, Inc., and to add a new defendant, TBS Construction, Inc.

2.  Plaintiff shall file his amended complaint within fifteen (15) days of the date of this Order.

3.  The defendants shall then have twenty (20) days to respond to the amended complaint and to file any counterclaims or cross-claims they wish to assert.

4.  Notwithstanding the preceding sentence, TBS Construction, Inc. shall respond to the amended complaint within the time permitted under the Federal Rules of Civil Procedure following service of process on TBS Construction, Inc.

5.  The claims asserted in the third-party complaint filed by defendant Toll Bros., Inc. shall be deemed, by virtue of this stipulation, as cross-claims asserted by Toll Bros., Inc. against JD Construction, Inc. and Delaware Heating & Air Conditioning Services, Inc.

_____
United States District Court Judge

Dated: October __12__, 2006.