IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI<br>    Plaintiff | )<br>)<br>) |
| v. | ) C.A. NO. 06-252-KAJ |
| TOLL BROS. INC, A Corporation of The Commonwealth Of Pennsylvania<br><br>    Defendant | )<br>)<br>)<br>)<br>) |
| TOLL BROS. INC, A Corporation of The Commonwealth Of Pennsylvania<br><br>    Third Party Plaintiff<br>v. | )<br>)<br>)<br>)<br>) |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., A Corporation Of The State Of Delaware; JD FRAMING CONTRACTORS, INC., A Corporation Of The State Of New Jersey<br><br>    Third Party Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned has caused to be served upon defendant's counsel, a true and correct copy of Plaintiff's Answers to Defendant J.D. Framing's Interrogatories and Request for Production by E-File and U.S. Mail on October 4, 2006 to the following addresses:

Erica N. Finnegan, Esquire
Cross & Simon, LLC
P.O. Box 1380
Wilmington, DE 19899

Jonathan Parshall, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

Michael P. Kelly, Esquire
Andrew Dupre, Esquire
McCarter & English
919 North Market Street, St. 1800
P.O. Box 111
Wilmington, DE 19899

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 N. Jefferson Street, Suite 202
Wilmington, DE 19801

Jeff Sotland, Esquire
Bob Phillips, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers
1528 Walnut Street, 22nd Floor
Philadelphia, PA 19102

/s/ Joseph J. Rhoades
_____
Joseph J. Rhoades, Esquire (ID No. 2064)
A. Dale Bowers, Esquire (ID No. 3932)
1225 King St., 12th Flr.
P.O. Box 874
Wilmington, DE  19801
302-427-9500
Attorneys for Plaintiffs