IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| TOLL BROS., INC, a corporation of the | : | C.A. No.: 06-252-KAJ |
| Commonwealth of Pennsylvania, JD | : | |
| FRAMING CONTRACTORS, INC., a | : | |
| corporation of the State of New Jersey, | : | |
| TBS CONSTRUCTION, INC., a | : | |
| corporation of the State of New Jersey, | : | |
| | : | |
| TOLL BROS, INC., a corporation of the | : | |
| Commonwealth of Pennsylvania, | : | |
| | : | |
| Third Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE HEATING AND AIR | : | |
| CONDITIONING SERVICES, INC., a | : | |
| corporation of the State of Delaware, | : | |
| JD FRAMING CONTRACTORS, INC., a | : | |
| corporation of the State of New Jersey, | : | |
| | : | |
| Third Party Defendants. | : | |

## PRAECIPE

TO:   U. S. District Court for the District of Delaware
      Clerk's Office
      J. Caleb Boggs Federal Building
      844 North King Street
      Wilmington, DE 19801

PLEASE ISSUE SUMMONS to serve Amended, Complaint, Interrogatories and Request for Production upon defendant J.D. Framing Contractors, Inc. pursuant to 10 Del. C. §3104 by delivering copies to defendant's agent for service of process located at 200 Delores Drive, Cinnaminson, New Jersey 08077.

PLEASE ISSUE SUMMONS to serve Amended, Complaint, Interrogatories and Request for Production upon defendant TBS Construction, Inc., pursuant to 10 Del. C. §3104 by delivering copies to defendant's agent for service of process located at 3001 Route 130 South, Apt. #61-B, Delran, New Jersey 19801.

                                         Joseph J. Rhoades, Esquire (I.D. 2064)
                                         A. Dale Bowers, Esquire (I.D. 3932)
                                         1225 King Street, 12th Floor
                                         Wilmington, Delaware 19801
                                         302-427-9500
                                         Attorneys for Plaintiff(s)

DATE: 10/18/06