IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI, | : |
|         Plaintiff, | : |
| v. | :   Civil Action No. 06-252-KAJ |
| TOLL BROTHERS, INC., a corporation of the State of Delaware, | : |
|         Defendant. | : |

## ORDER

At Wilmington this **19th** day of **October, 2006**.

IT IS ORDERED that as a result of additional parties being added to this matter, the teleconference scheduled for Friday, October 20, 2006 at 9:30 a.m. with Magistrate Judge Thynge is canceled. Counsel for plaintiff shall advise when all parties have entered their appearance. At that time, the Court shall reschedule the teleconference.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                              /s/ Mary Pat Thynge
                                              UNITED STATES MAGISTRATE JUDGE