IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| TOLL BROS., INC, a corporation of the | : | C.A. No.: 06-252-KAJ |
| Commonwealth of Pennsylvania, JD | : | |
| FRAMING CONTRACTORS, INC., a | : | |
| corporation of the State of New Jersey, | : | |
| TBS CONSTRUCTION, INC., a | : | |
| corporation of the State of New Jersey, | : | |
| | : | |
| TOLL BROS, INC., a corporation of the | : | |
| Commonwealth of Pennsylvania, | : | |
| | : | |
| Third Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE HEATING AND AIR | : | |
| CONDITIONING SERVICES, INC., a | : | |
| corporation of the State of Delaware, | : | |
| JD FRAMING CONTRACTORS, INC., a | : | |
| corporation of the State of New Jersey, | : | |
| | : | |
| Third Party Defendants. | : | |

## ALIAS PRAECIPE

TO:  U. S. District Court for the District of Delaware
     Clerk's Office
     J. Caleb Boggs Federal Building
     844 North King Street
     Wilmington, DE 19801

PLEASE ISSUE ALIAS SUMMONS to serve Amended, Complaint, Interrogatories and Request for Production upon defendant J.D. Framing Contractors, Inc. pursuant to 10 Del. C. §3104 by delivering copies of the aforementioned documents to defendant's agent for Service of Process, the Secretary of State of the State of Delaware located at 401 Federal St., Townsend

Bldg., Suite 3, Dover, DE 19901 pursuant to 10 Del. C. § 3104. On information and belief, defendant J.D. Framing Contractors, Inc.'s registered office address is 200 Delores Drive, Cinnaminson, New Jersey 08077.

PLEASE ISSUE ALIAS SUMMONS to serve Amended, Complaint, Interrogatories and Request for Production upon defendant TBS Construction, Inc. pursuant to 10 Del. C. §3104 by delivering copies of the aforementioned documents to defendant's agent for Service of Process, the Secretary of State of the State of Delaware located at 401 Federal St., Townsend Bldg., Suite 3, Dover, DE 19901 pursuant to 10 Del. C. § 3104. On information and belief, defendant J.D. Framing Contractors, Inc.'s registered office address is 3001 Route 130 South, Apt. #61-B, Delran, New Jersey 19801.

Joseph J. Rhoades, Esquire (I.D. 2064)
A. Dale Bowers, Esquire (I.D. 3932)
1225 King Street, 12th Floor
Wilmington, Delaware 19801
302-427-9500
Attorneys for Plaintiff(s)

DATE: 10/25/06