# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ROBERT P. KEMPSKI<br><br>v.<br><br>TOLL BROS. INC, a corporation of the Commonwealth of Pennsylvania; JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey; and TBS CONSTRUCTION, INC., a corporation of the State of New Jersey.<br>_____<br><br>TOLL BROS. INC, a corporation of the Commonwealth of Pennsylvania,<br><br>v.<br><br>DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware; and JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey. | C.A. No. 06-252-KAJ |

## ANSWER OF JD FRAMING CONTRACTORS, INC.
## TO THE AMENDED COMPLAINT WITH CROSSCLAIMS

Defendant, JD Framing Contractors, Inc. ("JD Framing"), by and through its undersigned counsel, hereby responds to the Amended Complaint of Plaintiff as follows:

1.    Denied.  Answering Defendant, after reasonable investigation, presently lacks sufficient knowledge and/or information to admit or deny the allegations contained in the corresponding paragraph of the Plaintiff's Amended Complaint and strict proof thereof is demanded at the time of trial if material.

2.      Denied.  Answering Defendant, after reasonable investigation, presently lacks sufficient knowledge and/or information to admit or deny the allegations contained in the corresponding paragraph of the Plaintiff's Amended Complaint and strict proof thereof is demanded at the time of trial if material.  By way of further response, answering Defendant is unaware as to whether Toll Brothers, Inc. is a Delaware Corporation or a Pennsylvania Corporation based upon the refusal of counsel for Toll Brothers to appropriately answer discovery.

3.      Admitted.

4.      Admitted.

5.      Denied.  Answering Defendant is advised by counsel and therefore avers that the allegations contained in the corresponding paragraphs of Plaintiff's Complaint are automatically deemed denied as conclusions of law to which no responsive pleading is required.  Strict proof thereof is demanded at the time of trial, if material.  To the extent, however, that a responsive pleading is required, answering Defendant, after reasonable investigation, presently lacks sufficient knowledge and/or information to admit or deny the allegations contained in the corresponding paragraph of the Plaintiff's Complaint and strict proof thereof is demanded at the time of trial, if material.

6.      Denied as stated.  It is admitted only that Toll Brothers, Inc. contracted with Defendant, JD Framing to perform specific work at Brandywine Hunt pursuant to a written agreement, a copy of which is attached hereto as Exhibit A.

7.      Denied as stated.  It is admitted only that JD Framing subcontracted with Defendant TBS Construction, Inc. ("TBS") to perform certain construction work at

Brandywine Hunt pursuant to the terms of the contract a copy of which is attached hereto as Exhibit B.

8.    Denied.  Answering Defendant is advised by counsel and therefore avers that the allegations contained in the corresponding paragraphs of Plaintiff's Complaint are automatically deemed denied as conclusions of law to which no responsive pleading is required. Strict proof thereof is demanded at the time of trial, if material.

9.    Denied.  Answering Defendant is advised by counsel and therefore avers that the allegations contained in the corresponding paragraphs of Plaintiff's Complaint are automatically deemed denied as conclusions of law to which no responsive pleading is required. Strict proof thereof is demanded at the time of trial, if material.

10.    Denied.  Answering Defendant is advised by counsel and therefore avers that the allegations contained in the corresponding paragraphs of Plaintiff's Complaint are automatically deemed denied as conclusions of law to which no responsive pleading is required. Strict proof thereof is demanded at the time of trial, if material.

11.    Denied.  Answering Defendant is advised by counsel and therefore avers that the allegations contained in the corresponding paragraphs of Plaintiff's Complaint are automatically deemed denied as conclusions of law to which no responsive pleading is required. Strict proof thereof is demanded at the time of trial, if material.

12.    Denied.  Answering Defendant is advised by counsel and therefore avers that the allegations contained in the corresponding paragraphs of Plaintiff's Complaint are automatically deemed denied as conclusions of law to which no responsive pleading is required. Strict proof thereof is demanded at the time of trial, if material.

13.     Denied.  Answering Defendant is advised by counsel and therefore avers that the allegations contained in the corresponding paragraphs of Plaintiff's Complaint are automatically deemed denied as conclusions of law to which no responsive pleading is required. Strict proof thereof is demanded at the time of trial, if material.

14.     Denied.  Answering Defendant is advised by counsel and therefore avers that the allegations contained in the corresponding paragraphs of Plaintiff's Complaint are automatically deemed denied as conclusions of law to which no responsive pleading is required.  Strict proof thereof is demanded at the time of trial, if material.  To the extent, however, that a responsive pleading is required, answering Defendant denies that it was careless, reckless and/or negligent at any time material or relevant to the instant cause of action and strict proof thereof is demanded at trial, if material. Answering Defendant, after reasonable investigation, presently lacks sufficient knowledge and/or information to admit or deny the remaining allegations contained in the corresponding paragraph of the Plaintiff's Complaint and strict proof thereof is demanded at the time of trial, if material.

15.     Denied.  Answering Defendant is advised by counsel and therefore avers that the allegations contained in the corresponding paragraphs of Plaintiff's Complaint are automatically deemed denied as conclusions of law to which no responsive pleading is required.  Strict proof thereof is demanded at the time of trial, if material.  To the extent, however, that a responsive pleading is required, answering Defendant denies that it was careless, reckless and/or negligent at any time material or relevant to the instant cause of action and strict proof thereof is demanded at trial, if material. Answering Defendant, after reasonable investigation, presently lacks sufficient knowledge and/or

information to admit or deny the remaining allegations contained in the corresponding paragraph of the Plaintiff's Complaint and strict proof thereof is demanded at the time of trial, if material.

16.    Denied.  Answering Defendant is advised by counsel and therefore avers that the allegations contained in the corresponding paragraphs of Plaintiff's Complaint are automatically deemed denied as conclusions of law to which no responsive pleading is required.  Strict proof thereof is demanded at the time of trial, if material.  To the extent, however, that a responsive pleading is required, answering Defendant denies that it was careless, reckless and/or negligent at any time material or relevant to the instant cause of action and strict proof thereof is demanded at trial, if material. Answering Defendant, after reasonable investigation, presently lacks sufficient knowledge and/or information to admit or deny the remaining allegations contained in the corresponding paragraph of the Plaintiff's Complaint and strict proof thereof is demanded at the time of trial, if material.

17.    Denied.  Answering Defendant is advised by counsel and therefore avers that the allegations contained in the corresponding paragraphs of Plaintiff's Complaint are automatically deemed denied as conclusions of law to which no responsive pleading is required. Strict proof thereof is demanded at the time of trial, if material.

WHEREFORE, Answering Defendant respectfully requests this Honorable Court to find in its favor and against all other parties.

## AFFIRMATIVE DEFENSES

1.    Plaintiffs Complaint fails to set forth a legally cognizable cause of action.

2.    Plaintiff's claim is barred by his comparative negligence.

3.    Plaintiff's claim is barred by his failure to mitigate damages.

4.    Plaintiff's claim is barred or limited by assumption of the risk.

5.    Plaintiff's alleged injuries were proximately caused by circumstances, events or persons over whom Defendant had no control, no authority, nor neither right of control or authority.

6.    The injuries and damages claimed by Plaintiff resulted from an intervening or superseding cause, and any act or omission on the part of Defendant was not the proximate cause of such alleged injuries and/or damages.

7.    Defendant did not control the premises at issue during the relevant time period.

## CROSSCLAIMS

1.    There existed a contract for work between JB Framing Contractors, Inc. and TBS.  Pursuant to the Contract TBS was required to list JD Framing as an additional insured on its insurance policy.

2.    TBS has failed to obtain the necessary additional insured status for JD Framing and thus JD Framing suffered damages in this matter.

3.    JD Framing denies any liability to the Plaintiff in this action.  In the event there should be a judicial determination of liability against Answering Defendant, JD Framing, Answering Defendant is entitled to contribution and/or indemnification from Delaware Heating and Air Conditioning Services, Inc.., Toll Bros, Inc. and TBS.  JD Framing requests that there be a pro-rata determination of liability among defendants in accordance with Delaware Uniform Contribution Among Joint Tortfeasors Statute.

34.    Answering Defendant denies that it is liable to Plaintiff in any respect. However, in the event that it is found liable to Plaintiff, then Answering Defendant crossclaims against all Co-Defendants on the grounds that their negligence was the primary cause of injury and/or damages suffered by the Plaintiff and that Answering Defendant, if liable at all, is only secondarily liable.  Answering Defendant is therefore entitled to indemnification from all Co-Defendants.

35.    In the event that the Answering Defendant is held primarily liable to Plaintiff, then the alleged wrongful act of Co-Defendants are a contributing cause of these damages suffered by Plaintiff and Answering Defendant is entitled to indemnification in any amount which it may be required to pay the Plaintiff as a result of Co-Defendants'

negligence, based upon the relative degrees of fault determined pursuant to the provisions

of Delaware's Uniform Contribution Among Tortfeasors Law 10 Del. C. §6301 et. seq.

## <u>DENIAL OF ALL CROSSCLAIMS</u>

JD Framing denies all past, present, and future Crossclaims.

**WHEREFORE,** JD Framing hereby requests judgment in its favor and against

Toll Bros, Inc., Delaware Heating and Air Conditioning Services, Inc., and TBS

Construction, Inc. for all damages including attorney's fees, costs, and litigation

expenses, as well as any judgment rendered against it in the above matter.

JD Framing also demands judgment in its favor and against Plaintiff, together

with attorneys' fees and costs of this action or, in the alternative: (a) that any award to

Plaintiff be reduced in proportion of Plaintiff's own degree of negligence and/or (b) that

Co-Defendants be held liable to Answering Defendant for indemnification and/or

contribution and/or (c) that Toll Bros, Inc., Delaware Heating and Air Conditioning

Services, Inc., and TBS Construction, Inc. be held liable to JD Framing for full defense

and indemnification including all outstanding attorneys' fees and other professional fees

as incurred.

**CROSS & SIMON, LLC**

Of Counsel:

By: _/s/ Erica N. Finnegan_____.

Robert D. Phillips (*pro hac vice*)    Erica N. Finnegan (No. 3986)
Mintzer Sarowitz Zeris    913 N. Market St., 11th Floor
  Ledva & Meyers L.L.P.    P.O. Box 1380
1528 Walnut Street, 22nd Floor    Wilmington, DE 19899-1380
Philadelphia, PA 19102    (302) 777-4200 – phone
215.735.7200 - phone    (302) 777-4224 – facsimile
215.735.1714 – facsimile    efinnegan@crosslaw.com

Dated: November 7, 2006    *Attorneys for J.D. Framing Contractors, Inc.*

# Exhibit A

250 Gibraltar Road                                          Contract No:
Horsham, PA 19044                                           Community:  __Brandywine Hunt__

33545

# CONSTRUCTION AGREEMENT

This Construction Agreement ("Agreement") is between TOLL BROS., INC. ("Toll") and: __162883__
CONTRACTOR   __JD Framing Contractors Inc.__
ADDRESS:     __200 Delores Drive Cinnaminson, NJ 08077__
PHONE:       __(856) 786-8300__                    CONTACT:   __John Sousa__
FACSIMILIE:  __(856) 786- 7666__                   E-MAIL:

Contractor, representing that it is skillful and experienced in the craft __Rough Carpentry__
and holds all necessary licenses, agrees to furnish all labor, services, materials and equipment necessary to perform and complete
its obligations under the Agreement in a good and workmanlike and timely manner. The construction work ("Work") performed
will be in accordance with the specifications below, as prepared by Toll and any and all revisions, addendums, schedules, exhibits
and riders thereto; and general and special conditions issued in connection therewith. The Contractor agrees that the Work shall be
done subject to the final approval of Toll.

THE WORK: The Work shall consist of but not necessarily be limited to the following:

Reference Exhibit "A", page(s) 1 through __9__, Toll architectural plans, construction detail documents and detail documents for
specifications (collectively referred to as "Specifications").

PAYMENTS:
Toll shall pay Contractor for the performance of the Work the sum of $ __Varies__
Toll shall pay Contractor progress and final payments in accordance with the payment schedule below.

As a condition precedent to any payments, Contractor, if requested, shall submit a payment request form in a form determined by
Toll. The payment request form shall include release and certification by Contractor to Toll that no mechanics' liens or claims for
mechanics' liens have been or could have been filed or asserted against the Project in connection with the Work as of the date of
such submission. The final payment shall not be made until Contractor delivers to Toll a complete release of liens.
Reference Exhibit "B", page(s) 1 through __4__, for "Payment Schedule."
Reference Exhibit "C", page(s) 1 through ___ for "Additional Work Price List."

It is understood that the execution of this cover page binds the Contractor to all pages of Exhibits attached as referenced above and
contained herein.

**It is agreed between Toll and Contractor that the articles printed on Page Two are part of this Agreement.**

ARBITRATION:  Contractor hereby agrees that any and all disputes or disagreements arising in any way out of this Agreement or
the performance of the work, including but not limited to, the payment of invoices, accidents, indemnification of Toll by
Contractor, naming Toll as an Additional Insured, injuries, breach of contract, representations and/or omissions by Toll, on-site and
off-site conditions and all other torts and statutory causes of action ("Claims") shall be resolved by binding arbitration in
accordance with the rules and procedures of Construction Arbitration Services, Inc or its successor, or an equivalent organization
selected by Seller.  In addition, Contractor agrees that Contractor may not initiate any arbitration proceeding for any Claims unless
and until Contractor has first given Toll specific written notice of each claim (at 250 Gibraltar Rd., Horsham, PA 19044, Attn:
Contractor Dispute Resolution) and given Toll a reasonable opportunity to settle the dispute.

RECEIVED
APR 19 2005

Contractor warrants that the information supplied by Contractor in the Request for Bid is truthful and accurate.
In witness whereof, the parties hereto have executed this Agreement on the day and year written below.

CONTRACT LOADING

FED I.D. NO.: __59 - 3784129__

CONTRACTOR:
By:          __Jose A. de Sousa__
Print Name:  __Josea A. De Sousa__
Title:       __V. President__
Date:        __4/18/05__

TOLL BROS., INC.:
By:          __Kevin H. Grubb__
Print Name:  __Kevin H. Grubb__
Title:       __Project Manager__
Date:        __4/14/05__
Senior Manager Initials:

4/19/05

☐  Check if secondary contract so budget will not be loaded - For File Only.

TB 00001

No. 0800   P. 2                                  Mar. 13. 2006 11:45AM

**Article 1. TIME OF PERFORMANCE:** Time being of the essence hereunder, Contractor shall begin, prosecute and complete the Work in accordance with Toll's construction schedule. Contractor shall begin the Work when directed by Toll and shall perform and complete it during normal business hours unless directed otherwise by Toll. If Contractor shall be delayed in beginning, prosecuting or completing the Work by the act or omission of Toll, by damage caused by fire or other casualty for which Contractor is not responsible, or by strikes or lockouts, then the time for completion of the Work shall be extended for such period of time as the time lost by reason of the aforesaid causes. Such an extension of time shall be Contractor's sole and exclusive remedy for such delay. In no event shall Toll be liable for any costs, expenses or damages incurred or suffered by Contractor as a result of delays in the performance of the Work at the Project, whether or not such delays result in whole or in part from Toll or other contractors' negligence. If Contractor fails to keep abreast with the general progress of the Work, Contractor shall, if requested by Toll, cause its work force to perform overtime work, the cost of which shall be borne entirely by Contractor. Contractor agrees that Toll may, by two working days written notice mailed to Contractor at Contractor's last known residence or place of business, or notice delivered at such place, or to Contractor's foreman in charge of the Work, terminate this Agreement and take over the Work and prosecute the same to completion by contract or otherwise, and enter at any time and take possession of the Work, materials, tools, appliances and equipment needed to complete the Work, and make such payments as Toll deems necessary for the discharge of the whole or in part of the claims, liens or claims for liens, of any person in privity with Contractor on account of this Agreement; and Contractor agrees that the expense of such notice and of the completion of the Work, and the amount paid for the discharge or payment on account of claims, liens, or claims for liens, and the expense thereof, shall be deducted from the amount due or to become due to Contractor, and if more than the amount due, then Contractor shall be liable to Toll for the difference, and Toll may hold, sell or otherwise realize upon any material, machinery, tools or other equipment upon the premises on account of such difference in case Contractor shall fail or refuse to pay the same; all without prejudice to any other remedy Toll may have.

**Article 2. CHANGES IN THE WORK:** Toll may at any time, without notice to Contractor's surety, issue written change orders to Contractor requiring alterations or additions to or deletions from the Work. Contractor shall not alter, add to or delete from the Work except upon receipt of such orders. The amount to be allowed or deducted from the contract price for such alterations, additions or deletions shall be agreed upon by Toll and Contractor and, in the event they are unable to agree, shall be equivalent to Contractor's actual out-of-pocket cost of savings for such alterations or additions, plus 15% for overhead and profit; and for deletions shall be equivalent to Contractor's actual out-of-pocket cost of savings for such deletion, plus 15% for overhead.

**Article 3. INDEMNIFICATIONS:** The Contractor shall indemnify, defend and hold harmless Toll and all of its agents and employees from and against all claims, damages, losses and expenses including attorneys' fees in any way arising out of or resulting from the performance, existence or condition of the Work under the Contract Documents, whether or not such claim, damage, loss or expense is based in whole or in part upon any negligent act or omission of Toll. If Contractor's participation in the Work or upon any statutory duty or obligation. Contractor expressly acknowledging that the parties are contractually allocating these risks to Contractor and Contractor has procured and shall maintain for the term of this Agreement the insurance policies more fully set forth in Article 4 below for the purpose of providing a financial means to support this indemnification provision. In addition, in any and all claims against Toll or any of its agents or employees by any employee of the Contractor or anyone for whose acts Contractor may be liable, the indemnification obligation under this paragraph shall not be limited in any way by any limitations on the amount or type of damages, compensation or benefits payable by or for the Contractor under workers' compensation acts, disability benefit acts or other employee benefit acts.

In the event that any claim or demand arising out of or relating to the performance of the Work is asserted against Toll in any action, suit, or other proceeding, Toll shall within thirty (30) days of notice thereof, give notice thereof to Contractor. Upon receipt of such notice, Contractor, at its own cost and expense, shall indemnify and defend Toll against such action, suit or proceeding and take such steps as are necessary to prevent the entry of judgment or award against Toll and to satisfy such judgment or award if entered. Notwithstanding the foregoing, Toll shall be permitted to be represented by its own counsel should Toll so desire.

**Article 4. INSURANCE:** Before beginning the Work, Contractor shall procure and shall maintain for the term of this Agreement the following types of insurance from a company or companies with an A.M. Best rating of not less than B, VI:

A. **General Liability –**
    Type: Occurrence Basis
    Limits:
      Per occurrence              $1,000,000
      General Aggregate         $2,000,000
      Products/Completed
      Operations Aggregate     $1,000,000
    Special Provision:
      Additional Insured Endorsement
      (Endorsement CG 20 10 11/85 or its equivalent)

B. **Vehicle Liability –**
    Limits:
      Bodily Injury/Property
      Damage per occurrence     $1,000,000
    Special Provision:
      Coverage shall include owned, hired and non-owned vehicles. The insurance policies in Article 4A and 4B above shall name Toll Brothers, Inc., its subsidiaries and affiliates as "Additional Insured" parties for work performed by Contractor under the Construction Agreement and shall provide that the policy may not be cancelled or terminated without at least thirty (30) days prior written notice to Toll. Before beginning the Work, Contractor shall furnish Toll with an Endorsement to Insurance Policy, on Endorsement Form CG-20-10 11/85 or its equivalent, naming Toll as the "Additional Insured" party.

C. **Workers' Compensation –**
    Limits:                  Statutory

D. **Employer's Liability –**
    Limits:
      Each accident           $100,000
      Disease - Policy Limit     $500,000
      Disease - each employee   $100,000

Before beginning the Work, Contractor shall furnish Toll with a Certificate of Insurance, on an Acord form, certifying that coverage specified above is in effect.

**Article 5. MECHANICS AND/OR MATERIALMEN'S LIENS AND CLAIMS:** TO THE EXTENT PERMITTED BY APPLICABLE LAW, CONTRACTOR HEREBY EXPRESSLY WAIVES AND RELINQUISHES THE RIGHT TO HAVE, FILE OR MAINTAIN ANY MECHANICS AND/OR MATERIALMEN'S LIENS AND/OR MECHANICS AND/OR MATERIALMEN'S NOTICE OF INTENTION TO LIEN, AGAINST THE PROJECT, THE BUILDINGS THEREON OR THE GROUND APPURTENANT THERETO. Contractor agrees that if any mechanics lien or claim is filed against the Project, the buildings thereon, or the ground appurtenant thereto, for or on account of any work done or materials furnished to the Project by Contractor, its suppliers or contractors, Contractor shall take immediate steps to satisfy and remove from the record such mechanics and/or materialmen's lien or claim at Contractor's sole expense. In the event that the mechanics and/or materialmen's lien or claim is not satisfied or removed from the record within forty-eight (48) hours after notice to Contractor, Toll shall have the right to pay all sums necessary to secure the satisfaction or removal of such lien or claim and to deduct such sums from the amount then due or to become due Contractor. Contractor will reimburse Toll for all costs, damages and attorneys' fees resulting from the improper filing of mechanics and/or materialmen's liens and claims.

**Article 6. ADDITIONAL OBLIGATIONS OF CONTRACTOR:** Contractor shall (a) provide and supply, in the performance of the Work, a sufficiency of properly skilled and other workmen and an adequacy of materials, tools and equipment to prosecute vigorously the performance of the Work, (b) provide a foreman or superintendent to Toll to supervise the performance of the Work, which foreman or superintendent shall not be replaced without written permission of Toll, (c) dismiss any employee whom Toll deems incompetent, insubordinate or otherwise objectionable, (d) comply with all statutes, ordinances, rules and regulations of the federal, state and/or local governmental body or agency with jurisdiction over the Work and pay all applicable fees for licenses or permits required in connection with the performance of the Work, (e) abide by all safety rules and regulations established by Toll or promulgated by any governmental body or agent with jurisdiction over the Work, (f) cooperate fully with Toll and other contractors at the project site and carefully fit the Work to the work provided by

others, (g) permit entry onto platform and proper facilities for the inspection of the Work by Toll or its representative at court to the Project site, the place of the manufacture of materials, or at any other mutually convenient place, with the cost of such inspection or testing to be borne by Contractor and/or manufacturer, (h) employ in connection with performance of the Work only workmen of such labor affiliations as are satisfactory to Toll, (i) pay promptly all sums due for labor, services, materials, tools and equipment supplied in connection with the performance of the Work and, when required by Toll, submit to Toll satisfactory evidence of such payment, (j) be deducted that this subparagraph shall not create any right in any third party against Toll, (k) clean up and remove from the Project die all rubbish, debris and waste resulting from the performance of the Work. When permission is granted by Toll, all rubbish, debris and waste will be placed by Contractor in a central area designated by Toll's job superintendent, (l) pay all federal, state, municipal and local taxes of whatever nature now in force or hereinafter enacted arising out of or relating to the performance of the Work including, without limitation, all sales and use taxes and all taxes required pursuant to the Federal Social Security Act and the state unemployment compensation law. It being expressly understood that all such taxes are included in the contract price, (l) reimburse Toll for any loss incurred or damage suffered as a result of Contractor's delay in beginning, prosecuting or completing the Work, except for delay resulting from causes for which Contractor is entitled to extensions of time, (m) perform the Work entirely with its own employees and no transfer or assign all or any portions of this Agreement, the Work or the sum of money payable hereunder without prior written consent of Toll, (n) repair and replace at Contractor's expense all materials, tools, equipment or work damaged or lost as a result of floods, hail, wind, storm, lightning, acts of God, theft, fire or other casualty, (o) when required by Toll, submit to Contractor's expense shop drawings, samples, brochures, manuals and photographs of work or materials to be furnished to Contractor in connection with the performance of the Work, (p) warrant that all material not covered by manufacturer's guarantee less, and all workmanship shall be guaranteed for a period of not less than one year or as required in the latest revised warranty issued to Toll's homebuyers or which Contractor agrees will be made, (q) at Toll's option, warrant that defective work and materials shall be replaced at Contractor's expense. No substitution of materials shall be permitted without written authority of Toll, (s) unless otherwise specified, supply only all new materials and comply with the herein above referred joint and specifications. All materials and workmanship furnished are subject to inspection and test by the Architect, if any, an Toll at any and all times during manufacture or construction, (t) within twenty-four (24) hours after receiving written notice from Toll, remove from the Project all work or material determined by Toll to be defective, unsuitable or not as specified an make good all work damaged or destroyed as a result thereof.

**Article 7. DEFAULT:** In the event that Contractor shall file for bankruptcy or have filed against it a bankruptcy case, make general assignment for benefit of creditors, or become insolvent, or should Contractor default or neglect to supply a sufficient of properly skilled or other workmen or any adequacy of materials, tools and equipment, to prosecute vigorously the performance of the Work, or fail to make prompt payment for labor, services, materials, tools or equipment in connection with the performance of the Work, or otherwise be in default in the performance of any of its obligations hereunder, Toll, in writing and without limiting the right to (1) provide and pay for such labor, services, materials, tools an equipment or otherwise to cure Contractor's default hereunder and deduct the cost thereof from any payments due or b become due Contractor, and/or (2) terminate this Agreement and take possession of all materials, tools and equipment at th project for the purpose of completing the Work. In the case of such a termination, Contractor shall not be entitled to receive an further payments from Toll until the Work shall be wholly finished and accepted by Toll, at which time, if the unpaid balance the amount to be paid Contractor shall exceed the expense incurred by Toll in finishing the Work, such excess shall be paid t Contractor, but if such expense shall exceed the unpaid balance, Contractor shall pay the difference to Toll plus damage including attorneys' fees. The remedies provided for herein are not exclusive, and Toll may elect any other remedies availab under the law and this Agreement, jointly or severally.

**Article 8. OTHER ITEMS:** Contractor represents that prior to submitting its proposal, Contractor carefully examined all of tr contract documents; acquainted itself with the Project site and all other conditions relevant to the Work; and made a investigations essential to full understanding of the difficulties which might be encountered in performing the Work. Toll shall n be responsible for any loss or damage to the Work to be performed and furnished by Contractor, nor shall Toll be responsib for loss of or damage to materials, tools, equipment, appliances or other personal property owned, rented or used by Contrac or anyone employed by Contractor in the performance of the Work, however caused. It is advised that Contractor insure t Work against such casualty.

**Article 9. MISCELLANEOUS:** Payments made hereunder shall not be evidence of the proper performance of all or any part the Work or its acceptance by Toll. Contractor's acceptance of final payment hereunder shall constitute a complete release any and all existing or future claims or demands by Contractor against Toll arising out of or relating to this Agreement or t performance of the Work, including without limiting the generality of the foregoing, claims or demands based in whole or in p upon Toll's negligence.

It is expressly understood and agreed that the performance of the Work is dependent upon Toll's performance of other wo at the Project. Should Toll, for any reason in its sole discretion, decide not to proceed with other work at the Project and notify Contractor, this Agreement shall become null and void and Contractor's compensation hereunder shall be limited solely payment on a pro-rata basis for work actually completed.

Toll and Contractor and their heirs, executors, administrators, successors and assigns, shall be bound by and severally fu perform the covenants contained herein.

**Article 10. LIMITATION OF LIABILITY:** Toll shall not be liable to Contractor, its agents, servants, workmen or employees, any consequential damages arising from the breach of this Agreement and/or Toll's negligence, and Toll's sole liability, if any, for the payment of the contract sum set forth in this Agreement to be prorated if the Work is not yet completed). Contrac shall indemnify and hold Toll harmless from any and all liability in excess of the contract sum.

**Article 11. OPTION POLICY:** Contractor agrees not to sell options, install extras or to do work of any kind of description o new home which is part of the described work for a period of 120 days after the settlement or closing day for the home. Optio or extras which Toll refuses to sell may be sold and installed within the aforesaid 120 day period if Toll authorizes same writing prior to any proposal to the buyer or homeowner. Plumbing and electrical contractors may perform nonwarrar emergency work without prior written consent of Toll. Any work permitted pursuant to this Article must be performed so as n to interfere with Contractor's production responsibilities.

**Article 12. SAFETY PRECAUTIONS/EEO COMPLIANCE:** Contractor has agreed to comply with and has full knowledge of t latest revised Occupational Safety and Health Act (OSHA) and all related regulations and will work in accordance with t requirements therein contained regarding the safety precautions to be taken on all construction projects. All applicable sectic of the latest approved OSHA requirements and any and all amendments shall be observed in this project. Contractor agre that it will provide a "competent person," at least one defined under 29 C.F.R. §1926.30(b)(7), to provide for frequent a regular inspections of the job site, materials and equipment as part of Contractor's accident prevention program. If Contrac fails to provide such competent person, and/or such competent person fails to perform frequent and regular inspections, T may take any action to remedy the situation, including the remedies provided in Article 15 herein. In addition, Contractor sh comply with all other applicable laws, ordinances, codes, rules and regulations, including, without limitation, all applicable la rules and regulations relating to equal employment opportunity. Contractor agrees that it will not take any adverse employe action against its employees on the basis of race, color, religion, national origin, age, disability, or other protected categ established by applicable law.

