AO 440  (Rev. 8/01)   Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>11/1/2006 @ 3:42 p.m. |
| NAME OF SERVER *(PRINT)*<br>**Michael J. Dellose** | TITLE<br>**Special Process Server** |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant by serving **Gail Ascione, government employee, c/o Secretary of State, Duke of York Street @ Federal Lane, Dover, DE 19901**

**40, F, W, 5'5", 140 pounds, blonde hair, glasses**

[ ]   Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ]   Returned unexecuted:

[ ]   Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **11/2/2006**
                   Date

Michael J. Dellose

O'ROURKE INVESTIGATIVE ASSOCIATES, INC.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE  19899-0368

___

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

of the     District of     Delaware

ROBERT P. KEMPSKI
    Plaintiff,

V.

TOLL BROS., INC, a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, TBS CONSTRUCTION, INC., a corporation of the State of New Jersey,

    Defendants.

ALIAS **SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-252-KAJ

TO: (Name and address of Defendant)

TBS Construction, Inc., pursuant to 10 Del. C. 3104 by delivering copies to defendant s agent for Service of Process, the Secretary of STate of the State of Delaware 401 Federal Street, Townsend Building, Suite 3, Dover, DE 19901

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. Rhoades, Esquire
    A. Dale Bowers, Esquire
    1225 King Street, 12th Floor
    Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO      10/25/06

CLERK      DATE

_Estrickler_
(By) DEPUTY CLERK