AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>**11/1/2006 @ 3:42 p.m.** |
| NAME OF SERVER *(PRINT)*<br>**Michael J. Dellose** | TITLE<br>**Special Process Server** |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant by serving **Gail Ascione, government employee, c/o Secretary of State, Duke of York Street @ Federal Lane, Dover, DE 19901**

**40, F, W, 5'5", 140 pounds, blonde hair, glasses**

[] Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[] Returned unexecuted:

[] Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___**11/2/2006**___
Date

*Michael J. Dellose*

**Michael J. Dellose**

**O'ROURKE INVESTIGATIVE ASSOCIATES, INC.**
**1225 King Street, Suite 400**
**P. O. Box 368**
**Wilmington, DE  19899-0368**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the     District of _____ Delaware _____

ROBERT P. KEMPSKI
     Plaintiff,

                    ALIAS   **SUMMONS IN A CIVIL CASE**

       V.

TOLL BROS., INC., a corporation of the
Commonwealth of Pennsylvania, JD FRAMING
CONTRACTORS, INC., a corporation of the
State of New Jersey, TBS CONSTRUCTION,
INC., a corporation of the State of New
Jersey,
     Defendants.

CASE NUMBER:  06-252-KAJ

        TO: (Name and address of Defendant)

J. D. Framing Contractors, Inc. pursuant to 10 Del. C. 3104 by
delivering copies to defendant's agent for SErvice Of Process,
the Secretary of State of the State of DElaware, 401 Federal
Street, Townsend Bldg., Suite 3, DOver, DE 19901.

    **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

            Joseph J. RHoades, Esquire
            A.Dale Bowers, Esquire
            1225 King STreet, 12th Floor
            WIlmington, DE 19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____     10/25/06
CLERK                                                    DATE

_____
(By) DEPUTY CLERK