IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| TOLL BROS., INC, a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, TBS CONSTRUCTION, INC., a corporation of the State of New Jersey, | : : : : : : : | C.A. No.: 06-252-KAJ |
| TOLL BROS, INC., a corporation of the Commonwealth of Pennsylvania, | : : | |
| | : | |
| Third Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, | : : : | |
| | : | |
| Third Party Defendants. | : | |

### NOTICE OF WITHDRAWAL OF
### PLAINTIFF'S MOTION FOR REMAND

TO:

U. S. District Court for the District of Delaware
Clerk's Office
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Erica N. Finnegan, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich &
 Darnall LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

Jeffrey C. Sotland, Esquire
Robert Phillips, Esquire
Mintzer, Sarowitz, Zeris, Ledva
 & Meyers
1528 Walnut Street, 22nd Floor
Philadelphia, PA 19102

Michael P. Kelly, Esquire
Andrew Dupre, Esquire
McCarter & English
919 North Market Street, St. 1800
P.O. Box 111
Wilmington, DE 19899

    PLEASE TAKE NOTICE that Plaintiff's Motion for Remand of the Amended Complaint filed on April 10, 2006 is hereby withdrawn.

                           /s/ Joseph J. Rhoades
                           Joseph J. Rhoades, Esquire (I.D. 2064)
                           A. Dale Bowers, Esquire (I.D. 3932)
                           1225 King Street, 12th Floor
                           Wilmington, Delaware 19801
                           302-427-9500
                           Attorneys for Plaintiff(s)

DATE: November 9, 2006

**CERTIFICATE OF SERVICE**

I, Ayesha Chacko, law clerk, hereby certify that on this 9th day of November, 2006, I caused two true and correct copies of Notice of Withdrawal of Plaintiff's Motion for Remand to be delivered to the following address by U.S. Mail:

| | |
|---|---|
| Michael P. Kelly, Esquire<br>Andrew Dupre, Esquire<br>McCarter & English<br>919 North Market Street, St. 1800<br>P.O. Box 111<br>Wilmington, DE 19899 | Louis J. Rizzo, Jr., Esquire<br>Reger, Rizzo, Kavulich & Darnall LLP<br>1001 Jefferson Plaza, Suite 202<br>Wilmington, DE 19801 |
| Erica N. Finnegan, Esquire<br>Cross & Simon, LLC<br>913 N. Market Street, 11th Floor<br>P.O. Box 1380<br>Wilmington, DE 19899-1380 | Jeffrey C. Sotland, Esquire<br>Robert Phillips, Esquire<br>Mintzer, Sarowitz, Zeris, Ledva<br> & Meyers<br>1528 Walnut Street, 22nd Floor<br>Philadelphia, PA 19102 |

                                                      /s/ Ayesha Chacko
                                                      Ayesha Chacko