IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI<br><br>v.<br><br>TOLL BROS. INC, a corporation of the Commonwealth of Pennsylvania; JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey; and TBS CONSTRUCTION, INC., a corporation of the State of New Jersey.<br>_____<br><br>TOLL BROS. INC, a corporation of the Commonwealth of Pennsylvania,<br><br>v.<br><br>DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware; and JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey. | C.A. No. 06-252-KAJ |

### NOTICE OF PARTIAL DISMISSAL OF CROSSCLAIM

PLEASE TAKE NOTICE that the Defendant JD Framing Contractors, Inc. hereby voluntarily dismisses the crossclaim(s) asserted by it on November 7, 2006 as to **Delaware Heating and Air Conditioning Services, Inc.** This partial dismissal does <u>not</u> affect any crossclaims asserted against any other parties.

|  |  |
|---|---|
| Of Counsel: | **CROSS & SIMON, LLC** |
|  | By: /s/ Erica N. Finnegan . |
| Robert D. Phillips (*pro hac vice*) | Erica N. Finnegan (No. 3986) |
| Mintzer Sarowitz Zeris | 913 N. Market St., 11th Floor |
|   Ledva & Meyers L.L.P. | P.O. Box 1380 |
| 1528 Walnut Street, 22nd Floor | Wilmington, DE 19899-1380 |
| Philadelphia, PA 19102 | (302) 777-4200 – phone |
| 215.735.7200 - phone | (302) 777-4224 – facsimile |
| 215.735.1714 – facsimile | efinnegan@crosslaw.com |
| Dated: November 14, 2006 | *Attorneys for J.D. Framing Contractors, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2006, I caused the attached **Notice of Partial Dismissal of Crossclaim**, to be electronically filed with the Court via CM/ECF, which will electronically serve copies on the following counsel of record:

| | |
|---|---|
| Joseph J. Rhoades, Esq. | Michael P. Kelly, Esq. |
| Allen Dale Bowers, Esq. | Andrew S. Dupre, Esq. |
| **Law Office of Joseph Rhoades** | **McCarter & English, LLP** |
| 1225 King Street, Suite 1200 | 919 N. Market Street, Suite 1800 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Robert P. Kempski* | *Toll Bros., Inc.* |

Louis J. Rizzo, Jr., Esq.
**Reger Rizzo Kavulich & Darnall LLP**
1001 Jefferson Plaza, Suite 202
Wilmington, De 19801
*Counsel for Third-Party Defendant*
*Delaware Heating and Air*
*Conditioning Services, Inc.*

 

/s/   Erica N. Finnegan
Erica N. Finnegan (#3986)
CROSS & SIMON, LLC
913 N. Market St., 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
(302) 777-4200 – phone
(302) 777-4224 – facsimile
efinnegan@crosslaw.com

*Counsel to Defendant*
*J.D. Framing Contractors, Inc.*