IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI<br><br>v.<br><br>TOLL BROS. INC, a corporation of the Commonwealth of Pennsylvania; JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey; and TBS CONSTRUCTION, INC., a corporation of the State of New Jersey.<br>_____<br><br>TOLL BROS. INC, a corporation of the Commonwealth of Pennsylvania,<br><br>v.<br><br>DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware; and JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey. | C.A. No. 06-252-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the **Defendant JD Framing Contractors, Inc.'s Answers to Plaintiff's Interrogatories and Responses to Plaintiff's Request for Production of Documents** were served on Friday, November 17, 2006, upon the following counsel in the manner indicated:

| By Hand Delivery | By Hand Delivery | By First Class Mail |
|---|---|---|
| Joseph J. Rhoades, Esq.<br>Allen Dale Bowers, Esq.<br>Law Office of Joseph Rhoades<br>1225 King St., Ste 1200<br>Wilmington, DE 19801<br><br>*Counsel for Plaintiff*<br>*Robert P. Kempski* | Michael P. Kelly, Esq.<br>McCarter & English, LLP<br>919 N. Market St., Ste 1800<br>Wilmington, DE 19801<br><br>*Counsel for Defendant*<br>*Toll Bros., Inc.* | Louis J. Rizzo, Jr., Esq.<br>Reger Rizzo Kavulich & Darnall LLP<br>1001 Jefferson Plaza, Suite 202<br>Wilmington, DE  19801<br><br>*Counsel for Third-Party*<br>*Defendant Delaware Heating &*<br>*Air Conditioning Services, Inc.* |

| | |
|---|---|
| Of Counsel:<br><br>Robert D. Phillips (*pro hac vice*)<br>Mintzer Sarowitz Zeris<br>  Ledva & Meyers L.L.P.<br>1528 Walnut Street, 22nd Floor<br>Philadelphia, PA 19102<br>215.735.7200 - phone<br>215.735.1714 – facsimile<br><br>Dated:  November 21, 2006 | **CROSS & SIMON, LLC**<br><br>By:  /s/  Erica N. Finnegan             .<br>    Erica N. Finnegan (No. 3986)<br>    913 N. Market St., 11th Floor<br>    P.O. Box 1380<br>    Wilmington, DE 19899-1380<br>    (302) 777-4200 – phone<br>    (302) 777-4224 – facsimile<br>    efinnegan@crosslaw.com<br><br>*Attorneys for Defendant J.D. Framing*<br>*Contractors, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2006, I caused the attached **Notice of Service**, to be electronically filed with the Court via CM/ECF, which will electronically serve copies on the following counsel of record:

| | |
|---|---|
| Joseph J. Rhoades, Esq.<br>Allen Dale Bowers, Esq.<br>**Law Office of Joseph Rhoades**<br>1225 King Street, Suite 1200<br>Wilmington, DE 19801<br>*Counsel for Plaintiff*<br>*Robert P. Kempski* | Michael P. Kelly, Esq.<br>Andrew S. Dupre, Esq.<br>**McCarter & English, LLP**<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br>*Counsel for Defendant*<br>*Toll Bros., Inc.* |

Louis J. Rizzo, Jr., Esq.
**Reger Rizzo Kavulich & Darnall LLP**
1001 Jefferson Plaza, Suite 202
Wilmington, De 19801
*Counsel for Third-Party Defendant*
*Delaware Heating and Air*
*Conditioning Services, Inc.*

/s/   Erica N. Finnegan
Erica N. Finnegan (#3986)
CROSS & SIMON, LLC
913 N. Market St., 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
(302) 777-4200 – phone
(302) 777-4224 – facsimile
efinnegan@crosslaw.com

*Counsel to Defendant*
*J.D. Framing Contractors, Inc.*