IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| TOLL BROS., INC, a corporation of the | : | C.A. No.: 06-252-KAJ |
| Commonwealth of Pennsylvania, JD | : | |
| FRAMING CONTRACTORS, INC., a | : | |
| corporation of the State of New Jersey, | : | |
| TBS CONSTRUCTION, INC., a | : | |
| corporation of the State of New Jersey, | : | |
| | : | |
| TOLL BROS, INC., a corporation of the | : | |
| Commonwealth of Pennsylvania, | : | |
| | : | |
| Third Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE HEATING AND AIR | : | |
| CONDITIONING SERVICES, INC., a | : | |
| corporation of the State of Delaware, | : | |
| | : | |
| Third Party Defendants. | : | |

## AFFIDAVIT OF MAILING PURSUANT TO 10 DEL C. §3104

A. Dale Bowers, being duly sworn, deposes and says:

1.      I am an attorney admitted to practice before the Courts of the State of Delaware and am counsel for plaintiff Robert P. Kempski.

2.      Defendant JD Framing Contractors, Inc. is a non-resident of the State of Delaware, subject to the jurisdiction of this Court pursuant to 10 Del. C. §3104.

3.      On November 14, 2006, I caused to be mailed by registered mail, return receipt requested, a First Notice to defendant JD Framing Contractors, Inc., informing defendant that process had been served pursuant to 10 Del. C. §3104 and that such service was effectual, to all

intents and purposes as if it had been made on defendant personally, and enclosed a copy of the Process, Amended Complaint, Interrogatories and Request for Production.

4.    On November 16, 2006, the return receipt for JD Framing Contractors, Inc. was returned to the sender showing proof of delivery.

5.    Attached hereto as Exhibit "A" is the receipt which was given by the United States Post Office at the time of mailing to the person mailing the registered envelope containing the First Notice, Process, Amended Complaint, Interrogatories and Request for Production.

6.    Attached hereto as Exhibit "B" is the original return receipt which shows acceptance of the First Notice by defendant JD Framing Contractors, Inc., referred to in Paragraph 4 of this Affidavit.


A. DALE BOWERS (I.D. 3932)


SWORN TO AND SUBSCRIBED before me this 21st day of November, 2006.

NOTARY PUBLIC

My Commission Expires:   1/16/08

EXHIBIT "A"



| Registered No. AA 347 850 273 US | | Date Stamp |
|---|---|---|
| **To Be Completed By Post Office** | Reg. Fee 7.90 | |
| | Handling Charge $0.00 | Return Receipt 1.85 |
| | Postage 1.35 | Restricted Delivery $0.00 |
| | Received by | |
| | Customer Must Declare Full Value $ -0- | With Postal Insurance / Without Postal Insurance |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM
19801
Joseph J. Rhoades, Esquire
P.O. Box 874
Wilmington, DE 19899-0874

TO
J.D. Framing Contractors, Inc.
RIVERTON NJ 08077
200 Delores Drive
Cinnaminson, NJ 08077

PS Form **3806**,    **Receipt for Registered Mail**    *Copy 1 - Customer*
May 2004 (7530-02-000-9051)    *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

EXHIBIT "B"

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

J.D. Framing Contractors Inc
200 Delores Drive
Cinnaminson, NJ 08077

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Amanda DeSouza*
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )     C. Date of Delivery

D. Is delivery address different from item 1?     ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☒ Registered     ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

2. Article Number
   *(Transfer from service label)*     RA 311 856 273 US

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540