LAW OFFICES
# JOSEPH J. RHOADES
SUITE 1200
LEGAL ARTS BUILDING
1225 KING STREET
P.O. BOX 874
WILMINGTON, DELAWARE 19899-0874

JOSEPH J. RHOADES
A. DALE BOWERS

Sender's Direct E-mail:
joe.rhoades@rhoadeslegal.com

(302) 427-9500
FAX (302) 427-9509

November 27, 2006

**BY E-FILE and U.S. MAIL**
The Honorable Kent A. Jordan
United States District Court
844 N. King Street.
Wilmington, DE 19801

    RE:    Robert P. Kempski v. Toll Bros. Inc., et all
             C.A. No. 06-252-KAJ

Dear Judge Jordan:

    Please allow this letter to serve as an update with regard to matters which the parties discussed with the Court at our most recent teleconference.

    On October 18, 2006, an Amended Complaint was filed to add two parties as defendants. The two parties are JD Framing Contractors, Inc. (originally a third-party defendant), and TBS Construction, Inc. JD Framing Contractors, Inc., has been served via the long arm statute but an Answer has yet to be filed. Long arm service with respect to TBS Construction, Inc., is still outstanding.

    In another matter, on November 9, 2006, plaintiff withdrew his opposition to removal of the case from State Court to Federal Court (copy of pleading enclosed).

    When answers have been filed by both of the recently added defendants, I will notify the Court. It is respectfully submitted that, at that time, a scheduling conference can take place so that the case can proceed to its conclusion.

    Thank you for your continuing cooperation.

                              Respectfully yours,

                              Joseph J. Rhoades

JJR/cm
cc:    Louis J. Rizzo, Jr., Esquire (Telecopy-652-3611 and E-file)
       Erica N. Finnegan, Esquire (Telecopy-777-4224 and E-file)
       Andrew S. Dupre, Esquire (Telecopy-984-6399 and E-file)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI, | : |
| Plaintiff, | : |
| TOLL BROS., INC, a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, TBS CONSTRUCTION, INC., a corporation of the State of New Jersey, | : C.A. No.: 06-252-KAJ |
| TOLL BROS, INC., a corporation of the Commonwealth of Pennsylvania, | : |
| Third Party Plaintiff, | : |
| v. | : |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, | : |
| Third Party Defendants. | : |

**NOTICE OF WITHDRAWAL OF**
**PLAINTIFF'S MOTION FOR REMAND**

TO:

U. S. District Court for the District of Delaware
Clerk's Office
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Erica N. Finnegan, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich &
 Darnall LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

Jeffrey C. Sotland, Esquire
Robert Phillips, Esquire
Mintzer, Sarowitz, Zeris, Ledva
 & Meyers
1528 Walnut Street, 22nd Floor
Philadelphia, PA 19102

Michael P. Kelly, Esquire
Andrew Dupre, Esquire
McCarter & English
919 North Market Street, St. 1800
P.O. Box 111
Wilmington, DE 19899

 PLEASE TAKE NOTICE that Plaintiff's Motion for Remand of the Amended Complaint filed on April 10, 2006 is hereby withdrawn.

            /s/ Joseph J. Rhoades
            Joseph J. Rhoades, Esquire (I.D. 2064)
            A. Dale Bowers, Esquire (I.D. 3932)
            1225 King Street, 12th Floor
            Wilmington, Delaware 19801
            302-427-9500
            Attorneys for Plaintiff(s)

DATE: November 9, 2006

## CERTIFICATE OF SERVICE

I, Ayesha Chacko, law clerk, hereby certify that on this 9th day of November, 2006, I caused two true and correct copies of Notice of Withdrawal of Plaintiff's Motion for Remand to be delivered to the following address by U.S. Mail:

Michael P. Kelly, Esquire
Andrew Dupre, Esquire
McCarter & English
919 North Market Street, St. 1800
P.O. Box 111
Wilmington, DE 19899

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich & Darnall LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

Erica N. Finnegan, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

Jeffrey C. Sotland, Esquire
Robert Phillips, Esquire
Mintzer, Sarowitz, Zeris, Ledva
 & Meyers
1528 Walnut Street, 22nd Floor
Philadelphia, PA 19102

_____/s/ Ayesha Chacko_____
Ayesha Chacko