IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| TOLL BROS., INC, a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, TBS CONSTRUCTION, INC., a corporation of the State of New Jersey, | : | C.A. No.: 06-252-KAJ |
| | : | |
| TOLL BROS, INC., a corporation of the Commonwealth of Pennsylvania, | : | |
| | : | |
| Third Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, | : | |
| | : | |
| Third Party Defendants. | : | |

**AFFIDAVIT OF NON-RECEIPT OF**
**FIRST NOTICE PURSUANT TO 10 DEL C. § 3104**

STATE OF DELAWARE   :
                    : SS.
NEW CASTLE COUNTY   :

I, A. Dale Bowers, being duly sworn and deposed state that the following is true and correct to the best of my knowledge, information and belief:

1. I am the attorney for plaintiff in the above-captioned matter.

2. On November 14, 2006, an envelope containing a First Notice prescribed by 10 Del.C. §3104 was mailed by registered to defendant TBS Construction, Inc.

3.  On December 8, 2006, the registered mail envelope referred to in item 2 was returned to sender marked "Moved Left No Address Unable to Forward."

4.  Attached hereto as Exhibit "A" is the receipt which was given by the United States Post Office at the time of mailing to the person mailing the registered envelope containing the First Notice.

5.  Attached hereto as Exhibit "B" is a copy of the returned envelope referred to in Paragraph 3 of this Affidavit.

_____
A. DALE BOWERS

SWORN TO AND SUBSCRIBED before me this 12th day of December, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 9/23/07

EXHIBIT "A"

EXHIBIT "A"

EXHIBIT "B"

Case 1:06-cv-00252-MPT    Document 59    Filed 12/12/2006    Page 4 of 6

EXHIBIT "B"

| Registered No. RA 311 850 260 US | Date Stamp |
|---|---|
| Reg. Fee $7.90 | |
| Handling Charge $0.00 | Return Receipt $1.85 |
| Postage $1.35 | Restricted Delivery $0.00 |
| Received by | |
| Customer Must Declare Full Value $ -0- | ☐ With Postal Insurance ☒ Without Postal Insurance |

Date stamp: WILMINGTON, DE 19801, 11/14/06

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: Joseph J. Rhoades, Esquire
P.O. Box 874
Wilmington, DE 19899-0874

TO: TBS Construction, Inc.
Route 130 South
Apt. # 01-B
Delran, NJ 08075

PS Form **3806**, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

