UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT KEMPSKI, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-252 KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| TOLL BROS., INC. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| TOLL BROS., INC. | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE HEATING AND AIR | ) | |
| CONDITIONING SERVICES, INC., and | ) | |
| JD FRAMING CONTRACTORS, INC. | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**ANSWER OF THIRD PARTY DEFENDANT DELAWARE HEATING AND
AIR CONDITIONING SERVICES, INC. TO THE CROSS CLAIM
OF DEFENDANT, TOLL BROS., INC.**

1. Denied. The allegations contained herein are denied as conclusions of law to which no responsive pleadings are required.

2. Denied. The allegations contained herein are denied as conclusions of law to which no responsive pleadings are required.

3. Denied. The allegations contained herein are denied as conclusions of law to which no responsive pleadings are required.

4. Denied. The allegations contained herein are denied as conclusions of law to which no responsive pleadings are required.

WHEREFORE, Third Party Defendant, Delaware Heating and Air Conditioning Services, Inc., respectfully requests that this cause of action against them be dismissed with prejudice.

REGER RIZZO KAVULICH & DARNALL LLP


*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Third Party Defendant
Delaware Heating and Air Conditioning Services, Inc.

Dated:   December 14, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT KEMPSKI,                    ) | |
|     Plaintiff,                              ) | C.A. No.: 06-252 KAJ |
| v.                                                 ) | |
| TOLL BROS., INC.                         ) | |
|     Defendant.                          ) | |
| _____ ) | |
| TOLL BROS., INC.                         ) | |
|     Third-Party Plaintiff,             ) | |
| v.                                                 ) | |
| DELAWARE HEATING AND AIR   ) | |
| CONDITIONING SERVICES, INC., and ) | |
| JD FRAMING CONTRACTORS, INC. ) | |
|     Third-Party Defendants.        ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 14th day of December, 2006 that two true and correct copies of the Answer of Third Party Defendant, Delaware Heating and Air Conditioning Services, Inc., to the Cross Claim of Defendant Toll Bros., Inc. has been served by first class mail, postage prepaid, upon the following:

Joseph J. Rhoades, Esquire
1225 King Street, Suite 1200
P.O. Box 874
Wilmington, DE 19899-0874

Erica Finnegan, Esquire
Cross & Simon LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19899-1380

Michael Kelly, Esquire
McCarter & English
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

REGER RIZZO KAVULICH & DARNALL LLP

/s/ Louis J. Rizzo, Jr., Esquire
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Third Party Defendant
Delaware Heating and Air Conditioning Services, Inc.

Dated:   December 14, 2006