IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| TOLL BROS., INC, a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, TBS CONSTRUCTION, INC., a corporation of the State of New Jersey, | : | C.A. No.: 06-252-KAJ |
| | : | |
| TOLL BROS, INC., a corporation of the Commonwealth of Pennsylvania, | : | |
| | : | |
|     Third Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, | : | |
| | : | |
|     Third Party Defendants. | : | |

**AFFIDAVIT OF NON-RECEIPT OF**
**SECOND NOTICE PURSUANT TO 10 DEL C. § 3104**

STATE OF DELAWARE   :
                           : SS.
NEW CASTLE COUNTY   :

    I, A. Dale Bowers, being duly sworn and deposed state that the following is true and correct to the best of my knowledge, information and belief:

    1.    I am the attorney for plaintiff in the above-captioned matter.

    2.    On December 18, 2006, an envelope containing a Second Notice prescribed by 10 Del.C. §3104 was mailed by registered and U.S. Mail to defendant TBS Construction, Inc.

3.  On December 22, 2006, the registered mail envelope referred to in item 2 was returned to sender marked "Moved Left No Address."

4.  Attached hereto as Exhibit "A" is the receipt which was given by the United States Post Office at the time of mailing to the person mailing the registered envelope containing the Second Notice.

5.  Attached hereto as Exhibit "B" is a copy of the returned envelope referred to in Paragraph 3 of this Affidavit.

_____
A. DALE BOWERS

SWORN TO AND SUBSCRIBED before me this 29th day of December, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 5/18/08

EXHIBIT "A"



EXHIBIT "B"

