UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT KEMPSKI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOLL BROS., INC. )<br>)<br>Defendant. )<br>---------------------------------------------- )<br>)<br>TOLL BROS., INC. )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>DELAWARE HEATING AND AIR )<br>CONDITIONING SERVICES, INC., and )<br>JD FRAMING CONTRACTORS, INC. )<br>)<br>Third-Party Defendants. ) | C.A. No.: 06-252 *** |

STIPULATION OF PARTIAL DISMISSAL

It is hereby STIPULATED by and between the parties that Counts I and III of Defendant/Third-Party Plaintiff, Toll Brothers, Inc's Third-Party Complaint are hereby DISMISSED with prejudice.

| | |
|---|---|
| REGER RIZZO KAVULICH & DARNALL LLP<br><br>  /s/ Louis J. Rizzo, Jr.<br>Louis J. Rizzo, Jr., Esquire (DE ID# 3374)<br>1001 Jefferson Plaza, Suite 202<br>Wilmington, DE 19801<br>Attorney for Delaware Heating and Air<br>Conditioning Services, Inc. | LAW OFFICE OF JOSEPH J. RHOADES<br><br>  /s/ Joseph J. Rhoades<br>Joseph J. Rhoades, Esquire (DE ID#2064)<br>1225 King Street, Suite 1200<br>P.O. Box 874<br>Wilmington, DE 19899-0874<br>Attorney for Plaintiff |
| MCCARTER & ENGLISH<br><br>  /s/ Andrew S. Dupree<br>Michael P. Kelly, Esquire (DE ID#2295)<br>Andre S. Dupree, Esqire (DE ID#4621)<br>919 North Market Street, Suite 1800<br>P.O. Box 111<br>Wilmington, DE 19899<br>Attorney for Toll Brothers, Inc. | CROSS & SIMON LLC<br><br>  /s/ Erica Finnegan<br>Erica Finnegan, Esquire (DE ID#3986)<br>913 N. Market Street, 11th Floor<br>P.O. Box 1380<br>Wilmington, DE 19899-1380<br>Attorney for JD Framing Contractors, Inc. |