### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-252-*** |
| TOLL BROS., INC., et al., | : |
| Defendants. | : |
| _____ | : |
| TOLL BROS., INC., | : |
| Third-Party Plaintiff, | : |
| v. | : |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, | : |
| Third-Party Defendant. | : |

### ORDER

At Wilmington this **5th** day of **February, 2007**.

IT IS ORDERED that the teleconference scheduled for Wednesday, March 21, 2007 at 9:00 a.m. with Magistrate Judge Thynge has been rescheduled to **Wednesday, February 21, 2007 at 1:00 p.m.** The purpose of this teleconference is to discuss the status of the case. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE