UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT KEMPSKI, ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 06-252 *** |
| ) | |
| v. ) | |
| ) | |
| TOLL BROS., INC. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| ) | |
| TOLL BROS., INC. ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DELAWARE HEATING AND AIR ) | |
| CONDITIONING SERVICES, INC., and ) | |
| JD FRAMING CONTRACTORS, INC. ) | |
| ) | |
| Third-Party Defendants. ) | |

**REQUEST FOR ADMISSIONS**

Third-Party Defendant Delaware Heating and Air Conditioning Services Inc., by their undersigned attorney, hereby serves the within Requests for Admissions upon Third Party Plaintiff Toll Bros., Inc. pursuant to Federal Rule of Civil Procedure 36.

Each matter set forth hereinafter shall be deemed admitted unless you serve an answer or objection upon counsel for Third-Party Defendant Delaware Heating and Air Conditioning Services Inc. within thirty (30) days of the date of service hereof.

1. Penn National Insurance has afforded coverage to Toll Bros. Inc. and provided its defense for this litigation under Delaware Heating and Air Conditioning Services' commercial general liability policy issued by Penn National Insurance pursuant to Policy Number AC90613137 to Toll Bros., Inc. With liability limits of $1,000,000.

**RESPONSE:**

2.  If the answer to Request for Admission Number 1 is anything but an unqualified admission, state all facts upon which the denial or partial denial is based. If the denial is based upon the application of an exception to the limited tort status, state the factual and legal basis for the exception alleged.

**RESPONSE:**

                              REGER RIZZO KAVULICH & DARNALL LLP

                              */s/ Louis J. Rizzo, Jr., Esquire*
                              Louis J. Rizzo, Jr., Esquire
                              Delaware State Bar I.D. No. 3374
                              1001 Jefferson Plaza, Suite 202
                              Wilmington, DE 19801
                              (302) 652-3611
                              Attorney for Third Party Defendant
                              Delaware Heating and Air Conditioning Services, Inc.

Dated:  March 7, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT KEMPSKI, ) | |
|     Plaintiff, ) | C.A. No.: 06-252 KAJ |
| v. ) | |
| TOLL BROS., INC. ) | |
|     Defendant. ) | |
| _____ ) | |
| TOLL BROS., INC. ) | |
|     Third-Party Plaintiff, ) | |
| v. ) | |
| DELAWARE HEATING AND AIR ) | |
| CONDITIONING SERVICES, INC., and ) | |
| JD FRAMING CONTRACTORS, INC. ) | |
|     Third-Party Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify on this 7th day of March, 2007 that two true and correct copies of Third Party Defendant, Delaware Heating and Air Conditioning Services, Inc. Request for Admissions has been served electronically via LexisNexis upon the following:

Joseph J. Rhoades, Esquire
1225 King Street, Suite 1200
P.O. Box 874
Wilmington, DE 19899-0874

Erica Finnegan, Esquire
Cross & Simon LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19899-1380

Michael Kelly, Esquire
McCarter & English
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

                REGER RIZZO KAVULICH & DARNALL LLP

                */s/ Louis J. Rizzo, Jr., Esquire*
                Louis J. Rizzo, Jr., Esquire
                Delaware State Bar I.D. No. 3374
                1001 Jefferson Plaza, Suite 202
                Wilmington, DE 19801
                (302) 652-3611
                Attorney for Third Party Defendant
                Delaware Heating and Air Conditioning Services, Inc.

Dated: March 7, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT KEMPSKI,                )<br>    Plaintiff,                          )<br>v.                                              )<br>TOLL BROS., INC.                     )<br>    Defendant.                        )<br>_____)<br>TOLL BROS., INC.                     )<br>    Third-Party Plaintiff,          )<br>v.                                              )<br>DELAWARE HEATING AND AIR )<br>CONDITIONING SERVICES, INC., and )<br>JD FRAMING CONTRACTORS, INC.  )<br>    Third-Party Defendants.      ) | C.A. No.: 06-252 KAJ |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned has caused to be served upon Plaintiff's counsel, a true and correct copy of Third Party Defendant, Delaware Heating and Air Conditioning Services, Inc. Request for Admissions upon Third-Party Plaintiff Toll Bros., Inc electronically via LexisNexis on March 7, 2007 upon the following:

Joseph J. Rhoades, Esquire
1225 King Street, Suite 1200
P.O. Box 874
Wilmington, DE 19899-0874

Erica Finnegan, Esquire
Cross & Simon LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19899-1380

Michael Kelly, Esquire
McCarter & English
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

REGER RIZZO KAVULICH & DARNALL LLP

 /s/ Louis J. Rizzo, Jr., Esquire
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Third Party Defendant
Delaware Heating and Air Conditioning Services, Inc.