LAW OFFICES
# JOSEPH J. RHOADES
SUITE 1200
LEGAL ARTS BUILDING
1225 KING STREET
P.O. BOX 874
WILMINGTON, DELAWARE 19899-0874

JOSEPH J. RHOADES
A. DALE BOWERS

Sender's Direct E-mail:
joe.rhoades@rhoadeslegal.com

(302) 427-9500
FAX (302) 427-9509

March 12, 2007

**E-FILE**

The Honorable Mary Pat Thynge
U.S. District Court for the
District of Delaware
844 N. King St.
Wilmington, DE 19801

  RE: Kempski v. Toll Brothers, et al.
     C.A. No. 06-252

Dear Judge Thynge:

  The attorneys for all parties would be most appreciative if you would agree to serve as both the mediator and trial judge in the above-captioned matter.

  By way of update, plaintiffs have received additional information regarding the whereabouts of the owner of TBS Construction, the only defendant yet to be served. I have asked my investigator to begin the process of contacting that individual and I will keep the Court apprised of my efforts in that regard.

            Respectfully yours,

            Joseph J. Rhoades

JJR/cm
cc: Louis J. Rizzo, Jr., Esquire (E-file)
   Erica N. Finnegan, Esquire (E-file)
   Andrew S. Dupre, Esquire (E-file)