IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ROBERT P. KEMPSKI<br>       Plaintiff<br><br>              v.<br><br>TOLL BROS. INC, A Corporation of The<br>Commonwealth Of Pennsylvania<br><br>       Defendant<br>_____<br>TOLL BROS. INC, A Corporation of The<br>Commonwealth Of Pennsylvania<br><br>       Third Party Plaintiff<br>       v.<br><br>DELAWARE HEATING AND AIR<br>CONDITIONING SERVICES, INC., A<br>Corporation Of The State Of Delaware; JD<br>FRAMING CONTRACTORS, INC., A<br>Corporation Of The State Of New Jersey<br><br>       Third Party Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. NO. 06-252-KAJ |

**NOTICE OF SERVICE**

Pursuant to Local Rule 5.4, the undersigned hereby certifies that plaintiff Robert P. Kempski's Second Set of Interrogatories were served by U.S. Mail on March 14, 2007 upon the following:

| | |
|---|---|
| Michael P. Kelly, Esquire<br>Andrew Dupre, Esquire<br>McCarter & English<br>919 North Market Street, St. 1800<br>P.O. Box 111<br>Wilmington, DE 19899 | Erica N. Finnegan, Esquire<br>Cross & Simon, LLC<br>913 N. Market Street, 11th Floor<br>P.O. Box 1380<br>Wilmington, DE 19899 |

33

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich & Darnall
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801

                        Respectfully submitted,

                        LAW OFFICE OF JOSEPH J. RHOADES

                        By:  /s/ A. Dale Bowers
                             Joseph J. Rhoades, Esquire (I.D. 2064)
                             A. Dale Bowers, Esquire (I.D. 3932)
                             1225 King Street, 12th Floor
                             Wilmington, Delaware 19801
                             302-427-9500 / (fax) 302-427-9509
                             dale.bowers@rhoadeslegal.com
DATE: March 14, 2007            Attorneys for Plaintiff Robert P. Kempski

34