IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT KEMPSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 06-252 *** |
| v. | ) | |
| | ) | |
| TOLL BROS., INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| TOLL BROS., INC., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC. and JD FRAMING CONTRACTORS, INC., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## NOTICE OF SERVICE

I, Andrew S. Dupre, hereby certify that a true and correct copy of Defendant/Third-Party Plaintiff, Toll Bros., Inc.'s, Response to Delaware Heating and Air Conditioning Services, Inc.'s Requests for Admissions were served by first class mail on this 5th day of April, 2007, upon the following counsel of record:

>Joseph J. Rhoades, Esquire
>Allen Dale Bowers, Esquire
>Law Office of Joseph J. Rhoades
>1225 King Street, St. 1200
>P. O. Box 874
>Wilmington, DE 19899

ME1 6294709v.1

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza, St. 202
Wilmington, DE 19801

Erica N. Finnegan, Esquire
Cross & Simon, LLC
913 N. Market St., 11th Floor
Wilmington, DE 19899

                McCARTER & ENGLISH LLP

                /s/ Andrew S. Dupre

By:_____
       Michael P. Kelly (DE# 2295)
       Andrew S. Dupre (DE # 4621)
       919 North Market Street, Suite 1800
       Wilmington, Delaware 19801
       (302) 984-6300

       Attorneys for Defendant/Third-Party
       Plaintiff, Toll Bros., Inc.