IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-252-*** |
| TOLL BROS., INC., et al., | : |
| Defendants. | : |
| TOLL BROS., INC., | : |
| Third-Party Plaintiff, | : |
| v. | : |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, | : |
| Third-Party Defendant. | : |

## ORDER

At Wilmington this **27th** day of **April, 2007**.

IT IS ORDERED that a teleconference with Magistrate Judge Thynge has been scheduled for **Friday, June 29, 2007 at 8:30 a.m.** The purpose of the teleconference is to discuss the status of the case. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE