IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT KEMPSKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOLL BROS., INC., ) <br> ) <br> Defendant. ) <br>_____) <br> ) <br> TOLL BROS., INC., ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DELAWARE HEATING AND AIR ) <br> CONDITIONING SERVICES, INC. and ) <br> JD FRAMING CONTRACTORS, INC., ) <br> ) <br> Third-Party ) <br> Defendants. ) | C.A. No.: 06-252 *** |

## NOTICE OF SERVICE

I hereby certify that a true and correct copy of Defendant/Third-Party Plaintiff Toll Bros., Inc.'s, Response to Plaintiff's Second Set of Interrogatories were served by hand delivery on this 4th day of May, 2007, upon the following counsel of record:

      Joseph J. Rhoades, Esquire
      Allen Dale Bowers, Esquire
      Law Office of Joseph J. Rhoades
      1225 King Street, St. 1200
      P. O. Box 874
      Wilmington, DE 19899

ME1 6294709v.1

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza, St. 202
Wilmington, DE 19801

Erica N. Finnegan, Esquire
Cross & Simon, LLC
913 N. Market St., 11th Floor
Wilmington, DE 19899

        McCARTER & ENGLISH LLP

        /s/ Michael P. Kelly

By:_____
    Michael P. Kelly (DE# 2295)
    Matthew J. Rifino (DE # 4749)
    919 North Market Street, Suite 1800
    Wilmington, Delaware 19801
    (302) 984-6300

    Attorneys for Defendant/Third-Party
    Plaintiff, Toll Bros., Inc.