IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-252 KAJ |
| | ) | |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a Corporation of the State of New Jersey, TBS CONSTRUCTION, INC., a corporation of the State of New Jersey, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | ) ) ) | |
| | ) | |
| Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, and JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, | ) ) ) ) ) ) | |
| | ) | |
| Third Party Defendants. | ) | |

## NOTICE OF MOTION

TO:

| | |
|---|---|
| U. S. District Court for the District of Delaware<br>Clerk's Office<br>J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, DE 19801 | Louis J. Rizzo, Jr., Esquire<br>Reger, Rizzo, Kavulich &<br>Darnall LLP<br>1001 Jefferson Plaza, Suite 202<br>Wilmington, DE 19801 |

ME1 5766687v.1

Erica N. Finnegan, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

Jeffrey C. Sotland, Esquire
Robert Phillips, Esquire
Mintzer, Sarowitz, Zeris, Ledva
 & Meyers
1528 Walnut Street, 22nd Floor
Philadelphia, PA 19102

Michael P. Kelly, Esquire
Andrew Dupre, Esquire
McCarter & English
919 North Market Street, St. 1800
P.O. Box 111
Wilmington, DE 19899

PLEASE TAKE NOTICE that the within Motion will be heard at the convenience of the Court.

/s/ Joseph J. Rhoades
_____
Joseph J. Rhoades, Esquire (I.D. 2064)
A. Dale Bowers, Esquire (I.D. 3932)
1225 King Street, 12th Floor
Wilmington, Delaware 19801
302-427-9500
Attorneys for Plaintiff(s)

DATE: May 8, 2007

ME1 5766687v.1

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-252 KAJ |
| | ) | |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a Corporation of the State of New Jersey, TBS CONSTRUCTION, INC., a corporation of the State of New Jersey, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | ) | |
| | ) | |
| Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, and JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, | ) | |
| | ) | |
| Third Party Defendants. | ) | |

**MOTION TO ENLARGE TIME FOR SERVICE OF PROCESS**

COMES NOW, plaintiff by and through his undersigned attorneys and pursuant to Fed. R. Civ. P., Rule 6, and hereby requests that the time for Service of Process on defendant, TBS Construction, Inc., be extended for an additional 120 days. In support of this request, plaintiff states the following:

ME1 5766687v.1

1.      On October 18, 2006, plaintiff filed an Amended Complaint in this Court naming TBS Construction, Inc. as a defendant.

2.      Michael J. Dellose of O'Rourke Investigative Associates, Inc. served the Secretary of State on November 2, 2006. On November 14, 2006 an envelope containing a First Notice prescribed by 10 Del.C. §3104 was mailed by registered mail to defendant TBS Construction, Inc. On December 8, 2006 the registered mail envelope containing the First Notice was returned to sender marked "Moved Left No Address Unable to Forward."

3.      On December 18, 2006 an envelope containing a Second Notice prescribed by 10 Del.C. §3104 was mailed by registered mail and U.S. mail to defendant TBS Construction, Inc. On December 22, 2006, the registered mail envelope containing Second Notice was returned to sender marked "Moved Left No Address."

4.      As of the date of this motion, service has not been perfected. Plaintiff requests additional time so that he may locate and serve defendant. Plaintiff has retained the services of O'Rourke Investigative Associates, Inc. to locate defendant. Plaintiff has been provided information that the registered agent for TBS Construction, Inc. currently resides in Delran, New Jersey. The ends of justice are best served by allowing an enlargement of the time for service of process on defendant so that plaintiff may properly perfect service on defendant.

WHEREFORE, plaintiff respectfully requests that his Motion to Enlarge Time for Service of Process for an additional 120 days be granted.

ME1 5766687v.1

|  | /s/ Joseph J. Rhoades |
|---|---|
|  | _____ |
|  | Joseph J. Rhoades, Esquire (ID No. 2064) |
|  | A. Dale Bowers, Esquire (ID No. 3932) |
|  | 1225 King St., 12th Floor |
|  | P.O. Box 874 |
|  | Wilmington, DE  19801 |
|  | 302-427-9500 |
| DATE:  May 8, 2007 | Attorneys for Plaintiff(s) |

ME1 5766687v.1

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-252 KAJ |
| | ) | |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a Corporation of the State of New Jersey, TBS CONSTRUCTION, INC., a corporation of the State of New Jersey, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | ) ) ) | |
| Third Party Plaintiff, | ) ) | |
| v. | ) ) | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, and JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, | ) ) ) ) ) ) ) | |
| Third Party Defendants. | ) | |

**ORDER**

This____day of May, 2007 plaintiff having presented to the Court his Motion to Enlarge Time for Service of Process.

IT IS HEREBY ORDERED that plaintiff's Motion is GRANTED and that the time for service of process is extended for 120 days.

_____
The Honorable Mary Pat Thynge

ME1 5766687v.1

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-252 KAJ |
| | ) | |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a Corporation of the State of New Jersey, TBS CONSTRUCTION, INC., a corporation of the State of New Jersey, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | ) | |
| | ) | |
| Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, and JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, | ) | |
| | ) | |
| Third Party Defendants. | ) | |

**NOTICE OF SERVICE**

I, Stephen T. Morrow, hereby certify that one true and correct copy of Plaintiff's Motion to Enlarge Time for Service of Process was served on this 8th day of May, 2007 on the following counsel of record via U.S. Mail:

Michael P. Kelly, Esquire
Andrew Dupre, Esquire
McCarter & English
919 North Market Street, St. 1800
P.O. Box 111
Wilmington, DE 19899

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich &
 Darnall LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

ME1 5766687v.1

| | |
|---|---|
| Erica N. Finnegan, Esquire | Jeffrey C. Sotland, Esquire |
| Cross & Simon, LLC | Robert Phillips, Esquire |
| 913 N. Market Street, 11th Floor | Mintzer, Sarowitz, Zeris, Ledva |
| P.O. Box 1380 | & Meyers |
| Wilmington, DE 19899-1380 | 1528 Walnut Street, 22nd Floor |
| | Philadelphia, PA 19102 |

/s/ Joseph J. Rhoades
_____
Joseph J. Rhoades, Esquire (ID No. 2064)
A. Dale Bowers, Esquire (ID No. 3932)
1225 King St., 12th Floor
P.O. Box 874
Wilmington, DE 19801
302-427-9500
Attorneys for Plaintiffs

May 8, 2007

ME1 5766687v.1