IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI,<br><br>    Plaintiff,<br><br>v.<br><br>TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a Corporation of the State of New Jersey, TBS CONSTRUCTION, INC., a corporation of the State of New Jersey,<br><br>    Defendants.<br><br>TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, and JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey,<br><br>    Third Party Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-252 ***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This 10th day of May, 2007 plaintiff having presented to the Court his Motion to Enlarge Time for Service of Process.

IT IS HEREBY ORDERED that plaintiff's Motion is GRANTED and that the time for service of process is extended for 120 days.

                                                                       _____
                                                                       The Honorable Mary Pat Thynge