IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI, | |
| Plaintiff, | |
| TOLL BROS., INC, a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, TBS CONSTRUCTION, INC., a corporation of the State of New Jersey, | C.A. No.: 06-252*** |
| TOLL BROS, INC., a corporation of the Commonwealth of Pennsylvania, | |
| Third Party Plaintiff, | |
| v. | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, | |
| Third Party Defendants. | |

## ALIAS PRAECIPE

TO:  U. S. District Court for the District of Delaware
Clerk's Office
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

PLEASE ISSUE ALIAS SUMMONS to serve Amended Complaint, Interrogatories and Request for Production upon defendant TBS Construction, Inc. pursuant to 10 Del. C. §3104 by delivering copies of the aforementioned documents to defendant's agent for Service of Process, the Secretary of State of the State of Delaware located at 401 Federal St., Townsend Bldg., Suite

3, Dover, DE 19901 pursuant to 10 Del. C. § 3104. On information and belief, defendant TBS Construction's registered office address is 3001 RT 130, Apt. #35-G, Delran, New Jersey 08075.

/s/ A. Dale Bowers
_____
Joseph J. Rhoades, Esquire (I.D. 2064)
A. Dale Bowers, Esquire (I.D. 3932)
1225 King Street, 12th Floor
Wilmington, Delaware 19801
302-427-9500
Attorneys for Plaintiff(s)

DATE: 6-19-07