IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI,<br>        Plaintiff(s), | : <br> : C.A. NO. 06-252 KAJ <br> : |
| vs. | : |
| TOLL BROS. INC, | : <br> : TRIAL BY JURY OF 12 DEMANDED |
| VS. | : |
| DELAWARE HEATING AND AIR<br>CONDITIONING SERVICES, INC., JD<br>FRAMING CONTRACTORS, INC.,<br>        Defendant(s). | : <br> : <br> : <br> : |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of ERICA N. FINEGAN, ESQUIRE of CROSS & SIMON on behalf of Defendant, JD FRAMING CONTRACTORS, INC. and ENTER THE APPEARANCE OF DANIEL P. BENNETT, ESQUIRE of MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, on behalf of Defendant, JD FRAMING CONTRACTORS, INC.

CROSS & SIMON, LLC

_/s/ Erica Finnegan_
ERICA N. FINNEGAN, (I.D.) #3986
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

Date: June 20, 2007

MINTZER, SAROWITZ, ZERIS, LEDVA &
MEYERS

_/s/ Daniel P. Bennett_
DANIEL P. BENNETT I.D. 2842
1220 Market Street, Suite 300
Wilmington, DE 19801
MSZL&M File No. 000160.000336

Date: June 25, 2007

## CERTIFICATE OF SERVICE

I, DANIEL P. BENNETT, do hereby certify that on the ___25th___ day of ___June___ 2007 two true and correct copies of Defendant(s)' Substitution of Counsel were forwarded to counsel as follows via first class mail:

Joseph J. Rhoades, Esquire
LAW OFFICES OF JOSEPH J. RHOADES
1225 King Street, 12th Floor
Wilmington, DE 19801

A. Dale Bowers, Esquire
LAW OFFICES OF JOSEPH J. RHOADES
1225 King Street, 12th Floor
Wilmington, DE 19801

Michael P. Kelly, Esquire
Andrew S. Dupre, Esquire
MCCARTER & ENGLISH, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801

_____
DANIEL P. BENNETT