IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT P. KEMPSKI,    :
             :
    Plaintiff,    :
             :
   v.        :
             :
TOLL BROS., INC, a corporation of the :   C.A. No.: 06-252***
Commonwealth of Pennsylvania, JD :
FRAMING CONTRACTORS, INC., a :
corporation of the State of New Jersey, :
TBS CONSTRUCTION, INC., a  :
corporation of the State of New Jersey, :
             :
    Defendants.   :
             :
_____:
TOLL BROS, INC., a corporation of the :
Commonwealth of Pennsylvania,  :
             :
    Third Party Plaintiff, :
             :
   v.        :
             :
DELAWARE HEATING AND AIR  :
CONDITIONING SERVICES, INC., a :
corporation of the State of Delaware, :
             :
    Third Party Defendants. :

**AFFIDAVIT OF NON-RECEIPT OF**
**FIRST NOTICE PURSUANT TO 10 DEL C. § 3104**

STATE OF DELAWARE :
        : SS.
NEW CASTLE COUNTY :

   I, A. Dale Bowers, being duly sworn and deposed state that the following is true and correct

to the best of my knowledge, information and belief:

   1.  I am the attorney for plaintiff in the above-captioned matter.

2.    On June 26, 2007, an envelope containing a First Notice prescribed by 10 Del.C. §3104 was mailed by registered to defendant TBS Construction, Inc.

3.    On August 2, 2007 the registered mail envelope referred to in item 2 was returned to sender marked "Unclaimed."

4.    Attached hereto as Exhibit "A" is the receipt which was given by the United States Post Office at the time of mailing to the person mailing the registered envelope containing the First Notice.

5.    Attached hereto as Exhibit "B" is a copy of the returned envelope referred to in Paragraph 3 of this Affidavit.

_____
A. DALE BOWERS

SWORN TO AND SUBSCRIBED before me this 6 day of August, 2007.

_____
NOTARY PUBLIC

My Commission Expires: 1/16/08

EXHIBIT "A"



Registered No. RA 311 856 517 US

Date Stamp

Reg. Fee 9.50

Handling Charge

Return Receipt 2.15

Postage 1.48

Restricted Delivery

Received by LS

To Be Completed By Post Office

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Customer Must Declare Full Value $ Zero

☐ With Postal Insurance
☒ Without Postal Insurance

OFFICIAL USE

FROM  SM
Joseph J. Rhoades, Esquire
P.O. Box 874
Wilmington, DF 19899-0874

TO  TBS Construction Inc
C/o Tiago Barreto DaSilva
3001 Rt. 130, Apt. 356. Hunters Glen apts
Delran, NJ 08075

To Be Completed By Customer (Please Print)
All Entries Must Be In Ballpoint or Typed

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

EXHIBIT "B"

UNITED WE STAND



U.S. POSTAGE
PAID
WILMINGTON, DE
19801
JUN 07
AMOUNT
$0.00
00059594-17

RTS
RETURN TO SENDER

UNCLAIMED

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
    - UNABLE TO FORWARD
☐ OTHER

A
C
S

UNITED STATES POSTAGE
PITNEY BOWES
$013.130
02 1P  JUN 26 2007
0002531762
MAILED FROM ZIP CODE 19801

RETURN TO SENDER
RETURN TO SENDER

UNCLAIMED

JOSEPH J. RHOADES
ATTORNEY AT LAW
P. O. BOX 874
WILMINGTON, DELAWARE 19899-0874

TO: TBS Construction, Inc.
c/o Tiago Barreto Da Silva
3001 Rt. 130, Apt. 35-G
Hunter's Glen Apts.
Delran, NJ 08075

874

8-2-07

1st NOTICE
2nd NOTICE
RETURNED



United States Postal Service
REGISTERED MAIL

RA 311 856 517 US

Label 200A, July 1999