IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TOLL BROS., INC, a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, TBS CONSTRUCTION, INC., a corporation of the State of New Jersey, | : | C.A. No.: 06-252*** |
| | : | |
| Defendants. | : | |
| TOLL BROS, INC., a corporation of the Commonwealth of Pennsylvania, | : | |
| | : | |
| Third Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, | : | |
| | : | |
| Third Party Defendants. | : | |

**AFFIDAVIT OF NON-RECEIPT OF
SECOND NOTICE PURSUANT TO 10 DEL C. § 3104**

STATE OF DELAWARE     :
                      : SS.
NEW CASTLE COUNTY     :

I, A. Dale Bowers, being duly sworn and deposed state that the following is true and correct to the best of my knowledge, information and belief:

1. I am the attorney for plaintiff in the above-captioned matter.

2.  On August 6, 2007, an envelope containing a Second Notice prescribed by 10 Del.C. §3104 was mailed by registered and U.S. Mail to defendant TBS Construction, Inc.

3.  On August 13, 2007, the registered mail envelope referred to in item 2 was returned to sender marked "Moved Left No Address."

4.  Attached hereto as Exhibit "A" is the receipt which was given by the United States Post Office at the time of mailing to the person mailing the registered envelope containing the Second Notice.

5.  Attached hereto as Exhibit "B" is a copy of the returned envelope referred to in Paragraph 3 of this Affidavit.

_____
A. DALE BOWERS

SWORN TO AND SUBSCRIBED before me this 20th day of August, 2007.

_____
NOTARY PUBLIC

My Commission Expires: 1/16/08

EXHIBIT "A"

| Registered No. RA 311 856 675 US | | Date Stamp |
|---|---|---|
| Reg. Fee 9.50 | | AUG 6 2007 WILMINGTON DE |
| Handling Charge | Return Receipt 2.15 | |
| Postage 1.48 | Restricted Delivery | |
| Received by | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ 0 | ☐ With Postal Insurance ☒ Without Postal Insurance | |

OFFICIAL USE

FROM: Joseph J. Rhoades, Esquire
P.O. Box 874
Wilmington, DE 19899-0874

TO: TBS Construction, Inc.
C/o Tiago Barreto DaSilva  Apt 35 G
3001 Rt. 130 Hunter's Glen Apts.
Delran, NJ 08075

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

EXHIBIT "B"

