IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | : | |
| Plaintiff, | : | |
| v. | : | |
| TOLL BROS., INC, a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, TBS CONSTRUCTION, INC., a corporation of the State of New Jersey, | : | C.A. No.: 06-252*** |
| Defendants. | : | |
| TOLL BROS, INC., a corporation of the Commonwealth of Pennsylvania, | : | |
| Third Party Plaintiff, | : | |
| v. | : | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, | : | |
| Third Party Defendants. | : | |

## NOTICE OF MOTION

TO:

U. S. District Court for the District of Delaware
Clerk's Office
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich &
Darnall LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

Jeffrey C. Sotland, Esquire
Robert Phillips, Esquire
Mintzer, Sarowitz, Zeris, Ledva
 & Meyers
1528 Walnut Street, 22nd Floor
Philadelphia, PA 19102

| | |
|---|---|
| Michael P. Kelly, Esquire<br>Andrew Dupre, Esquire<br>McCarter & English<br>919 North Market Street, St. 1800<br>P.O. Box 111<br>Wilmington, DE 19899 | TBS Construction, Inc.<br>c/o Tiago Barreto Da Silva<br>3001 Route 130 Hunter's Glen Apartments<br>Apartment 35-G<br>Delran, New Jersey 08075 |

PLEASE TAKE NOTICE that the within Motion will be heard at the convenience of the Court.

/s/ Joseph J. Rhoades
_____
Joseph J. Rhoades, Esquire (I.D. 2064)
A. Dale Bowers, Esquire (I.D. 3932)
1225 King Street, 12th Floor
Wilmington, Delaware 19801
302-427-9500
Attorneys for Plaintiff(s)

DATE: September 10, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TOLL BROS., INC, a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, TBS CONSTRUCTION, INC., a corporation of the State of New Jersey, | : | C.A. No.: 06-252*** |
| | : | |
| Defendants. | : | |
| TOLL BROS, INC., a corporation of the Commonwealth of Pennsylvania, | : | |
| | : | |
| Third Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, | : | |
| | : | |
| Third Party Defendants. | : | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
DIRECTED TO DEFENDANT TBS CONSTRUCTION, INC.**

COMES NOW plaintiff, by and through counsel, and hereby requests that this Court enter an Order granting his Motion for Default Judgment against defendant TBS Construction, Inc. pursuant to Fed. R. Civ. P., Rule 55. In support thereof, the plaintiff states as follows:

    1.    On October 16, 2006, plaintiff filed an Amended Complaint in this Court naming TBS Construction, Inc. as a defendant.

2.  Service on defendant was initiated pursuant to 10 Del.C. §3104. Special Process Server, James F. Pietschman, served the defendant via the Secretary of State on June 22, 2007. A First Notice was sent to defendant via Registered Mail on June 26, 2007. On August 2, 2007, the envelope sent Registered Mail was returned marked "Unclaimed" and an Affidavit of Non-Receipt was filed on August 6, 2007. A Second Notice was sent to defendant via Registered Mail and U.S. Mail on August 6, 2007. On August 13, 2007, the envelope sent Registered Mail was returned marked "Moved Left No Address" (the envelope sent U.S. Mail was returned marked "Moved Left No Address Unable to Forward") and an Affidavit of Non- Receipt of Second Notice was filed on August 20, 2007.

3.  To date, no Answer or other responsive pleadings have been filed on behalf of the aforementioned defendant. The time allowed for a responsive pleading to be filed has lapsed.

4.  Upon information and belief, the aforementioned defendant is not an infant, incompetent person, or a member of the military. (Exhibit "A").

5.  This Motion is being sent to the same address to which the Complaint and Summons was sent.

6.  Since defendant has been properly served and no responsive pleadings have been filed, plaintiff requests that this Court enter an Order, in the form attached hereto, granting his Motion for Default Judgment.

WHEREFORE, plaintiff respectfully requests that this Court enter an Order granting his Motion for Default Judgment against defendant TBS Construction, Inc.

/s/   Joseph J. Rhoades
_____
Joseph J. Rhoades, Esquire (ID No. 2064)
A. Dale Bowers, Esquire (ID No. 3932)
1225 King St., 12th Floor
P.O. Box 874
Wilmington, DE  19801
302-427-9500
Attorneys for Plaintiff(s)

DATE:  September 10, 2007

# EXHIBIT A

Case 1:06-cv-00252-MPT    Document 88    Filed 09/11/2007    Page 6 of 10

EXHIBIT A

# AFFIDAVIT

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

BE IT REMEMBERED that on this 10th day of September 2007, personally came before me, a Notary Public for the State and County aforesaid, the undersigned, attorney for the above-named plaintiffs, who being by me duly sworn according to law, stated:

1. Upon information, belief and knowledge, defendant is not an infant, incompetent person, or a member of the military; and

2. The defendant has made default in appearance in this action in that he has failed to appear, plead or otherwise defend.

_____
A. Dale Bowers - Attorney for Plaintiff

SWORN TO AND SUBSCRIBED before me the day and year first aforesaid.

_____
NOTARY PUBLIC

My Commission Expires: 1/16/08

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | : | |
| Plaintiff, | : | |
| v. | : | |
| TOLL BROS., INC, a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, TBS CONSTRUCTION, INC., a corporation of the State of New Jersey, | : | C.A. No.: 06-252*** |
| Defendants. | : | |
| TOLL BROS, INC., a corporation of the Commonwealth of Pennsylvania, | : | |
| Third Party Plaintiff, | : | |
| v. | : | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, | : | |
| Third Party Defendants. | : | |

### AFFIDAVIT OF SERVICE BY MAIL

STATE OF DELAWARE     :
                      :   SS.
NEW CASTLE COUNTY     :

CAROL MCCOOL, being duly sworn according to law, deposes and says that she is employed by The Law Offices of Joseph J. Rhoades, attorneys for plaintiff in the within-captioned action, and that on this 10th day of September, 2007, she served via Certified Mail and First Class U.S. Mail a true and correct copy of a Motion for Default to:

TBS Construction, Inc.
c/o Tiago Barreto Da Silva
3001 Route 130 Hunter's Glen Apartments
Apartment 35-G
Delran, New Jersey 08075

_____
CAROL MCCOOL

SWORN TO AND SUBSCRIBED before me, a Notary Public for the state and county aforesaid, on the day and year first above written.

_____
Notary Public

My Commission Expires: 1/16/08

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | : | |
| Plaintiff, | : | |
| v. | : | |
| TOLL BROS., INC, a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, TBS CONSTRUCTION, INC., a corporation of the State of New Jersey, | : | C.A. No.: 06-252*** |
| Defendants. | : | |
| TOLL BROS, INC., a corporation of the Commonwealth of Pennsylvania, | : | |
| Third Party Plaintiff, | : | |
| v. | : | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, | : | |
| Third Party Defendants. | : | |

## ORDER

Upon consideration of plaintiff's Motion for Default Judgment against defendant TBS Construction, Inc., it is hereby ordered this _____ day of _____, 2007, that plaintiff's Motion is GRANTED.

_____
The Honorable Mary Pat Thynge