IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | : | |
|     Plaintiff, | : | |
| v. | : | |
| TOLL BROS., INC, a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, TBS CONSTRUCTION, INC., a corporation of the State of New Jersey, | : | C.A. No.: 06-252*** |
|     Defendants. | : | |
| TOLL BROS, INC., a corporation of the Commonwealth of Pennsylvania, | : | |
|     Third Party Plaintiff, | : | |
| v. | : | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, | : | |
|     Third Party Defendants. | : | |

## ORDER

Upon consideration of plaintiff's Motion for Default Judgment against defendant TBS Construction, Inc., it is hereby ordered this _12_ day of _September_, 2007, that plaintiff's Motion is GRANTED.

_____
The Honorable Mary Pat Thynge