IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-252-*** |
| : | |
| TOLL BROS., INC., et al., : | |
| : | |
| Defendants. : | |
| _____ : | |
| TOLL BROS., INC., : | |
| : | |
| Third-Party Plaintiff, : | |
| : | |
| v. : | |
| : | |
| DELAWARE HEATING AND AIR : | |
| CONDITIONING SERVICES, INC., a : | |
| corporation of the State of Delaware, : | |
| : | |
| Third-Party Defendant. : | |

## ORDER

At Wilmington this **9th** day of **October, 2007**,

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, October 24, 2007 at 4:30 p.m.** with Judge Thynge to discuss the status of the case. **Joseph J. Rhoades, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE