UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT KEMPSKI, | ) |
|     Plaintiff, | ) C.A. No.: 06-252 MPT |
| v. | ) |
| TOLL BROS., INC. | ) |
|     Defendant. | ) |
| TOLL BROS., INC. | ) |
|     Third-Party Plaintiff, | ) |
| v. | ) |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., and JD FRAMING CONTRACTORS, INC. | ) |
|     Third-Party Defendants. | ) |

**STIPULATION AS TO MAGISTRATE JUDGE**

It is hereby STIPULATED by and between the parties that The Honorable Mary Pat Thynge shall conduct all proceedings in this action, including trial, and may Order the Entry of a Final Judgment.

| | |
|---|---|
| REGER RIZZO KAVULICH & DARNALL LLP | LAW OFFICE OF JOSEPH J. RHOADES |
| /s/ Louis J. Rizzo, Jr., Esquire | /s/ Joseph J. Rhoades, Esquire |
| Louis J. Rizzo, Jr., Esquire (ID #3374) | Joseph J. Rhoades, Esquire (ID #2064) |
| 1001 Jefferson Plaza, Suite 202 | 1225 King Street, Suite 1200 |
| Wilmington, DE 19801 | P.O. Box 874 |
| Attorney for Delaware Heating and Air Conditioning Services, Inc. | Wilmington, DE 19899-0874 |
| | Attorney for Plaintiff |
| MCCARTER & ENGLISH | MINTZER SAROWITZ ZERIS LEDVA & MEYERS |
| /s/ Michael P. Kelly, Esquire | /s/ Daniel P. Bennett, Esquire |
| Michael P. Kelly, Esquire (ID #2295) | Daniel P. Bennett, Esquire (ID #2842) |
| Andre S. Dupree, Esquire (ID #4621) | Mintzer Sarowitz Zeris Ledva & Meyers |
| 919 North Market Street, Suite 1800 | 1220 Market Street, Suite 300 |
| P.O. Box 111 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | Attorney for JD Framing Contractors, Inc. |
| Attorney for Toll Brothers, Inc. | |