Case 1:06-cv-00252-***   Document 95   Filed 11/06/2007   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT KEMPSKI,<br><br>    Plaintiff,<br><br>v.<br><br>TOLL BROS., INC.<br><br>    Defendant.<br>_____<br>TOLL BROS., INC.<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., and JD FRAMING CONTRACTORS, INC.<br><br>    Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )      C.A. No.: 06-252 MPT |

**STIPULATION AS TO MAGISTRATE JUDGE**

It is hereby STIPULATED by and between the parties that The Honorable Mary Pat Thynge shall conduct all proceedings in this action, including trial, and may Order the Entry of a Final Judgment.

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire (ID #3374)
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
Attorney for Delaware Heating and Air
Conditioning Services, Inc.

MCCARTER & ENGLISH

*/s/ Michael P. Kelly, Esquire*
Michael P. Kelly, Esquire (ID #2295)
Andre S. Dupree, Esquire (ID #4621)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
Attorney for Toll Brothers, Inc.

LAW OFFICE OF JOSEPH J. RHOADES

*/s/ Joseph J. Rhoades, Esquire*
Joseph J. Rhoades, Esquire (ID #2064)
1225 King Street, Suite 1200
P.O. Box 874
Wilmington, DE 19899-0874
Attorney for Plaintiff

MINTZER SAROWITZ ZERIS
LEDVA & MEYERS

*/s/ Daniel P. Bennett, Esquire*
Daniel P. Bennett, Esquire (ID #2842)
Mintzer Sarowitz Zeris Ledva & Meyers
1220 Market Street, Suite 300
Wilmington, DE 19801
Attorney for JD Framing Contractors, Inc.

SO ORDERED, this 14 day of November, 2007

_____
UNITED STATES DISTRICT JUDGE