# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI, | : C.A. NO. 06-252 *** |
| Plaintiff, | : |
| vs. | : |
| | : 12 JUROR TRIAL DEMANDED |
| TOLL BROS. INC., a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, and TBS CONSTRUCTION, INC., a corporation of the State of New Jersey, | : |
| Defendants. | : |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | : |
| Third-Party Plaintiff, | : |
| vs. | : |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, | : |
| Third-Party Defendants. | : |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 1st day of February, 2008, two true copies of DEFENDANT JD FRAMING CONTRACTORS, INC.'S SECOND SET OF INTERROGATORIES DIRECTED TO PLAINTIFF were served upon the below-listed attorney(s) of record via regular mail:

Joseph J. Rhoades, Esquire
LAW OFFICES OF JOSEPH J. RHOADES
P.O. Box 874
Wilmington, DE 19899-0894

360799                                                        1

Allen Dale Bowers, II, Esquire
LAW OFFICES OF JOSEPH J. RHOADES
P.O. Box 874
Wilmington, DE 19899-0874

Michael P. Kelly, Esquire
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Andrew S. Dupre, Esquire
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS**

/s/ Christian G. Heesters
---
DANIEL P. BENNETT, I.D. #2842
CHRISTIAN G. HEESTERS, I.D. #5019
1220 North Market Street, Suite 300
Wilmington, DE 19801
(302) 655-2181
E-Mail: cheesters@defensecounsel.com
Attorney for Defendant, JD FRAMING CONTRACTORS, INC.
**MSZL&M File No. 000160.000336 (17695)**

Dated: February 1, 2008

360799                                              2