UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI, | : C.A. NO. 06-252 *** |
| Plaintiff, | : |
| vs. | : |
| TOLL BROS. INC., a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, and TBS CONSTRUCTION, INC., a corporation of the State of New Jersey, | : 12 JUROR TRIAL DEMANDED |
| Defendants. | : |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | : |
| Third-Party Plaintiff, | : |
| vs. | : |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, | : |
| Third-Party Defendants. | : |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 1st day of February, 2008, two true copies of DEFENDANT JD FRAMING CONTRACTORS, INC.'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT TOLL BROS., INC., were served upon the below-listed attorney(s) of record via regular mail:

Joseph J. Rhoades, Esquire
LAW OFFICES OF JOSEPH J. RHOADES
P.O. Box 874
Wilmington, DE  19899-0874

360823                                                                 1

Allen Dale Bowers, II, Esquire
LAW OFFICES OF JOSEPH J. RHOADES
P.O. Box 874
Wilmington, DE 19899-0874

Michael P. Kelly, Esquire
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Andrew S. Dupre, Esquire
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS**

/s/ Christian G. Heesters
_____
DANIEL P. BENNETT, I.D. #2842
CHRISTIAN G. HEESTERS, I.D. #5019
1220 North Market Street, Suite 300
Wilmington, DE 19801
(302) 655-2181
E-Mail: cheesters@defensecounsel.com
Attorney for Defendant, JD FRAMING CONTRACTORS, INC.
**MSZL&M File No. 000160.000336 (17695)**

Dated: February 1, 2008