IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-252-KAJ |
| | : | |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 11th day of March, 2008, the undersigned has caused to be served upon counsel two true and correct copies of Notice of Depositions and Notice of Depositions Pursuant to Fed. R. Civ. P. 30(b)(6) by U.S. Mail to the following:

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris,
Ledva & Meyers
1220 N. Market St., Suite 300
Wilmington, DE  19801

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich & Darnall
1001 Jefferson St., Suite 202
Wilmington, DE  19801

Matthew J. Rifino, Esquire
McCarter & English
P.O. Box 111
Wilmington, DE  19899-0111

Respectfully Submitted

By: ___/s/ A. Dale Bowers_____
        Joseph J. Rhoades, Esquire (I.D. 2064)
        A. Dale Bowers, Esquire (I.D. 3932)
        1225 King Street, 12th Floor
        Wilmington, Delaware 19801
        302-427-9500 / (fax) 302-427-9509
        dale.bowers@rhoadeslegal.com
        Attorneys for Plaintiff Robert P. Kempski