# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT KEMPSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.:  06-252 MPT |
| v. | ) | |
| | ) | |
| TOLL BROS., INC., *et al.* | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| TOLL BROS., INC., | ) | |
| | ) | |
| Third-Party | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE HEATING AND AIR | ) | |
| CONDITIONING SERVICES, INC., | ) | |
| | ) | |
| | ) | |
| Third-Party | ) | |
| Defendants. | ) | |

## <u>NOTICE OF SERVICE</u>

I, Michael P. Kelly, hereby certify that a true and correct copy of **Defendant/Third-Party Plaintiff Toll Bros., Inc.'s Response to Defendant JD Framing Contractors, Inc.'s Second Set of Interrogatories** was served by hand delivery on this 14th day of March, 2008, upon the following counsel of record:

Joseph J. Rhoades, Esquire
Allen Dale Bowers, II, Esquire
Law Office of Joseph J. Rhoades
1225 King Street, St. 1200
P. O. Box 874
Wilmington, DE  19899

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich, & Darnall, LLP
1001 Jefferson Plaza, St. 202
Wilmington, DE  19801

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP
1220 N. Market St., Suite 300
Wilmington, DE  19801


                              McCARTER & ENGLISH LLP

                    By:     /s/ Michael P. Kelly
                            Michael P. Kelly (DE# 2295)
                            Matthew J. Rifino (DE # 4749)
                            919 North Market Street, Suite 1800
                            Wilmington, Delaware 19801
                            (302) 984-6300
                            Attorneys for Defendant/Third-Party
                            Plaintiff, Toll Bros., Inc.

Dated:  March 14, 2008

ME1 7215416v.1

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROBERT KEMPSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.:  06-252 MPT |
| v. | ) | |
| | ) | |
| TOLL BROS., INC., *et al.* | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| TOLL BROS., INC., | ) | |
| | ) | |
| Third-Party | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE HEATING AND AIR | ) | |
| CONDITIONING SERVICES, INC., | ) | |
| | ) | |
| | ) | |
| Third-Party | ) | |
| Defendants. | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

I, Michael P. Kelly, hereby certify that on March 14, 2008 I caused a copy of the foregoing **Notice of Service** to be served electronically and by hand delivery on the following counsel of record:

> Joseph J. Rhoades, Esquire
> Allen Dale Bowers, II, Esquire
> Law Office of Joseph J. Rhoades
> 1225 King Street, St. 1200
> P. O. Box 874
> Wilmington, DE  19899

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich, & Darnall, LLP
1001 Jefferson Plaza, St. 202
Wilmington, DE  19801

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP
1220 N. Market St., Suite 300
Wilmington, DE  19801


By:    /s/ Michael P. Kelly
         Michael P. Kelly (DE# 2295)

4