## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT KEMPSKI, )<br>)<br>         Plaintiff, )<br>)<br>  v. )<br>)<br>TOLL BROS., INC., *et al.* )<br>)<br>         Defendant. )<br>_____)<br>)<br>TOLL BROS., INC., )<br>)<br>         Third-Party )<br>         Plaintiff, )<br>)<br>  v. )<br>)<br>DELAWARE HEATING AND AIR )<br>CONDITIONING SERVICES, INC., )<br>)<br>)<br>         Third-Party )<br>         Defendants. ) | C.A. No.:  06-252 MPT |

## **NOTICE OF SERVICE**

I, Michael P. Kelly, hereby certify that a true and correct copy of **Defendant/Third-Party Plaintiff Toll Bros., Inc.'s Response to Defendant JD Framing Contractors, Inc.'s Second Request for Production of Documents** was served by hand delivery on this 14th day of March, 2008, upon the following counsel of record:

        Joseph J. Rhoades, Esquire
        Allen Dale Bowers, II, Esquire
        Law Office of Joseph J. Rhoades
        1225 King Street, St. 1200
        P. O. Box 874
        Wilmington, DE  19899

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich, & Darnall, LLP
1001 Jefferson Plaza, St. 202
Wilmington, DE  19801

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP
1220 N. Market St., Suite 300
Wilmington, DE  19801


                              McCARTER & ENGLISH LLP

By:   /s/ Michael P. Kelly
       Michael P. Kelly (DE# 2295)
       Matthew J. Rifino (DE # 4749)
       919 North Market Street, Suite 1800
       Wilmington, Delaware 19801
       (302) 984-6300
       Attorneys for Defendant/Third-Party
       Plaintiff, Toll Bros., Inc.

Dated:  March 14, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT KEMPSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 06-252 MPT |
| v. | ) | |
| | ) | |
| TOLL BROS., INC., *et al.* | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| TOLL BROS., INC., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Michael P. Kelly, hereby certify that on March 14, 2008 I caused a copy of the foregoing **Notice of Service** to be served electronically and by hand delivery on the following counsel of record:

> Joseph J. Rhoades, Esquire
> Allen Dale Bowers, II, Esquire
> Law Office of Joseph J. Rhoades
> 1225 King Street, St. 1200
> P. O. Box 874
> Wilmington, DE  19899

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich, & Darnall, LLP
1001 Jefferson Plaza, St. 202
Wilmington, DE 19801

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP
1220 N. Market St., Suite 300
Wilmington, DE 19801

                          By:    /s/ Michael P. Kelly
                                  Michael P. Kelly (DE# 2295)