## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT KEMPSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.:  06-252 MPT |
| v. | ) |
| | ) |
| TOLL BROS., INC., *et al.* | ) |
| | ) |
| Defendant. | ) |
| | ) |
| TOLL BROS., INC., | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., | ) |
| | ) |
| Third-Party Defendants. | ) |

## **NOTICE OF SERVICE**

I, Michael P. Kelly, hereby certify that a true and correct copy of **Defendant/Third-Party Plaintiff Toll Bros., Inc.'s Second Request for Production of Documents Directed to Plaintiff Robert Kempski** was served by hand delivery on this 18th day of March, 2008, upon the following counsel of record:

> Joseph J. Rhoades, Esquire
> Allen Dale Bowers, II, Esquire
> Law Office of Joseph J. Rhoades
> 1225 King Street, St. 1200
> P. O. Box 874
> Wilmington, DE  19899

ME1 7222905v.1

      Louis J. Rizzo, Jr., Esquire
      Reger, Rizzo, Kavulich, & Darnall, LLP
      1001 Jefferson Plaza, St. 202
      Wilmington, DE  19801

      Daniel P. Bennett, Esquire
      Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP
      1220 N. Market St., Suite 300
      Wilmington, DE  19801


                          McCARTER & ENGLISH LLP


                 By:    /s/ Michael P. Kelly
                       Michael P. Kelly (DE# 2295)
                       Matthew J. Rifino (DE # 4749)
                       919 North Market Street, Suite 1800
                       Wilmington, Delaware 19801
                       (302) 984-6300
                       Attorneys for Defendant/Third-Party
                       Plaintiff, Toll Bros., Inc.

Dated:  March 18, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT KEMPSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.: 06-252 MPT |
| v. | ) |
| | ) |
| TOLL BROS., INC., *et al.* | ) |
| | ) |
| Defendant. | ) |
| | ) |
| TOLL BROS., INC., | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., | ) |
| | ) |
| Third-Party Defendants. | ) |

## **CERTIFICATE OF SERVICE**

I, Michael P. Kelly, hereby certify that on March 18, 2008 I caused a copy of the foregoing **Notice of Service** to be served electronically on the following counsel of record:

>Joseph J. Rhoades, Esquire
>Allen Dale Bowers, II, Esquire
>Law Office of Joseph J. Rhoades
>1225 King Street, St. 1200
>P. O. Box 874
>Wilmington, DE  19899

ME1 7222905v.1

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich, & Darnall, LLP
1001 Jefferson Plaza, St. 202
Wilmington, DE  19801

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP
1220 N. Market St., Suite 300
Wilmington, DE  19801

          By: /s/ Michael P. Kelly  
             Michael P. Kelly (DE# 2295)

ME1 7222905v.1