# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT KEMPSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.:  06-252 MPT |
| v. | ) | |
| | ) | |
| TOLL BROS., INC., *et al.* | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| TOLL BROS., INC., | ) | |
| | ) | |
| Third-Party | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE HEATING AND AIR | ) | |
| CONDITIONING SERVICES, INC., | ) | |
| | ) | |
| | ) | |
| Third-Party | ) | |
| Defendants. | ) | |

## <u>NOTICE OF SERVICE</u>

I, Michael P. Kelly, hereby certify that a true and correct copy of **Defendant/Third-Party Plaintiff Toll Bros., Inc.'s Second Set of Interrogatories Directed to Plaintiff Robert Kempski** was served by hand delivery on this 18th day of March, 2008, upon the following counsel of record:

> Joseph J. Rhoades, Esquire
> Allen Dale Bowers, II, Esquire
> Law Office of Joseph J. Rhoades
> 1225 King Street, St. 1200
> P. O. Box 874
> Wilmington, DE  19899

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich, & Darnall, LLP
1001 Jefferson Plaza, St. 202
Wilmington, DE  19801

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP
1220 N. Market St., Suite 300
Wilmington, DE  19801


McCARTER & ENGLISH LLP


By:    /s/ Michael P. Kelly
       Michael P. Kelly (DE# 2295)
       Matthew J. Rifino (DE # 4749)
       919 North Market Street, Suite 1800
       Wilmington, Delaware 19801
       (302) 984-6300
       Attorneys for Defendant/Third-Party
       Plaintiff, Toll Bros., Inc.

Dated:  March 18, 2008

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROBERT KEMPSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.:  06-252 MPT |
| v. | ) | |
| | ) | |
| TOLL BROS., INC., *et al.* | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| TOLL BROS., INC., | ) | |
| | ) | |
| Third-Party | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE HEATING AND AIR | ) | |
| CONDITIONING SERVICES, INC., | ) | |
| | ) | |
| | ) | |
| Third-Party | ) | |
| Defendants. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Michael P. Kelly, hereby certify that on March 18, 2008 I caused a copy of the foregoing **Notice of Service** to be served electronically on the following counsel of record:

> Joseph J. Rhoades, Esquire
> Allen Dale Bowers, II, Esquire
> Law Office of Joseph J. Rhoades
> 1225 King Street, St. 1200
> P. O. Box 874
> Wilmington, DE  19899

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich, & Darnall, LLP
1001 Jefferson Plaza, St. 202
Wilmington, DE  19801

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP
1220 N. Market St., Suite 300
Wilmington, DE  19801


By:    /s/ Michael P. Kelly
       Michael P. Kelly (DE# 2295)