## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT KEMPSKI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOLL BROS., INC., *et al.* )<br>)<br>Defendant. )<br>_____ )<br>)<br>TOLL BROS., INC., )<br>)<br>Third-Party )<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELAWARE HEATING AND AIR )<br>CONDITIONING SERVICES, INC., )<br>)<br>)<br>Third-Party )<br>Defendants. ) | C.A. No.: 06-252 MPT |

## **NOTICE OF SERVICE**

I, Michael P. Kelly, hereby certify that a true and correct copy of **Defendant/Third-Party Plaintiff Toll Bros., Inc.'s First Set of Interrogatories Directed to Delaware Heating and Air Conditioning Services, Inc.** was served by hand delivery on this 18th day of March, 2008, upon the following counsel of record:

>Joseph J. Rhoades, Esquire
>Allen Dale Bowers, II, Esquire
>Law Office of Joseph J. Rhoades
>1225 King Street, St. 1200
>P. O. Box 874
>Wilmington, DE 19899

ME1 7222940v.1

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich, & Darnall, LLP
1001 Jefferson Plaza, St. 202
Wilmington, DE  19801

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP
1220 N. Market St., Suite 300
Wilmington, DE  19801

                              McCARTER & ENGLISH LLP

By:   /s/ Michael P. Kelly
       Michael P. Kelly (DE# 2295)
       Matthew J. Rifino (DE # 4749)
       919 North Market Street, Suite 1800
       Wilmington, Delaware 19801
       (302) 984-6300
       Attorneys for Defendant/Third-Party
       Plaintiff, Toll Bros., Inc.

Dated:  March 18, 2008

3

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT KEMPSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.: 06-252 MPT |
| v. | ) |
| | ) |
| TOLL BROS., INC., *et al.* | ) |
| | ) |
| Defendant. | ) |
| | ) |
| TOLL BROS., INC., | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., | ) |
| | ) |
| Third-Party Defendants. | ) |

## **CERTIFICATE OF SERVICE**

I, Michael P. Kelly, hereby certify that on March 18, 2008 I caused a copy of the foregoing **Notice of Service** to be served electronically on the following counsel of record:

>Joseph J. Rhoades, Esquire
>Allen Dale Bowers, II, Esquire
>Law Office of Joseph J. Rhoades
>1225 King Street, St. 1200
>P. O. Box 874
>Wilmington, DE  19899

3

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich, & Darnall, LLP
1001 Jefferson Plaza, St. 202
Wilmington, DE  19801

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP
1220 N. Market St., Suite 300
Wilmington, DE  19801

                By:    /s/ Michael P. Kelly
                      Michael P. Kelly (DE# 2295)