## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT KEMPSKI, )<br>)<br>   Plaintiff, )<br>)<br> v. )<br>)<br>TOLL BROS., INC., *et al.* )<br>)<br>   Defendant. )<br>_____)<br>)<br>TOLL BROS., INC., )<br>)<br>   Third-Party )<br>   Plaintiff, )<br>)<br> v. )<br>)<br>DELAWARE HEATING AND AIR )<br>CONDITIONING SERVICES, INC., )<br>)<br>)<br>   Third-Party )<br>   Defendants. ) | C.A. No.: 06-252 MPT |

## **NOTICE OF SERVICE**

   I, Michael P. Kelly, hereby certify that a true and correct copy of **Defendant/Third-Party Plaintiff Toll Bros., Inc.'s First Request for Production of Documents Directed to J.D. Framing Contractors, Inc. and Delaware Hearing and Air Conditioning Services, Inc.** was served by hand delivery on this 18th day of March, 2008, upon the following counsel of record:

     Joseph J. Rhoades, Esquire
     Allen Dale Bowers, II, Esquire
     Law Office of Joseph J. Rhoades
     1225 King Street, St. 1200
     P. O. Box 874
     Wilmington, DE  19899

ME1 7222977v.1

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich, & Darnall, LLP
1001 Jefferson Plaza, St. 202
Wilmington, DE  19801

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP
1220 N. Market St., Suite 300
Wilmington, DE  19801

                                  McCARTER & ENGLISH LLP

By:   /s/ Michael P. Kelly
       Michael P. Kelly (DE# 2295)
       Matthew J. Rifino (DE # 4749)
       919 North Market Street, Suite 1800
       Wilmington, Delaware 19801
       (302) 984-6300
       Attorneys for Defendant/Third-Party
       Plaintiff, Toll Bros., Inc.

Dated:  March 18, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT KEMPSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 06-252 MPT |
| v. ) | |
| ) | |
| TOLL BROS., INC., *et al.* ) | |
| ) | |
| Defendant. ) | |
| ) | |
| TOLL BROS., INC., ) | |
| ) | |
| Third-Party ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DELAWARE HEATING AND AIR ) | |
| CONDITIONING SERVICES, INC., ) | |
| ) | |
| ) | |
| Third-Party ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

I, Michael P. Kelly, hereby certify that on March 18, 2008 I caused a copy of the foregoing **Notice of Service** to be served electronically on the following counsel of record:

> Joseph J. Rhoades, Esquire
> Allen Dale Bowers, II, Esquire
> Law Office of Joseph J. Rhoades
> 1225 King Street, St. 1200
> P. O. Box 874
> Wilmington, DE  19899

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich, & Darnall, LLP
1001 Jefferson Plaza, St. 202
Wilmington, DE  19801

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP
1220 N. Market St., Suite 300
Wilmington, DE  19801

                By:   /s/ Michael P. Kelly
                      Michael P. Kelly (DE# 2295)

ME1 7222977v.1