IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Robert P. Kempski,**<br>      Plaintiff,<br><br>v.<br><br>**Toll Brothers, Inc.,** *et al.*,<br>      Defendants. | :<br>:<br>:  C.A. No. 06-252***<br>:<br>:<br>:<br>: |
| **Toll Brothers, Inc.,** *et al.*,<br>      Third-Party Plaintiff,<br><br>v.<br><br>**Delaware Heating and Air Conditioning Services, Inc.,**<br>      Third-Party Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### STIPULATION TO BRIEFING SCHEDULE

IT IS HEREBY STIPULATED, by and between the undersigned counsel, that Toll Brothers, Inc. and Delaware Heating and Air Conditioning Services, Inc. shall abide by the briefing schedule set forth below:

| | |
|---|---|
| Toll Brothers, Inc.'s Answering Brief In Opposition to Delaware Heating and Air Conditioning Services, Inc.'s Motion for Summary Judgment | April 21, 2008 |
| Delaware Heating and Air Conditioning Services, Inc.'s Reply Brief | May 5, 2008 |

| | |
|---|---|
| McCarter & English, LLP | Reger Rizzo Kavulich & Darnall LLP |
| /s/ Michael P. Kelly | /s/ Louis J. Rizzo, Jr. |
| Michael P. Kelly (#2295)<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>Attorneys for Toll Brothers, Inc. | Louis J. Rizzo, Jr. (#3374)<br>1001 Jefferson Plaza, Suite 202<br>Wilmington, Delaware 19801<br>Attorneys for Delaware Heating and Air Conditioning Services, Inc. |

ME1 7242562v.1