## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TOLL BROS. INC., a Corporation of the | ) |
| Commonwealth of Pennsylvania, JD | ) |
| FRAMING CONTRACTORS, INC., a | ) C.A. No. 06-252 MPT |
| Corporation of the State of New Jersey, and | ) |
| TBS CONSTRUCTION, INC., a Corporation | ) |
| of the State of New Jersey, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| TOLL BROS., INC., a Corporation of the | ) |
| Commonwealth of Pennsylvania, | ) |
| | ) |
| Third Party Plaintiff, | ) |
| v. | ) |
| | ) |
| DELAWARE HEATING AND AIR | ) |
| CONDITIONING SERVICES, INC., a | ) |
| Corporation of the State of Delaware, | ) |
| | ) |
| Third Party Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 11th day of April, 2008, the below-listed documents were forwarded to counsel of record as indicated:

1. Defendant J.D. Framing Contractors, Inc.'s Responses to Defendant/Third-Party Plaintiff Toll Bros., Inc.'s First Request for Production of Documents; and

2. Defendant J.D. Framing Contractors, Inc.'s Responses to Defendant/Third-Party Plaintiff Toll Bros., Inc.'s First Set of Interrogatories.

410415

**HAND DELIVER**

Joseph J. Rhoades, Esquire
Allen Dale Bowers, II, Esquire
LAW OFFICES OF JOSEPH J. RHOADES
1225 King Street, 12th Floor
P.O. Box 874
Wilmington, DE 19801

**FIRST CLASS MAIL**

Michael P. Kelly, Esquire
Andrew S. Dupre, Esquire
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

**FIRST CLASS MAIL**

Louis J. Rizzo, Jr., Esquire
REGER, RIZZO, KAVULICH & DARNALL, LLP
1001 N. Jefferson Street, Suite 202
Wilmington, DE 19801

MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS

DANIEL P. BENNETT I.D. 2842
1220 North Market Street, Suite 300
Wilmington, DE 19801
(302) 655-2181
Attorney for Defendant JD Framing Contractors, Inc.
Dated: April 11, 2008          MSZL&M File No. 000160.000336

410415