IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Robert P. Kempski**, : | |
| Plaintiff, : | |
| : | C.A. No. 06-252*** |
| v. : | |
| : | |
| **Toll Brothers, Inc.,** *et al.*, : | |
| Defendants. : | |
| : | |
| **Toll Brothers, Inc.,** *et al.,* : | |
| Third-Party Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **Delaware Heating and Air Conditioning** : | |
| **Services, Inc.,** : | |
| Third-Party Defendant. : | |

## STIPULATION TO AMENDED BRIEFING SCHEDULE

IT IS HEREBY STIPULATED, by and between the undersigned counsel, that Toll Brothers, Inc. and Delaware Heating and Air Conditioning Services, Inc. shall abide by the amended briefing schedule concerning Third-Party Defendant Delaware Heating and Air Conditioning Services, Inc.'s Motion or Summary Judgment, as set forth below:

| | |
|---|---|
| Toll Brothers, Inc.'s Answering Brief In Opposition to Delaware Heating and Air Conditioning Services, Inc.'s Motion for Summary Judgment | April 28, 2008 |
| Delaware Heating and Air Conditioning Services, Inc.'s Reply Brief | May 12, 2008 |

ME1 7299168v.1

| | |
|---|---|
| **McCarter & English, LLP** | **Reger Rizzo Kavulich & Darnall LLP** |
| /s/ Michael P. Kelly | /s/ Louis J. Rizzo, Jr. |
| **Michael P. Kelly (#2295)** | **Louis J. Rizzo, Jr. (#3374)** |
| 405 N. King Street, 8th Floor | 1001 Jefferson Plaza, Suite 202 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Attorneys for Toll Brothers, Inc. | Attorneys for Delaware Heating and Air Conditioning Services, Inc. |

**IT IS SO ORDERED THIS _____ DAY OF _____, 2008.**

_____
                **J.**