LAW OFFICES
# JOSEPH J. RHOADES
SUITE 1200
LEGAL ARTS BUILDING
1225 KING STREET
P.O. BOX 874
WILMINGTON, DELAWARE 19899-0874

JOSEPH J. RHOADES
A. DALE BOWERS
STEPHEN T. MORROW

April 30, 2008

(302) 427-9500
FAX (302) 427-9509

**Via E-File**
The Honorable Mary Pat Thynge
U.S. District Court for the
District of Delaware
844 N. King St.
Wilmington, DE 19801

      RE: **Kempski v. Toll Brothers, et al.**
            **C.A. No. 06-252**

Dear Judge Thynge:

    As required by the Court's Scheduling Order, please allow this letter to serve as the parties' Interim Status Report.

    The parties have been exchanging written discovery. Additionally, the parties have conducted two Rule 30(b)(6) depositions and have various fact witness depositions scheduled within the month of May. Presently, Third Party Defendant Delaware Heating and Air Conditioning has a motion for summary judgment pending that relates to the claims contained in Third Party Plaintiff Toll Bros' Complaint against Delaware Hearing and Air Conditioning. The Briefing on that motion will be concluded shortly. Finally, the parties are in the preliminary stages of settlement discussions and are considering a private mediator if settlement discussions prove to be unsuccessful.

    Please feel free to contact my office with any questions. Thank you.

                              Respectfully submitted,

                              A. Dale Bowers

cc:    David A. White, Esquire
       Louis J. Rizzo, Jr., Esquire
       Daniel P. Bennett, Esquire