LAW OFFICES

# JOSEPH J. RHOADES

SUITE 1200
LEGAL ARTS BUILDING
1225 KING STREET
P.O. BOX 874
WILMINGTON, DELAWARE 19899-0874

JOSEPH J. RHOADES
A. DALE BOWERS
STEPHEN T. MORROW

Sender's Direct E-mail:
dale.bowers@rhoadeslegal.com

(302) 427-9500
FAX (302) 427-9509

May 6, 2008

**Via E-File**
The Honorable Mary Pat Thynge
U.S. District Court for the
District of Delaware
844 N. King St.
Wilmington, DE  19801

> **RE:    Kempski v. Toll Brothers, et al.**
> **C.A. No. 06-252**

Dear Judge Thynge:

Per the current scheduling order, there is an Interim Status Conference scheduled for May 8, 2008, at 9:00 a.m.  Please be advised that the parties feel that there is nothing new to add to the Joint Interim Status Report filed on April 30, 2008, and therefore, feel that the status conference is not necessary at this time.  Therefore, the parties respectfully request that the status conference be removed from the Court's calendar.

Please feel free to contact my office with any questions.  Thank you.

Respectfully submitted,

A. Dale Bowers

cc:    David A. White, Esquire
Louis J. Rizzo, Jr., Esquire
Daniel P. Bennett, Esquire