## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-252-MPT |
| : | |
| TOLL BROS., INC., et al., : | |
| : | |
| Defendants. : | |
| _____ : | |
| TOLL BROS., INC., : | |
| : | |
| Third-Party Plaintiff, : | |
| : | |
| v. : | |
| : | |
| DELAWARE HEATING AND AIR : | |
| CONDITIONING SERVICES, INC., a : | |
| corporation of the State of Delaware, : | |
| : | |
| Third-Party Defendant. : | |

## **ORDER**

At Wilmington this **7th** day of **May, 2008**,

IT IS ORDERED that the interim status teleconference scheduled for May 8, 2008 at 9:00 a.m. is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE