## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Robert P. Kempski, | : |
|                     Plaintiffs, | : |
| v. | :   C.A. No.: 06-252 |
| Toll Bros., Inc., *et al.*, | : |
|                     Defendants. | : |
| Toll Bros., Inc., | : |
|                     Third Party Plaintiff, | : |
| v. | : |
| Delaware Heating and Air Conditioning Services, Inc., | : |
|                     Third Party Defendant. | : |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that counsel for Defendant / Third Party Plaintiff Toll Bros., Inc., pursuant to Federal Rule of Civil Procedure 30(b)(6), will take the oral deposition under oath of Delaware Heating and Air Conditioning Services, Inc., through the person(s) it designates to testify on its behalf about the subjects listed in Schedule A, on Tuesday, July 1, 2008, at 3:00 p.m., at the offices of McCarter & English, LLP, Renaissance Centre, 405 N. King Street, 8th Floor, Wilmington, Delaware 19801. The deposition will continue from day to day until completed. The deposition will be recorded by stenographic means.

ME1 7471088v.1

                                                   **McCARTER & ENGLISH, LLP**

                                                   /s/ Michael P. Kelly
                                                   Michael P. Kelly (#2295)
                                                   David A. White (#2644)
                                                   Matthew J. Rifino (#4749)
                                                   405 N. King Street, 8th Floor
                                                   Wilmington, Delaware 19801
                                                   *Attorneys for Defendant / Third*
Dated: June 19, 2008                           *Party Plaintiff,*
                                                   *Toll Bros., Inc.*

cc:      Wilcox & Fetzer

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Robert P. Kempski, | : |
| Plaintiffs, | : |
| v. | : C.A. No.: 06-252 |
| Toll Bros., Inc., *et al.*, | : |
| Defendants. | : |
| Toll Bros., Inc., | : |
| Third Party Plaintiff, | : |
| v. | : |
| Delaware Heating and Air Conditioning Services, Inc., | : |
| Third Party Defendant. | : |

## **SCHEDULE A - NOTICE OF DEPOSITION**

Delaware Heating and Air Conditioning Services, Inc., through the person(s) it designates to testify on its behalf, shall testify as to matters known or reasonably available to the organization on the following subjects:

1. The nature of Delaware Heating and Air Conditioning Services, Inc.'s activities, services and/or business operations.

2. The formation of the contract between Toll Bros., Inc. and Delaware Heating and Air Conditioning Services, Inc. concerning the heating, ventilation and air conditioning services (HVAC) performed at the Brandywine Hunt Development.

3. The terms of the contract between Toll Bros., Inc. and Delaware Heating and Air Conditioning Services, Inc. concerning the HVAC services performed at the Brandywine Hunt Development.

4. The insurance coverage obtained on behalf of Delaware Heating and Air Conditioning Services, Inc. concerning the HVAC services performed at the Brandywine Hunt Development.

5. The nature of Delaware Heating and Air Conditioning Services' job or assignment at the Brandywine Hunt Development.

6. The nature of Delaware Heating and Air Conditioning Services' job or assignment at Lot 87 of the Brandywine Hunt Development, including the day of the fall giving rise to this litigation.

7. The identity, job description and responsibilities of those employees of Delaware Heating and Air Conditioning Services, Inc. who worked in Lot 87 of the Brandywine Hunt Development at the time of the fall giving rise to this litigation.

8. The identity, job description and responsibilities of the trades who worked in Lot 87 of the Brandywine Hunt Development at the time of the fall giving rise to this litigation.

9. The methods or manner of work by which employees of Delaware Heating and Air Conditioning Services, Inc. completed their assignments in elevated spaces, including, but not limited to tools, materials and techniques.

10. The circumstances surrounding the fall giving rise to this litigation.

11. The actions of the employees of Delaware Heating and Air Conditioning Services, Inc. following the fall giving rise to this litigation.

ME1 7471088v.1

12. Any investigations concerning the fall giving rise to this litigation and the findings, results and/or conclusions of said investigations.

