IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Robert P. Kempski**, | : | |
| Plaintiff, | : | |
| | : | C.A. No. 06-252 |
| v. | : | |
| | : | |
| **Toll Brothers, Inc.,** *et al.*, | : | |
| Defendants. | : | |
| | : | |
| **Toll Brothers, Inc.,** *et al.,* | : | |
| Third-Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **Delaware Heating and Air Conditioning Services, Inc.,** | : | |
| | : | |
| Third-Party Defendant. | : | |

**STIPULATION TO EXTEND DEADLINE FOR SUBMISSION OF ERRATA SHEET TO
DEPOSITION TESTIMONY OF RICHARD HERBSTER**

IT IS HEREBY STIPULATED, by and between the parties through the undersigned counsel, that Toll Bros., Inc. shall be permitted an additional thirty (30) days to submit the errata sheet to the deposition testimony of Richard Herbster in accordance with the Federal Rules of Civil Procedure. The errata sheet shall be due to the appropriate parties on or before Thursday, July 18, 2008.

| | |
|---|---|
| McCarter & English, LLP | Law Office of Joseph J. Rhoades |
| /s/ Michael P. Kelly | /s/ A. Dale Bowers |
| Michael P. Kelly | Joseph J. Rhoades |
| David A. White | A. Dale Bowers, II |
| Renaissance Centre | 1225 King Street, Suite 1200 |
| 405 N. King Street, 8th Floor | P.O. Box 874 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19899 |
| Attorney for Defendant / Third Party Plaintiff, Toll Bros., Inc. | Attorney for Plaintiff, Robert Kempski |
| Mintzer Sarowitz Zeris Ledva & Meyers, LLP | Reger Rizzo Kavulich & Darnall, LLP |
| /s/ Daniel P. Bennett | /s/ William R. Stewart |
| Daniel P. Bennett | William R. Stewart, III |
| 1220 North Market Street, Suite 200 | 1001 North Jefferson Street, Suite 202 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Attorney for Defendant, J.D. Framing Contractors, Inc. | Attorney for Third Party Defendant, Delaware Heating and Air Conditioning Services, Inc. |

IT IS HEREBY ORDERED this ____ day of _____, 2008.

_____
J.

ME1 7472326v.1