## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Robert P. Kempski,<br>      Plaintiff,<br><br>    v.<br><br>Toll Bros., Inc., *et al.*,<br>      Defendants.<br>——————————————<br>Toll Bros., Inc.,<br>      Third-Party Plaintiff,<br><br>    v.<br><br>Delaware Heating and Air Conditioning Services, Inc.,<br>      Third-Party Defendants. | :<br>:<br>:<br>:   C.A. No. 06-252<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION TO EXTEND DEADLINE FOR SUBMISSION OF ERRATA SHEET TO DEPOSITION TESTIMONY OF DANIEL GIANDONATO

IT IS HEREBY STIPULATED, by and between the parties through the undersigned counsel, that Toll Bros., Inc. shall be permitted an additional thirty (30) days to submit the errata sheet to the deposition testimony of Daniel Giandonato in accordance with the Federal Rules of Civil Procedure. The errata sheet shall be due to the appropriate parties on or before Thursday, July 31, 2008.

ME1 7500715v.1

| | |
|---|---|
| **McCarter & English, LLP** | **Law Office of Joseph J. Rhoades** |
| /s/ Michael P. Kelly | /s/ A. Dale Bowers |
| Michael P. Kelly | Joseph J. Rhoades |
| David A. White | A. Dale Bowers, II |
| Renaissance Centre | 1225 King Street, Suite 1200 |
| 405 N. King Street, 8th Floor | P.O. Box 874 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19899 |
| Attorney for Defendant / Third Party Plaintiff, Toll Bros., Inc. | Attorney for Plaintiff, Robert Kempski |
| **Mintzer Sarowitz Zeris Ledva & Meyers, LLP** | **Reger Rizzo Kavulich & Darnall, LLP** |
| /s/ Daniel P. Bennett | /s/ Louis J. Rizzo, Jr. |
| Daniel P. Bennett | William R. Stewart, III |
| 1220 North Market Street, Suite 200 | Louis J. Rizzo, Jr. |
| Wilmington, Delaware 19801 | 1001 North Jefferson Street, Suite 202 |
| | Wilmington, Delaware 19801 |
| Attorney for Defendant, J.D. Framing Contractors, Inc. | Attorney for Third Party Defendant, Delaware Heating and Air Conditioning Services, Inc. |

IT IS HEREBY ORDERED this ___ day of _____, 2008.

_____
J.

ME1 7500715v.1