UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI, | : C.A. NO. 06-252 *** |
| Plaintiff, | : |
| vs. | : |
| TOLL BROS. INC., a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, and TBS CONSTRUCTION, INC., a corporation of the State of New Jersey, | : 12 JUROR TRIAL DEMANDED |
| Defendants. | : |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | : |
| Third-Party Plaintiff, | : |
| vs. | : |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, | : |
| Third-Party Defendants. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 2nd day of July, 2008, the undersigned has caused to be served upon counsel a true and correct copy of the Plaintiff's Answers to Defendant J.D. Framing's Second Set of Interrogatories and Second Request for Production by U.S. Mail to the following:

360743

21

David White, Esquire
Matthew Rifino, Esquire
McCarter & English
919 North Market Street, St. 1800
P.O. Box 111
Wilmington, DE 19899

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 N. Jefferson Street, Suite 202
Wilmington, DE 19801

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers
1220 N. Market Street, Suite 300
Wilmington, DE 19801

/s/Joseph J. Rhoades
_____
Joseph J. Rhoades, Esquire (ID No. 2064)
A. Dale Bowers, Esquire (ID No. 3932)
1225 King St., 12th Flr.
P.O. Box 874
Wilmington, DE 19801
302-427-9500
Attorneys for Plaintiffs

360743                                       22