IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-252-KAJ |
| | : | |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 8th day of July, 2008, the undersigned has caused to be served upon counsel a true and correct copy of a Notice of Depositions via e-file to the following:

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris,
Ledva & Meyers
1220 N. Market St., Suite 300
Wilmington, DE  19801

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich & Darnall
1001 Jefferson St., Suite 202
Wilmington, DE  19801

David A. White, Esquire
McCarter & English
P.O. Box 111
Wilmington, DE  19899-0111

Respectfully Submitted

By:   /s/ A. Dale Bowers_____
       Joseph J. Rhoades, Esquire (I.D. 2064)
       A. Dale Bowers, Esquire (I.D. 3932)
       1225 King Street, 12th Floor
       Wilmington, Delaware 19801
       302-427-9500 / (fax) 302-427-9509
       dale.bowers@rhoadeslegal.com
       Attorneys for Plaintiff Robert P. Kempski