IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | : | |
| Plaintiff, | : | |
| v. | : | |
| TOLL BROS., INC, a corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, TBS CONSTRUCTION, INC., a corporation of the State of New Jersey, | : | C.A. No.: 06-252*** |
| Defendants. | : | |
| TOLL BROS, INC., a corporation of the Commonwealth of Pennsylvania, | : | |
| Third Party Plaintiff, | : | |
| v. | : | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, | : | |
| Third Party Defendants. | : | |

## NOTICE OF DEPOSITIONS

**TO:   COUNSEL OF RECORD**

PLEASE TAKE NOTICE that the undersigned attorney will take the oral depositions of the following individuals on **Wednesday, July 16, 2008,** at the below times in the Law Offices of Joseph J. Rhoades, 1225 N. King St., 11th Flr., Wilmington, Delaware.

**JEFFREY HARRIS**          10:00 A.M.
**DAYNE HERMAN**          11:00 A.M

|  |  |
|---|---|
|  | /s/ A. Dale Bowers |
|  | Joseph J. Rhoades, Esquire (I.D. 2064) |
|  | A. Dale Bowers, Esquire (I.D. 3932) |
|  | The Law Offices of Joseph J. Rhoades |
|  | 1225 King Street, 12th Floor |
|  | Wilmington, Delaware 19801 |
|  | 302-427-9500 |
|  | Attorney for Plaintiff(s) |

DATE: July 8, 2008
cc: Wilcox & Fetzer