# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Robert P. Kempski, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 06-252 |
| v. | : | |
| | : | |
| Toll Brothers, Inc., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| —————————————— | : | |
| | : | |
| Toll Brothers, Inc. | : | |
| | : | |
| Third-Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Delaware Heating and Air Conditioning Services, Inc., | : | |
| | : | |
| Third-Party Defendant. | : | |

### NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned attorneys for Defendant / Third Party Plaintiff Toll Bros., Inc. will take the oral deposition under oath of Plaintiff Robert Kempski on Wednesday, August 13, 2008, beginning at 11:00 a.m., at the Law Office of Joseph J. Rhoades, 1225 King Street, Suite 1200, Wilmington, Delaware 19899.  The deposition will be recorded by stenographic means.

**McCARTER & ENGLISH, LLP**

/s/ Michael P. Kelly
Michael P. Kelly
David A. White
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
*Attorneys for Defendant / Third*
*Party Plaintiff Toll Bros., Inc.*

Dated:  July 17, 2008

ME1 7519567v.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Robert P. Kempski, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | C.A. No. 06-252 |
| Toll Bros., Inc., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| Toll Bros., Inc., | : | |
| | : | |
| Third Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Delaware Heating and Air Conditioning Services, Inc., | : | |
| | : | |
| Third Party Defendant. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that on this 17th day of July, 2008, a true and correct copy of the **NOTICE OF DEPOSITION** was served upon the following parties via first class mail:

Daniel P. Bennett, Esq.
Mintzer Sarowitz Zeris Ledva & Meyers LLP
1220 North Market Street, Suite 300
Wilmington, Delaware 19801

Joseph J. Rhoades, Esq.
A. Dale Bowers, II, Esq.
Law Office of Joseph J. Rhoades
1225 King Street, Suite 1200
P.O. Box 874
Wilmington, Delaware 19899-0874

Louis J. Rizzo, Jr., Esq.
William R. Stewart, Esq.
Reger Rizzo Kavulich & Darnall LLP
1001 North Jefferson Street, Suite 202
Wilmington, Delaware 19801


/s/ Michael P. Kelly
Michael P. Kelly (#2295)

Dated:  July 17, 2008


cc:     Wilcox & Fetzer