IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT P. KEMPSKI,                          :
                                            :
            Plaintiff,                      :
                                            :
      v.                                    :
                                            :
TOLL BROS., INC, a corporation of the       :        C.A. No.: 06-252***
Commonwealth of Pennsylvania, JD            :
FRAMING CONTRACTORS, INC., a                :
corporation of the State of New Jersey,     :
TBS CONSTRUCTION, INC., a                   :
corporation of the State of New Jersey,     :
                                            :
            Defendants.                     :
_____ :
TOLL BROS, INC., a corporation of the       :
Commonwealth of Pennsylvania,               :
                                            :
            Third Party Plaintiff,          :
                                            :
      v.                                    :
                                            :
DELAWARE HEATING AND AIR                    :
CONDITIONING SERVICES, INC., a              :
corporation of the State of Delaware,       :
                                            :
            Third Party Defendants.         :

**RE-NOTICE OF DEPOSITION**

**TO:    COUNSEL OF RECORD**

        PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of

Jeffrey Harris **Monday, July 28, 2008, at 4:00 p.m.,** in the Law Offices of Joseph J. Rhoades, 1225

N. King St., 11th Flr., Wilmington, Delaware.

/s/ A. Dale Bowers
Joseph J. Rhoades, Esquire (I.D. 2064)
A. Dale Bowers, Esquire (I.D. 3932)
The Law Offices of Joseph J. Rhoades
1225 King Street, 12th Floor
Wilmington, Delaware 19801
302-427-9500
Attorney for Plaintiff(s)

DATE: July 8, 2008
cc:  Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT P. KEMPSKI,                    :
                                      :
              Plaintiff,              :
                                      :
       v.                             :      Civil Action No. 06-252-KAJ
                                      :
TOLL BROS., INC., a corporation of the :
Commonwealth of Pennsylvania,         :
                                      :
              Defendant.              :

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on this 23rd day of July, 2008, the undersigned has caused

to be served upon counsel a true and correct copy of a Re-Notice of Depositions via e-file to the

following:

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris,
Ledva & Meyers
1220 N. Market St., Suite 300
Wilmington, DE  19801

Louis J. Rizzo, Jr., Esquire
Reger, Rizzo, Kavulich & Darnall
1001 Jefferson St., Suite 202
Wilmington, DE  19801

David A. White, Esquire
McCarter & English
P.O. Box 111
Wilmington, DE  19899-0111

Respectfully Submitted

By:____/s/ A. Dale Bowers_____
        Joseph J. Rhoades, Esquire (I.D. 2064)
        A. Dale Bowers, Esquire (I.D. 3932)
        1225 King Street, 12th Floor
        Wilmington, Delaware 19801
        302-427-9500 / (fax) 302-427-9509
        dale.bowers@rhoadeslegal.com
        Attorneys for Plaintiff Robert P. Kempski