IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-252-KAJ |
| | : | |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | : | |
| | : | |
| Defendant. | : | |

## SECOND STIPULATION TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED, subject to the Order of the Court, that the parties, by and through counsel, hereby agree to extend the case scheduling order as follows:

**Plaintiff to Identify Experts**           **August 6, 2008**
**Defendant to Identify Experts**        **September 3, 2008**


/s/ A. Dale Bowers_____
Joseph J. Rhoades, Esquire (I.D. 2064)
A. Dale Bowers, Esquire (I.D. 3932)
1225 King Street, 12th Floor
Wilmington, Delaware 19801
302-427-9500 / (fax) 302-427-9509
dale.bowers@rhoadeslegal.com
Attorneys for Plaintiff Robert P. Kempski


/s/David A. White
_____
David A. White, Esquire (I.D. 2644)
McCarter & English
P.O. Box 111
Wilmington, DE  19899-0111
302-984-6300
Attorney for Toll Brothers, Inc.

/s/Daniel P. Bennett

_____
Daniel P. Bennett, Esquire (I.D. 2842)
Mintzer, Sarowitz, Zeris,
Ledva & Meyers
1220 N. Market St., Suite 300
Wilmington, DE  19801
302-655-2181
dbennett@defensecounsel.com
Attorney for J.D. Framing Contractors, Inc.

/s/Louis J. Rizzo, Jr.

_____
Louis J. Rizzo, Jr., Esquire (I.D. 3374)
Reger, Rizzo, Kavulich & Darnall
1001 Jefferson St., Suite 202
Wilmington, DE  19801
302-652-3611
lrizzo@rrkdlaw.com
Attorney for Delaware Hearting and
Air Conditioning Services, Inc.

DATE:  July 28, 2008

    IT IS SO ORDERED this \_\_\_ day of _____, 2008.

    _____
    J.