IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOLL BROS., INC., a corporation of )<br>the Commonwealth of Pennsylvania, )<br>)<br>Defendant. )<br>_____ )<br>)<br>TOLL BROS., INC., a corporation of )<br>the Commonwealth of Pennsylvania, )<br>)<br>Third Party Plaintiff, )<br>)<br>v. )<br>)<br>DELAWARE HEATING AND AIR )<br>CONDITIONING SERVICES, INC., a corporation )<br>of the State of Delaware, and )<br>JD FRAMING CONTRACTORS, INC., a )<br>corporation of the State of New Jersey, )<br>)<br>Third Party Defendants. ) | C.A. No. 06-252 KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 31st day of July, 2008, the undersigned has caused to be served upon counsel a true and correct copy of the Plaintiff's *Supplemental* Answers to Defendant Toll Bros., Inc.'s Second Set of Interrogatories and Second Request for Production by U.S. Mail to the following:

David White, Esquire
Matthew Rifino, Esquire
McCarter & English
919 North Market Street, St. 1800
P.O. Box 111
Wilmington, DE 19899

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers
1220 N. Market Street, Suite 300
Wilmington, DE 19801

ME1 7158048v.1

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 N. Jefferson Street, Suite 202
Wilmington, DE 19801

/s/ Joseph J. Rhoades
_____
Joseph J. Rhoades, Esquire (ID No. 2064)
A. Dale Bowers, Esquire (ID No. 3932)
1225 King St., 12th Flr.
P.O. Box 874
Wilmington, DE 19801
302-427-9500
Attorneys for Plaintiffs

ME1 7158048v.1