IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-252 KAJ |
| | ) | |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) ) | |
| TOLL BROS., INC., a corporation of the Commonwealth of Pennsylvania, | ) ) ) | |
| | ) | |
| Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a corporation of the State of Delaware, and JD FRAMING CONTRACTORS, INC., a corporation of the State of New Jersey, | ) ) ) ) ) ) | |
| | ) | |
| Third Party Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 6th day of August, 2008, the undersigned has caused to be served upon counsel a true and correct copy of the Plaintiff's Disclosure of Expert Testimony in Accordance with Federal Rule 26(a)(2) by U.S. Mail to the following:

| | |
|---|---|
| David A. White, Esquire | Daniel P. Bennett, Esquire |
| McCarter & English | Mintzer, Sarowitz, Zeris, Ledva & Meyers |
| 919 North Market Street, St. 1800 | 1220 N. Market Street, Suite 300 |
| P.O. Box 111 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | |

ME1 7158048v.1

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 N. Jefferson Street, Suite 202
Wilmington, DE 19801

/s/ Joseph J. Rhoades

_____
Joseph J. Rhoades, Esquire (ID No. 2064)
A. Dale Bowers, Esquire (ID No. 3932)
1225 King St., 12th Flr.
P.O. Box 874
Wilmington, DE  19801
302-427-9500
Attorneys for Plaintiff