**Article 13. NON-EXCLUSIVE; TERMINATION:** Contractor agrees that this is not an exclusive contract for the performance the Work and that Toll can assign all or any portion of the Work to another contractor at any time for any reason whatsoever addition, Contractor agrees that Toll shall have the right to terminate this Agreement, with or without cause, upon forty-ei (48) hours notice thereof to Contractor. In the event of such termination, Toll shall pay Contractor a pro-rata portion of t contract amount as set forth herein based upon the percentage of the Work completed up to the date of termination, as s amount is determined by Toll in its discretion. Upon such payment, this Agreement shall be terminated and Toll shall have further liability to Contractor.

**Article 14. SEVERABILITY:** To the extent that any provision of this Agreement may be declared unenforceable, such provis shall be deemed stricken as though never part of this Agreement; otherwise, every other provision hereof and this Agreem shall remain in full force and effect.

**Article 15. GOVERNING LAWS:** This Agreement shall be governed by the laws of Pennsylvania.

Contract No.: _____

Community: _Brandywine Hunt_

Contractor: _Pole A. Design_     Dated: 4/18/05

Toll: _Ryan H. Gill_     Dated: 4/14/05

TB 00002

## EXHIBIT "A"

## ROUGH CARPENTRY

Subcontractor understands that all construction performed under this contract shall be in accordance with all P.W.C. standards, Federal, State, and Local codes, O.S.H.A. safety regulations and be in accordance with Toll Bros., Inc. standard details located in the construction trailer, and also attached nailing schedule.

Subcontractor shall be responsible to supply contractor with current copies of all MSDS (Material Safety Data Sheets) applicable to the product(s), material(s), additives, etc. which will be used in the execution of this contract. Materials which qualify as hazardous materials must be properly labeled, must not be disposed of on Toll Bros., Inc. property, and shall be disposed of at subcontractor's sole expense in full compliance with all applicable federal, state, and local statutes, rules, and regulations, etc...

Subcontractor shall report to TBI construction manager any unsatisfactory conditions that may affect his finished product before he begins work. In the event this subcontractor puts "good work over bad work" this Subcontractor will be held equally responsible for the correction or repair. It is this subcontractor's responsibility to inspect his own work for both quality and completeness and to protect the materials and work of all other trades preceding him.

Subcontractor shall furnish all labor, material, equipment and supervision necessary to complete all work covered under this contract.

Subcontractor shall be responsible to perform all work in accordance with the latest revised construction drawings for each appropriate model.

This subcontractor shall take whatever steps necessary to protect carpet, vinyl, or hardwood flooring from dirt or damages, should it become necessary to enter the home after these materials have been installed.

Subcontractor shall be responsible to keep all community roadways clean. Any mud or debris deposited by subcontractor's employees or vehicles must be removed at subcontractor's expense.

If possible, Toll Bros., Inc. will supply power to within 250 feet of the job site. In the event that power is not supplied, the subcontractor shall supply a portable generator at the job site.

All service work shall be completed within fourteen (14) days of request by Toll Bros., Inc. This subcontractor's personnel shall be instructed by subcontractor to treat all homeowners and their property with the utmost courtesy and respect. Subcontractor's personnel must also be instructed to refrain from derogatory or sarcastic remarks concerning work performed by other trades or by Toll Bros., Inc. Subcontractor or their employees shall not contact Toll Brothers' homebuyers without the express written consent of the Project Manager.

The subcontractor shall be responsible for and agrees to provide on a routine and periodic basis, in-depth safety training for subcontractor's employees to fully cover all aspects related to the type of work the particular tradesman/laborer is performing for Toll Brothers. Such training shall be in accordance and compliance with federal, state, local and OSHA safety directives and regulations.

Subcontractor shall send _enough_ personnel to the job site to complete rough framing in _21_ days. Supervision must include a professional representative who looks and acts like a qualified tradesman and who can communicate clearly.

Subcontractor shall install all windows, doors and skylights as per manufacturer's recommendations.

Subcontractor shall install material deemed good and usable by Toll Bros., Inc. inspections. Replacements shall be at subcontractor expense.

Subcontractor shall punch out house previous to Toll Bros., Inc. Construction manager or framing inspection.

TB 00003

## EXHIBIT "A"

## ROUGH CARPENTRY

SCOPE OF WORK:

\* On Multi Unit product lines, no exterior penetrations are to be made within 5 feet of any party wall.

**Subcontractor shall supply and install the following:**

Nails

"C" series aluminum or galvanized roof clips.

Fasteners

Pan flashing at side and rear door thresholds

Joist Hangers; Approved construction connector hardware: Simpson Strong-Tie or equal.

Approved construction adhesive: The only approved construction adhesives are the following non-staining products: **Pratt & Lambert** - Miracle SFA66; **W. W. Henry** - #617 Adhesive; **TACC** - #RL1168; **Surebond** - #PS800; **Franklin – Tite Bond all weather subfloor adhesive.**

Approved construction connector hardware: Simpson Strong-Tie or equal.

Foam type sill seal (Fiberglass is unacceptable)

Note: All nails, screws, collated nails (pneumatic nail guns), fasteners and connectors that come in contact with any pressure treated lumber must be post hot-dip galvanized (HDG>G90), stainless steel (type 304 or 316) or triple zinc coated (G185 electroplated) as per the treated wood supplier's recommendations. However, under no circumstance shall stainless steel nails, bolts, screws or fasteners be used in conjunction with any galvanized connectors or other fasteners. All Simpson Strong-Tie triple zinc coated connectors must have a "Z" stamped into the connector at the end of the part number and the words "Z Max" imprinted on a white label which is affixed to the inside of the bottom of the connector.

**Subcontractor shall install the following supplied by Toll Bros., Inc.:**

White "Z" flashing at the panel and door intersection below Palladian window

Prefabricated sill pan at all exterior doors.

Permanent truss bracing

Wood shims

Approved metal T-channel wind bracing (when required)

Pre-fabricated stairs

Windows and exterior doors (including operating hardware on casement windows)

TB 00004

G.C. #4304, 4305, 4307

**EFFECTIVE DATE: 04-01-05**

## EXHIBIT "A"

## ROUGH CARPENTRY

Installer is to write their company name on the inside of the window jamb around the AAMA label.

Diagonal Wood or Metal Bridging

Framing material for fabrication of roof crickets

Adjustable Metal Turnbuckles to support bay windows - 2 per window

Cornice Work

Basement Bracing (where applicable)

Firestops (where required)

Pent Roofs

One half (1/2") inch continuous bead of solvent-free non-silicone caulk/sealant is required in the interior side of the nail fin.

Exterior Millwork

_Subcontractor_ **shall supply the following which will be installed by the subcontractor:**

Felt paper behind all window and door millwork, and behind ladder framing at frieze board on brick and stone facades.

_O Rourke (#2)_ , municipality approved adjustable steel columns, with manufacturer's label attached, rated for a minimum of 20,000 lbs. for basements, and rated at a minimum of 12,500 lbs. for garages. Main basement beams are to be _Steel (#3)_ and are to be installed by _Subcontractor (#4)_ . All steel beams must bear a minimum of 3". Wood beams must bear a minimum of 3 ½" or as plans dictate.

If this subcontractor is responsible for installing basement or garage lally columns, this subcontractor shall make sure that the columns rest directly on top of pier footings, not slabs. If this is not possible, subcontractor shall immediately notify Toll Bros., Inc. construction manager.

All splices in wood beams shall always occur directly above a support column.

All beams are to be permanently fastened to support columns.

---

(#2)   State manufacturer of adjustable steel columns. Adjustable steel columns shall be used exclusively - except where municipalities will not allow.
(#3)   wood, steel
(#4)   Subcontractor, Steel supplier

TB 00005

Project:

C.C. #4304, 4305, 4307

**EFFECTIVE DATE: 04-01-05**

### EXHIBIT "A"

### ROUGH CARPENTRY

<u>WORKMANSHIP:</u>

Subcontractor shall install galvanized nails and countersink all nails installed in exterior millwork materials, including but not limited to: sunbursts, pediments, panels, rakes, cornice work, door frames, etc.

Subcontractor shall glue and nail plywood sub-flooring to floor joists, with better side face up, mill labels down. All plywood sub-flooring shall be completely face nailed before glue dries. All roof sheathing shall be installed rough side up with <u>mill labels down</u>.

Subcontractor shall install a pressure-treated 2 x 12 kickplate under the door sill on rear and side exterior doors.

Subcontractor shall fabricate wood step from house to garage from pressure-treated lumber supplied by Toll Bros., Inc.

ALL FLOOR SHEATHING SHALL BE GLUED AND SPACED AS FOLLOWS:

Spread only enough glue to lay one or two sheets at a time or follow specific recommendations of glue manufacturer. Wipe any mud, dirt or water from joists before gluing.

Lay first panel with tongue side to wall and nail in place.

Apply a continuous line of glue (about 1/4 inch diameter) to framing members. Apply glue in a serpentine pattern on wide areas.

Apply two lines of glue on joists where panel ends butt to assure proper gluing of each end.

After first row of subflooring is in place, spread glue in groove of one or two sheets at a time before laying next row. Glue line may be continuous or spaced, but avoid squeeze-out by applying a thinner line (1/8 inch) than on joists.

Tap second-row panels into place, using a block to protect groove edges.

Stagger end joints in each succeeding row, leaving 1/8 inch between all end joints and 1/8 inch at all edges, including T&G. (Use a spacer tool to assure accurate and consistent spacing.)

Complete all nailing of each panel before glue sets. Check the manufacturer's recommendations for allowable time. (Warm weather accelerates glue setting.)

Subcontractor shall be responsible for insuring that any interior chase that requires insulation above, and that will not have the ceiling drywalled, be capped with sheathing.

Subcontractor shall verify fireplace hearth dimensions (width and depth) previous to framing.

Subcontractor shall install solid bridging where 5'0"steel/fiberglass tub front edge falls parallel with floor joist. Solid bridging shall be perpendicular to floor joist at three locations.

TB 00006

Subcontractor shall install cross-blocking underneath parallel walls which fall between floor joists.

Subcontractor shall be responsible to install solid blocking at all point load locations indicated on Architectural Plans or as identified by Construction Manager. Unless otherwise noted, blocking shall be equal to the depth and type material of the floor system. Subcontractors shall check on each side of bearing wall openings, ends and intermediate support of beams, roof girders and trusses and if any of these locations do not fall exactly on top of a floor joist, beam or foundation, blocking will be installed by Subcontractor. When a platform tub is specified, subcontractor shall install 6" high x 11 1/4" deep step as per detail on sheet A-6 of construction drawings.

Project:
C.C. #4304, 4305, 4307
**EFFECTIVE DATE: 04-01-05**

## EXHIBIT "A"

## ROUGH CARPENTRY

Subcontractor shall be responsible to hang all exterior doors as per plans. Subcontractor shall be required to notify Toll Bros., Inc. Construction manager of any incorrect door swings at time of discovery.

If door shall require reinstallation, subcontractor shall do it at no additional cost if it was deemed subcontractor was at error by Toll Bros., Inc. Construction manager/Project Manager.

Diagonal wood bridging shall be installed with two nails, top and bottom. All bridging shall be nailed complete (top and bottom) within one (1) week of completion of rough carpentry work. Bridging must be installed so that it does not touch subfloor and does not touch adjoining pieces of bridging.

Subcontractor shall patch all holes in exterior sheathing before siding is applied at no additional cost to Toll Bros., Inc.

Nails must be 11 gauge, 1 1/4" galvanized roof nails. Staples must be 16 gauge, 7/16" crown, 1 1/4" leg.

NAILING SCHEDULE

| | NAIL SIZE | EDGES | INTERMED. |
|---|---|---|---|
| 3/4" T & G glued Sturdifloor | 6d(1) | 12" | 12" |
| 7/16" OSB roof sheathing | 6d | 6" | 12" |
| 7/16" OSB wall sheathing | 6d | 6" | 12" |
| 1/2" CDX roof sheathing | 6d | 6" | 12" |
| 1/2" CDX wall sheathing | 6d | 6" | 12" |

(1) Ring or screw shank nail

Subcontractor shall not install any Thermoply sheathing over first or second floor band boards or over garage door headers.

All exterior doors and windows shall be installed in accordance with the manufacturer's recommended installation procedures. Exterior doors require 20 mil (.020") Nervastral or aluminum pan flashing and three continuous beads of construction adhesive at the bottom corners and beneath the sill. All exterior doors shall be installed in the pre-fabricated sill pans supplied by Toll Bros., Inc. and flashed with 20 mil (.020") Nervastral or aluminum flashing. All aluminum door and window flashing that comes in direct contact with any pressure treated lumber (i.e. daylight basement windows & doors, exterior basement entrance doors, etc.) must be PVC coated w/the coated side facing towards the pressure treated materials. Windows require approx. ¼" spacing between header & top of window.

All usable lumber shall be neatly stacked in one place. Subcontractor shall pile all scraps in front of the house, mini-mum 20' from house. In communities with T.B.I. recycling areas, all applicable recyclable materials shall be transported to the recycling center and deposited in the proper dumpster. Otherwise, all debris caused under this contract shall be removed by sub-contractor. If not, subcontractor shall be backcharged at a rate of 1 1/2 times the cost of removal.

Subcontractor shall broom clean unit prior to mechanical trades, including basement.

Subcontractor shall be responsible for repairing or replacing up to 50 studs and replacing delaminated plywood in living unit at no additional cost to Toll Bros., Inc. When plywood subfloor is replaced, all butt edge seams must rest on solid blocking and be screwed and glued in place.

TB 00007

Subcontractor shall install OSB on the cold side of attic exposed walk-in closet walls, OSB shall be installed on attic sidewall framing members.

Subcontractor shall fabricate Whirlpool Tub covers from materials supplied by TBI. Covers shall be designed to be portable and to protect Whirlpool Tubs during construction.

C.C. #4304, 4305, 4307
**EFFECTIVE DATE: 04-01-05**

## EXHIBIT "A"

## ROUGH CARPENTRY

Subcontractor shall also install solid floor joist blocking in unheated room areas in such a manner as to prevent under floor air infiltration into heated room areas.

When roof trusses or roof rafters are spaced greater than 16" on center it is necessary to use clips with the roof sheathing. Roof sheathing is only approved up to 16" on center without clips. Spacing shall be as follows: Butt ends 1/8" spacing and sides 1/16" spacing.

Where ridge venting is specified, roof sheathing shall be left open 2" for roof truss and 3" to conventional framing with a ridge pole.

Subcontractor shall be responsible for aligning or heading out all framing members to accommodate heating, plumbing and electric.

Subcontractor shall install CAT blocking on all Provincial models where shutters will be installed.

On houses with copper bay roofs, subcontractor shall be responsible to install drywall screws through the subhead of bay window into bottom of copper roof.

Subcontractor shall install PVC coated aluminum or 20 mil (.020") Nervastral flashing at all locations where a concrete porch slab contacts a framed wall. Flashing shall extend at least 6" above and 3" below band joist. All required flashing that comes in direct contact with any pressure treated lumber (i.e. deck/porch ledger boards, sill plates, etc.) must be PVC coated aluminum with the coated side facing towards the pressure treated material.

On houses which do not receive aluminum wrapped trim, rake boards must be packed out with 3/4" strips of subfloor material (from waste) to create a pocket to receive siding.

VERTICAL CEDAR SIDING:

For all models which receive vertical cedar siding subcontractor shall be responsible for installing horizontal cross blocking between studs spaced not more than 32" o.c. vertically.

Subcontractor shall install nailers for horizontal or vertical cedar siding as required and as directed by Toll Bros., Inc. Construction manager.

PANEL INSTALLATION:

Subcontractor shall install fasteners spaced 16" vertically o.c. where panels abut.

Panels shall be secured through the bottom plate at each stud bay.

Subcontractor shall notify Toll Bros., Inc. Construction manager of any discrepancies in window and/or door openings, prior to installation of panel.

Subcontractor shall be responsible for a reasonable amount of panel and truss modifications and/or repairs. Subcontractor shall mark up a set of panel prints reflecting any required modifications.

Subcontractors shall install all top plates in such a manner to allow equal spacing at panel abutments.

Subcontractor shall properly lap double top plates to tie interior walls together.

TB 00008

C.C. #4304, 4305, 4307
**EFFECTIVE DATE: 04-01-05**

## EXHIBIT "A"

## ROUGH CARPENTRY

### ROOF TRUSS INSTALLATION:

For interior partitions within the center third of the bottom chord, 2 x 6 nailers will be installed for drywall at all truss bays perpendicular to interior partitions. The truss will be nailed "down" with one nail through the 2 x 4 bottom chord into the top plate, and left sticking out 3/4". Bottom chords that bear on exterior walls shall be nailed fast with 3 - 12P common nails at the end third of each truss. Roof trusses shall be diagonally racked and braced as per shop drawings.

Trusses shall be temporarily braced to prevent wind damage during assembly. Trusses will be permanently braced with 2 x 4's as required per the engineered truss drawing bracing requirements for each individual truss. NOTE: "green stickers" on trusses are a reminder to brace trusses and should not be construed as the only location a brace is required. H2.5A or equal ties must be installed by subcontractor per manufacturer specifications to meet the current code.

Subcontractor _____shall (#1)_____ Supply H2.5A or equal hurricane ties.

### INSTALLATION OF TUDOR BOARDS (Cost Code 4307):

Subcontractor shall install tudor boards as per plans.

Subcontractor shall supply and install galvanized 12d common nails.

Subcontractor shall not install any tudor boards not primed.

Subcontractor shall install tudor boards after stucco scratch coat, or as directed by Toll Bros., Inc. Construction manager.

### INSTALLATION OF STUCCO BAND BOARDS AND/OR ARCHES:

When wood bands/arches are installed on stucco homes, subcontractor will affix bands/arches with galvanized 12d common nails.

### INSTALLATION OF JSI "I" JOISTS

#### I-Joist

1.  SPACING: As designated by Architectural Plan.

2.  NAILING: All I-Joist shall be nailed to bearing plate with 2-3-1/2" nails toe nailed per end, a minimum of 1-1/2" from end.

3.  BEARING: All I-Joist shall bear on the sill plate a minimum of 1-1/2". All split joist shall bear a minimum 1-1/2" on the center bearing. All continuous span I-Joist bear a minimum of 2" on the bearing wall. Joist ends shall not extend past any bearing point more than 1 foot.

4.  DAMAGE: I-Joists shall not have damage to the cords including:

    a.  Cutting
    b.  Notching
    c.  Drilling
    d.  Nail split that continues to the edge

TB 00009

(#1)   Shall/Shall Not

Project: _____
C.C. #4304, 4305, 4307
**EFFECTIVE DATE: 04-01-05**

## EXHIBIT "A"

## ROUGH CARPENTRY

I-Joist shall not have damage to the web that exceeds the allowable guidelines of the hole cutting guide or tears continuing to the chord.

### RIMBOARD:

1. <u>BEARING</u>:  All rimboard must bear entirely on the sill plate.

2. <u>NAILING</u>:  Rimboard must be nailed to the sill plate every 12" with 3" (10d) nails.

3. <u>CLEARANCE</u>:  Rimboard shall not overhang foundation so a minimum of 1" from brick veneer is maintained with OSB sheathing only, Rimboard shall be held back 7/16" so sheathing covers Rimboard.

### DECKING:

1. Deck material should bear continuously on the top chord of I-Joist.

### HANGERS:

1. Install hangers as specified by Architectural Plans (Top mount or face mount).

2. Hangers shall be blocked as required to prevent twisting of the I-joist.  If a 1/4" gap or more exists between top of hanger and I-Joist blocking should be used.

3. Hangers must be blocked to insure proper fastening when intersecting a perpendicular I-Joist.

4. All nail holes must be used.

### BLOCKING:

1. 2x4 lateral blocking is required 24" o.c. under non-load bearing interior walls which are between I-Joist.

### SQUASH BLOCKING:

1. Squash blocks are required only at exterior bearing walls when the rimboard does not have adequate strength.  Refer to Architectural Drawings for proper locations.

2. Squash blocks installed in every 4th bay are required to transfer loads from upper bearing walls to lower bearing walls.

   When required by Architectural Drawings blocks will be 2x4 or 2x6 cut 1/8" higher than the joist height then nailed top and bottom with 2-3" (10d) nails.

### WEB STIFFENERS:

1. Web stiffeners are required in joist hangers when sides of the hanger do not provide direct lateral support to top chord of the joist (1/8" or more gap).

2. Web stiffeners should be cut 1/8" shorter than the web height.

TB 00010

### POINT LOADS:

1. When a point load occurs on an exterior wall the load should be blocked continuously down outside wall to sill plate.

2. If a point load falls directly on an I-Joist squash blocking must be used to carry load around the joist.

C.C. #4304, 4305, 4307
**EFFECTIVE DATE: 04-01-05**

## EXHIBIT "A"

## ROUGH CARPENTRY

3.   If a point load falls between I-Joist, blocking should be a double piece of I-Joist with continuous filler between the two I-Joist and proper hangers at each end or a single piece of I-Joist with 2x4 web stiffeners used on each side. The 2x4 web stiffeners should be tight to the top chord of I-Joist and nailed with 3 (10d) nails minimum 3" o.c.

## HOLE CUTTING:

1.   Any hole required through an I-Joist shall follow all criteria specified in manufacturers guidelines.

## CANTILEVERS:

1.   In unreinforced cantilevers I-Joist blocking must be installed and nailed with 2-3-1/2" (16d) nails toe nailed into top-bottom.

## AREA SEPERATION WALLS/SHAFTWALL (Multi-Family Dwellings):

1.   When cement block is not required by local governing authorities, the subcontractor shall install GP Dens-Glass Ultra Shaftliner as per code requirements and assembly details.

2.   Where Dens-Glass Ultra Shaftliner is not allowed and cement block is required by local governing the Subcontractor _____N A___ (#1)_____ Install Thermacrete as per code requirements and assembly details.


(#1)   Shall/Shall not

TB 00011

PROJECT:  Brandywine Hunt_____          Page 1 of _____

## EXHIBIT "B"
## PAYMENT SCHEDULE SPECIFICATIONS
## FOR SUBCONTRACTOR AGREEMENT

All prices in Payment Schedule become effective with all new living units **STARTED AFTER**   __April 14, 2005__
The following lots were started prior to the above referenced date and shall be invoiced at the old contract prices as per the previous Subcontract Agreement # _____ :

Lot _____ ;   Lot _____ ;   Lot _____ ;   Lot _____ ;   Lot _____ ;   Lot _____
Lot _____ ;   Lot _____ ;   Lot _____ ;   Lot _____ ;   Lot _____ ;   Lot _____

NOTE TO P.M.: Above clause only applies to renegotiated contracts; would not apply to vendors with whom we don't have a previous Subcontract Agreement with.)

All prices are firm for all work started on or before _____**April 14, 2006**_____ and shall automatically renew for 30-day periods until written notice is given by either party; such written notice must be given at least 30 days prior to the expiration of the existing contract or any of the automatic renewal periods.

*Each invoice for base house and/or options must include a REFERENCE INVOICE NUMBER and must be submitted in writing for lump sum amounts as per Payment Schedule. The following information must be included: VENDOR NAME, VENDOR NUMBER, DATE, PROJECT NAME, LOT NUMBER, MODEL NAME, COST CODE, and OPTION NUMBERS. (The above information can be found in the Payment Schedule.)

Subcontractor understands that Base House and options for various lots may be billed on one invoice provided they are clearly separated on the invoice and that the lump sum contract amount (per cost code category) is shown next to each base house and/or option. Field conditions must be billed separately.

All invoices for work other than Base House or options must be authorized through the issuance of a Toll Bros., Inc. "Field Work Order". Copies of the Toll Bros., Inc. "Field Work Orders" will be given to subcontractor upon authorization of the work by the Construction Manager and prior to commencing work.

Upon completion of work authorized by "Field Work Order", subcontractor must submit "Invoice Copy" to Construction Manager for signature, retaining the "Subcontractor Copy" of work order for subcontractor's own records. Invoicing for work other than Base House or options shall be in accordance with the "Additional Work Price List" attached which includes all applicable taxes.

Signed "Invoice Copy" shall then be submitted for payment.

Prior to purchasing materials for model homes, subcontractor shall meet with community P.M. to review model home programs available to Toll Bros., Inc. Subcontractor agrees to credit Toll Brothers' model home invoice with any manufacturer's model home rebates and/or to reduce the invoice by the amount of any "no charge" materials supplied by a manufacturer for the model home.

Subcontractor understands that all Base House and option prices in Payment Schedule reflect all Specifications stated.

Payment shall not be made until work outlined in Specifications is 100% complete and current insurance certificate is on file.

All options shall be billed when the standard house is 100% complete; no payment of option invoices will be made until this time.

All invoices received without the proper information as stated shall be returned unpaid. The invoices can then be resubmitted with the proper information included for payment.

TB 00012

Page 2 of  4

PROJECT:  Brandywine Hunt

## EXHIBIT "B"

## PAYMENT SCHEDULE SPECIFICATIONS
## FOR SUBCONTRACTOR AGREEMENT

All invoices and other correspondence shall be submitted to Toll Bros., Inc., c/o

*4100 Brandywine Parkway  Wilmington, DE 19810 ~*

*Construction Trailer*

no later than 10:00 A.M. Tuesday ten days prior to the Friday that checks are to be issued for that project. Invoices received by any other means will be refused and held until the next regular pay cycle. All invoices received after this deadline will also be held until the next regular pay cycle.

All invoices must be submitted within 90 days of completion of the prescribed work for each Base House, option or Field Work Order. Invoices submitted after 90 days of the completion of the work will not be accepted nor paid and shall be considered null and void.

In order to insure timely resolution of outstanding invoices, any invoices which are unpaid for any reason must be appealed in writing to the Project Manager within 90 days of the original due date of the invoice. Invoices which are not appealed in writing within 90 days of the original due date will not be accepted.

_25_ % retainage shall be held on each of the first _____ (#1)  _4_ _____

invoices until a total of $ _2,000 ᵉᵃ (#2)_____ is held.  Retainage to be held until project is completed and all service work is satisfied.  (Note to P.M.: Total retainage should equal the contracted price of one home.)

Prices in Payment Schedule are subject to a _O_ % (percent) discount for all invoices paid within 20 days of receipt of invoice in the appropriate Toll Bros., Inc. office stated above.

Minimum retainage is one complete home for all trades except: rough carpentry, finish carpentry, wood siding installation, stone, brick, stucco, siding and flooring.  These trades will require a fixed retainage of $2000.00 per community.  Project Manager is advised that these amounts are the minimum approved retainages.  If a vendor has no past track record, Project Managers shall increase retainage as he deems necessary.

(#1) maximum of 4 invoices
(#2) Dollar amount must be indicated (centralized corp. retainage, if applicable, excepted).

TB 00013

PROJECT: Brandywine Hunt                                    Page 3 of ____

# EXHIBIT "B"

## PAYMENT SCHEDULE SPECIFICATIONS
## FOR SUBCONTRACTOR AGREEMENT

**MODEL HOMES:**

Prior to purchasing materials for model homes, subcontractor shall meet with community P.M. to review model home programs available to Toll Bros., Inc. Subcontractor agrees to credit Toll Brothers' model home invoice with any manufacturer's model home rebates and/or to reduce the manufacturer for the model home. Additionally, there may be instances when the community P.M. may supply the subcontractor with certain materials for the model home, in which case the subcontractor agrees to document and credit the model home invoice for materials furnished by Toll Brothers, Inc.

Subcontractor agrees to the following concessions with regard to labor/materials for all model homes to be constructed in this community:

_N/A For Rough Carpentry_

**The above will be reflected, as required, on model home invoices.**

TB 00014

PROJECT: __Brandywine Hunt__

## EXHIBIT "B"

## PAYMENT SCHEDULE SPECIFICATIONS
## FOR SUBCONTRACTOR AGREEMENT

Below, subcontractor is to provide all contracted work references over the last three (3) years. Please include all companies names (including Toll Bros., Inc.), addresses, phone numbers, points of contact (POCs), type, quantity, location, and date(s) of contracted work performed, and whether you left and/or are currently on good terms. If more than 4 references continue on separate pages.

| Company Name, POC, & Phone No. | Address | Type/Quantity of Work, & Work Location/Date(s) | Left/Currently on Good Terms? Yes/*No (*If "No" list problem) |
|---|---|---|---|
| Riviera At concord | Toll Bros | Framing | yes |
| Charlestown Meadows | | | yes |
| Reserve at Garnet cally | | | yes |
| | | | |

I warrant the above information to be true, accurate, and correct to the best of my knowledge.

Subcontractor's Signature: __Yle A. DeSover__

TB 00015

C:\Documents and Settings\toll\Local Settings\Temporary Internet Files\Content.IE5\AVMBQ5AJ\SUB PAYMENT SPEC[1].doc
EFFECTIVE DATE: 2/01/03

No. 0080  P. 16

Mar. 13. 2006 11:47AM

#45016

TOLL BROTHERS, INC.
CONTRACT LOAD CONFIRMATION
(EXCLUDES CUSTOM OPTIONS)
(Option Sequence)

Page - . . .      61
Data - .  .  .   2/16/05

~~Division:   1616040000 Brandywine Hunt~~  *162883 JD Framing ine*
~~of Work:   Rough Carpentry~~    *JD Kab*
~~Contract No .    33545 BC Contractor..   172091 ON CARPENTRY, INC.~~

Expiration Date: 07/01/05

CHECK ONE OF THE FOLLOWING:
~~ORIGINAL CONTRACT~~

SUBCONTRACTOR:   *JD Framing Cont.inc*   DATE: *4/18/05*

TOLL BROS., INC.:   *SAM Gut*   DATE: *4/14/05*   X  REPLACES EXISTING CONTRACT ~~PER VENDOR~~

V.D APPROVAL:   DATE: *4/19/05*   ___ REPLACES ESTIMATED BUDGETS

Signature NOT required on all pages
for 1st time contract.