13. The collection and/or preservation of any tools, equipment or materials that relate to the fall giving rise to this litigation.

14. The safety policy(ies), procedure(s) and/or program(s) implemented by Delaware Heating and Air Conditioning Services, Inc. at the time of the fall giving rise to this litigation.

15. The efforts undertaken by Delaware Heating and Air Conditioning Services, Inc. to enforce the safety policy(ies), procedure(s) and/or program(s).

16. The identity of those employees of Delaware Heating and Air Conditioning Services, Inc. who bore responsibility for enforcing your safety policy(ies), procedure(s) and/or program(s).

17. The standard(s) for safety recognized and/or followed by the HVAC industry (i.e. OSHA).

18. The policy(ies), procedure(s) and/or program(s) utilized by Delaware Heating and Air Conditioning Services, Inc. in conducting inspections of the area(s) where its employees work.

19. The identity of those employees of Delaware Heating and Air Conditioning Services, Inc. who conducted inspections of the area(s) where its employees worked at the Brandywine Hunt Development.

20. Any punitive or disciplinary action taken by Delaware Heating and Air Conditioning Services, Inc. against any person(s) or entity(ies) concerning the fall giving rise to this litigation.

21. Any punitive or disciplinary action taken by a government entity against Delaware Heating and Air Conditioning Services, Inc. concerning the fall giving rise to this litigation, including, but not limited to fine, sanction or imprisonment.

22. Any punitive or disciplinary action taken by another entity against Delaware Heating and Air Conditioning Services, Inc. concerning the fall giving rise to this litigation, including, but not limited to fine, sanction and/or termination.

23. The method of calculating the financial compensation paid an employee of Delaware Heating and Air Conditioning Services, Inc. at the time of the fall giving rise to this litigation (i.e. pay scale).

24. The current method of calculating the financial compensation paid an employee of Delaware Heating and Air Conditioning Services, Inc. (i.e. pay scale)

25. The history of Robert P. Kempski's employment with Delaware Heating and Air Conditioning Services, Inc.

The person(s) so designated by Delaware Heating and Air Conditioning Services, Inc. shall produce any and all documents that refer and/or relate to the subject areas enumerated above to McCarter & English, LLP, Renaissance Centre, 405 N. King Street, 8th Floor, Wilmington, Delaware 19801 at least three (3) business days in advance of the deposition.

**McCARTER & ENGLISH, LLP**

/s/ Michael P. Kelly
Michael P. Kelly (#2295)
David A. White (#2644)
Matthew J. Rifino (#4749)
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
*Attorneys for Defendant / Third Party Plaintiff, Toll Bros., Inc.*

Dated: June 19, 2008

ME1 7471088v.1

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Robert P. Kempski, | : |
| Plaintiffs, | : |
| | :  C.A. No.: 06-252 |
| v. | : |
| Toll Bros., Inc., *et al.*, | : |
| Defendants. | : |
| Toll Bros., Inc., | : |
| Third Party Plaintiff, | : |
| v. | : |
| Delaware Heating and Air Conditioning Services, Inc., | : |
| Third Party Defendant. | : |

## NOTICE OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that on this 19th day of June, 2008, a true and correct copy of the **NOTICE OF DEPOSITION** was served upon the following parties via first class mail:

Daniel P. Bennett, Esq.
Mintzer Sarowitz Zeris Ledva & Meyers LLP
1220 North Market Street, Suite 300
Wilmington, Delaware 19801

Joseph J. Rhoades, Esq.
A. Dale Bowers, II, Esq.
Law Office of Joseph J. Rhoades
1225 King Street, Suite 1200
P.O. Box 874
Wilmington, Delaware 19899-0874

ME1 7471088v.1

Louis J. Rizzo, Jr., Esq.
Reger Rizzo Kavulich & Darnall LLP
1001 North Jefferson Street, Suite 202
Wilmington, Delaware 19801

        /s/ Michael P. Kelly
        Michael P. Kelly (#2295)

Dated:  June 19, 2008