*Pg 6-1 - 73*

___ CONTRACT UPDATE-PRICE CHANGE

% INCREASE/DECREASE ___   EFFECTIVE DATE:   ___

___ CONTRACT UPDATE-SPEC CHANGE
(Attach changed specs)

*19.800*

| Option | Option Description | Pln | Elv | Cost Code | Description | Bid Amount | |
|--------|--------------------|-----|-----|-----------|-------------|-----------|---|
| | | Savoy | | | | | |
| | BASE HOUSE | 853 | * | 4304 | Rough Carp.- First Draw Bs H | ~~7,300.00~~ | *7,500.00* |
| | BASE HOUSE | 853 | * | 4305 | Rough Carp.- Second Draw | 7,300.00 | |
| | | Chesapeake | | | | | |
| | BASE HOUSE | 862 | * | 4304 | Rough Carp.- First Draw Bs H | ~~7,800.00~~ | *8,000.00* |
| | BASE HOUSE | 862 | * | 4305 | Rough Carp.- Second Draw | 7,800.00 | |
| | | Inglewood | | | | | *JDH* |
| | BASE HOUSE | 865 | * | 4304 | Rough Carp.- First Draw Bs H | ~~7,600.00~~ | *7,800.00*  *JD* |
| | BASE HOUSE | 865 | * | 4305 | Rough Carp.- Second Draw | 7,600.00 | |
| | | Malvern | | | | | |
| | BASE HOUSE | 895 | * | 4304 | Rough Carp.- First Draw Bs H | ~~8,975.00~~ | *9,175.00* |
| | BASE HOUSE | 895 | * | 4305 | Rough Carp.- Second Draw | 8,975.00 | |
| | | Saratoga | | | | | |
| | BASE HOUSE | 898 | * | 4304 | Rough Carp.- First Draw Bs H | ~~5,950.00~~ | *8,150.00* |
| | BASE HOUSE | 898 | * | 4305 | Rough Carp.- Second Draw | 5,950.00 | |
| | | Marion | | | | | |
| | BASE HOUSE | 941 | * | 4304 | Rough Carp.- First Draw Bs H | ~~6,550.00~~ | *6,750.00* |
| | BASE HOUSE | 941 | * | 4305 | Rough Carp.- Second Draw | 6,550.00 | |
| | BASE HOUSE | * | * | 4172 | Steel Installation | 500.00 | |
| | BASE HOUSE | * | * | 4308 | Carpentry Crane | 700.00 | |
| | | Savoy | | | | | |
| 001 | THREE CAR SIDE ENTRY GARAGE | 853 | * | 4305 | Rough Carp.- Second Draw | 1,100.00 | |
| 004 | GARAGE STORAGE ADDITION | 853 | * | 4305 | Rough Carp.- Second Draw | 1,100.00 | |
| 005 | GUEST FIRST FLOOR SUITE | 853 | * | 4305 | Rough Carp.- Second Draw | 480.00 | |
| | | Chesapeake | | | | | |
| 005 | GUEST FIRST FLOOR SUITE | 862 | * | 4305 | Rough Carp.- Second Draw | 480.00 | |
| | | Inglewood | | | | | |
| 005 | GUEST FIRST FLOOR SUITE | 865 | * | 4305 | Rough Carp.- Second Draw | 480.00 | |
| | | Savoy | | | | | |
| 006 | THREE CAR SIDE ENTRY | 853 | * | 4305 | Rough Carp.- Second Draw | 1,100.00 | |
| | | SAVOY   COL | | | | | |
| 009 | ROOF DORMERS | 853 | 01 | 4305 | Rough Carp.- Second Draw | 750.00 | |
| | | SAVOY   PED | | | | | |
| 009 | ROOF DORMERS | 853 | 06 | 4305 | Rough Carp.- Second Draw | 750.00 | |
| | | SAVOY   HILL | | | | | |
| 009 | ROOF DORMERS | 853 | 07 | 4305 | Rough Carp.- Second Draw | 750.00 | |
| | | SAVOY   PROV | | | | | |
| 009 | ROOF DORMERS | 853 | 08 | 4305 | Rough Carp.- Second Draw | 750.00 | |
| | | SAVOY   CRAT | | | | | |
| 009 | ROOF DORMERS | 853 | 09 | 4305 | Rough Carp.- Second Draw | 750.00 | |
| | | SAVOY   VERS | | | | | |
| 009 | ROOF DORMERS | 853 | 10 | 4305 | Rough Carp.- Second Draw | 750.00 | |
| | | CHESAPEAKE   MAN | | | | | |
| 009 | ROOF DORMERS | 862 | 03 | 4305 | Rough Carp.- Second Draw | 1,500.00 | |
| | | CHESAPEAKE   PED | | | | | |
| 009 | ROOF DORMERS | 862 | 06 | 4305 | Rough Carp.- Second Draw | 600.00 | |
| | | CHESAPEAKE   FARM | | | | | |
| 009 | ROOF DORMERS | 862 | 14 | 4305 | Rough Carp.- Second Draw | 1,200.00 | |
| | | INGLEWOOD   COL | | | | | |
| 009 | ROOF DORMERS | 865 | 01 | 4305 | Rough Carp.- Second Draw | 2,100.00 | |
| | | INGLEWOOD   PED | | | | | |
| 009 | ROOF DORMERS | 865 | 06 | 4305 | Rough Carp - Second Draw | 1,800.00 | |

*9175*
*8975*
*8150*
*18,900*

*19057.5*

*14-8*
*15-8*
*15-4*
*18-2*
*13-3*

TB 00016

445014

**TOLL BROTHERS, INC.**
**CONTRACT LOAD CONFIRMATION**
**(EXCLUDES CUSTOM OPTIONS)**
**(Option Sequence)**

Page - . . 62
Date - . . 2/16/05

Division: 1616040000 Brandywine Hunt
of Work: Rough Carpentry
Contract No . 33545 BC Contractor. 172092 JN CARPENTRY,INC.

Expiration Date: 07/01/05
CHECK ONE OF THE FOLLOWING:

___ ORIGINAL CONTRACT

SUBCONTRACTOR: _____ DATE: _____

TOLL BROS., INC.: _____ DATE: _____          ___ REPLACES EXISTING CONTRACT    ___ NEW VENDOR

V.P. APPROVAL: _____ DATE: _____          ___ REPLACES ESTIMATED BUDGETS

Signature NOT Required on all pages
for 1st time contract.                                             ___ CONTRACT UPDATE-PRICE CHANGE

% INCREASE/DECREASE _____ EFFECTIVE DATE: _____     ___ CONTRACT UPDATE-SPEC CHANGE
                                                                       (Attach changed specs)

| Option | Option Description | Pln | Elv | Cost Code | Description | Bid Amount |
|---|---|---|---|---|---|---|
| | | | INGLEWOOD | PROV | | |
| 009 | ROOF DORMERS | 865 | 08 | 4305 | Rough Carp - Second Draw | 1,500.00 |
| | | MARION | | COL. | | |
| 008 | ROOF DORMERS | 941 | 01 | 4305 | Rough Carp.- Second Draw | 900.00 |
| | | MARION | | FARM | | |
| 009 | ROOF DORMERS | 941 | 14 | 4305 | Rough Carp.- Second Draw | 900.00 |
| 015 | EXTERIOR BASEMENT ENTRANCE | * | * | 4305 | Rough Carp.- Second Draw | 100.00 |
| 018 | DAYLIGHT BASEMENT | * | * | 4305 | Rough Carp.- Second Draw | 175.00 |
| | | Marion | | | | |
| 020 | FINISHED ROOM | 941 | * | 4305 | Rough Carp.- Second Draw | 750.00 |
| | | Chesapeake | | | | |
| 023 | EXPANDED FAMILY ROOM | 862 | * | 4305 | Rough Carp.- Second Draw | 1,390.00 |
| | | Saratoga | | | | |
| 023 | EXPANDED FAMILY ROOM | 898 | * | 4305 | Rough Carp.- Second Draw | 1,390.00 |
| | | Marion | | | | |
| 023 | EXPANDED FAMILY ROOM | 941 | * | 4305 | Rough Carp.- Second Draw | 1,390.00 |
| | | Chesapeake | | | | |
| 024 | GREENHOUSE | 862 | * | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | Malvern | | | | |
| 025 | GREENHOUSE | 895 | * | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | Marion | | | | |
| 025 | GREENHOUSE | 941 | * | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | Chesapeake | | | | |
| 026 | PALM BEACH | 862 | * | 4305 | Rough Carp.- Second Draw | 900.00 |
| | | Inglewood | | | | |
| 026 | PALM BEACH | 865 | * | 4305 | Rough Carp.- Second Draw | 900.00 |
| | | Malvern | | | | |
| 026 | PALM BEACH | 895 | * | 4305 | Rough Carp.- Second Draw | 900.00 |
| | | Saratoga | | | | |
| 026 | PALM BEACH | 898 | * | 4305 | Rough Carp.- Second Draw | 900.00 |
| | | Inglewood | | | | |
| 028 | FIFTH BEDROOM | 865 | * | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | Saratoga | | | | |
| 028 | FIFTH BEDROOM | 898 | * | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | Savoy | | | | |
| 031 | RETREAT ADDITION | 853 | * | 4305 | Rough Carp.- Second Draw | 700.00 |
| | | Chesapeake | | | | |
| 031 | RETREAT ADDITION | 862 | * | 4305 | Rough Carp.- Second Draw | 700.00 |
| | | Inglewood | | | | |
| 031 | RETREAT ADDITION | 865 | * | 4305 | Rough Carp.- Second Draw | 700.00 |
| | | Malvern | | | | |
| 031 | RETREAT ADDITION | 895 | * | 4305 | Rough Carp.- Second Draw | 700.00 |
| | | Saratoga | | | | |
| 031 | RETREAT ADDITION | 898 | * | 4305 | Rough Carp.- Second Draw | 700.00 |
| | | Marion | | | | |
| 031 | RETREAT ADDITION | 941 | * | 4305 | Rough Carp.- Second Draw | 700.00 |
| | | Savoy | | | | |
| 032 | GREAT ROOM ELITE ADDITION | 853 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | Chesapeake | | | | |
| 032 | GREAT ROOM ELITE ADDITION | 862 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | Inglewood | | | | |
| 032 | GREAT ROOM ELITE ADDITION | 865 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |

TB 00017

445014

TOLL BROTHERS, INC.
CONTRACT LOAD CONFIRMATION
(EXCLUDES CUSTOM OPTIONS)
(Option Sequence)

Page - . . .    63
Date - . .  2/16/05

Division:  1616040000 Brandywine Hunt
of Work: Rough Carpentry
Contract No .   33343 SC Contractor..  172092 JN CARPENTRY,INC.

Expiration Date. 07/01/05

CHECK ONE OF THE FOLLOWING:

SUBCONTRACTOR: _____ DATE. _____    ___ ORIGINAL CONTRACT

TOLL BROS., INC.: _____ DATE. _____    ___ REPLACES EXISTING CONTRACT   ___ NEW VENDOR

V.P APPROVAL: _____ DATE: _____    ___ REPLACES ESTIMATED BUDGETS.
             Signature NOT Required on all pages
             for 1st time contract.                  ___ CONTRACT UPDATE-PRICE CHANGE

% INCREASE/DECREASE _____ EFFECTIVE DATE: _____    ___ CONTRACT UPDATE-SPEC CHANGE
                                                              (Attach changed specs)

| Option | Option Description | Pln | Elv | Cost Code | Description | Bid Amount |
|--------|-------------------|-----|-----|-----------|-------------|------------|
| | | | Malvern | | | |
| 032 | GREAT ROOM ELITE ADDITION | 895 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | | Marion | | | |
| 032 | GREAT ROOM ELITE ADDITION | 941 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | | Savoy | | | |
| 035 | GUEST ELITE SUITE | 853 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | | Chesapeake | | | |
| 035 | GUEST ELITE SUITE | 862 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | | Inglewood | | | |
| 035 | GUEST ELITE SUITE | 865 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | | Malvern | | | |
| 035 | GUEST ELITE SUITE | 895 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | | Marion | | | |
| 035 | GUEST ELITE SUITE | 941 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | | Savoy | | | |
| 037 | GRAND CONSERVATORY | 853 | * | 4305 | Rough Carp.- Second Draw | 2,310.00 |
| | | | Chesapeake | | | |
| 037 | GRAND CONSERVATORY | 862 | * | 4305 | Rough Carp.- Second Draw | 2,310.00 |
| | | | Malvern | | | |
| 037 | GRAND CONSERVATORY | 895 | * | 4305 | Rough Carp.- Second Draw | 2,310.00 |
| | | | Marion | | | |
| 037 | GRAND CONSERVATORY | 941 | * | 4305 | Rough Carp.- Second Draw | 2,310.00 |
| | | | Savoy | | | |
| 039 | CONSERVATORY ELITE | 853 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | | Chesapeake | | | |
| 039 | CONSERVATORY ELITE | 862 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | | Inglewood | | | |
| 039 | CONSERVATORY ELITE | 865 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | | Malvern | | | |
| 039 | CONSERVATORY ELITE | 895 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | | Marion | | | |
| 039 | CONSERVATORY ELITE | 941 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | | SARATOGA | COL | | |
| 041 | COVERED PORCH ADDITION | 898 | 01 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | | SARATOGA | HER | | |
| 041 | COVERED PORCH ADDITION | 898 | 22 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | | MARION | COL | | |
| 041 | COVERED PORCH ADDITION | 941 | 01 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | | MARION | FARM | | |
| 041 | COVERED PORCH ADDITION | 941 | 14 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | | Chesapeake | | | |
| 043 | MORNING ROOM | 862 | * | 4305 | Rough Carp.- Second Draw | 600.00 |
| | | | Saratoga | | | |
| 043 | MORNING ROOM | 898 | * | 4305 | Rough Carp.- Second Draw | 600.00 |
| | | | Marion | | | |
| 043 | MORNING ROOM | 941 | * | 4305 | Rough Carp.- Second Draw | 600.00 |
| | | | SARATOGA | COL | | |
| 044 | GRAND MASTER SUITE | 898 | 01 | 4305 | Rough Carp.- Second Draw | 180.00 |
| | | | SARATOGA | FED | | |
| 044 | GRAND MASTER SUITE | 898 | 06 | 4305 | Rough Carp - Second Draw | 180.00 |
| | | | SARATOGA | HER | | |
| 044 | GRAND MASTER SUITE | 898 | 22 | 4305 | Rough Carp.- Second Draw | 180.00 |

TB 00018

Mar. 13. 2006 11:47AM

445014

TOLL BROTHERS, INC
CONTRACT LOAD CONFIRMATION
(EXCLUDES CUSTOM OPTIONS)
(Option Sequence)

Page - . . .    69
Date - . . . 2/16/05

Division:  1616040000 Brandywine Hunt
of Work: Rough Carpentry
Contract No .    33545 BC Contractor..  172092 JN CARPENTRY,INC.

Expiration Date. 07/01/05
CHECK ONE OF THE FOLLOWING:

SUBCONTRACTOR:  _____  DATE: _____    ___ ORIGINAL CONTRACT

TOLL BROS., INC.:  _____  DATE: _____    ___ REPLACES EXISTING CONTRACT   ___ NEW VENDOR

V.P. APPROVAL:  _____  DATE: _____    ___ REPLACES ESTIMATED BUDGETS
     Signature NOT Required on all pages
     for 1st time contract.                                    ___ CONTRACT UPDATE-PRICE CHANGE

% INCREASE/DECREASE _____  EFFECTIVE DATE: _____    ___ CONTRACT UPDATE-SPEC CHANGE
                                                                   (Attach changed specs)

| Option | Option Description | Pln | Elv | Cost Code | Description | Bid Amount |
|---|---|---|---|---|---|---|
| | | | | | Chesapeake | |
| 065 | ALTERNATE MASTER SUITE | 862 | * | 4305 | Rough Carp.- Second Draw | 350.00 |
| 076 | FIRST FLOOR BEDROOM | 862 | * | 4305 | Rough Carp.- Second Draw | 80.00 |
| | | | | | Saratoga | |
| 081 | ALTERNATE FAMILY ROOM LAYOUT | 898 | * | 4305 | Rough Carp.- Second Draw | 100.00 |
| | | | | | Savoy | |
| 101 | CLEARSPAN GARAGE | 853 | * | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | | | | Inglewood | |
| 101 | CLEARSPAN GARAGE | 865 | * | 4305 | Rough Carp.- Second Draw | 160.00 |
| | | | | | Marion | |
| 101 | CLEARSPAN GARAGE | 941 | * | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | | | | Chesapeake | |
| 103 | COUNTRY KITCHEN PACKAGE | 862 | * | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | | | | SAVOY COL | |
| 118 | PEACHTREE 8' HIGH | 853 | 01 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | SAVOY FED | |
| | PEACHTREE 8' HIGH | 853 | 06 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | SAVOY WILL | |
| 118 | PEACHTREE 8' HIGH | 853 | 07 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | SAVOY PROV | |
| 118 | PEACHTREE 8' HIGH | 853 | 08 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | SAVOY CHAT | |
| 118 | PEACHTREE 8' HIGH | 853 | 09 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | SAVOY VERS | |
| 118 | PEACHTREE 8' HIGH | 853 | 10 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | CHESAPEAKE MAN | |
| 118 | PEACHTREE 8' HIGH | 862 | 03 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | CHESAPEAKE FED | |
| 118 | PEACHTREE 8' HIGH | 862 | 06 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | CHESAPEAKE PROV | |
| 118 | PEACHTREE 8' HIGH | 862 | 08 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | CHESAPEAKE VERS | |
| 118 | PEACHTREE 8' HIGH | 862 | 10 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | CHESAPEAKE FARM | |
| 118 | PEACHTREE 8' HIGH | 862 | 14 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | INGLEWOOD COL | |
| 118 | PEACHTREE 8' HIGH | 865 | 01 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | INGLEWOOD FED | |
| 118 | PEACHTREE 8' HIGH | 865 | 06 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | INGLEWOOD PROV | |
| 118 | PEACHTREE 8' HIGH | 865 | 08 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | SARATOGA COL | |
| 118 | PEACHTREE 8' HIGH | 898 | 01 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | SARATOGA FED | |
| 118 | PEACHTREE 8' HIGH | 898 | 06 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | SARATOGA NER | |
| 118 | PEACHTREE 8' HIGH | 898 | 22 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | MARION COL | |
| 118 | PEACHTREE 8' HIGH | 941 | 01 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | MARION FED | |
| | PEACHTREE 8' HIGH | 941 | 06 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | MARION CHAT | |

TB 00019

445014

TOLL BROTHERS, INC.
CONTRACT LOAD CONFIRMATION
(EXCLUDES CUSTOM OPTIONS)
(Option Sequence)

Page - . . .    65
Date - . . .  2/16/05

Division:  1616040000 Brandywine Hunt
of Work: Rough Carpentry
Contract No .  33545 BC Contractor..  172092 JN CARPENTRY,INC.

Expiration Date. 07/01/05

CHECK ONE OF THE FOLLOWING:

SUBCONTRACTOR: _____  DATE: _____      ___ ORIGINAL CONTRACT

TOLL BROS., INC.: _____  DATE: _____      ___ REPLACES EXISTING CONTRACT  ___ NEW VENDOR

V.P. APPROVAL: _____  DATE: _____      ___ REPLACES ESTIMATED BUDGETS

Signature NOT Required on all pages
for 1st time contract.                                                  ___ CONTRACT UPDATE-PRICE CHANGE

% INCREASE/DECREASE _____  EFFECTIVE DATE: _____    ___ CONTRACT UPDATE-SPEC CHANGE
                                                                           (Attach changed specs)

| Option | Option Description | Pln Elv | Cost Code | Description | Bid Amount |
|--------|--------------------|---------|-----------|-------------|------------|
| | | MARION  CHAT | | | |
| 118 | PEACHTREE 8' HIGH | 941 09 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | MARION  FARM | | | |
| 118 | PEACHTREE 8' HIGH | 941 14 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SAVOY  COL | | | |
| 119 | BEVELED GLASS 8' HIGH | 853 01 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SAVOY  FED | | | |
| 119 | BEVELED GLASS 8' HIGH | 853 06 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SAVOY  WILL | | | |
| 119 | BEVELED GLASS 8' HIGH | 853 07 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SAVOY  PROV | | | |
| 119 | BEVELED GLASS 8' HIGH | 853 08 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SAVOY  CHAT | | | |
| 119 | BEVELED GLASS 8' HIGH | 853 09 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SAVOY  VERS | | | |
| 119 | BEVELED GLASS 8' HIGH | 853 10 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | CHESAPEAKE  MAN | | | |
| 119 | BEVELED GLASS 8' HIGH | 862 03 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | CHESAPEAKE  FED | | | |
| 119 | BEVELED GLASS 8' HIGH | 862 06 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | CHESAPEAKE  PROV | | | |
| 119 | BEVELED GLASS 8' HIGH | 862 08 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | CHESAPEAKE  VERS | | | |
| 119 | BEVELED GLASS 8' HIGH | 862 10 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | CHESAPEAKE  FARM | | | |
| 119 | BEVELED GLASS 8' HIGH | 862 14 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | INGLEWOOD  COL | | | |
| 119 | BEVELED GLASS 8' HIGH | 865 01 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | INGLEWOOD  FED | | | |
| 119 | BEVELED GLASS 8' HIGH | 865 06 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | INGLEWOOD  PROV | | | |
| 119 | BEVELED GLASS 8' HIGH | 865 08 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | MALVERN  WILL | | | |
| 119 | BEVELED GLASS 8' HIGH | 895 07 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | MALVERN  CHAT | | | |
| 119 | BEVELED GLASS 8' HIGH | 895 09 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | MALVERN  VERS | | | |
| 119 | BEVELED GLASS 8' HIGH | 895 10 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | MALVERN  HER | | | |
| 119 | BEVELED GLASS 8' HIGH | 895 22 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SARATOGA  COL | | | |
| 119 | BEVELED GLASS 8' HIGH | 898 01 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SARATOGA  FED | | | |
| 119 | BEVELED GLASS 8' HIGH | 898 06 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SARATOGA  HER | | | |
| 119 | BEVELED GLASS 8' HIGH | 898 22 | 4305 | Rough Carp - Second Draw | 300.00 |
| | | MARION  COL | | | |
| 119 | BEVELED GLASS 8' HIGH | 941 01 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | MARION  FED | | | |
| 119 | BEVELED GLASS 8' HIGH | 941 06 | 4305 | Rough Carp - Second Draw | 300.00 |
| | | MARION  CHAT | | | |
| 119 | BEVELED GLASS 8' HIGH | 941 09 | 4305 | Rough Carp - Second Draw | 300.00 |

TB 00020

445014

**TOLL BROTHERS, INC.**
**CONTRACT LOAD CONFIRMATION**
**(EXCLUDES CUSTOM OPTIONS)**
**(Option Sequence)**

Page - . . .    66
Date - . . .    2/16/05

Division:  1616040000 Brandywine Hunt
of Work: Rough Carpentry
Contract No .    33545 BC Contractor:    172092 JN CARPENTRY, INC.

Expiration Date. 07/01/05

CHECK ONE OF THE FOLLOWING:

SUBCONTRACTOR: _____ DATE: _____    __ ORIGINAL CONTRACT

TOLL BROS., INC.: _____ DATE: _____    __ REPLACES EXISTING CONTRACT  __ NEW VENDOR

V.P. APPROVAL: _____ DATE: _____    __ REPLACES ESTIMATED BUDGETS
        Signature NOT Required on all pages
        for 1st time contract.    __ CONTRACT UPDATE-PRICE CHANGE

% INCREASE/DECREASE _____    EFFECTIVE DATE: _____    __ CONTRACT UPDATE-SPEC CHANGE
        (Attach changed specs)

| Option | Option Description | Pln | Elv | Cost Code | Description | Bid Amount |
|--------|--------------------|-----|-----|-----------|-------------|------------|
| | | MARION | FARM | | | |
| 119 | BEVELED GLASS 8' HIGH | 941 | 14 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | MARION | COL | | | |
| 123 | GABLE PORTICO WITH | 941 | 01 | 4205 | Rough Carp.- Second Draw | 890.00 |
| | | CHESAPEAKE | MAN | | | |
| 125 | 12'-8" WIDE RECT. PORTICO | 862 | 03 | 4305 | Rough Carp.- Second Draw | 890.00 |
| | | CHESAPEAKE | FED | | | |
| 125 | 12'-8" WIDE RECT. PORTICO | 862 | 06 | 4305 | Rough Carp.- Second Draw | 890.00 |
| | | CHESAPEAKE | PROV | | | |
| 125 | 12'-8" WIDE RECT. PORTICO | 862 | 08 | 4305 | Rough Carp.- Second Draw | 890.00 |
| | | INGLEWOOD | COL | | | |
| 125 | 12'-8" WIDE RECT. PORTICO | 865 | 01 | 4305 | Rough Carp.- Second Draw | 890.00 |
| | | INGLEWOOD | FED | | | |
| 125 | 12'-8" WIDE RECT. PORTICO | 865 | 06 | 4305 | Rough Carp.- Second Draw | 890.00 |
| | | MARION | COL | | | |
| 125 | 12'-8" WIDE RECT. PORTICO | 941 | 01 | 4305 | Rough Carp.- Second Draw | 890.00 |
| | | MARION | FARM | | | |
| 125 | 12'-8" WIDE RECT. PORTICO | 941 | 14 | 4305 | Rough Carp.- Second Draw | 890.00 |
| | | MARION | COL | | | |
| 132 | COPPER ROOF ABOVE | 941 | 01 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | MARION | FARM | | | |
| 132 | COPPER ROOF ABOVE | 941 | 14 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | INGLEWOOD | COL | | | |
| 137 | CIRCULAR PORTICO WITH | 865 | 01 | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | INGLEWOOD | FED | | | |
| 137 | CIRCULAR PORTICO WITH | 865 | 06 | 4205 | Rough Carp.- Second Draw | 400.00 |
| | | MARION | COL | | | |
| 137 | CIRCULAR PORTICO WITH | 941 | 01 | 4305 | Rough Carp.- Second Draw | 400.00 |
| 139 | PENT PORTICO WITH | 941 | 01 | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | SAVOY | | | | |
| 141 | REAR DECK - FIRST SIZE | 853 | * | 4305 | Rough Carp.- Second Draw | 840.00 |
| | | Chesapeake | | | | |
| 141 | REAR DECK - FIRST SIZE | 862 | * | 4305 | Rough Carp.- Second Draw | 840.00 |
| | | Inglewood | | | | |
| 141 | REAR DECK - FIRST SIZE | 865 | * | 4305 | Rough Carp.- Second Draw | 840.00 |
| | | Malvern | | | | |
| 141 | REAR DECK - FIRST SIZE | 895 | * | 4305 | Rough Carp.- Second Draw | 840.00 |
| | | Saratoga | | | | |
| 141 | REAR DECK - FIRST SIZE | 898 | * | 4305 | Rough Carp.- Second Draw | 840.00 |
| | | Marion | | | | |
| 141 | REAR DECK - FIRST SIZE | 941 | * | 4305 | Rough Carp.- Second Draw | 840.00 |
| | | SAVOY | COL | | | |
| 144 | MASTER BEDROOM COFFERED | 853 | 04 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SAVOY | FED | | | |
| 144 | MASTER BEDROOM COFFERED | 852 | 06 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SAVOY | WILL | | | |
| 144 | MASTER BEDROOM COFFERED | 853 | 07 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SAVOY | PROV | | | |
| 144 | MASTER BEDROOM COFFERED | 853 | 08 | 4305 | Rough Carp - Second Draw | 300.00 |
| | | SAVOY | CHAT | | | |
| | MASTER BEDROOM COFFERED | 853 | 09 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SAVOY | VERS | | | |

TB 00021

445014

TOLL BROTHERS, INC.
CONTRACT LOAD CONFIRMATION
(EXCLUDES CUSTOM OPTIONS)
(Option Sequence)

Page . . . .    67
Date - . . . .  2/16/05

Division:  1616040000 Brandywine Hunt
of Work:  Rough Carpentry
Contract No .    33545 BC Contractor..  172092 JN CARPENTRY, INC.

Expiration Date.  07/01/05
            CHECK ONE OF THE FOLLOWING:
___ ORIGINAL CONTRACT

SUBCONTRACTOR:  _____  DATE: _____

TOLL BROS., INC.:  _____  DATE: _____

V.P. APPROVAL:  _____  DATE: _____
        Signature NOT Required on all pages
        for 1st time contract.

% INCREASE/DECREASE _____  EFFECTIVE DATE: _____

___ REPLACES EXISTING CONTRACT    ___ NEW VENDOR

___ REPLACES ESTIMATED BUDGETS

___ CONTRACT UPDATE-PRICE CHANGE

___ CONTRACT UPDATE-SPEC CHANGE
        (Attach changed specs)

| Option | Option Description | Pln | Elv | Cost Code | Description | Bid Amount |
|--------|-------------------|-----|-----|-----------|-------------|-----------|
| | | | | | SAVOY  VERS | |
| 144 | MASTER BEDROOM COFFERED | 853 | 10 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | INGLEWOOD  COL | |
| 144 | MASTER BEDROOM COFFERED | 865 | 01 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | INGLEWOOD  FED | |
| 144 | MASTER BEDROOM COFFERED | 865 | 06 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | INGLEWOOD  PROV | |
| 144 | MASTER BEDROOM COFFERED | 865 | 08 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | MARION  COL | |
| 144 | MASTER BEDROOM COFFERED | 941 | 01 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | MARION  FED | |
| 144 | MASTER BEDROOM COFFERED | 941 | 06 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | MARION  HILL | |
| 144 | MASTER BEDROOM COFFERED | 941 | 07 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | MARION  CHAT | |
| 144 | MASTER BEDROOM COFFERED | 941 | 09 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | MARION  VERS | |
| 144 | MASTER BEDROOM COFFERED | 941 | 10 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | MARION  FARM | |
| 144 | MASTER BEDROOM COFFERED | 941 | 14 | 4305 | Rough Carp.- Second Draw | 300.00 |
| 161 | SKYLIGHT - 22" x 46" | * | * | 4305 | Rough Carp.- Second Draw | 75.00 |
| | | | | | Savoy | |
| 152 | SKYLIGHT - 45" x 46" | 853 | * | 4305 | Rough Carp.- Second Draw | 200.00 |
| | | | | | Chesapeake | |
| 152 | SKYLIGHT - 45" x 46" | 862 | * | 4305 | Rough Carp.- Second Draw | 200.00 |
| | | | | | Inglewood | |
| 152 | SKYLIGHT - 45" x 46" | 865 | * | 4305 | Rough Carp.- Second Draw | 200.00 |
| | | | | | Malvern | |
| 152 | SKYLIGHT - 45" x 46" | 895 | * | 4305 | Rough Carp.- Second Draw | 200.00 |
| | | | | | Saratoga | |
| 152 | SKYLIGHT - 45" x 46" | 898 | * | 4305 | Rough Carp.- Second Draw | 200.00 |
| | | | | | Marion | |
| 152 | SKYLIGHT - 45" x 46" | 941 | * | 4305 | Rough Carp.- Second Draw | 200.00 |
| | | | | | Savoy | |
| 153 | TWO SKYLIGHTS - 45" x 46" | 853 | * | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | Chesapeake | |
| 153 | TWO SKYLIGHTS - 45" x 46" | 862 | * | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | Inglewood | |
| 153 | TWO SKYLIGHTS - 45" x 46" | 865 | * | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | Malvern | |
| 153 | TWO SKYLIGHTS - 45" x 46" | 895 | * | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | Saratoga | |
| 153 | TWO SKYLIGHTS - 45" x 46" | 898 | * | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | Marion | |
| 153 | TWO SKYLIGHTS - 45° x 46" | 941 | * | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | | | | Savoy | |
| 154 | 6' HINGED PATIO DOOR ILO | 853 | * | 4305 | Rough Carp.- Second Draw | 325.00 |
| | | | | | Chesapeake | |
| 154 | 6' HINGED PATIO DOOR ILO | 862 | * | 4305 | Rough Carp.- Second Draw | 325.00 |
| | | | | | Inglewood | |
| | 6' HINGED PATIO DOOR ILO | 865 | * | 4305 | Rough Carp.- Second Draw | 325.00 |
| | | | | | Malvern | |

175.00

TB 00022

445014

TOLL BROTHERS, INC.
CONTRACT LOAD CONFIRMATION
(EXCLUDES CUSTOM OPTIONS)
(Option Sequence)

Page - . . .    83
Date - . . .    2/16/05

Division,  1616040000 Brandywine Hunt
of Work: Rough Carpentry
Contract No .   13545 BC Contractor.    172092 JN CARPENTRY,INC.

Expiration Date. 07/01/05

SUBCONTRACTOR,  _____  DATE: _____

TOLL BROS. , INC.,  _____  DATE. _____

V.P. APPROVAL:  _____  DATE. _____
             Signature NOT Required on all pages
             for 1st time contract.

% INCREASE/DECREASE _____  EFFECTIVE DATE: _____

CHECK ONE OF THE FOLLOWING:

___ ORIGINAL CONTRACT

___ REPLACES EXISTING CONTRACT    ___ NEW VENDOR

___ REPLACES ESTIMATED BUDGETS

___ CONTRACT UPDATE-PRICE CHANGE

___ CONTRACT UPDATE-SPEC CHANGE
    (Attach changed specs)

| Option | Option Description | Pla Elv | Cost Code | Description | Bid Amount |
|--------|--------------------|---------|-----------|-------------|------------|
| | | Malvern | | | |
| 154 | 6' HINGED PATIO DOOR ILO | 895 * | 4305 | Rough Carp.- Second Draw | 325.00 |
| | | Marion | | | |
| 154 | 6' HINGED PATIO DOOR ILO | 941 * | 4305 | Rough Carp.- Second Draw | 325.00 |
| | | Savoy | | | |
| 155 | WALK-OUT BAY | 853 * | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | Chesapeake | | | |
| 155 | WALK-OUT BAY | 862 *. | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | Inglewood | | | |
| 155 | WALK-OUT BAY | 865 * | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | Marion | | | |
| 155 | WALK-OUT BAY | 941 * | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | Chesapeake | | | |
| 156 | WALK-OUT BAY IN LIEU OF | 862 * | 4305 | Rough Carp.- Second Draw | 325.00 |
| | | Malvern | | | |
| 156 | WALK-OUT BAY IN LIEU OF | 895 * | 4305 | Rough Carp.- Second Draw | 325.00 |
| | | Saratoga | | | |
| 156 | WALK-OUT BAY IN LIEU OF | 898 * | 4305 | Rough Carp.- Second Draw | 325.00 |
| | | Marion | | | |
| 156 | WALK-OUT BAY IN LIEU OF | 941 * | 4305 | Rough Carp.- Second Draw | 325.00 |
| | | Savoy | | | |
| 157 | FIREPLACE WINDOW PACKAGE | 853 * | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | Chesapeake | | | |
| 157 | FIREPLACE WINDOW PACKAGE | 862 * | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | Inglewood | | | |
| 157 | FIREPLACE WINDOW PACKAGE | 865 * | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | Marion | | | |
| 157 | FIREPLACE WINDOW PACKAGE | 941 * | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | CHESAPEAKE   VERG | | | |
| 158 | PALLADIAN ENTRY | 862 10 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | CHESAPEAKE   FARM | | | |
| 158 | PALLADIAN ENTRY | 862 14 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | INGLEWOOD   COL | | | |
| 158 | PALLADIAN ENTRY | 865 01 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | INGLEWOOD   FED | | | |
| 158 | PALLADIAN ENTRY | 865 06 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | SARATOGA   COL | | | |
| 158 | PALLADIAN ENTRY | 898 01 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | SARATOGA   HER | | | |
| 158 | PALLADIAN ENTRY | 898 22 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | MARION   COL | | | |
| 158 | PALLADIAN ENTRY | 941 01 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | MARION   FED | | | |
| 158 | PALLADIAN ENTRY | 941 06 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | MARION   WILL | | | |
| 158 | PALLADIAN ENTRY | 941 07 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | MARION   CHAT | | | |
| 158 | PALLADIAN ENTRY | 941 09 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | MARION   FARM | | | |
| 158 | PALLADIAN ENTRY | 941 14 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | Savoy | | | |
| 160 | GARDEN WINDOW | 853 * | 4305 | Rough Carp.- Second Draw | 100.00 |

TB 00023

445014

TOLL BROTHERS, INC.
CONTRACT LOAD CONFIRMATION
(EXCLUDES CUSTOM OPTIONS)
(Option Sequence)

Page - . . .  69
Date - . . .  2/16/05

Division.  1616040000 Brandywine Hunt
of Work: Rough Carpentry
Contract No -  33545 BC Contractor.. 172092 JN CARPENTRY,INC.

Expiration Date  07/01/05

SUBCONTRACTOR: _____ DATE: _____
TOLL BROS., INC. : _____ DATE: _____
V.P. APPROVAL: _____ DATE: _____

Signature NOT Required on all pages
for 1st time contract

% INCREASE/DECREASE _____ EFFECTIVE DATE: _____

CHECK ONE OF THE FOLLOWING:

___ ORIGINAL CONTRACT
___ REPLACES EXISTING CONTRACT    ___ NEW VENDOR
___ REPLACES ESTIMATED BUDGETS
___ CONTRACT UPDATE-PRICE CHANGE
___ CONTRACT UPDATE-SPEC CHANGE
         (Attach changed specs)

| Option | Option Description | Pln | Elv | Cost Code | Description | Bid Amount |
|--------|--------------------|-----|-----|-----------|-------------|------------|
| | | | | | Chesapeake | |
| 160 | GARDEN WINDOW | 862 | * | 4305 | Rough Carp.- Second Draw | 100.00 |
| | | | | | Inglewood | |
| 160 | GARDEN WINDOW | 865 | * | 4305 | Rough Carp.- Second Draw | 100.00 |
| | | | | | Malvern | |
| 160 | GARDEN WINDOW | 895 | * | 4305 | Rough Carp.- Second Draw | 100.00 |
| | | | | | Marion | |
| 160 | GARDEN WINDOW | 941 | * | 4305 | Rough Carp.- Second Draw | 100.00 |
| | | | | | Savoy | |
| 163 | MUD ROOM EXTERIOR DOOR | 853 | * | 4305 | Rough Carp.- Second Draw | 90.00 |
| | | | | | Malvern | |
| 163 | MUD ROOM EXTERIOR DOOR | 895 | * | 4306 | Rough Carp.- Second Draw | 90.00 |
| 164 | ADDITIONAL EXTERIOR DOOR | * | * | 4305 | Rough Carp.- Second Draw | 125.00 |
| | | | | | Savoy | |
| 179 | FIREPLACE WINDOW PACKAGE | 853 | * | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | | | | Chesapeake | |
| | FIREPLACE WINDOW PACKAGE | 862 | * | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | | | | Inglewood | |
| 179 | FIREPLACE WINDOW PACKAGE | 865 | * | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | | | | Marion | |
| 179 | FIREPLACE WINDOW PACKAGE | 941 | * | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | | | | SAVOY | COL |
| 189 | WALK-OUT BAY WINDOWS | 853 | 01 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | | | | SAVOY | FED |
| 189 | WALK-OUT BAY WINDOWS | 853 | 06 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | | | | SAVOY | WILL |
| 189 | WALK-OUT BAY WINDOWS | 853 | 07 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | | | | SAVOY | PROV |
| 189 | WALK-OUT BAY WINDOWS | 853 | 08 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | | | | SAVOY | CHAT |
| 189 | WALK-OUT BAY WINDOWS | 853 | 09 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | | | | SAVOY | VERS |
| 189 | WALK-OUT BAY WINDOWS | 853 | 10 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | | | | CHESAPEAKE | VERS |
| 189 | WALK-OUT BAY WINDOWS | 862 | 10 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | | | | CHESAPEAKE | FARM |
| 189 | WALK-OUT BAY WINDOWS | 862 | 14 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | | | | INGLEWOOD | FED |
| 189 | WALK-OUT BAY WINDOWS | 865 | 06 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | | | | INGLEWOOD | PROV |
| 189 | WALK-OUT BAY WINDOWS | 865 | 08 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | | | | SARATOGA | COL |
| 189 | WALK-OUT BAY WINDOWS | 898 | 01 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | | | | SARATOGA | FED |
| 189 | WALK-OUT BAY WINDOWS | 898 | 06 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | | | | SARATOGA | HER |
| 189 | WALK-OUT BAY WINDOWS | 898 | 22 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | | | | MARION | COL |
| 189 | WALK-OUT BAY WINDOWS | 941 | 01 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | | | | MARION | PED |
| | WALK-OUT BAY WINDOWS | 941 | 06 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | | | | MARION | WILL |

TB 00024

445014

**TOLL BROTHERS, INC.**
**CONTRACT LOAD CONFIRMATION**
**(EXCLUDES CUSTOM OPTIONS)**
**(Option Sequence)**

Page - - - -    70
Date - - - -    2/16/05

Subdivision:   1616040000 Brandywine Hunt
of Work: Rough Carpentry
Contract No .    33545 BC Contractor..    172092 JN CARPENTRY,INC.

Expiration Date. 07/01/05

CHECK ONE OF THE FOLLOWING:

SUBCONTRACTOR: _____   DATE: _____    ___ ORIGINAL CONTRACT

TOLL BROS., INC.: _____   DATE: _____    ___ REPLACES EXISTING CONTRACT    ___ NEW VENDOR

V.P. APPROVAL: _____   DATE: _____    ___ REPLACES ESTIMATED BUDGETS

Signature NOT Required on all pages
for 1st time contract.

___ CONTRACT UPDATE-PRICE CHANGE

% INCREASE/DECREASE _____   EFFECTIVE DATE: _____    ___ CONTRACT UPDATE-SPEC CHANGE
(Attach changed specs)

| Option | Option Description | Bln Elv | Cost Code | Description | Bid Amount |
|--------|-------------------|---------|-----------|-------------|------------|
| 189 | WALK-OUT BAY WINDOWS | MARION WILL 941 07 | 4305 | Rough Carp.- Second Draw | 450.00 |
| 189 | WALK-OUT BAY WINDOWS | MARION CHAT 941 09 | 4305 | Rough Carp.- Second Draw | 450.00 |
| 189 | WALK-OUT BAY WINDOWS | MARION VERS 941 10 | 4305 | Rough Carp.- Second Draw | 450.00 |
| 190 | TRAY CEILING IN DINING ROOM | CHESAPEAKE MAN 862 02 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 190 | TRAY CEILING IN DINING ROOM | CHESAPEAKE FED 862 06 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 190 | TRAY CEILING IN DINING ROOM | CHESAPEAKE PROV 862 08 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 190 | TRAY CEILING IN DINING ROOM | CHESAPEAKE VERS 862 10 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 190 | TRAY CEILING IN DINING ROOM | CHESAPEAKE FARM 862 14 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 190 | TRAY CEILING IN DINING ROOM | INGLEWOOD COL 865 01 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 190 | TRAY CEILING IN DINING ROOM | INGLEWOOD FED 865 06 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 190 | TRAY CEILING IN DINING ROOM | INGLEWOOD PROV 865 08 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 190 | TRAY CEILING IN DINING ROOM | MALVERN WILL 895 07 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 190 | TRAY CEILING IN DINING ROOM | MALVERN CHAT 895 09 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 190 | TRAY CEILING IN DINING ROOM | MALVERN VERS 895 10 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 190 | TRAY CEILING IN DINING ROOM | MALVERN HER 895 22 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 190 | TRAY CEILING IN DINING ROOM | SARATOGA COL 898 01 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 190 | TRAY CEILING IN DINING ROOM | SARATOGA FED 898 06 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 190 | TRAY CEILING IN DINING ROOM | SARATOGA HER 898 22 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 190 | TRAY CEILING IN DINING ROOM | MARION COL 941 01 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 190 | TRAY CEILING IN DINING ROOM | MARION FED 941 06 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 190 | TRAY CEILING IN DINING ROOM | MARION WILL 941 07 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 190 | TRAY CEILING IN DINING ROOM | MARION CHAT 941 09 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 190 | TRAY CEILING IN DINING ROOM | MARION VERS 941 10 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 190 | TRAY CEILING IN DINING ROOM | MARION FARM 941 14 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 189 | TRAY CEILING IN LIVING ROOM | CHESAPEAKE MAN 862 02 | 4305 | Rough Carp.- Second Draw | 335.00 |
| 189 | TRAY CEILING IN LIVING ROOM | CHESAPEAKE FED 862 06 | 4305 | Rough Carp.- Second Draw | 335.00 |

175.00

TB 00025

443014

TOLL BROTHERS, INC
CONTRACT LOAD CONFIRMATION
(EXCLUDES CUSTOM OPTIONS)
(Option Sequence)

Page -    . 71
Date - . . 2/16/05

Division:  1616040000 Brandywine Hunt
or Work: Rough Carpentry
Contract No .   33545 BC Contractor..  172092 JN CARPENTRY,INC

Expiration Date. 07/01/05

SUBCONTRACTOR.   _____  DATE: _____
TOLL BROS., INC.: _____  DATE: _____
V.P. APPROVAL:   _____  DATE: _____
   Signature NOT Required on all pages
   for 1st time contract.

% INCREASE/DECREASE _____  EFFECTIVE DATE: _____

CHECK ONE OF THE FOLLOWING:
___ ORIGINAL CONTRACT
___ REPLACES EXISTING CONTRACT  ___ NEW VENDOR
___ REPLACES ESTIMATED BUDGETS
___ CONTRACT UPDATE-PRICE CHANGE
___ CONTRACT UPDATE-SPEC CHANGE
   (Attach changed specs)

| Option | Option Description | Pln Elv | Cost Code | Description | Bid Amount |
|--------|--------------------|---------|-----------|-------------|------------|
| | | CHESAPEAKE   PROV | | | |
| 191 | TRAY CEILING IN LIVING ROOM | 862 08 | 4305 | Rough Carp - Second Draw | 335.00 |
| | | CHESAPEAKE   VERS | | | |
| 191 | TRAY CEILING IN LIVING ROOM | 862 10 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | CHESAPEAKE   FARM | | | |
| 191 | TRAY CEILING IN LIVING ROOM | 862 14 | 4305 | Rough Carp - Second Draw | 335.00 |
| | | INGLEWOOD   COL | | | |
| 191 | TRAY CEILING IN LIVING ROOM | 865 01 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | INGLEWOOD   FED | | | |
| 191 | TRAY CEILING IN LIVING ROOM | 865 06 | 4305 | Rough Carp - Second Draw | 335.00 |
| | | INGLEWOOD   PROV | | | |
| 191 | TRAY CEILING IN LIVING ROOM | 865 08 | 4305 | Rough Carp - Second Draw | 335.00 |
| | | MALVERN   WILL | | | |
| 191 | TRAY CEILING IN LIVING ROOM | 895 07 | 4305 | Rough Carp - Second Draw | 335.00 |
| | | MALVERN   CHAT | | | |
| 191 | TRAY CEILING IN LIVING ROOM | 895 09 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | MALVERN   VERS | | | |
| 191 | TRAY CEILING IN LIVING ROOM | 895 10 | 4305 | Rough Carp - Second Draw | 335.00 |
| | | MALVERN   HER | | | |
| 191 | TRAY CEILING IN LIVING ROOM | 895 12 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | MARION   COL | | | |
| 191 | TRAY CEILING IN LIVING ROOM | 941 01 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | MARION   FED | | | |
| 191 | TRAY CEILING IN LIVING ROOM | 941 06 | 4305 | Rough Carp - Second Draw | 335.00 |
| | | MARION   WILL | | | |
| 191 | TRAY CEILING IN LIVING ROOM | 941 07 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | MARION   CHAT | | | |
| 191 | TRAY CEILING IN LIVING ROOM | 941 09 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | MARION   VERS | | | |
| 191 | TRAY CEILING IN LIVING ROOM | 941 10 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | MARION   FARM | | | |
| 191 | TRAY CEILING IN LIVING ROOM | 941 14 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | Malvern | | | |
| 199 | CURVED BALCONY WITH COLUMNS | 895 * | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | Marion | | | |
| 199 | CURVED BALCONY WITH COLUMNS | 941 * | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | Savoy | | | |
| 240 | SQUARE COLUMNS IN LIEU | 853 * | 4305 | Rough Carp.- Second Draw | 75.00 |
| | | Chesapeake | | | |
| 240 | SQUARE COLUMNS IN LIEU | 862 * | 4305 | Rough Carp.- Second Draw | 75.00 |
| | | Inglewood | | | |
| 367 | ADDITIONAL BATH | 865 * | 4305 | Rough Carp - Second Draw | 300.00 |
| | | Saratoga | | | |
| 367 | ADDITIONAL BATH | 898 * | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | Marion | | | |
| 367 | ADDITIONAL BATH | 941 * | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | Savoy | | | |
| 378 | PRIVATE TUB/TOILET AREA | 853 * | 4305 | Rough Carp.- Second Draw | 900.00 |
| | | Inglewood | | | |
| 378 | PRIVATE TUB/TOILET AREA | 865 * | 4305 | Rough Carp.- Second Draw | 900.00 |
| | | Savoy | | | |
| 501 | SOLARIUM ADDITION | 853 * | 4305 | Rough Carp.- Second Draw | 900.00 |

TB 00026

445014

TOLL BROTHERS, INC
CONTRACT LOAD CONFIRMATION
(EXCLUDES CUSTOM OPTIONS)
(Option Sequence)

Page - . . .     72
Date - . . . 2/16/05

division: 1616040000 Brandywine Hunt
of Work: Rough Carpentry
Contract No .    33545 BC Contractor.    172092 JN CARPENTRY,INC.

Expiration Date. 07/01/05
CHECK ONE OF THE FOLLOWING:

SUBCONTRACTOR: _____ DATE: _____ ___ ORIGINAL CONTRACT

TOLL BROS., INC.: _____ DATE. _____ ___ REPLACES EXISTING CONTRACT   ___ NEW VENDOR

V.P. APPROVAL: _____ DATE: _____ ___ REPLACES ESTIMATED BUDGETS
Signature NOT Required on all pages
for 1st time contract.

___ CONTRACT UPDATE-PRICE CHANGE

% INCREASE/DECREASE _____ EFFECTIVE DATE: _____

___ CONTRACT UPDATE-SPEC CHANGE
(Attach changed specs)

| Option | Option Description | Pln | Elv | Cost Code | Description | Bid Amount |
|--------|--------------------|-----|-----|-----------|-------------|------------|
| | | Chesapeake | | | | |
| 501 | SOLARIUM ADDITION | 862 * | 4305 | Rough Carp.- Second Draw | | 900.00 |
| | | Inglewood | | | | |
| 501 | SOLARIUM ADDITION | 865 * | 4305 | Rough Carp.- Second Draw | | 900.00 |
| | | Marion | | | | |
| 501 | SOLARIUM ADDITION | 941 * | 4305 | Rough Carp.- Second Draw | | 900.00 |
| | | Savoy | | | | |
| 502 | ATRIUM ELITE ADDITION | 863 * | 4305 | Rough Carp.- Second Draw | | 700.00 |
| | | Chesapeake | | | | |
| 502 | ATRIUM ELITE ADDITION | 862 * | 4305 | Rough Carp.- Second Draw | | 700.00 |
| | | Inglewood | | | | |
| 502 | ATRIUM ELITE ADDITION | 865 * | 4305 | Rough Carp.- Second Draw | | 700.00 |
| | | Marion | | | | |
| 502 | ATRIUM ELITE ADDITION | 941 * | 4305 | Rough Carp.- Second Draw | | 700.00 |
| | | Savoy | | | | |
| 5** | MEDIA ROOM ADDITION | 853 * | 4305 | Rough Carp.- Second Draw | | 625.00 |
| | PLAYROOM ABOVE | 853 * | 4305 | Rough Carp.- Second Draw | | 400.00 |
| | | Chesapeake | | | | |
| 520 | PLAYROOM ABOVE | 862 * | 4305 | Rough Carp.- Second Draw | | 400.00 |
| | | Marion | | | | |
| 520 | PLAYROOM ABOVE | 941 * | 4305 | Rough Carp.- Second Draw | | 400.00 |
| | | Savoy | | | | |
| 521 | BEDROOM SUITES ABOVE | 853 * | 4305 | Rough Carp.- Second Draw | | 400.00 |
| | | Marion | | | | |
| 521 | BEDROOM SUITES ABOVE | 941 * | 4305 | Rough Carp.- Second Draw | | 400.00 |
| 529 | NAPLES SUN ROOM ADDITION | 941 * | 4305 | Rough Carp.- Second Draw | | 1,150.00 |
| | | Inglewood | | | | |
| 530 | CULINARY KITCHEN | 865 * | 4305 | Rough Carp.- Second Draw | | 630.00 |
| | | Malvern | | | | |
| 530 | CULINARY KITCHEN | 895 * | 4106 | Rough Carp.- Second Draw | | 630.00 |
| | | Marion | | | | |
| 530 | CULINARY KITCHEN | 941 * | 4305 | Rough Carp.- Second Draw | | 630.00 |
| | | Chesapeake | | | | |
| 532 | PALLADIAN KITCHEN ADDITION | 862 * | 4305 | Rough Carp.- Second Draw | | 450.00 |
| | | Malvern | | | | |
| 532 | PALLADIAN KITCHEN ADDITION | 895 * | 4305 | Rough Carp.- Second Draw | | 450.00 |
| | | Marion | | | | |
| 532 | PALLADIAN KITCHEN ADDITION | 941 * | 4305 | Rough Carp.- Second Draw | | 450.00 |
| | | Chesapeake | | | | |
| 533 | GREENHOUSE WITH | 862 * | 4305 | Rough Carp.- Second Draw | | 400.00 |
| | | Malvern | | | | |
| 533 | GREENHOUSE WITH | 895 * | 4305 | Rough Carp.- Second Draw | | 400.00 |
| | | Marion | | | | |
| 533 | GREENHOUSE WITH | 941 * | 4305 | Rough Carp.- Second Draw | | 400.00 |
| 543 | DAYLIGHT WINDOW | * | 4305 | Rough Carp.- Second Draw | | 75.00 |
| 628 | GAS DIRECT VENT FIREPLACE - | * | 4305 | Rough Carp.- Second Draw | | 150.00 |
| 629 | ADDITIONAL GAS DIRECT VENT | * | 4305 | Rough Carp.- Second Draw | | 150.00 |
| | | Chesapeake | | | | |
| 631 | GAS DESIGNER FIREPLACE - | 862 * | 4305 | Rough Carp.- Second Draw | | 175.00 |
| | | Inglewood | | | | |
| | GAS DESIGNER FIREPLACE - | 865 * | 4305 | Rough Carp.- Second Draw | | 175.00 |
| | | Saratoga | | | | |

TB 00027

445014

TOLL BROTHERS, INC.
CONTRACT LOAD CONFIRMATION
(EXCLUDES CUSTOM OPTIONS)
(Option Sequence)

Page - . . .    73
Date - . . .    2/16/05

Division:   1616040000 Brandywine Hunt
of Work: Rough Carpentry
Contract No .   33545 BC Contractor..   172092 JN CARPENTRY, INC.

Expiration Date. 07/01/05

SUBCONTRACTOR: _____   DATE: _____
TOLL BROS., INC.: _____   DATE: _____
V.P APPROVAL: _____   DATE: _____
Signature NOT Required on all pages
for 1st time contract.

% INCREASE/DECREASE _____   EFFECTIVE DATE: _____

CHECK ONE OF THE FOLLOWING:
___ ORIGINAL CONTRACT
___ REPLACES EXISTING CONTRACT   ___ NEW VENDOR
___ REPLACES ESTIMATED BUDGETS
___ CONTRACT UPDATE-PRICE CHANGE
___ CONTRACT UPDATE-SPEC CHANGE
(Attach changed specs)

| Option | Option Description | Pln | Elv | Cost Code | Description | Bid Amount |
|--------|--------------------|-----|-----|-----------|-------------|------------|
| 631 | GAS DESIGNER FIREPLACE - | Saratoga 898 | * | 4305 | Rough Carp.- Second Draw | 175.00 |
| 632 | THREE SIDED GAS DESIGNER | Savoy 853 | * | 4305 | Rough Carp.- Second Draw | 200.00 |
| 632 | THREE SIDED GAS DESIGNER | Inglewood 865 | * | 4305 | Rough Carp.- Second Draw | 200.00 |
| 632 | THREE SIDED GAS DESIGNER | Malvern 895 | * | 4305 | Rough Carp.- Second Draw | 200.00 |
| 632 | THREE SIDED GAS DESIGNER | Marion 941 | * | 4305 | Rough Carp.- Second Draw | 200.00 |
| 648 | FIREPLACE WINDOW ARRAY | Savoy 853 | * | 4305 | Rough Carp.- Second Draw | 225.00 |
| 648 | FIREPLACE WINDOW ARRAY | Saratoga 898 | * | 4305 | Rough Carp.- Second Draw | 225.00 |
| 6-- | FIREPLACE WINDOW ARRAY | Marion 941 | * | 4305 | Rough Carp.- Second Draw | 225.00 |
| 6-- | FIREPLACE WINDOW ARRAY | Savoy 853 | * | 4305 | Rough Carp.- Second Draw | 240.00 |
| 649 | FIREPLACE WINDOW ARRAY | Saratoga 898 | * | 4305 | Rough Carp.- Second Draw | 240.00 |
| 649 | FIREPLACE WINDOW ARRAY | Marion 941 | * | 4305 | Rough Carp.- Second Draw | 240.00 |

TB 00028

PROJECT: _Brandywine Hunt_    Page 1 of _1_
C.C. #4304, #4305, #4307
**EFFECTIVE DATE: 04/01/05**

## EXHIBIT "C"

### ADDITIONAL WORK PRICE LIST

NOTE:    All work other than as contracted on the "Exhibit B Payment Schedule" must be pre-authorized through the issuance of a Toll Bros., Inc. "Field Work Order". Invoices for additional work must have the pre-authorized Field Work Order attached.

| | | | | | |
|---|---|---|---|---|---|
| MECHANIC | | 4305 | $ | 30 | /HR |
| LABORER | | 4305 | $ | 30 | /HR |
| BRACE BASEMENT WALLS | | 4301 | $ | N/A | /BSMNT |
| COVER PANELS/TRUSSES WITH PLASTIC | | | $ | N/A | /EA |

TB 00029

PROJECT: _Brandywine Hunt_          Page 1 of _1_

C.C. #4304, 4305, 4307

**EFFECTIVE DATE:  04-01-05**

## EXHIBIT "G"

## ROUGH CARPENTRY

PRODUCTS USED THIS CONTRACT

Please check below which manufacturers below will be used under this contract at this community.  *Be advised that any time a product is to be used other than specifically listed below, PMs must attach a completed Product Variation Request with sound rationale for use.  **NOTES:** 1) Contracts submitted without completing this information will not be loaded into JD Edwards and will be returned; 2) It is imperative to insure accuracy in reporting which manufacturer you will be using.  Failure to do so will delay or eliminate receipt of your rebates.

Rough Carpentry

    X     Simpson Strong.Tie

_____ *Other _____

Area Separation Wall/Shaftwall

_____ Georgia Pacific (GP) Dens-Glass Ultra Shaftliner

_N/A_ Thermacrete ("Preferred" when block is required)

_____ *Other _____

Toll Brothers Project Manager    _Kevin H. Grubb_
                                     (Please Print Name)

                                _(Signature)_     Date: _4/14/05_

TB 00030

**BID ANALYSIS REPORT**

Material or Trade Required: _Rough Carpentry_   Was tollbid.com used (yes/no) _No_, if not, why _____
_Replacing bad framer._

1. Minimum of 3 bids **MUST** be solicited with at least one (1) bid from a subcontractor NOT working at any Toll Bros.' communities.
2. Bid prices for the most popular models and elevations shall be recorded below.
3. Prices for the three most costly no charge and/or mandatory options must be considered in making contract award decision.
4. *Attach *Company Base Budget & Options Reports* to this form for like models/options in neighboring communities.
5. Transfer information from each bidders' Exhibit "C" to page 2 of this form.  This must also be taken into consideration in the awarding of the contract.

| Subcontractor/Supplier | Bid #1 | Bid #2 | Bid #3 | Bid #4 |
|---|---|---|---|---|
| Company name: | | | | |
| Address: | | | | |
| Point of Contact: | | | | |
| Base House for Model: _____ / _____ Elev. | $ | $ | $ | $ |
| Bid on Major Option _____, option # _____ | $ | $ | $ | $ |
| Bid on Major Option _____, option # _____ | $ | $ | $ | $ |
| Bid on Major Option _____, option # _____ | $ | $ | $ | $ |
| Base House for Model: _____ / _____ Elev. | $ | $ | $ | $ |
| Bid on Major Option _____, option # _____ | $ | $ | $ | $ |
| Bid on Major Option _____, option # _____ | $ | $ | $ | $ |
| Bid on Major Option _____, option # _____ | $ | $ | $ | $ |
| Base House for Model: _____ / _____ Elev. | $ | $ | $ | $ |
| Bid on Major Option _____, option # _____ | $ | $ | $ | $ |
| Bid on Major Option _____, option # _____ | $ | $ | $ | $ |
| Bid on Major Option _____, option # _____ | $ | $ | $ | $ |
| Base House for Model: _____ / _____ Elev. | $ | $ | $ | $ |
| Bid on Major Option _____, option # _____ | $ | $ | $ | $ |
| Bid on Major Option _____, option # _____ | $ | $ | $ | $ |
| Bid on Major Option _____, option # _____ | $ | $ | $ | $ |
| Base House for Model: _____ / _____ Elev. | $ | $ | $ | $ |
| Bid on Major Option _____, option # _____ | $ | $ | $ | $ |
| Bid on Major Option _____, option # _____ | $ | $ | $ | $ |
| Bid on Major Option _____, option # _____ | $ | $ | $ | $ |
| Base House for Model: _____ / _____ Elev. | $ | $ | $ | $ |
| Bid on Major Option _____, option # _____ | $ | $ | $ | $ |
| Bid on Major Option _____, option # _____ | $ | $ | $ | $ |
| Bid on Major Option _____, option # _____ | $ | $ | $ | $ |

Model Home(s) Discounts/Concessions: _____

**Circle lowest bid for each Model/Elev including options above and indicate awardee here:**

Justification if awarding to other than low bidder or if less than the minimum bids were used (check below as appropriate)

X No other bidders available in area (explain how bids were unsuccessfully solicited) _____

_____ Low bidder not qualified (explain) _____

*Waiver requires two Signatures:*

Proj. Mngr. Sign: _____  Date: _____  Snr Mgr. Appr: _____  Date: _____

*NOTE: THIS FORM (orig.) MUST BE FORWARDED WITH CONTRACT FOR BUDGET LOADING

TB 00031

EXHIBIT "C"- COMPARISON

Contract: _Rough Carpentry_

Subcontractor Name: _JD Framing Contractors Inc._

| Description from contract's Exhibit 'C' (e.g. mechanical, Installation charge, Labor, Additional product, helper, etc.) | Quantity (I.e. per hr, sq.ft., LF., EA, etc.) | Bidder #1 | Bidder #2 | Bidder #3 | Bidder #4 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Same as old Framer | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TB 00032

T:\contracts\Bid Analysis Report

CO41P

BATCH CONTRACT EXPIRATION DATE CHANGE

RUN DATE 4/28/05    PAGE 1

35912

APR 28 2003

| PROJECT | CONTRACT NUMBER | VENDOR NUMBER | VENDOR NAME | EFFECTIVE DATE | OLD EXPIRE DATE | NEW EXPIRE DATE |
|---|---|---|---|---|---|---|
| 1616 Brandywine Hunt | 33545 | .172092 | JN CARPENTRY,INC. | 07/01/04 | 07/01/05 | 1/01/50 |

TB 00033

Mar. 13. 2006 11:49AM

6/3/85

# JD FRAMING, INC

STEEL INSTALATION------------------------ 500.00

CARPENTRY CRANE--------------------------700.00

017- WALK-OUT BSMT. ---------------------150.00

018- DAYLIGHT BSMT. ----------------------150.00

GOTHIC PORTICO----------------------------450.00

K maintenance

TB 00034

# Exhibit B



AGREEMENT

AGREEMENT made this __5__ day __MAY__ 2005 __JS__ by and between J D FRAMING CONTRACTORS, INC., A New Jersey corporation with its office located at 700 Delores Drive, Cinnaminson NJ 08077 __TBS Const., Inc.__ located at __DELRAN, N.J.__
(CONTRACTOR)

ESSRTH: WITN

WHEREAS, J D is desirous of engaging CONTRACTOR to perform construction pursuant to terms contained hereinafter, and WHEREAS, CONTRACTOR is an independent contractor engaged in the business of performing construction services. NOW, THEREFORE, intending to be bound and in consideration of the mutual covenants and promises contained herein, the parties Agree as follows:

1.0  Retention of Services: J D hereby retains CONTRACTOR as of _____ 2005 __JS__ upon the terms and conditions and for the purposes set forth hereinafter.

2.0  Terms: Subject the provisions provided hereinafter for termination until fulfill the term of this Agreement shall be from __Nov__ 1, 2005 to __May 1__, 2006 __JS__

3.0  Fee for service: CONTRACTOR shall receive a fee for the services as specified on Schedule "A" annexed hereto and made a part hereof as amended from time to time during the term of this agreement. The fee for the services specified thereon shall be the sole compensation paid to the CONTRACTOR in return for all services rendered by CONTRACTOR to J D, pursuant to this agreement.

4.0  Duties: During the term of this Agreement, CONTRACTOR shall generally provide construction services and consultation to J D as set forth on Schedule "B", attached hereto and made a part hereof, and as may be amended upon agreement of the parties from time to time hereafter.

5.0  Best efforts of CONTRACTOR: CONTRACTOR agrees that CONTRACTOR will at all times faithful, industriously and to the Best of CONTRACTOR ability, experience and talents, perform all the duties that may be required of and from CONTRACTOR from pursuant to the expressed and implicit terms hereof. Such duties shall be rendered in New Jersey and such other place or Places as J D shall require.
Notwithstanding anything contained in the foregoing to the contrary, nothing herein shall prevent the CONTRACTOR from performing construction services for anyone else, including any competitor of J D, provided that work done for other parties Does not interfere with the work required to be done by CONTRACTOR pursuant to this agreement.

6.0  Time Requirements: it is agreed that CONTRACTOR devote so much of CONTRACTOR 'S time, energy and skill to the duties Required of CONTRACTOR hereunder as may be necessary to successfully carry them out in the furtherance of the business of J D. It is expressly understood and agreed by the parties hereto that the CONTRACTOR may engage in (and, in fact, does engage) in other gainful employment within the construction field during the term of this agreement without the prior consent of J D.

7.0  Relationship: The CONTRACTOR is retained by J D only for the purposes and to the extent set forth in this agreement and CONTRACTOR'S relation to J D shall, during the period or periods specified herein, be that of an independent contractor. CONTRACTOR shall be free dispose of such portion of CONTRACTOR'S entire time, energy and skill during regular business Hours and CONTRACTOR is obligated to devote hereunder to the business of J D to such manner as CONTRACTOR seems fit And to such person, firms or corporations as CONTRACTOR deems advisable. It is expressly understood that CONTRACTOR Shall not be considered as having the status of an employee of J D at any time during the term hereof. CONTRACTOR shall not Be entitled to participate in any fringe benefit programs, arrangements of distributions offered by J D to its employees. CONTRACTOR acknowledges that the fee for services specified in Schedule "A" shall not be subject to any withholding of State or Federal income Taxes, FICA, or other types or withholdings normally associated with employees, and CONTRACTOR Further acknowledges and covenants that CONTRACTOR will make all required tax payments with regard to the fees paid to CONTRACTOR by J D including, but not limited to, estimated tax, FICA, New Jersey Unemployment Taxes and the like. CONTRACTOR represents and warrants to J D that CONTRACTOR is employed in the field of construction and further Represents and warrants that CONTRACTOR shall hold J D harmless from and on account of any damages suffered by J D due to CONTRACTOR'S failure to pay Federal and/or State income taxes, FICA or any other liens, taxes or assessments by any governmental agency on the fees paid to CONTRACTOR hereunder.

8.0  Vacation and sick Leave: CONTRACTOR shall not be entitled to paid vacation or sick leave hereunder.

9.0  Expenses: CONTRACTOR is not authorized to incur any expenses on behalf of J D.

10.0 Restrictions: CONTRACTOR shall not, on behalf of J D, without the consent of J D, endorse any note or act as a accommodation party, or otherwise become surety for any reason, Without the consent of J D, CONTRACTOR shall not, on behalf of J D borrow or lend money, deliver or accept any commercial paper or execute any mortgage, bond or lease, or contract To purchase or contract to purchase or sell or contract to sell out to carry on the ordinary business of J D. The CONTRACTOR without the written consent of J D shall purchase no assets for the account of J D and CONTRACTOR shall incur no J D obligation without the written consent of J D.

11.0 Amendment and termination: This agreement may be changed or modified at any time by the mutual consent of all parties hereto in writing. This agreement shall further terminate without notice or further obligation of J D upon the happening of the following events:

11.1 Bankruptcy, insolvency or liquidation and/or dissolution of J D or CONTRACTOR.

11.2 On _____, 2005 __JS__
This agreement will terminate at any time by written notice to CONTRACTOR from J D in the event of any action on the part of The CONTRACTOR, which constitutes a breach of this agreement, including by but not limited to, any refusal of the CONTRACTOR to perform the work agreed to hereunder or to perform the work agreed to hereunder in good workmanlike Manner.

In the event the CONTRACTOR shall desire to terminate this agreement for any reason, such termination shall only be effective Upon the prior written notice from CONTRACTOR to fourteen (14) days in advance of the effective date of said termination of CONTRCTOR'S desire to terminate this agreement.

12.0 Notice: Any notice required to given hereunder shall be deemed to be given if sent by certified mail, return receipt requested Or by hand delivery, to the address set fourth hereinafter, which notice shall be deemed to be given upon receipt thereof by the Noticed party

To J D                    J D FRAMING CONTRACTORS, INC
                          300 DELORES DRIVE
                          CINNAMINSON, NJ 08077

TO CONTRACTOR             
                          TBS Coonstruction, inc
                          3001 Route 130 south
                          Apart #61 B
                          Delran NJ 08078

13.0 Tools, Equipment: CONTRACTOR agrees that all tools and equipment being utilized by CONTRACTOR in the performance Of CONTRACTOR'S services shall be supplied by the CONTRACTOR and J D shall have no obligation hereunder to provide any equipment to CONTRACTOR

14.0 Training: CONTRACTOR and J D acknowledge that the services to be performed by CONTRACTOR require a great amount of Skill and that the CONTRACTOR possesses such skill. The parties agree and acknowledge that J D shall not be responsible for Training the CONTRACTOR in the performance such services, and is agreeing to enter into this contract with the CONTRAC-TOR'S representation that CONTRACTOR has the requisite skills to perform the services in proper workmanlike manner.

15.0 Helpers and assistants: CONTRACTOR acknowledges that J D has no obligation to provide CONTRACTOR with any helpers Or assistance. In the event CONTRACTOR acknowledges that the work to be performed hereunder shall be at the sites designated by various customers and shall not be performed at J D place of business.

16.0 Location of work: The CONTRACTOR acknowledges that the work to be performed hereunder shall be at the Sites designated By various customers and shall not be performed at J D place of business.

17.0 No Guarantee of work: The parties hereto acknowledges that nothing herein shall constitute a guarantee that the CONTRAC-TOR receives a minimum amount of work or a minimum amount of compensation for the services to be performed for J D. The parties agree that the CONTRACTOR will perform the services on an as needed basis and that nothing herein shall be construed of the part of J D that J D will provide the CONTRACTOR with a continual amount of work for any specified period Of time.

18.0 Contractor's Place of Business: CONTRACTOR warrants that the address set forth in paragraph 12 is the principal place of Business of the CONTRACTOR and that the CONTRACTOR has obtained the necessary licenses for performing the services for J D.

19.0 Supervision: J D and CONTRACTOR agree that J D shall not supervise the services being performed by CONTRACTOR The parties agree that J D shall have the right to final inspection and approval of the final work product after CONTRACTOR Has performed the services.

20.0 Meetings: The parties acknowledge that the CONTRACTOR shall not be required to attend any meetings that may be organized By J D.

21.0 Insurance: The CONTRACTOR shall maintain, during J D term of this contract the following coverage's: Public Liability Insurance for personal injury, death or property damage suffered in, on or about any of its premises, plant or Equipment by reason of the ownership or maintenance of CONTRACTOR'S business or motor vehicles. Such insurance shall be Por not less than $300,000.00 for injury to or each of any one person and $300,000.00 for each occurrence in respect of bodily Or personal injury or death, and $100,000.00 for each occurrence of property damage. Such policy shall include products and Completed operations coverage in the broad form comprehensive general liability endorsement.

21.1 Worker's Compensation and Employer's Liability Insurance with statutory limits as required by law in each jurisdiction in which CONTRACTOR performs services hereunder, CONTRACTOR further agrees that prior to the commencement of the performance of any services pursuant to this Agreement. CONTRACTOR shall deliver to J D a certificate indicating that all insurance required in paragraphs 21.0 and 21.1 above is in full force effect, and CONTRACTOR shall maintain such Insurance in full force and effect, for a period of one (1) year following termination or expiration of this contract, All such Insurance shall be issued by companies admitted to do business in the jurisdiction in which CONTRACTOR performs the Services hereunder, shall name J D as an additional insured, and shall contain a clause which states that notice of intended The insurance company must give cancellation to J D not less than fifteen (15) days prior to such cancellation, by the insurance company,

22.0 Repairs; J D shall notify CONTRACTOR if J D receives any notice or complain from a costumer of damage caused by CONTRACTOR in performing services. CONTRACTOR shall have two (2) days after receipt of such notice from J D within Which to contact the costumer to arrange for repairs, and five (5) days after contacting customer to complete the repairs in a Good and workmanlike manner. Repairs y CONTRACTOR shall not be deemed completed until the customer acknowledges Such completion in writing and signs a release releasing CONTRACTOR and J D from all liability and obligations as a result Of or relating to the damages or repairs.

23.0 Indemnification and hold harmless: CONTRACTOR hereby agrees to indemnify J D harmless from and any and all liability Claim, cost or expenses, including attorney's fees, arising out of or resulting from omissions or negligence of the CONTRACTOR or any CONTRACTOR'S assistants in conjunction with the performance of, or failure to perform the obligations of the CONTRACTOR hereunder or otherwise.

24.0 Government Law: This contract shall be construed in accordance with and governed by the laws of the State of New Jersey Applicable to agreements made and to be performed within the State of New Jersey without giving the effect to the conflict Of law principles thereof.

25.0 Assignment: CONTRACTOR may neither assign nor delegate any of CONTRACTOR'S rights or obligations hereunder Without first obtaining the written consent of J.D.

26.0 Severability: All agreements and covenants contained herein are sever able, and in the event that any of them shall be held to be Invalid by any competent court, this contract shall be interpreted as if such invalid agreements covenants were not contained herein.

27.0 Entire Agreement, Binding Effect: This writing represents the entire agreement between the parties hereto and shall supersede All other written or oral understandings between the parties. This Agreement shall be binding upon an inure to the benefit of the Parties hereto, their personal representatives, heirs, successors and assigns, if any.
IN WITNESS WHEROF, the parties have hereunto set their hands and seals and/or cause this agreement to be executed the day and year first above written

J D FRAMING CONTRACTORS, INC

By _Anabela DeSousa_

Anabela v. DeSousa, President

By _Tiago B Da Silva_ CONTRACTOR

Federal ID Number _20-1895 611_

Social Security Number _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_

Business Phone Number _856-297-7570_

ACORD. **CERTIFICATE OF LIABILITY INSURANCE**

OP ID JE  
TBS60-1  
05/31/05

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**PRODUCER**

Fairways Insurance Services  
Monroe Building, Suite #210  
101 Route 130 South  
Cinnaminson NJ 08077-2848  
Phone: 856-786-9100  Fax: 856-786-7899

**INSURERS AFFORDING COVERAGE**  NAIC #

INSURER A: Mercer Insurance Company  
INSURER B: IM Insurance Corporation  
INSURER C:  
INSURER D:  
INSURER E:

**INSURED**

TBS Construction, Inc.  
3001 Route 130 South  
Apartment #61-B  
Delran NJ 08075

**COVERAGES**

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | **GENERAL LIABILITY** X COMMERCIAL GENERAL LIABILITY | SCP0005266 | 12/02/04 | 12/02/05 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $100,000 |
| | | CLAIMS MADE X OCCUR | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: X POLICY PRO-JECT LOC | | | | PRODUCTS - COMP/OP AGG | $1,000,000 |
| | | **AUTOMOBILE LIABILITY** ANY AUTO | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ALL OWNED AUTOS SCHEDULED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | HIRED AUTOS NON-OWNED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN EA ACC AUTO ONLY: AGG | $ $ |
| | | **EXCESS/UMBRELLA LIABILITY** OCCUR CLAIMS MADE | | | | EACH OCCURRENCE | $ |
| | | | | | | AGGREGATE | $ |
| | | DEDUCTIBLE RETENTION $ | | | | | $ $ $ |
| B | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | 3332842 | 12/03/04 | 12/03/05 | X WC STATU-TORY LIMITS OTH-ER | |
| | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |
| | | **OTHER** | | | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**

Certificate holder is named as additional insured.

**CERTIFICATE HOLDER**  JDFRAMI

JD Framing Contractors Inc.  
200 Delores Drive  
Cinnaminson NJ 08077

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 10 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE

John M. Hanusin

ACORD 25 (2001/08)

© ACORD CORPORATION 19

250 Gibraltar Road
Horsham, PA 19044

33545

Contract Nr
Community.    Brandywine Hunt

## CONSTRUCTION AGREEMENT

This Construction Agreement ("Agreement") is between TOLL BROS., INC. ("Toll") and:
CONTRACTOR    JD Framing Contractors Inc.                                    62883
ADDRESS:    200 Delores Drive Cinnaminson, NJ 08077
PHONE:    (856) 786-8300                    CONTACT:    John Sousa
FACSIMILE:    (856) 786-7666                    E-MAIL:

Contractor, representing that it is skillful and experienced in the craft    Rough Carpentry
and holds all necessary licenses, agrees to furnish all labor, services, materials and equipment necessary to perform and complete
its obligations under the Agreement in a good and workmanlike and timely manner. The construction work ("Work") performed
will be in accordance with the specifications below, as prepared by Toll and any and all revisions, addendums, schedules, exhibits
and riders thereto; and general and special conditions issued in connection therewith. The Contractor agrees that the Work shall be
done subject to the final approval of Toll.

THE WORK: The Work shall consist of but not necessarily be limited to the following:

Reference Exhibit "A", page(s) 1 through    9   , Toll architectural plans, construction detail documents and detail documents for
specifications (collectively referred to as "Specifications").

PAYMENTS:
Toll shall pay Contractor for the performance of the Work the sum of $ _Varies_ s
Toll shall pay Contractor progress and final payments in accordance with the payment schedule below.

As a condition precedent to any payments, Contractor, if requested, shall submit a payment request form in a form determined by
Toll. The payment request form shall include release and certification by Contractor to Toll that no mechanics' liens or claims for
mechanics' liens have been or could have been filed or asserted against the Project in connection with the Work as of the date of
such submission. The final payment shall not be made until Contractor delivers to Toll a complete release of liens.
Reference Exhibit "B", page(s) 1 through    4   , for "Payment Schedule."
Reference Exhibit "C", page(s) 1 through    1   , for "Additional Work Price List."

It is understood that the execution of this cover page binds the Contractor to all pages of Exhibits attached as referenced above and
contained herein.

### It is agreed between Toll and Contractor that the articles printed on Page Two are part of this Agreement.

ARBITRATION: Contractor hereby agrees that any and all disputes or disagreements arising in any way out of this Agreement or
the performance of the work, including but not limited to, the payment of invoices, accidents, indemnification of Toll by
Contractor, naming Toll as an Additional Insured, injuries, breach of contract, representations and/or omissions by Toll, on-site and
off-site conditions and all other torts and statutory causes of action ("Claims") shall be resolved by binding arbitration in
accordance with the rules and procedures of Construction Arbitration Services, Inc or its successor, or an equivalent organization
selected by Seller. In addition, Contractor agrees that Contractor may not initiate any arbitration proceeding for any Claims unless
and until Contractor has first given Toll specific written notice of each claim (at 250 Gibraltar Rd., Horsham, PA 19044, Attn:
Contractor Dispute Resolution) and given Toll a reasonable opportunity to settle the dispute.

RECEIVED
APR 8 '2005

Contractor warrants that the information supplied by Contractor in the Request for Bid is truthful and accurate.
In witness whereof, the parties hereto have executed this Agreement on the day and year written below.

CONTRACT LOADING

FED I.D. NO.:    59 - 3784129

CONTRACTOR:
By:    _Polo A. DS Sousa_
Print Name:    JOSE A. DE SOUZA
Title:    V. President
Date:    4/18/05

TOLL BROS., INC.:
By:
Print Name:    Kevin H. Grubb
Title:    Project Manager
Date:    4/14/05
Senior Manager Initials:    4/19/05

☐ Check if secondary contract so budget will not be loaded - For File Only.

Page One
MAR. 13, 2006 11:45AM

Page Two

Project _Brady he Hunt_                                                    Page 1 of 11 9
C.C. #4304, 4305, 4307
EFFECTIVE DATE: 04-01-05

## EXHIBIT "A"

## ROUGH CARPENTRY

Subcontractor understands that all construction performed under this contract shall be in accordance with all P.W.C. standards, Federal, State, and Local codes, O.S.H.A. safety regulations and be in accordance with Toll Bros., Inc. standard details located in the construction trailer, and also attached nailing schedule.

Subcontractor shall be responsible to supply contractor with current copies of all MSDS (Material Safety Data Sheets) applicable to the product(s), material(s), additives, etc. which will be used in the execution of this contract. Materials which qualify as hazardous materials must be properly labeled, must not be disposed of on Toll Bros., Inc. property, and shall be disposed of at subcontractor's sole expense in full compliance with all applicable federal, state, and local statutes, rules, and regulations, etc...

Subcontractor shall report to TBI construction manager any unsatisfactory conditions that may affect his finished product before he begins work. In the event this subcontractor puts "good work over bad work" this Subcontractor will be held equally responsible for the correction or repair. It is this subcontractor's responsibility to inspect his own work for both quality and completeness and to protect the materials and work of all other trades preceding him.

Subcontractor shall furnish all labor, material, equipment and supervision necessary to complete all work covered under this contract.

Subcontractor shall be responsible to perform all work in accordance with the latest revised construction drawings for each appropriate model.

This subcontractor shall take whatever steps necessary to protect carpet, vinyl, or hardwood flooring from dirt or damages, should it become necessary to enter the home after these materials have been installed.

Subcontractor shall be responsible to keep all community roadways clean. Any mud or debris deposited by subcontractor's employees or vehicles must be removed at subcontractor's expense.

If possible, Toll Bros., Inc. will supply power to within 250 feet of the job site. In the event that power is not supplied, the subcontractor shall supply a portable generator at the job site.

All service work shall be completed within fourteen (14) days of request by Toll Bros., Inc. This subcontractor's personnel shall be instructed by subcontractor to treat all homeowners and their property with the utmost courtesy and respect. Subcontractor's personnel must also be instructed to refrain from derogatory or sarcastic remarks concerning work performed by other trades or by Toll Bros., Inc. Subcontractor or their employees shall not contact Toll Brothers' homebuyers without the express written consent of the Project Manager.

The subcontractor shall be responsible for and agrees to provide on a routine and periodic basis, in-depth safety training for subcontractor's employees to fully cover all aspects related to the type of work the particular tradesman/laborer is performing for Toll Brothers. Such training shall be in accordance and compliance with federal, state, local and OSHA safety directives and regulations.

Subcontractor shall send _enough_ personnel to the job site to complete rough framing in _21_ days. Supervision must include a professional representative who looks and acts like a qualified tradesman and who can communicate clearly.

Subcontractor shall install all windows, doors and skylights as per manufacturer's recommendations.

Subcontractor shall install material deemed good and usable by Toll Bros., Inc. Inspections. Replacements shall be at subcontractor expense.

Subcontractor shall punch out house previous to Toll Bros., Inc. Construction manager or framing inspection.

_BHG_

Project: _Broadway - Hunt_    Page 2 of 14?

C.C. #4304, 4305, 4307

**EFFECTIVE DATE: 04-01-05**

## EXHIBIT "A"

## ROUGH CARPENTRY

SCOPE OF WORK:

* On Multi Unit product lines, no exterior penetrations are to be made within 5 feet of any party wall.

Subcontractor shall supply and install the following:

Nails

"C" series aluminum or galvanized roof clips.

Fasteners.

Pan flashing at side and rear door thresholds

Joist Hangers; Approved construction connector hardware: Simpson Strong-Tie or equal.

Approved construction adhesive: The only approved construction adhesives are the following non-staining products: Pratt & Lambert - Miracle SFA66; W. W. Henry - #617 Adhesive; TACC - #RL116B; Surebond - #PS800; Franklin - Tite Bond all weather subfloor adhesive.

Approved construction connector hardware: Simpson Strong-Tie or equal.

Foam type sill seal (Fiberglass is unacceptable)

Note: All nails, screws, collated nails (pneumatic nail guns), fasteners and connectors that come in contact with any pressure treated lumber must be post hot-dip galvanized (HDG>G90), stainless steel (type 304 or 316) or triple zinc coated (G185 electroplated) as per the treated wood supplier's recommendations. However, under no circumstance shall stainless steel nails, bots, screws or fasteners be used in conjunction with any galvanized connectors or other fasteners. All Simpson Strong-Tie triple zinc coated connectors must have a "Z" clamped into the connector at the end of the part number and the words "Z Max" imprinted on a white label which is affixed to the inside of the bottom of the connector.

Subcontractor shall install the following supplied by Toll Bros., Inc.:

White "Z" flashing at the panel and door intersection below Palladian window

Prefabricated sill pan at all exterior doors.

Permanent truss bracing

Wood shims

Approved metal T-channel wind bracing (when required)

Pre-fabricated stairs

Windows and exterior doors (including operating hardware on casement windows)

Project: _Brandywine - Hunt_                                 Page 3 of 14 9
C.C. #4304, 4305, 4307
EFFECTIVE DATE: 04-01-05

## EXHIBIT "A"

## ROUGH CARPENTRY

Installer is to write their company name on the inside of the window jamb around the AAMA label.

Diagonal Wood or Metal Bridging

Framing material for fabrication of roof crickets

Adjustable Metal Turnbuckles to support bay windows - 2 per window

Cornice Work

Basement Bracing (where applicable)

Firestops (where required)

Pent Roofs

One half (1/2") inch continuous bead of solvent-free non-silicone caulk/sealant is required in the interior side of the nail fin.

Exterior Millwork

_Subcontractor_ shall supply the following which will be installed by the subcontractor:

Felt paper behind all window and door millwork, and behind ladder framing at frieze board on brick and stone facades.

_ORourke (#2)_ , municipality approved adjustable steel columns, with manufacturer's label attached, rated for a minimum of 20,000 lbs. for basements, and rated at a minimum of 12,500 lbs. for garages.

Main basement beams are to be _Steel_ (#3) and are to be installed by _Subcontractor_ (#4). All steel beams must bear a minimum of 3". Wood beams must bear a minimum of 3 ½" or as plans dictate.

If this subcontractor is responsible for installing basement or garage lally columns, this subcontractor shall make sure that the columns rest directly on top of pier footings, not slabs. If this is not possible, subcontractor shall immediately notify Toll Bros., Inc. construction manager.

All splices in wood beams shall always occur directly above a support column.

All beams are to be permanently fastened to support columns.

(#2)   State manufacturer of adjustable steel columns. Adjustable steel columns shall be used exclusively - except where municipalities will not allow.
(#3)   wood, steel
(#4)   Subcontractor, Steel supplier

Project: _Brandyw... Hunt_____                    Page 4 of 11 a
C.C. #4304, 4305, 4307
EFFECTIVE DATE: 04-01-05

## EXHIBIT "A"

## ROUGH CARPENTRY

### WORKMANSHIP:

Subcontractor shall install galvanized nails and countersink all nails installed in exterior millwork materials, including but not limited to: sunbursts, pediments, panels, rakes, cornice work, door frames, etc.

Subcontractor shall glue and nail plywood sub-flooring to floor joists, with better side face up, mill labels down. All plywood sub-flooring shall be completely face nailed before glue dries. All roof sheathing shall be installed rough side up with mill labels down.

Subcontractor shall install a pressure-treated 2 x 12 kickplate under the door sill on rear and side exterior doors.

Subcontractor shall fabricate wood step from house to garage from pressure-treated lumber supplied by Toll Bros., Inc.

ALL FLOOR SHEATHING SHALL BE GLUED AND SPACED AS FOLLOWS:

Spread only enough glue to lay one or two sheets at a time or follow specific recommendations of glue manufacturer. Wipe any mud, dirt or water from joists before gluing.

Lay first panel with tongue side to wall and nail in place.

Apply a continuous line of glue (about 1/4 inch diameter) to framing members. Apply glue in a serpentine pattern on wide areas.

Apply two lines of glue on joists where panel ends butt to assure proper gluing of each end.

After first row of subflooring is in place, spread glue in groove of one or two sheets at a time before laying next row. Glue line may be continuous or spaced, but avoid squeeze-out by applying a thinner line (1/8 inch) than on joists.

Tap second-row panels into place, using a block to protect groove edges.

Stagger end joints in each succeeding row, leaving 1/8 inch between all end joints and 1/8 inch at all edges, including T&G. (Use a spacer tool to assure accurate and consistent spacing.)

Complete all nailing of each panel before glue sets. Check the manufacturer's recommendations for allowable time. (Warm weather accelerates glue setting.)

Subcontractor shall be responsible for insuring that any interior chase that requires insulation above, and that will not have the ceiling drywalled, be capped with sheathing.

Subcontractor shall verify fireplace hearth dimensions (width and depth) previous to framing.

Subcontractor shall install solid bridging where 5'0"steel/fiberglass tub front edge falls parallel with floor joist. Solid bridging shall be perpendicular to floor joist at three locations.

Subcontractor shall install cross-blocking underneath parallel walls which fall between floor joists.

Subcontractor shall be responsible to install solid blocking at all point load locations indicated on Architectural Plans or as identified by Construction Manager. Unless otherwise noted, blocking shall be equal to the depth and type material of the floor system. Subcontractors shall check on each side of bearing wall openings, ends and intermediate support of beams, roof girders and trusses and if any of these locations do not fall exactly on top of a floor joist, beam or foundation, blocking will be installed by Subcontractor. When a platform tub is specified, subcontractor shall install 6" high x 11 1/4" deep step as per detail on sheet A-6 of construction drawings.

_BHG_

Project: Brandywine Hunt                                Page 5 of 14 9
C.C. #4304, 4305, 4307
EFFECTIVE DATE: 04-01-05

## EXHIBIT "A"

## ROUGH CARPENTRY

Subcontractor shall be responsible to hang all exterior doors as per plans. Subcontractor shall be required to notify Toll Bros., Inc. Construction manager of any incorrect door swings at time of discovery.

If door shall require reinstallation, subcontractor shall do it at no additional cost if it was deemed subcontractor was at error by Toll Bros., Inc. Construction manager/Project Manager.

Diagonal wood bridging shall be installed with two nails, top and bottom. All bridging shall be nailed complete (top and bottom) within one (1) week of completion of rough carpentry work. Bridging must be installed so that it does not touch subfloor and does not touch adjoining pieces of bridging.

Subcontractor shall patch all holes in exterior sheathing before siding is applied at no additional cost to Toll Bros., Inc.

Nails must be 11 gauge, 1 1/4" galvanized roof nails. Staples must be 16 gauge, 7/16" crown, 1 1/4" leg.

### NAILING SCHEDULE

|                              | NAIL SIZE | EDGES | INTERMED. |
|------------------------------|-----------|-------|-----------|
| 3/4" T & G glued Sturdifloor | 6d(1)     | 12"   | 12"       |
| 7/16" OSB roof sheathing     | 6d        | 6"    | 12"       |
| 7/16" OSB wall sheathing     | 6d        | 6"    | 12"       |
| 1/2" CDX roof sheathing      | 6d        | 6"    | 12"       |
| 1/2" CDX wall sheathing      | 6d        | 6"    | 12"       |

(1) Ring or screw shank nail

Subcontractor shall not install any Thermoply sheathing over first or second floor band boards or over garage door headers.

All exterior doors and windows shall be installed in accordance with the manufacturer's recommended installation procedures. Exterior doors require 20 mil (.020") Nervastral or aluminum pan flashing and three continuous beads of construction adhesive at the bottom corners and beneath the sill. All exterior doors shall be installed in the pre-fabricated sill pans supplied by Toll Bros, Inc. and flashed with 20 mil (.020") Nervastral or aluminum flashing. All aluminum door and window flashing that comes in direct contact with any pressure treated lumber (i.e. daylight basement windows & doors, exterior basement entrance doors, etc.) must be PVC coated w/the coated side facing towards the pressure treated materials. Windows require approx. 1/4" spacing between header & top of window.

All usable lumber shall be neatly stacked in one place. Subcontractor shall pile all scraps in front of the house, mini-mum 20' from house. In communities with T.B.I. recycling areas, all applicable recyclable materials shall be transported to the recycling center and deposited in the proper dumpster. Otherwise, all debris caused under this contract shall be removed by sub-contractor. If not, subcontractor shall be backcharged at a rate of 1 1/2 times the cost of removal.

Subcontractor shall broom clean unit prior to mechanical trades, including basement.

Subcontractor shall be responsible for repairing or replacing up to 50 studs and replacing delaminated plywood in living unit at no additional cost to Toll Bros., Inc. When plywood subfloor is replaced, all butt edge seams must rest on solid blocking and be screwed and glued in place.

Subcontractor shall install OSB on the cold side of attic exposed walk-in closet walls. OSB shall be installed on attic sidewall framing members.

Subcontractor shall fabricate Whirlpool Tub covers from materials supplied by TBI. Covers shall be designed to be portable and to protect Whirlpool Tubs during construction.

Mar. 13. 2006 11:46AM                                              No. 0880  P. 8

Project: Wandyne Hunt

Page 6 of 19

C.C. #4304, 4305, 4307

EFFECTIVE DATE: 04-01-05

## EXHIBIT "A"

## ROUGH CARPENTRY

Subcontractor shall also install solid floor joist blocking in unheated room areas in such a manner as to prevent under floor air infiltration into heated room areas.

When roof trusses or roof rafters are spaced greater than 16" on center it is necessary to use clips with the roof sheathing. Roof sheathing is only approved up to 16" on center without clips. Spacing shall be as follows: Butt ends 1/8" spacing and sides 1/16" spacing.

Where ridge venting is specified, roof sheathing shall be left open 2" for roof truss and 3" to conventional framing with a ridge pole.

Subcontractor shall be responsible for aligning or heading out all framing members to accommodate heating, plumbing and electric.

Subcontractor shall install CAT blocking on all Provincial models where shutters will be installed.

On houses with copper bay roofs, subcontractor shall be responsible to install drywall screws through the subhead of bay window into bottom of copper roof.

Subcontractor shall install PVC coated aluminum or 20 mil (.020") Nervastral flashing at all locations where a concrete porch slab contacts a framed wall. Flashing shall extend at least 6" above and 3" below band joist. All required flashing that comes in direct contact with any pressure treated lumber (i.e. deck/porch ledger boards, sill plates, etc.) must be PVC coated aluminum with the coated side facing towards the pressure treated material.

On houses which do not receive aluminum wrapped trim, rake boards must be packed out with 3/4" strips of subfloor material (from waste) to create a pocket to receive siding.

### VERTICAL CEDAR SIDING:

For all models which receive vertical cedar siding subcontractor shall be responsible for installing horizontal cross blocking between studs spaced not more than 32" o.c. vertically.

Subcontractor shall install nailers for horizontal or vertical cedar siding as required and as directed by Toll Bros., Inc. Construction manager.

### PANEL INSTALLATION:

Subcontractor shall install fasteners spaced 16" vertically o.c. where panels abut.

Panels shall be secured through the bottom plate at each stud bay.

Subcontractor shall notify Toll Bros., Inc. Construction manager of any discrepancies in window and/or door openings, prior to installation of panel.

Subcontractor shall be responsible for a reasonable amount of panel and truss modifications and/or repairs. Subcontractor shall mark up a set of panel prints reflecting any required modifications.

Subcontractors shall install all top plates in such a manner to allow equal spacing at panel abutments.

Subcontractor shall properly lap double top plates to tie interior walls together.

Project: _Bradges - Hunt_                                    Page 7 of 8 9
C.C. #4304, 4305, 4307
EFFECTIVE DATE: 04-01-05

## EXHIBIT "A"

## ROUGH CARPENTRY

### ROOF TRUSS INSTALLATION:

For interior partitions within the center third of the bottom chord, 2 x 6 nailers will be installed for drywall at all truss bays perpendicular to interior partitions. The truss will be nailed "down" with one nail through the 2 x 4 bottom chord into the top plate, and left sticking out 3/4". Bottom chords that bear on exterior walls shall be nailed fast with 3 - 12P common nails at the end third of each truss. Roof trusses shall be diagonally racked and braced as per shop drawings.

Trusses shall be temporarily braced to prevent wind damage during assembly.  Trusses will be permanently braced with 2 x 4's as required per the engineered truss drawing bracing requirements for each individual truss. NOTE: "green stickers" on trusses are a reminder to brace trusses and should not be construed as the only location a brace is required.  H2.5A or equal ties must be installed by subcontractor per manufacturer specifications to meet the current code.
                         shall
Subcontractor    ~~·~~ (#1)      Supply H2.5A or equal hurricane ties.

### INSTALLATION OF TUDOR BOARDS (Cost Code 4307):

Subcontractor shall install tudor boards as per plans.

Subcontractor shall supply and install galvanized 12d common nails.

Subcontractor shall not install any tudor boards not primed.

Subcontractor shall install tudor boards after stucco scratch coat, or as directed by Toll Bros., Inc. Construction manager.

### INSTALLATION OF STUCCO BAND BOARDS AND/OR ARCHES:

When wood bands/arches are installed on stucco homes, subcontractor will affix bands/arches with galvanized 12d common nails.

### INSTALLATION OF JSI "I" JOISTS

I-Joist

1.    SPACING: As designated by Architectural Plan.

2.    NAILING: All I-Joist shall be nailed to bearing plate with 2-3-1/2" nails toe nailed per end, a minimum of 1-1/2" from end.

3.    BEARING:  All I-Joist shall bear on the sill plate a minimum of 1-1/2".  All split joist shall bear a minimum 1-1/2" on the center bearing.  All continuous span I-Joist bear a minimum of 2" on the bearing wall.  Joist ends shall not extend past any bearing point more than 1 foot.

4.    DAMAGE:  I-Joists shall not have damage to the cords including:

      a.    Cutting
      b.    Notching
      c.    Drilling
      d.    Nail split that continues to the edge

(#1)    Shall/Shall Not

Project: _Dundarian Mont_                                   Page 8 of 14 g
C.C. #4304, 4305, 4307
EFFECTIVE DATE: 04-01-05

## EXHIBIT "A"

## ROUGH CARPENTRY

I-Joist shall not have damage to the web that exceeds the allowable guidelines of the hole cutting guide or tears continuing to the chord.

### RIMBOARD:

1. BEARING: All rimboard must bear entirely on the sill plate.

2. NAILING: Rimboard must be nailed to the sill plate every 12" with 3" (10d) nails.

3. CLEARANCE: Rimboard shall not overhang foundation so a minimum of 1" from brick veneer is maintained with OSB sheathing only. Rimboard shall be held back 7/16" so sheathing covers Rimboard.

### DECKING:

1. Deck material should bear continuously on the top chord of I-Joist.

### HANGERS:

1. Install hangers as specified by Architectural Plans (Top mount or face mount).

2. Hangers shall be blocked as required to prevent twisting of the I-Joist. If a 1/4" gap or more exists between top of hanger and I-Joist blocking should be used.

3. Hangers must be blocked to insure proper fastening when intersecting a perpendicular I-Joist.

4. All nail holes must be used.

### BLOCKING:

1. 2x4 lateral blocking is required 24" o.c. under non-load bearing interior walls which are between I-Joist.

### SQUASH BLOCKING:

1. Squash blocks are required only at exterior bearing walls when the rimboard does not have adequate strength. Refer to Architectural Drawings for proper locations.

2. Squash blocks installed in every 4th bay are required to transfer loads from upper bearing walls to lower bearing walls.

   When required by Architectural Drawings blocks will be 2x4 or 2x6 cut 1/8" higher than the joist height then nailed top and bottom with 2-3" (10d) nails.

### WEB STIFFENERS:

1. Web stiffeners are required in joist hangers when sides of the hanger do not provide direct lateral support to top chord of the joist (1/8" or more gap).

2. Web stiffeners should be cut 1/8" shorter than the web height.

### POINT LOADS:

1. When a point load occurs on an exterior wall the load should be blocked continuously down outside wall to sill plate.

2. If a point load falls directly on an I-Joist squash blocking must be used to carry load around the joist.

Project:  Brandywine Hunt                                    Page 9 of 14
C.C. #4304, 4305, 4307.
**EFFECTIVE DATE: 04-01-05**

## EXHIBIT "A"

## ROUGH CARPENTRY

3.   If a point load falls between I-Joist, blocking should be a double piece of I-Joist with continuous filler between the two I-Joist  and proper hangers at each end or a single piece of I-Joist with 2x4 web stiffeners used on each side. The 2x4 web stiffeners should be tight to the top chord of I-Joist and nailed with 3 (10d) nails minimum 3" o.c.

### HOLE CUTTING:

1.   Any hole required through an I-Joist shall follow all criteria specified in manufacturers guidelines.

### CANTILEVERS:

1.   In unreinforced cantilevers I-Joist blocking must be installed and nailed with 2-3-1/2" (16d) nails toe nailed into top-bottom.

### AREA SEPERATION WALLS/SHAFTWALL (Multi-Family Dwellings):

1.   When cement block is not required by local governing authorities, the subcontractor shall install GP Dens-Glass Ultra Shaftliner as per code requirements and assembly details.

2.   Where Dens-Glass Ultra Shaftliner is not allowed and cement block is required by local governing the Subcontractor   _N A_   (#1)_____ install Thermacrete as per code requirements and assembly details.

(#1)    Shall/Shall not

PROJECT:  Brandywine Hunt .                                    Page 1 of  4

## EXHIBIT "B"
## PAYMENT SCHEDULE SPECIFICATIONS
## FOR SUBCONTRACTOR AGREEMENT

All prices in Payment Schedule become effective with all new living units STARTED AFTER  April 14, 2005
The following lots were started prior to the above referenced date and shall be invoiced at the old contract prices as
per the previous Subcontract Agreement #  _N/A_  :

Lot _____ ;  Lot _____ ;  Lot _____ ;  Lot _____ ;  Lot _____ ;  Lot _____
Lot _____ ;  Lot _____ ;  Lot _____ ;  Lot _____ ;  Lot _____ ;  Lot _____

NOTE TO P.M.: Above clause only applies to renegotiated contracts; would not apply to vendors with whom we
don't have a previous Subcontract Agreement with.)

All prices are firm for all work started on or before      April 14, 2006      and shall automatically renew for
30-day periods until written notice is given by either party; such written notice must be given at least 30 days prior
to the expiration of the existing contract or any of the automatic renewal periods.

"Each invoice for base house and/or options must include a REFERENCE INVOICE NUMBER and must be
submitted in writing for lump sum amounts as per Payment Schedule. The following information must be included:
VENDOR NAME, VENDOR NUMBER, DATE, PROJECT NAME, LOT NUMBER, MODEL NAME, COST CODE,
and OPTION NUMBERS. (The above information can be found in the Payment Schedule.)

Subcontractor understands that Base House and options for various lots may be billed on one invoice provided they
are clearly separated on the invoice and that the lump sum contract amount (per cost code category) is shown next
to each base house and/or option. Field conditions must be billed separately.

All invoices for work other than Base House or options must be authorized through the issuance of a Toll Bros., Inc.
"Field Work Order". Copies of the Toll Bros., Inc. "Field Work Orders" will be given to subcontractor upon
authorization of the work by the Construction Manager and prior to commencing work.

Upon completion of work authorized by "Field Work Order", subcontractor must submit "Invoice Copy" to
Construction Manager for signature, retaining the "Subcontractor Copy" of work order for subcontractor's own
records. Invoicing for work other than Base House or options shall be in accordance with the "Additional Work Price
List" attached which includes all applicable taxes.

Signed "Invoice Copy" shall then be submitted for payment.

Prior to purchasing materials for model homes, subcontractor shall meet with community P.M. to review model
home programs available to Toll Bros., Inc. Subcontractor agrees to credit Toll Brothers' model home invoice with
any manufacturer's model home rebates and/or to reduce the invoice by the amount of any "no charge" materials
supplied by a manufacturer for the model home.

Subcontractor understands that all Base House and option prices in Payment Schedule reflect all Specifications
stated.

Payment shall not be made until work outlined in Specifications is 100% complete and current insurance certificate
is on file.

All options shall be billed when the standard house is 100% complete; no payment of option invoices will be made
until this time.

All invoices received without the proper information as stated shall be returned unpaid. The invoices can then be
resubmitted with the proper information included for payment.

PROJECT: Brandywine Hunt _____    Page 2 of _4_

## EXHIBIT "B"

## PAYMENT SCHEDULE SPECIFICATIONS
## FOR SUBCONTRACTOR AGREEMENT

All invoices and other correspondence shall be submitted to Toll Bros., Inc., c/o

_4100 Brandywine Parkway Wilmington DE 19810_

_Construction Trailer_

no later than 10:00 A.M. Tuesday ten days prior to the Friday that checks are to be issued for that project. Invoices received by any other means will be refused and held until the next regular pay cycle. All invoices received after this deadline will also be held until the next regular pay cycle.

All invoices must be submitted within 90 days of completion of the prescribed work for each Base House, option or Field Work Order. Invoices submitted after 90 days of the completion of the work will not be accepted nor paid and shall be considered null and void.

In order to insure timely resolution of outstanding invoices, any invoices which are unpaid for any reason must be appealed in writing to the Project Manager within 90 days of the original due date of the invoice. Invoices which are not appealed in writing within 90 days of the original due date will not be accepted.

_25_ % retainage shall be held on each of the first _____ (#1) _4_

invoices until a total of $ _2,000.00_ (#2) ____ is held. Retainage to be held until project is completed and all service work is satisfied. (Note to P.M.: Total retainage should equal the contracted price of one home.)

Prices in Payment Schedule are subject to a _O_ % (percent) discount for all invoices paid within 20 days of receipt of invoice in the appropriate Toll Bros., Inc. office stated above.

Minimum retainage is one complete home for all trades except rough carpentry, finish carpentry, wood siding installation, stone, brick, stucco, siding and flooring. These trades will require a fixed retainage of $2000.00 per community. Project Manager is advised that these amounts are the minimum approved retainages. If a vendor has no past track record, Project Managers shall increase retainage as he deems necessary.

(#1) maximum of 4 invoices
(#2) Dollar amount must be indicated (centralized corp. retainage, if applicable, excepted).

PROJECT: Brandywine Hunt

Page 3 of 4

## EXHIBIT "B"

## PAYMENT SCHEDULE SPECIFICATIONS
## FOR SUBCONTRACTOR AGREEMENT

### MODEL HOMES:

Prior to purchasing materials for model homes, subcontractor shall meet with community P.M. to review model home programs available to Toll Bros., Inc. Subcontractor agrees to credit Toll Brothers' model home invoice with any manufacturer's model home rebates and/or to reduce the manufacturer for the model home. Additionally, there may be instances when the community P.M. may supply the subcontractor with certain materials for the model home, in which case the subcontractor agrees to document and credit the model home invoice for materials furnished by Toll Brothers, Inc.

Subcontractor agrees to the following concessions with regard to labor/materials for all model homes to be constructed in this community:

N/A for Rough Carpentry

The above will be reflected, as required, on model home invoices.

PROJECT: Brandywine Hunt

Page 4 of 4

## EXHIBIT "B"

## PAYMENT SCHEDULE SPECIFICATIONS
## FOR SUBCONTRACTOR AGREEMENT

Below, subcontractor is to provide all contracted work references over the last three (3) years. Please include all companies names (including Toll Bros., Inc.), addresses, phone numbers, points of contact (POCs), type, quantity, location, and date(s) of contracted work performed, and whether you left and/or are currently on good terms. If more than 4 references continue on separate pages.

| Company Name, POC, & Phone No. | Address | Type/Quantity of Work, & Work Location/Date(s) | Left/Currently on Good Terms? Yes/*No (*If "No" list problem) |
|---|---|---|---|
| Riviera At concord | Toll Bros | Framing | yes |
| Charlestown MEAdows | | | yes |
| Reserve at Garnet valley | | | yes |
| | | | |

I warrant the above information to be true, accurate, and correct to the best of my knowledge.

Subcontractor's Signature: _Jose A. DeSousa_

445014

TOLL BROTHERS, INC.
CONTRACT LOAD CONFIRMATION
(EXCLUDES CUSTOM OPTIONS)
(Option Sequence)

Page ... 65
Date ... 2/16/05

Division  2616940000 Brandywine Hunt
of Mark: Rough Carpentry
Contract No : 32565 DC Contractor.

162893 JD Framing inc
JD Ktb

Expiration Date. 07/01/03

SUBCONTRACTOR:  JD Framing Cont. inc  DATE: 4/18/05

CHECK ONE OF THE FOLLOWING:

ORIGINAL CONTRACT

TOLL BROS., INC.  DATE: 4/14/05  X  REPLACES EXISTING CONTRACT

V.P APPROVAL:  DATE: 4/19/05  REPLACES ESTIMATED BUDGETS

0961-73  CONTRACT UPDATE-PRICE CHANGE

CONTRACT UPDATE-SPEC CHANGE
(Attach changed specs)

A INCREASE/DECREASE

INSPECTION DATE:

| Option | Option Description | Min Qty | Cost Code | Description | Bid Amount |
|---|---|---|---|---|---|
| | BASE HOUSE | 852 * | 4304 | Rough Carp.- First Draw Bs H | 2,390.00  7,500.00 |
| | BASE HOUSE | 853 * | 4305 | Rough Carp.- Second Draw | 7,500.00 |
| | | Chesapeake | | | |
| | BASE HOUSE | 862 * | 4304 | Rough Carp.- First Draw Bs H | 2,500.00  8,000.00 |
| | BASE HOUSE | 863 * | 4305 | Rough Carp.- Second Draw | 7,900.00 |
| | | Inglewood | | | |
| | BASE HOUSE | 865 * | 4304 | Rough Carp.- First Draw Bs H | 2,400.00  7,500.00 |
| | BASE HOUSE | 866 * | 4305 | Rough Carp.- Second Draw | 7,600.00 |
| | | Malvern | | | |
| | BASE HOUSE | 895 * | 4304 | Rough Carp.- First Draw Bs H | 2,975.00  7,175.00 |
| | BASE HOUSE | 893 * | 4205 | Rough Carp.- Second Draw | 8,375.00 |
| | | Saratoga | | | |
| | BASE HOUSE | 899 * | 4304 | Rough Carp.- First Draw Bs H | 2,450.00  8,150.00 |
| | BASE HOUSE | 990 * | 4205 | Rough Carp.- Second Draw | 5,950.00 |
| | | Marion | | | |
| | BASE HOUSE | 941 * | 4304 | Rough Carp.- First Draw Bs H | 2,000.00  6,750.00 |
| | BASE HOUSE | 941 * | 4305 | Rough Carp.- Second Draw | 6,550.00 |
| | BASE HOUSE | * * | 4172 | Steel Installation | 500.00 |
| | BASE ROUGH | * * | 4308 | Carpentry Crane | 700.00 |
| | | Savoy | | | |
| 001 | THREE CAR SIDE ENTRY GARAGE | 853 * | 4305 | Rough Carp.- Second Draw | 1,200.00 |
| 004 | GARAGE STORAGE ADDITION | 853 * | 4305 | Rough Carp.- Second Draw | 1,200.00 |
| 005 | GUEST FIRST FLOOR SUITE | 853 * | 4305 | Rough Carp.- Second Draw | 480.00 |
| | | Chesapeake | | | |
| 005 | GUEST FIRST FLOOR SUITE | 862 * | 4305 | Rough Carp.- Second Draw | 480.00 |
| | | Inglewood | | | |
| 005 | GUEST FIRST FLOOR SUITE | 865 * | 4205 | Rough Carp.- Second Draw | 480.00 |
| | | Savoy | | | |
| 006 | THREE CAR SIDE ENTRY | 853 * | 4305 | Rough Carp.- Second Draw | 1,100.00 |
| | | SAVOY  COL | | | |
| 007 | ROOF DORMERS | 853 01 | 4305 | Rough Carp.- Second Draw | 750.00 |
| | | SAVOY  FED | | | |
| 007 | ROOF DORMERS | 852 06 | 4305 | Rough Carp.- Second Draw | 750.00 |
| | | SAVOY  HILL | | | |
| 007 | ROOF DORMERS | 853 07 | 4305 | Rough Carp.- Second Draw | 750.00 |
| | | SAVOY  PROV | | | |
| 007 | ROOF DORMERS | 853 08 | 4305 | Rough Carp.- Second Draw | 750.00 |
| | | SAVOY  CHOL | | | |
| 007 | ROOF DORMERS | 853 09 | 4305 | Rough Carp.- Second Draw | 750.00 |
| | | SAVOY  VERM | | | |
| 007 | ROOF DORMERS | 853 10 | 4305 | Rough Carp.- Second Draw | 750.00 |
| | | CHESAPEAKE  MAN | | | |
| 007 | ROOF DORMERS | 862 03 | 4305 | Rough Carp.- Second Draw | 1,500.00 |
| | | CHESAPEAKE  FED | | | |
| 007 | ROOF DORMERS | 862 06 | 4305 | Rough Carp.- Second Draw | 600.00 |
| | | CHESAPEAKE  FARM | | | |
| 007 | ROOF DORMERS | 862 14 | 4305 | Rough Carp.- Second Draw | 1,200.00 |
| | | INGLEWOOD  COL | | | |
| 007 | ROOF DORMERS | 865 01 | 4305 | Rough Carp.- Second Draw | 2,100.00 |
| | | INGLEWOOD  FED | | | |
| 007 | ROOF DORMERS | 865 05 | 4305 | Rough Carp.- Second Draw | 1,800.00 |

445014

TOLL BROTHERS, INC.
CONTRACT LOAD CONFIRMATION
(INCLUDING CUSTOM OPTIONS)
(Option Sequence)

Page: 62
Date: 2/15/05

/ Division: 1616040000 Brandywine Hunt
of North Rough Carpentry
Contract No. 32845 RC Contractor: 172022 JW CARPENTRY, INC.

Expiration Date: 07/01/06

CHECK ONE OF THE FOLLOWING:

SUBCONTRACTOR: _____ DATE: _____ ___ ORIGINAL CONTRACT

TOLL BROS., INC. _____ DATE: _____ ___ REPLACES EXISTING CONTRACT ___ NEW VENDOR

V.P. APPROVAL: _____ DATE: _____ ___ REPLACES ESTIMATED BUDGETS

Signature NOT required on all pages
for 1st time contract.

___ CONTRACT UPDATE-PRICE CHANGE

* DECREASE/INCREASE _____ EFFECTIVE DATE: _____ ___ CONTRACT UPDATE-SPEC CHANGE
(Attach changed specs)

| Option | Option Description | Pln | Elv | Cost Code | Description | Bid Amount |
|--------|-------------------|-----|-----|-----------|-------------|-----------|
| 009 | ROOF DORMERS | 865 08 | INGLEWOOD | 4305 PROV | Rough Carp - Second Draw | 1,500.00 |
| 008 | ROOF DORMERS | 861 01 | MARION COL | 4305 | Rough Carp - Second Draw | 900.00 |
| 009 | ROOF DORMERS | 842 16 | MARION FARM | 4305 | Rough Carp - Second Draw | 900.00 |
| 015 | EXTERIOR BASEMENT ENTRANCE | " " | 4305 | Rough Carp - Second Draw | 130.00 |
| 018 | DAYLIGHT BASEMENT | " " | 4305 | Rough Carp - Second Draw | 175.00 |
| 020 | FINISHED ROOM | 901 * | Marion | 4305 | Rough Carp - Second Draw | 750.00 |
| 023 | EXPANDED FAMILY ROOM | 862 * | Chesapeake | 4305 | Rough Carp - Second Draw | 1,350.00 |
| 023 | EXPANDED FAMILY ROOM | A98 * | Saratoga | 4305 | Rough Carp - Second Draw | 1,350.00 |
| 023 | EXPANDED FAMILY ROOM | 861 * | Marion | 4305 | Rough Carp - Second Draw | 1,350.00 |
| 024 | GREENHOUSE | 862 * | Chesapeake | 4305 | Rough Carp - Second Draw | 600.00 |
| 025 | GREENHOUSE | 898 * | Malvern | 4305 | Rough Carp - Second Draw | 400.00 |
| 025 | GREENHOUSE | 861 * | Marion | 4305 | Rough Carp - Second Draw | 400.00 |
| 026 | PALM BEACH | 862 * | Chesapeake | 4305 | Rough Carp - Second Draw | 900.00 |
| 026 | PALM BEACH | 865 * | Inglewood | 4305 | Rough Carp - Second Draw | 900.00 |
| 026 | PALM BEACH | 898 * | Malvern | 4305 | Rough Carp - Second Draw | 900.00 |
| 026 | PALM BEACH | 898 * | Saratoga | 4305 | Rough Carp - Second Draw | 900.00 |
| 028 | FIFTH BEDROOM | 898 * | Inglewood | 4305 | Rough Carp - Second Draw | 400.00 |
| 028 | FIFTH BEDROOM | 865 * | Saratoga | 4305 | Rough Carp - Second Draw | 400.00 |
| 028 | FIFTH BEDROOM | 868 * | Savoy | 4305 | Rough Carp - Second Draw | 400.00 |
| 031 | RETREAT ADDITION | 853 * | Chesapeake | 4305 | Rough Carp - Second Draw | 700.00 |
| 031 | RETREAT ADDITION | 862 * | Inglewood | 4305 | Rough Carp - Second Draw | 700.00 |
| 031 | RETREAT ADDITION | 865 * | Malvern | 4305 | Rough Carp - Second Draw | 700.00 |
| 031 | RETREAT ADDITION | 898 * | Saratoga | 4305 | Rough Carp - Second Draw | 700.00 |
| 031 | RETREAT ADDITION | 898 * | Marion | 4305 | Rough Carp - Second Draw | 700.00 |
| 031 | RETREAT ADDITION | 861 * | Savoy | 4305 | Rough Carp - Second Draw | 700.00 |
| 032 | GREAT ROOM ELITE ADDITION | 853 * | Chesapeake | 4305 | Rough Carp - Second Draw | 1,600.00 |
| 032 | GREAT ROOM ELITE ADDITION | 862 * | Inglewood | 4305 | Rough Carp - Second Draw | 1,600.00 |
| 032 | GREAT ROOM ELITE ADDITION | 865 * | | 4305 | Rough Carp - Second Draw | 1,600.00 |

645014

**TOLL BROTHERS, INC.**
**CONTRACT LOAD CONFIRMATION**
**(EXCLUDES CUSTOM OPTIONS)**
**(Option Sequence)**

Page - . . . 41
Date - . . . 2/16/05

Division: 2616040080 Brandywine Hund
of Work: Rough Carpentry
Contract No. 53545 SC Contractor.. 173092 JN CARPENTRY,INC.

Expiration Date: 07/01/05

CHECK ONE OF THE FOLLOWING:

SUBCONTRACTOR: _____ DATE. _____    ORIGINAL CONTRACT

TOLL BROS., INC.: _____ DATE. _____    REPLACES EXISTING CONTRACT ___ NEW VENDOR

V.P APPROVAL: _____ DATE. _____    REPLACES ESTIMATED BUDGETS
Signature NOT required on all pages
for 1st time contract.    CONTRACT UPDATE-PRICE CHANGE

% INCREASE/DECREASE _____    EFFECTIVE DATE. _____    CONTRACT UPDATE-SPEC CHANGE
(Attach changed specs)

| Option | Option Description | Pln | Elv | Cost Code | Description | Bid Amount |
|--------|-------------------|-----|-----|-----------|-------------|-----------|
| | | Malvern | | | | |
| 032 | GREAT ROOM ELITE ADDITION | 898 | * | 4305 | Rough Carp,- Second Draw | 1,600.00 |
| | | Marlok | | | | |
| 032 | GREAT ROOM ELITE ADDITION | 861 | * | 4305 | Rough Carp,- Second Draw | 1,600.00 |
| | | Savoy | | | | |
| 035 | GUEST ELITE SUITE | 853 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | Chesapeake | | | | |
| 035 | GUEST ELITE SUITE | 862 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | Inglewood | | | | |
| 035 | GUEST ELITE SUITE | 865 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | Malvern | | | | |
| 035 | GUEST ELITE SUITE | 805 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | Marion | | | | |
| 035 | GUEST ELITE SUITE | 841 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | Savoy | | | | |
| 0?? | GRAND CONSERVATORY | 853 | * | 4305 | Rough Carp.- Second Draw | 2,310.00 |
| | | Chesapeake | | | | |
| 0?? | GRAND CONSERVATORY | 862 | * | 4305 | Rough Carp.- Second Draw | 2,310.00 |
| | | Malvern | | | | |
| 037 | GRAND CONSERVATORY | 805 | * | 4305 | Rough Carp.- Second Draw | 2,310.00 |
| | | Marion | | | | |
| 037 | GRAND CONSERVATORY | 841 | * | 4305 | Rough Carp.- Second Draw | 2,310.00 |
| | | Savoy | | | | |
| 039 | CONSERVATORY ELITE | 852 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | Chesapeake | | | | |
| 039 | CONSERVATORY ELITE | 862 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | Inglewood | | | | |
| 039 | CONSERVATORY ELITE | 865 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | Malvern | | | | |
| 039 | CONSERVATORY ELITE | 895 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | Marion | | | | |
| 039 | CONSERVATORY ELITE | 841 | * | 4305 | Rough Carp.- Second Draw | 1,600.00 |
| | | SARATOGA COL | | | | |
| 042 | COVERED PORCH ADDITION | 898 | 01 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | SARATOGA HER | | | | |
| 042 | COVERED PORCH ADDITION | 898 | 22 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | MARION COL | | | | |
| 042 | COVERED PORCH ADDITION | 941 | 01 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | MARION FARM | | | | |
| 042 | COVERED PORCH ADDITION | 941 | 14 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | Chesapeake | | | | |
| 043 | MORNING ROOM | 862 | * | 4305 | Rough Carp.- Second Draw | 600.00 |
| | | Saratoga | | | | |
| 043 | MORNING ROOM | 898 | * | 4305 | Rough Carp.- Second Draw | 600.00 |
| | | Marion | | | | |
| 043 | MORNING ROOM | 941 | * | 4305 | Rough Carp.- Second Draw | 600.00 |
| | | SARATOGA COL | | | | |
| 046 | GRAND MASTER SUITE | 898 | 01 | 4305 | Rough Carp.- Second Draw | 160.00 |
| | | SARATOGA FED | | | | |
| 0?? | GRAND MASTER SUITE | 898 | 06 | 4305 | Rough Carp - Second Draw | 180.00 |
| | | SARATOGA TER | | | | |
| 047 | GRAND MASTER SUITE | 898 | 22 | 4305 | Rough Carp.- Second Draw | 180.00 |

445014

TOLL BROTHERS, INC.
CONTRACT LOAD CONFIRMATION
(EXCLUDING CUSTOM OPTIONS)
(Option Sequence)

Page - . . . 23
Date - . . . 2/16/05

'Division:    161608000B Brandywine Runn
of Work:  Rough Carpentry -
Contract No. .   23545 BC Contractor. .   172092 JN CARPENTRY, INC.

Expiration Date: 07/01/05
CHECK ONE OF THE FOLLOWING:

SUBCONTRACTOR:                                    DATE:    _____    ORIGINAL CONTRACT

TOLL BROS., INC.:    _____                    DATE:    _____    REPLACES EXISTING CONTRACT ___ NEW VENDOR

V.P. APPROVAL:    _____                       DATE:    _____    REPLACES EXISTING BUDGET

Signature NOT Required on all pages              ___ CONTRACT UPDATE-PRICE CHANGE
for 1st time contracts.

$ INCREASE/DECREASE  _____    EFFECTIVE DATE:  _____    ___ CONTRACT UPDATE-SPEC CHANGE
(Attach changed specs)

| Option | Option Description | Pla | Elv | Cost Code | Description | Bid Amount |
|---|---|---|---|---|---|---|
| | | Chesapeake | | | | |
| 065 | ALTERNATE MASTER SUITE | 963 | * | 4305 | Rough Carp.- Second Draw | 320.00 |
| 075 | FIRST FLOOR BEDROOM | 862 | * | 4305 | Rough Carp.- Second Draw | 80.00 |
| | | Saratoga | | | | |
| 081 | ALTERNATE FAMILY ROOM LAYOUT | 898 | * | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | Inglewood | | | | |
| 101 | CLEARSPAN GARAGE | 969 | * | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | Marion | | | | |
| 101 | CLEARSPAN GARAGE | 965 | * | 4305 | Rough Carp.- Second Draw | 160.00 |
| 101 | CLEARSPAN GARAGE | 961 | * | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | Chesapeake | | | | |
| 103 | COUNTRY KITCHEN PACKAGE | 862 | * | 4305 | Rough Carp.- Second Draw | 350.00 |
| | | SAVOY | COL | | | |
| 118 | PEACHTREE 8' HIGH | 853 | 01 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SAVOY | FED | | | |
| 118 | PEACHTREE 8' HIGH | 853 | 06 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SAVOY | WILL | | | |
| 118 | PEACHTREE 8' HIGH | 853 | 07 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SAVOY | PROV | | | |
| 118 | PEACHTREE 8' HIGH | 853 | 08 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SAVOY | CRAF | | | |
| 118 | PEACHTREE 8' HIGH | 853 | 09 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SAVOY | VERS | | | |
| 118 | PEACHTREE 8' HIGH | 853 | 10 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | CHESAPEAKE | COL | | | |
| 118 | PEACHTREE 8' HIGH | 862 | 03 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | CHESAPEAKE | FED | | | |
| 118 | PEACHTREE 8' HIGH | 862 | 06 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | CHESAPEAKE | PROV | | | |
| 118 | PEACHTREE 8' HIGH | 862 | 08 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | CHESAPEAKE | VERS | | | |
| 118 | PEACHTREE 8' HIGH | 862 | 10 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | INGLEWOOD | COL | | | |
| 118 | PEACHTREE 8' HIGH | 865 | 14 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | INGLEWOOD | FED | | | |
| 118 | PEACHTREE 8' HIGH | 865 | 01 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | INGLEWOOD | PROV | | | |
| 118 | PEACHTREE 8' HIGH | 869 | 08 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SARATOGA | COL | | | |
| 118 | PEACHTREE 8' HIGH | 865 | 08 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SARATOGA | FED | | | |
| 118 | PEACHTREE 8' HIGH | 896 | 01 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SARATOGA | BER | | | |
| 118 | PEACHTREE 8' HIGH | 898 | 06 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | SARATOGA | COL | | | |
| 118 | PEACHTREE 8' HIGH | 855 | 22 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | MARION | COL | | | |
| 118 | PEACHTREE 8' HIGH | 841 | 01 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | MARION | FED | | | |
| 118 | PEACHTREE 8' HIGH | 841 | 06 | 4305 | Rough Carp.- Second Draw | 300.00 |
| | | MARION | CRAF | | | |

JD
7/16

505024

**TOLL BROTHERS, INC.**
**CONTRACT LOAD CONTINUATION**
**(EXCLUDES CUSTOM OPTIONS)**
**(Option Sequence)**

Page: 69
Date: 2/18/05

Division: 4010VA0000 Brandywine Hunt
of Work: Rough Carpentry
Contract No.: 29845 DE Contractor: 1730V2 JV CARPENTRY, Inc.

Expiration Date: 07/01/05

CHECK ONE OF THE FOLLOWING,

SUBCONTRACTOR: _____ DATE: _____  ____ ORIGINAL CONTRACT

TOLL BROS., INC.: _____ DATE: _____  ____ REPLACES EXISTING CONTRACT  ____ NEW VENDOR

V.P. APPROVAL: _____ DATE: _____  ____ REPLACES ESTIMATED BUDGETS
Signature NOT Required on all pages
for 1st time contract.                              ____ CONTRACT UPDATE-PRICE CHANGE

% INCREASE/DECREASE _____ EFFECTIVE DATE: _____  ____ CONTRACT UPDATE-SPEC CHANGE
                                                    (Attach changed specs)

| Option | Option Description | Pln Elv | Cost Code | Description | Bid Amount |
|--------|-------------------|---------|-----------|-------------|-----------|
| 118 | PEACHTREE 8' HIGH | 842 55 MARION | 4305 CRAN FARM | Rough Carp.- Second Draw | 300.00 |
| 118 | PEACHTREE 8' HIGH | 842 14 SAVOY | 4305 COL | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 853 01 SAVOY | 4305 RED | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 853 06 SAVOY | 4305 HILL | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 853 07 SAVOY | 4305 PROT | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 853 08 SAVOY | 4305 CRAN | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 853 09 SAVOY | 4305 VRES | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 853 10 CHESAPEAKE | 4305 NEW | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 862 01 CHESAPEAKE | 4305 RED | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 862 06 CHESAPEAKE | 4305 PROT | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 862 08 CHESAPEAKE | 4305 VERA | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 862 10 CHESAPEAKE | 4305 PAN | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 862 14 INGLEWOOD | 4305 COL | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 855 01 INGLEWOOD | 4305 RED | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 860 06 INGLEWOOD | 4305 PROT | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 865 09 MALVERN | 4305 HILL | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 895 07 MALVERN | 4305 CRAN | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 895 08 MALVERN | 4305 VRES | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 895 10 MALVERN | 4305 PAN | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 895 22 SARATOGA | 4305 COL | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 898 01 SARATOGA | 4305 RED | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 898 06 SARATOGA | 4305 HER | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 898 22 MARION | 4305 COL | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 941 01 MARION | 4305 RED | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 941 06 MARION | 4305 CRAN | Rough Carp.- Second Draw | 300.00 |
| 119 | BEVELED GLASS 8' HIGH | 941 09 | 4305 | Rough Carp.- Second Draw | 300.00 |

· 445014

TOLL BROTHERS, INC.
CONTRACT LOAD CONFIRMATION
(EXCLUDES CUSTOM OPTIONS)
(Option Required)

Page - . . . 66
Date - . . . 3/16/05

Division: 1616640006 Brandywine Road
of Work: Rough Carpentry
Contract No . 33545 NC Contractor: . 172022 JK CARPENTRY, INC.

Expiration Date: 07/01/05
CHECK ONE OF THE FOLLOWING.

SUBCONTRACTOR: _____ DATE: _____ ___ ORIGINAL CONTRACT

TOLL BROS., INC.: _____ DATE: _____ ___ REPLACES EXISTING CONTRACT ___ NEW VENDOR

V.P. APPROVAL: _____ DATE: _____ ___ REPLACES ESTIMATED BUDGETS
         Signature NOT required on all pages
         for 1st time contract.                      ___ CONTRACT UPDATE-PRICE CHANGE

$ INCREASE/DECREASE _____ EFFECTIVE DATE: _____  ___ CONTRACT UPDATE-SPEC CHANGE
                                                          (Attach changed specs)

| Option | Option Description | Bin | Div | Cost Code | Description | Bid Amount |
|--------|--------------------|-----|-----|-----------|-------------|------------|
| 119 | BEVELED GLASS 8' KICK | 941 14 | | 4205 MARION FARM | Rough Carp.- Second Draw | 500.00 |
| 123 | GABLE PORTICO WITH | 941 01 | | 4205 MARION COL | Rough Carp.- Second Draw | 850.00 |
| 125 | 12'-8" WIDE RECT. PORTICO | 862 03 | | 4305 CHESAPEAKE CON | Rough Carp.- Second Draw | 890.00 |
| 125 | 12'-4" WIDE RECT. PORTICO | 862 06 | | 4305 CHESAPEAKE PROV | Rough Carp.- Second Draw | 890.00 |
| 125 | 22'-8" WIDE RECT. PORTICO | 862 08 | | 4305 INGLEWOOD COL | Rough Carp.- Second Draw | 990.00 |
| 125 | 22'-8" WIDE RECT. PORTICO | 865 01 | | 4305 INGLEWOOD PED | Rough Carp.- Second Draw | 890.00 |
| 125 | 12'-8" WIDE RECT. PORTICO | 865 06 | | 4305 MARION COL | Rough Carp.- Second Draw | 890.00 |
| 125 | 12'-8" WIDE RECT. PORTICO | 941 01 | | 4205 MARION FARM | Rough Carp.- Second Draw | 890.00 |
| 125 | 12'-8" WIDE RECT. PORTICO | 941 14 | | 4305 MARION COL | Rough Carp.- Second Draw | 950.00 |
| 132 | COPPER ROOF ABOVE | 941 01 | | 4305 MARION FARM | Rough Carp.- Second Draw | 300.00 |
| 132 | COPPER ROOF ABOVE | 941 14 | | 4300 INGLEWOOD COL | Rough Carp.- Second Draw | 300.00 |
| 137 | CIRCULAR PORTICO WITH | 865 01 | | 4305 INGLEWOOD PED | Rough Carp.- Second Draw | 400.00 |
| 137 | CIRCULAR PORTICO WITH | 865 06 | | 4205 MARION COL | Rough Carp.- Second Draw | 400.00 |
| 137 | CIRCULAR PORTICO WITH | 941 01 | | 4300 | Rough Carp.- Second Draw | 400.00 |
| 139 | FIRST PORTICO WITH | 941 01 | | 4300 SAVOY | Rough Carp.- Second Draw | 400.00 |
| 141 | REAR DECK - FIRST SIZE | 853 * | | 4205 Chesapeake | Rough Carp.- Second Draw | 840.00 |
| 141 | REAR DECK - FIRST SIZE | 862 * | | 4305 Inglewood | Rough Carp.- Second Draw | 840.00 |
| 141 | REAR DECK - FIRST SIZE | 865 * | | 4305 Malvern | Rough Carp.- Second Draw | 840.00 |
| 141 | REAR DECK - FIRST SIZE | 895 * | | 4705 Saratoga | Rough Carp.- Second Draw | 840.00 |
| 141 | REAR DECK - FIRST SIZE | 855 * | | 4705 Marion | Rough Carp.- Second Draw | 840.00 |
| 141 | REAR DECK - FIRST SIZE | 941 * | | 4305 Savoy COL | Rough Carp.- Second Draw | 840.00 |
| 144 | MASTER BEDROOM COFFERED | 853 02 | | 4305 Savoy PED | Rough Carp.- Second Draw | 300.00 |
| 144 | MASTER BEDROOM COFFERED | 853 06 | | 4305 Savoy WILL | Rough Carp.- Second Draw | 300.00 |
| 144 | MASTER BEDROOM COFFERED | 853 07 | | 4305 Savoy PROV | Rough Carp.- Second Draw | 300.00 |
| 144 | MASTER BEDROOM COFFERED | 853 08 | | 4305 Savoy CHAT | Rough Carp - Second Draw | 300.00 |
| 144 | MASTER BEDROOM COFFERED | 853 09 | | 4305 Savoy VINE | Rough Carp.- Second Draw | 300.00 |

425024

TOLL BROTHERS, INC.
CONTRACT LOAD CONFIRMATION
(INCLUDES CUSTOM OPTIONS)
(Option Sequence)

Page   67
Date    2/16/05

Division:  1616066000 Brandywine Mint
of Work: Rough Carpentry
Contract No. - 27545 by Contractor.,  170092 JR CARPENTRY,INC.

Expiration Date. 07/01/05
CHECK ONE OF THE FOLLOWING:

SUBCONTRACTOR: _____ DATE: _____        _____ ORIGINAL CONTRACT

TOLL BROS., INC.: _____ DATE: _____        _____ REPLACES EXISTING CONTRACT  _____ NEW VENDOR

V.P. APPROVAL: _____ DATE: _____        _____ REPLACES ESTIMATED BUDGETS
    Signature NOT Required on all pages                                  _____ CONTRACT UPDATE-PRICE CHANGE
    for 1st time contract.

? INCREASE/DECREASE _____ EFFECTIVE DATE: _____        _____ CONTRACT UPDATE-SPEC CHANGE
                                                                          (Attach changed specs)

| Option | Option Description | Pln Elv | Cost Code | Description | Bid Amount |
|--------|--------------------|---------|-----------|-------------|------------|
| | | SAVOY  VRE5 | | | |
| 146 | MASTER BEDROOM COFFERED | 852 30 4305 | Rough Carp.- Second Draw | | 250.00 |
| | | INGLEWOOD  COL | | | |
| 146 | MASTER BEDROOM COFFERED | 865 01 4305 | Rough Carp.- Second Draw | | 300.00 |
| | | INGLEWOOD  PEN | | | |
| 146 | MASTER BEDROOM COFFERED | 865 06 4305 | Rough Carp.- Second Draw | | 300.00 |
| | | MARION  COL | | | |
| 146 | MASTER BEDROOM COFFERED | 865 08 4305 | Rough Carp.- Second Draw | | 300.00 |
| | | MARION  FND | | | |
| 146 | MASTER BEDROOM COFFERED | 941 05 4305 | Rough Carp.- Second Draw | | 370.00 |
| | | MARION  WILL | | | |
| 146 | MASTER BEDROOM COFFERED | 941 06 4305 | Rough Carp.- Second Draw | | 300.00 |
| | | MARION  CHAZ | | | |
| 146 | MASTER BEDROOM COFFERED | 941 07 4305 | Rough Carp.- Second Draw | | 300.00 |
| | | MARION  VERS | | | |
| 146 | MASTER BEDROOM COFFERED | 941 09 4305 | Rough Carp.- Second Draw | | 200.00 |
| | | MARION  FRAN | | | |
| 146 | MASTER BEDROOM COFFERED | 941 10 4305 | Rough Carp.- Second Draw | | 300.00 |
| 146 | MASTER BEDROOM COFFERED | 941 14 4305 | Rough Carp.- Second Draw | | 300.00 |
| 151 | SKYLIGHT - 22" x 46" | 4305 | Rough Carp.- Second Draw | | 75.00 |
| | | Savoy | | | |
| 152 | SKYLIGHT - 45" x 46" | 853 * 4305 | Rough Carp.- Second Draw | | 200.00 |
| | | Chesapeake | | | |
| 152 | SKYLIGHT - 45" x 46" | 862 * 4305 | Rough Carp.- Second Draw | | 200.00 |
| | | Inglewood | | | |
| 152 | SKYLIGHT - 45" x 46" | 865 * 4305 | Rough Carp.- Second Draw | | 200.00 |
| | | Malvern | | | |
| 152 | SKYLIGHT - 45" x 46" | 895 * 4305 | Rough Carp.- Second Draw | | 200.00 |
| | | Saratoga | | | |
| 152 | SKYLIGHT - 45" x 46" | 898 * 4305 | Rough Carp.- Second Draw | | 200.00 |
| | | Marion | | | |
| 152 | SKYLIGHT - 45" x 46" | 941 * 4305 | Rough Carp.- Second Draw | | 200.00 |
| | | Savoy | | | |
| 153 | TWO SKYLIGHTS - 45" x 46" | 853 * 4305 | Rough Carp.- Second Draw | | 300.00 |
| | | Chesapeake | | | |
| 153 | TWO SKYLIGHTS - 45" x 46" | 862 * 4305 | Rough Carp.- Second Draw | | 300.00 |
| | | Inglewood | | | |
| 153 | TWO SKYLIGHTS - 45" x 46" | 865 * 4305 | Rough Carp.- Second Draw | | 300.00 |
| | | Malvern | | | |
| 153 | TWO SKYLIGHTS - 45" x 46" | 895 * 4305 | Rough Carp.- Second Draw | | 300.00 |
| | | Saratoga | | | |
| 153 | TWO SKYLIGHTS - 45" x 46" | 898 * 4305 | Rough Carp.- Second Draw | | 300.00 |
| | | Marion | | | |
| 153 | TWO SKYLIGHTS - 45" x 46" | 941 * 4305 | Rough Carp.- Second Draw | | 300.00 |
| | | Savoy | | | |
| 154 | 6' HINGED PATIO DOOR IIO | 853 * 4305 | Rough Carp.- Second Draw | | 325.00 |
| | | Chesapeake | | | |
| 154 | 6' HINGED PATIO DOOR IIO | 862 * 4305 | Rough Carp.- Second Draw | | 325.00 |
| | | Inglewood | | | |
| 154 | 6' HINGED PATIO DOOR IIO | 865 * 4305 | Rough Carp.- Second Draw | | 325.00 |
| | | Malvern | | | |

175.00

JEHG

```
665016                          TOLL BROTHERS, INC.              Page - . . .    69
                             CONTRACT LOAD CONFIRMATION          Date - . . .  2/16/05
                              (EXCLUDES CUSTOM OPTIONS)
                                  (Option Sequence)
```

Division:  161546080 Brandywine Hunt
of Work:  Rough Carpentry
Contract No .   33845 SC Contractor.    122002 JH CARPENTRY,INC.

|  | | | Expiration Date. 07/01/05 |
|---|---|---|---|
| SUBCONTRACTOR, | | DATE: | ___ CHECK ONE OF THE FOLLOWING: |
| | | | ___ ORIGINAL CONTRACT |
| TOLL BROS., INC. | | DATE: | ___ REPLACES EXISTING CONTRACT   ___ NEW VENDOR |
| T.B. APPROVAL: | | DATE: | ___ REPLACES ESTIMATED BUDGETS |
| | Signature NOT Required on all pages | | ___ CONTRACT UPDATE-PRICE CHANGE |
| | For 1st time contract. | | |
| % INCREASE/DECREASE ___ | EFFECTIVE DATE: ___ | | ___ CONTRACT UPDATE-SPEC CHANGE |
| | | | (Attach changed specs) |

| Option | Option Description | Pln Elv | Cost Code | Cost Description | Bid Amount |
|---|---|---|---|---|---|
| | | Malvern | | | |
| 154 | 6' HINGED PATIO DOOR IIG | 495 * | 4305 | Rough Carp.- Second Draw | 325.00 |
| | | Marion | | | |
| 154 | 6' HINGED PATIO DOOR IIG | 541 * | 4305 | Rough Carp.- Second Draw | 325.00 |
| | | Savoy | | | |
| 155 | WALK-OUT BAY | 493 * | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | Chesapeake | | | |
| 155 | WALK-OUT BAY | 862 * | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | Inglewood | | | |
| 155 | WALK-OUT BAY | 855 * | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | Marion | | | |
| 155 | WALK-OUT BAY | 541 * | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | Chesapeake | | | |
| 156 | WALK-OUT BAY IN LIEU OF | 862 * | 4305 | Rough Carp.- Second Draw | 325.00 |
| | | Malvern | | | |
| 156 | WALK-OUT BAY IN LIEU OF | 495 * | 4305 | Rough Carp.- Second Draw | 325.00 |
| | | Saratoga | | | |
| 156 | WALK-OUT BAY IN LIEU OF | 890 * | 4305 | Rough Carp.- Second Draw | 325.00 |
| | | Marion | | | |
| 156 | WALK-OUT BAY IN LIEU OF | 901 * | 4305 | Rough Carp.- Second Draw | 325.00 |
| | | Savoy | | | |
| 157 | FIREPLACE WINDOW PACKAGE | 493 * | 4305 | Rough Carp.- Second Draw | 250.00 |
| | | Chesapeake | | | |
| 157 | FIREPLACE WINDOW PACKAGE | 862 * | 4305 | Rough Carp.- Second Draw | 250.00 |
| | | Inglewood | | | |
| 157 | FIREPLACE WINDOW PACKAGE | 865 * | 4305 | Rough Carp.- Second Draw | 250.00 |
| | | Marion | | | |
| 157 | FIREPLACE WINDOW PACKAGE | 542 * | 4305 | Rough Carp.- Second Draw | 250.00 |
| | | CHESAPEAKE  URBG | | | |
| 158 | PALLADIAN ENTRY | 862 18 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | CHESAPEAKE  FARM | | | |
| 158 | PALLADIAN ENTRY | 862 26 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | INGLEWOOD  COL | | | |
| 158 | PALLADIAN ENTRY | 865 01 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | INGLEWOOD  IND | | | |
| 158 | PALLADIAN ENTRY | 865 05 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | SARATOGA  COL. | | | |
| 158 | PALLADIAN ENTRY | 890 01 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | SARATOGA  PER | | | |
| 158 | PALLADIAN ENTRY | 890 22 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | MARION  COL | | | |
| 158 | PALLADIAN ENTRY | 541 01 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | MARION  IND | | | |
| 158 | PALLADIAN ENTRY | 541 05 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | MARION  WILL | | | |
| 158 | PALLADIAN ENTRY | 541 07 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | MARION  CHAT | | | |
| 158 | PALLADIAN ENTRY | 541 09 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | MARION  FARM | | | |
| 158 | PALLADIAN ENTRY | 541 11 | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | Savoy | | | |
| 159 | GARDEN WINDOW | 493 * | 4305 | Rough Carp.- Second Draw | 100.00 |

445024

TOLL BROTHERS, INC.
CONTRACT LINE CONFIRMATION
(INCLUDES CUSTOM OPTIONS)
(Option Sequence)

Page - . . . 69
Date - . . . 2/16/95

Division: 121060000A Brandywine Hunt
of Work: Rough Carpentry
Contract No . 93348 BC Contractor., 172002 JM CARPENTRY, INC.

Expiration Date 07/03/95
CHECK ONE OF THE FOLLOWING:

SUBCONTRACTOR: _____ DATE: _____    ___ ORIGINAL CONTRACT

TOLL BROS., INC.: _____ DATE: _____    ___ REPLACES EXISTING CONTRACT    ___ NEW VENDOR

V.P. APPROVAL: _____ DATE: _____    ___ REPLACES ESTIMATED BUDGETS
Signature NOT Required on all pages.
for 1st time contract    ___ CONTRACT ORDERED-PRICE CHANGE

$ INCREASE/DECREASE _____ EFFECTIVE DATE: _____    ___ CONTRACT UPDATE-SPEC CHANGE
(Attach changed specs)

| Option | Option Description | Pln Elv | Cost Code | Description | Bid Amount |
|--------|--------------------|---------|-----------|-------------|------------|
| | | Chesapeake | | | |
| 160 | GARDEN WINDOW | 853 H | 4305 | Rough Carp.- Second Draw | 100.00 |
| | | Inglewood | | | |
| 160 | GARDEN WINDOW | 866 H | 4305 | Rough Carp - Second Draw | 100.00 |
| | | Malvern | | | |
| 166 | GARDEN WINDOW | 895 F | 4305 | Rough Carp.- Second Draw | 100.00 |
| | | Marion | | | |
| 160 | GARDEN WINDOW | 441 A | 4305 | Rough Carp.- Second Draw | 100.00 |
| | | Savoy | | | |
| 242 | MUD ROOM EXTERIOR DOOR | 853 H | 4305 | Rough Carp.- Second Draw | 90.00 |
| | | Helvetia | | | |
| 163 | MUD ROOM EXTERIOR DOOR | 895 F | 4305 | Rough Carp.- Second Draw | 90.00 |
| 164 | ADDITIONAL EXTERIOR DOOR | A F | 4306 | Rough Carp.- Second Draw | 125.00 |
| | | Savoy | | | |
| 179 | FIREPLACE WINDOW PACKAGE | 853 H | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | Chesapeake | | | |
| | FIREPLACE WINDOW PACKAGE | 962 A | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | Inglewood | | | |
| 179 | FIREPLACE WINDOW PACKAGE | 866 H | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | Marion | | | |
| 179 | FIREPLACE WINDOW PACKAGE | 941 X | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | SAVOY    COL | | | |
| 189 | WALK-OUT BAY WINDOWS | 858 01 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | SAVOY    PED | | | |
| 189 | WALK-OUT BAY WINDOWS | 853 06 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | SAVOY    WILL | | | |
| 189 | WALK-OUT BAY WINDOWS | 853 07 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | SAVOY    PROV | | | |
| 189 | WALK-OUT BAY WINDOWS | 853 00 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | SAVOY    CANT | | | |
| 189 | WALK-OUT BAY WINDOWS | 853 22 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | SAVOY    VERS | | | |
| 189 | WALK-OUT BAY WINDOWS | 853 10 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | CHESAPEAKE    VERS | | | |
| 189 | WALK-OUT BAY WINDOWS | 862 10 | 4305 | Rough Carp.- Second Draw | 650.00 |
| | | CHESAPEAKE    FARM | | | |
| 189 | WALK-OUT BAY WINDOWS | 862 14 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | INGLEWOOD    PED | | | |
| 189 | WALK-OUT BAY WINDOWS | 866 06 | 4306 | Rough Carp.- Second Draw | 450.00 |
| | | INGLEWOOD    PROV | | | |
| 189 | WALK-OUT BAY WINDOWS | 866 08 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | SARATOGA    COL | | | |
| 189 | WALK-OUT BAY WINDOWS | 858 01 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | SARATOGA    PED | | | |
| 189 | WALK-OUT BAY WINDOWS | 858 06 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | SARATOGA    HEX | | | |
| 189 | WALK-OUT BAY WINDOWS | 858 22 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | MARION    COL | | | |
| 189 | WALK-OUT BAY WINDOWS | 941 01 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | MARION    PED | | | |
| | WALK-OUT BAY WINDOWS | 941 06 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | MARION    WILL | | | |

443014

TOLL BROTHERS, INC.
CONTRACT LOAD COMPILATION
(EXCLUDES CUSTOM OPTIONS)
(Option Sequence)

Page - . . .    74
Date - . . .    2/24/95

Division.    101 Goodson Brandywine Hunt
of Work: Rough Carpentry
Contract No .    13545 DC Contractor.,    175092 JM CARPENTRY, INC.

Expiration Date. 07/01/96
CHECK ONE OF THE FOLLOWING:

SUBCONTRACTOR:    _____    DATE: _____    ___ ORIGINAL CONTRACT

TOLL BROS., INC.:    _____    DATE. _____    ___ REPLACES EXISTING CONTRACT    ___ NEW VENDOR

V.P. APPROVAL:    _____    DATE: _____    ___ REPLACES ESTIMATED BUDGETS
    Signature NOT required on all pages
    for 1st time contract.    ___ CONTRACT UPDATE-PRICE CHANGE

% INCREASE/DECREASE _____    EFFECTIVE DATE: _____    ___ CONTRACT UPDATE-SPEC CHANGE
    (Attach changed spec)

| Option | Option Description | Pln El# | Cost Code | Description | Bid Amount |
|--------|-------------------|---------|-----------|-------------|------------|
| | | MARION | HILL | | |
| 189 | WALK-OUT BAY WINDOWS | 941 07 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | MARION | CHES | | |
| 189 | WALK-OUT BAY WINDOWS | 942 06 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | MARION | VERS | | |
| 189 | WALK-OUT BAY WINDOWS | 961 19 | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | CHESAPEAKE | MAN | | |
| 190 | TRAY CEILING IN DINING ROOM | 862 02 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | CHESAPEAKE | FED | | |
| 190 | TRAY CEILING IN DINING ROOM | 862 06 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | CHESAPEAKE | PROV | | |
| 190 | TRAY CEILING IN DINING ROOM | 862 00 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | CHESAPEAKE | VERS | | |
| 190 | TRAY CEILING IN DINING ROOM | 862 10 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | CHESAPEAKE | FARM | | |
| 190 | TRAY CEILING IN DINING ROOM | 862 14 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | ENGLEWOOD | COL | | |
| 190 | TRAY CEILING IN DINING ROOM | 865 01 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | ENGLEWOOD | FED | | |
| 190 | TRAY CEILING IN DINING ROOM | 865 06 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | ENGLEWOOD | PROV | | |
| 190 | TRAY CEILING IN DINING ROOM | 865 08 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | MALVERN | WILL | | |
| 190 | TRAY CEILING IN DINING ROOM | 888 07 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | MALVERN | CHAT | | |
| 190 | TRAY CEILING IN DINING ROOM | 888 09 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | MALVERN | VERS | | |
| 190 | TRAY CEILING IN DINING ROOM | 888 10 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | MALVERN | NEW | | |
| 190 | TRAY CEILING IN DINING ROOM | 888 22 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | SARATOGA | COL | | |
| 190 | TRAY CEILING IN DINING ROOM | 898 01 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | SARATOGA | FED | | |
| 190 | TRAY CEILING IN DINING ROOM | 898 06 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | SARATOGA | NEW | | |
| 190 | TRAY CEILING IN DINING ROOM | 898 22 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | MARION | COL | | |
| 190 | TRAY CEILING IN DINING ROOM | 941 01 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | MARION | FED | | |
| 190 | TRAY CEILING IN DINING ROOM | 941 06 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | MARION | WILL | | |
| 190 | TRAY CEILING IN DINING ROOM | 941 07 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | MARION | CHAT | | |
| 190 | TRAY CEILING IN DINING ROOM | 941 09 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | MARION | VERS | | |
| 190 | TRAY CEILING IN DINING ROOM | 941 19 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | MARION | FARM | | |
| 190 | TRAY CEILING IN DINING ROOM | 941 14 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | CHESAPEAKE | MAN | | |
| 191 | TRAY CEILING IN LIVING ROOM | 862 03 | 4305 | Rough Carp.- Second Draw | 335.00 |
| | | CHESAPEAKE | FED | | |
| 191 | TRAY CEILING IN LIVING ROOM | 862 06 | 4305 | Rough Carp.- Second Draw | 335.00 |

175.00

443014

TOLL BROTHERS, INC.
CONTRACT LOAD CONFIRMATION
(EXCLUDES CUSTOM OPTIONS)
(Option Sequence)

Page -         71
Date - .    2/16/05

Division: 10109400000 Stanhyvine Sunt
of Work: Rough Carpentry
Contract No .     32645 DC Contractor..     172092 JN CARPENTRY, INC

Expiration Date. 07/01/05

SUBCONTRACTOR.  _____  DATE: _____

TOLL BROS., INC. : _____  DATE: _____

V.P. APPROVAL: _____  DATE: _____
Signature NOT required on all pages
for 1st time contract.

% INCREASE/DECREASE _____  EFFECTIVE DATE: _____

CHECK ONE OF THE FOLLOWING:

___ ORIGINAL CONTRACT

___ REPLACES EXISTING CONTRACT   ___ NEW VENDOR

___ REPLACES ESTIMATED BUDGETS

___ CONTRACT UPDATE-PRICE CHANGE

___ CONTRACT UPDATE-SPEC CHANGE
(Attach changed specs)

| Option | Option Description | Pla | Elv | Cost Code | Description | Bid Amount |
|--------|-------------------|-----|-----|-----------|-------------|-----------|
| 183 | TRAY CEILING IN LIVING ROOM | 862 | 0b | CHESAPEAKE  BLOV 4305 | Rough Carp - Second Draw | $35.00 |
| 191 | TRAY CEILING IN LIVING ROOM | 862 | 10 | CHESAPEAKE  VERS 4305 | Rough Carp.- Second Draw | 335.00 |
| 191 | TRAY CEILING IN LIVING ROOM | 862 | 14 | CHESABEAUX  FARN 4305 | Rough Carp. - Second Draw | 335.00 |
| 191 | TRAY CEILING IN LIVING ROOM | 045 | 01 | ENGLEWOOD  COL 4305 | Rough Carp.- Second Draw | 335.00 |
| 191 | TRAY CEILING IN LIVING ROOM | 865 | 06 | ENGLEWOOD  FED 4305 | Rough Carp - Second Draw | 335.00 |
| 191 | TRAY CEILING IN LIVING ROOM | 865 | 06 | INGLEWOOD  PROV 4305 | Rough Carp - Second Draw | 325.00 |
| 191 | TRAY CEILING IN LIVING ROOM | 895 | 07 | MALVERN  CHAP 4305 | Rough Carp.- Second Draw | 335.00 |
| 191 | TRAY CEILING IN LIVING ROOM | 895 | 08 | MALVERN  VERS 4305 | Rough Carp.- Second Draw | 335.00 |
| 191 | TRAY CEILING IN LIVING ROOM | 895 | 10 | SRAVERN  BDR 4305 | Rough Carp.- Second Draw | 335.00 |
| 191 | TRAY CEILING IN LIVING ROOM | 895 | 12 | MARION  COL 4305 | Rough Carp.- Second Draw | 335.00 |
| 191 | TRAY CEILING IN LIVING ROOM | 941 | 01 | MARION  HYD 4305 | Rough Carp.- Second Draw | 335.00 |
| 191 | TRAY CEILING IN LIVING ROOM | 941 | 06 | MARION  WILL 4305 | Rough Carp.- Second Draw | 335.00 |
| 191 | TRAY CEILING IN LIVING ROOM | 941 | 07 | MARION  CHAP 4305 | Rough Carp.- Second Draw | 335.00 |
| 191 | TRAY CEILING IN LIVING ROOM | 941 | 09 | MARION  VERS 4305 | Rough Carp.- Second Draw | 335.00 |
| 191 | TRAY CEILING IN LIVING ROOM | 941 | 14 | MARION  FARN 4305 | Rough Carp.- Second Draw | 535.00 |
| 191 | TRAY CEILING IN LIVING ROOM | 941 | 16 | MALVERN 4305 | Rough Carp.-_Second Draw | 335.00 |
| 250 | CURVED BALCONY WITH COLUMNS | 895 | * | Marion 4305 | Rough Carp - Second Draw | 450.00 |
| 250 | CURVED BALCONY WITH COLUMNS | 941 | * | Savoy 4305 | Rough Carp - Second Draw | 450.00 |
| 240 | SQUARE COLUMNS IN LIEU | 853 | * | Chesapeake 4305 | Rough Carp.- Second Draw | 75.00 |
| 240 | SQUARE COLUMNS IN LIEU | 862 | * | Inglewood 4305 | Rough Carp.- Second Draw | 75.00 |
| 367 | ADDITIONAL BATH | 865 | * | Saratoga 4305 | Rough Carp - Second Draw | 300.00 |
| 367 | ADDITIONAL BATH | 898 | * | Marion 4305 | Rough Carp.- Second Draw | 300.00 |
| 367 | ADDITIONAL BATH | 941 | * | Savoy 4305 | Rough Carp.- Second Draw | 300.00 |
| 378 | PRIVATE TUB/TOILET AREA | 853 | * | Inglewood 4305 | Rough Carp.- Second Draw | 900.00 |
| 378 | PRIVATE TUB/TOILET AREA | 865 | * | Savoy 4305 | Rough Carp.- Second Draw | 300.00 |
| 502 | SOLARIUM ADDITION | 853 | * | 4305 | Rough Carp.- Second Draw | 300.00 |

465634

TOLL BROTHERS, INC
CONTRACT LOAD CONFIRMATION
(INCLUDES CUSTOM OPTIONS)
(Option Sequence)

Page - . . . 76
Date - . . . 3/16/05

Division: 1616040000 Brandywine Hunt
of York: Rough Carpentry
Contract No . 33565 BC Contractor.    17265X SW CARPENTRY, INC.

Expiration Date. 07/01/05
CHECK ONE OF THE FOLLOWING:
___ ORIGINAL CONTRACT

SUBCONTRACTOR:  _____ DATE: _____    ___ REPLACES EXISTING CONTRACT   ___ NEW VENDOR

TOLL BROS., INC.: _____ DATE: _____    ___ REPLACES ESTIMATED BUDGETS

V.P. APPROVAL: _____ DATE: _____    ___ CONTRACT UPDATE-PRICE CHANGE
            Signature NOT Required on all pages
            for 1st time contract.

& INCREASE/DECREASE _____ EFFECTIVE DATE: _____    ___ CONTRACT UPDATE-SIZE CHANGE
            (Attach changed specs)

| Option | Option Description | Pln | Elv | Cost Code | Description | Bid Amount |
|--------|--------------------|-----|-----|-----------|-------------|------------|
| | | | | | Chesapeake | |
| 501 | SOLARIUM ADDITION | 862 | * | 4305 | Rough Carp.- Second Draw | 800.00 |
| | | | | | Inglewood | |
| 501 | SOLARIUM ADDITION | 885 | * | 4305 | Rough Carp.- Second Draw | 900.00 |
| | | | | | Marion | |
| 501 | SOLARIUM ADDITION | 942 | * | 4305 | Rough Carp.- Second Draw | 900.00 |
| | | | | | Savoy | |
| 502 | ATRIUM ELITE ADDITION | 863 | * | 4305 | Rough Carp.- Second Draw | 700.00 |
| | | | | | Chesapeake | |
| 502 | ATRIUM ELITE ADDITION | 862 | * | 4305 | Rough Carp.- Second Draw | 700.00 |
| | | | | | Inglewood | |
| 502 | ATRIUM ELITE ADDITION | 885 | * | 4305 | Rough Carp.- Second Draw | 700.00 |
| | | | | | Marion | |
| 502 | ATRIUM ELITE ADDITION | 942 | * | 4305 | Rough Carp.- Second Draw | 700.00 |
| | | | | | Savoy | |
| 5-- | MEDIA ROOM ADDITION | 362 | * | 4305 | Rough Carp.- Second Draw | 625.00 |
| | PLAYROOM ABOVE | 863 | * | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | | | | Chesapeake | |
| 520 | PLAYROOM ABOVE | 862 | * | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | | | | Marion | |
| 520 | PLAYROOM ABOVE | 941 | * | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | | | | Savoy | |
| 521 | BEDROOM SUITES ABOVE | 862 | * | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | | | | Marion | |
| 521 | BEDROOM SUITES ABOVE | 941 | * | 4305 | Rough Carp.- Second Draw | 400.00 |
| 529 | KANSAS SUN ROOM ADDITION | 942 | * | 4305 | Rough Carp.- Second Draw | 1,150.00 |
| | | | | | Inglewood | |
| 530 | CULINARY KITCHEN | 865 | * | 4305 | Rough Carp.- Second Draw | 630.00 |
| | | | | | Malvern | |
| 530 | CULINARY KITCHEN | 895 | * | 4305 | Rough Carp.- Second Draw | 630.00 |
| | | | | | Marion | |
| 530 | CULINARY KITCHEN | 941 | * | 4305 | Rough Carp.- Second Draw | 630.00 |
| | | | | | Chesapeake | |
| 532 | PALLADIAN KITCHEN ADDITION | 862 | * | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | | | | Malvern | |
| 532 | PALLADIAN KITCHEN ADDITION | 895 | * | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | | | | Marion | |
| 532 | PALLADIAN KITCHEN ADDITION | 941 | * | 4305 | Rough Carp.- Second Draw | 450.00 |
| | | | | | Chesapeake | |
| 533 | GREENHOUSE WITH | 862 | * | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | | | | Malvern | |
| 533 | GREENHOUSE WITH | 895 | * | 4305 | Rough Carp.- Second Draw | 400.00 |
| | | | | | Marion | |
| 533 | GREENHOUSE WITH | 942 | * | 4305 | Rough Carp.- Second Draw | 400.00 |
| 549 | SKYLIGHT WINDOW | | * | 4305 | Rough Carp.- Second Draw | 75.00 |
| 628 | GAS DIRECT VENT FIREPLACE - | | * | 4305 | Rough Carp.- Second Draw | 150.00 |
| 629 | ADDITIONAL GAS DIRECT VENT | | * | 4305 | Rough Carp.- Second Draw | 150.00 |
| | | | | | Chesapeake | |
| 631 | GAS DESIGNER FIREPLACE - | 862 | * | 4305 | Rough Carp.- Second Draw | 175.00 |
| | | | | | Inglewood | |
| | GAS DESIGNER FIREPLACE - | 865 | * | 4305 | Rough Carp.- Second Draw | 175.00 |
| | | | | | Saratoga | |

445014

TOLL BROTHERS, INC.
CONTRACT LOAD CONSTRUCTION
(EXCLUDES CUSTOM OPTIONS)...
(Option Sequence)

Page . . . .  93
Date - . . .  2/16/05

Division:  16,640000 Brandywine Hunt
of Work: Rough Carpentry
Contract No .  35345 KC Contractor.,  17209S JM CARPENTRY, INC.

Expiration Date. 07/01/05

SUBCONTRACTOR:                                    DATE:

TOLL BROS., INC.:                                 DATE:

V.P APPROVAL:                                      DATE:
          Signature NOT required on all pages
          for 1st time contract.

% INCREASE/DECREASE _____  EFFECTIVE DATE: _____

CHECK ONE OF THE FOLLOWING:
___ ORIGINAL CONTRACT
___ REPLACES EXISTING CONTRACT    ___ NEW VENDOR
___ REFLECTS ESTIMATED BUDGETS
___ CONTRACT UPDATE-PRICE CHANGE
___ CONTRACT UPDATE-SPEC CHANGE
    (Attach changed specs)

| Option | Option Description | Pln | Elv | Cost Code | Description | Bid Amount |
|--------|--------------------|-----|-----|-----------|-------------|------------|
| | | Saratoga | | | | |
| 631 | GAS DESIGNER FIREPLACE - | 893 * | 4305 | Rough Carp. - Second Draw | 175.00 |
| | | Savoy | | | | |
| 632 | THREE SIDED GAS DESIGNER | 813 * | 4305 | Rough Carp. - Second Draw | 200.00 |
| | | Inglewood | | | | |
| 632 | THREE SIDED GAS DESIGNER | 865 * | 4305 | Rough Carp. - Second Draw | 200.00 |
| | | Malvern | | | | |
| 632 | THREE SIDED GAS DESIGNER | 893 * | 4305 | Rough Carp. - Second Draw | 200.00 |
| | | Marion | | | | |
| 632 | THREE SIDED GAS DESIGNER | 941 * | 4305 | Rough Carp. - Second Draw | 200.00 |
| | | Savoy | | | | |
| 645 | FIREPLACE WINDOW ARRAY | 853 * | 4305 | Rough Carp. - Second Draw | 225.00 |
| | | Saratoga | | | | |
| 64A | FIREPLACE WINDOW ARRAY | 898 * | 4305 | Rough Carp. - Second Draw | 225.00 |
| | | Marion | | | | |
| 6-? | FIREPLACE WINDOW ARRAY | 941 * | 4305 | Rough Carp. - Second Draw | 225.00 |
| | | Savoy | | | | |
| 649 | FIREPLACE WINDOW ARRAY | 812 * | 4305 | Rough Carp. - Second Draw | 240.00 |
| | | Saratoga | | | | |
| 649 | FIREPLACE WINDOW ARRAY | 898 * | 4305 | Rough Carp. - Second Draw | 240.00 |
| | | Marion | | | | |
| 649 | FIREPLACE WINDOW ARRAY | 941 * | 4305 | Rough Carp. - Second Draw | 240.00 |

PROJECT: Brandywine Hunt                      Page 1 of __1__
C.C. #4304, #4305, #4307
**EFFECTIVE DATE: 04/01/05**

## EXHIBIT "C"

### ADDITIONAL WORK PRICE LIST

NOTE:    All work other than as contracted on the "Exhibit B Payment Schedule" must be pre-authorized
through the issuance of a Toll Bros., Inc. "Field Work Order". Invoices for additional work must
have the pre-authorized Field Work Order attached.

| | | | |
|---|---|---|---|
| MECHANIC | 4305 | $ 30 | /HR |
| LABORER | 4305 | $ 30 | /HR |
| BRACE BASEMENT WALLS | 4301 | $ N/A | /BSMNT |
| COVER PANELS/TRUSSES WITH PLASTIC | | $ N/A | /EA |

PROJECT: Brandywine Hunt

C.C. #4304, 4305, 4307

EFFECTIVE DATE: 04-01-05

Page 1 of 1

EXHIBIT "G"

## ROUGH CARPENTRY

PRODUCTS USED THIS CONTRACT

Please check below which manufacturers below will be used under this contract at this community. *Be advised that any time a product is to be used other than specifically listed below, PMs must attach a completed Product Variation Request with sound rationale for use. NOTES: 1) Contracts submitted without completing this information will not be loaded into JD Edwards and will be returned; 2) it is imperative to insure accuracy in reporting which manufacturer you will be using. Failure to do so will delay or eliminate receipt of your rebates.

Rough Carpentry

X     Simpson Strong.Tie

_____     *Other _____

Area Separation Wall/Shaftwall

_____     Georgia-Pacific (GP) Dens-Glass Ultra Shaftliner

N/A     Thermacrete ("Preferred" when block is required)

_____     *Other _____

Toll Brothers Project Manager     Kevin H. Grubb
                                   (Please Print Name)

                                   _____
                                   (Signature)

Date: 4/14/05

BID ANALYSIS REPORT    COMMUNITY NAME: _Brandywine Hunt_

Material or Trade Required: _Rough Carpentry_    Was tollbid.com used (yes/no) _, ___ if not, why _____
_Replacing bad framer._

1. Minimum of 3 bids MUST be solicited with at least one (1) bid from a subcontractor NOT working at any Toll Bros.' communities.
2. Bid prices for the most popular models and elevations shall be recorded below.
3. Prices for the three most costly no charge and/or mandatory options must be considered in making contract award decision.
4. *Attach Company Base Budget & Options Reports to this form for like models/options in neighboring communities.
5. Transfer information from each bidders' Exhibit "C" to page 2 of this form. This must also be taken into consideration in the awarding of the contract.

| Subcontractor/Supplier | | Bid #1 | Bid #2 | Bid #3 | Bid #4 |
|---|---|---|---|---|---|
| Company name: | | | | | |
| Address: | | | | | |
| Point of Contact: | | | | | |
| Base House for Model: | / Elev. | $ | $ | $ | $ |
| Bid on Major Option | option # | $ | $ | $ | $ |
| Bid on Major Option | option # | $ | $ | $ | $ |
| Bid on Major Option | option # | $ | $ | $ | $ |
| Base House for Model: | / Elev. | $ | $ | $ Pre oint | $ |
| Bid on Major Option | option # | $ | $ 45 | $ | $ |
| Bid on Major Option | option # | $ | $ | $ | $ |
| Bid on Major Option | option # | $ | $ | $ | $ |
| Base House for Model: | / Elev. | $ | $ | $ | $ |
| Bid on Major Option | option # | $ | $ | $ | $ |
| Bid on Major Option | option # | $ | $ | $ | $ |
| Base House for Model: | / Elev. | $ | $ | $ | $ |
| Bid on Major Option | option # | $ | $ | $ | $ |
| Bid on Major Option | option # | $ | $ | $ | $ |
| Bid on Major Option | option # | $ | $ | $ | $ |
| Base House for Model: | / Elev. | $ | $ | $ | $ |
| Bid on Major Option | option # | $ | $ | $ | $ |
| Bid on Major Option | option # | $ | $ | $ | $ |
| Bid on Major Option | option # | $ | $ | $ | $ |
| Base House for Model: | / Elev. | $ | $ | $ | $ |
| Bid on Major Option | option # | $ | $ | $ | $ |
| Bid on Major Option | option # | $ | $ | $ | $ |
| Bid on Major Option | option # | $ | $ | $ | $ |

Model Home(s) Discounts/Concessions: _____

Circle lowest bid for each Model/Elev including options above and indicate awardee here: _____

Justification if awarding to other than low bidder or if less than the minimum bids were used (check below as appropriate)

X No other bidders available in area (explain how bids were unsuccessfully solicited) _____

___ Low bidder not qualified (explain) _____

*Waiver requires two Signatures:*
Proj. Mngr. Sign: _____ Date: ____ Snr Mgr. Appr: _____ Date: ____
*NOTE: THIS FORM (orig.) MUST BE FORWARDED WITH CONTRACT FOR BUDGET LOADING

EXHIBIT 'C' COMPARISON

Contract: Rough Carpentry

Subcontractor Name: JD Framing Contractors Inc.

| Description from contract's Exhibit 'C' (e.g. mechanical, installation charge, labor, Additional product, helper, etc.) | Quantity (i.e. per hr, sq.ft., LF, EA, etc.) | Bidder #1 | Bidder #2 | Bidder #3 | Bidder #4 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | Same as | | | | |
| | old Framer | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 7, 2006, I caused the attached **Answer of JD Framing Contractors, Inc. to the Amended Complaint with Crossclaims**, to be electronically filed with the Court via CM/ECF, which will electronically serve copies on the following counsel of record:

| | |
|---|---|
| Joseph J. Rhoades, Esq. | Michael P. Kelly, Esq. |
| Allen Dale Bowers, Esq. | Andrew S. Dupre, Esq. |
| **Law Office of Joseph Rhoades** | **McCarter & English, LLP** |
| 1225 King Street, Suite 1200 | 919 N. Market Street, Suite 1800 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Robert P. Kempski* | *Toll Bros., Inc.* |

Louis J. Rizzo, Jr., Esq.
**Reger Rizzo Kavulich & Darnall LLP**
1001 Jefferson Plaza, Suite 202
Wilmington, De 19801
*Counsel for Third-Party Defendant*
*Delaware Heating and Air*
*Conditioning Services, Inc.*

I further certify that a copy was served on the following party by first class mail:

TBS Construction, Inc.
3001 Route 130 South
Apt. #61-B
Delran, NJ 08075

 /s/  Erica N. Finnegan
Erica N. Finnegan (#3986)
CROSS & SIMON, LLC
913 N. Market St., 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
(302) 777-4200 – phone
(302) 777-4224 – facsimile
efinnegan@crosslaw.com

*Counsel to Defendant*
*J.D. Framing Contractors, Inc.*