## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ROBERT P. KEMPSKI, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| TOLL BROS. INC., *et al.*, | ) ) | C.A. NO. 06-252 MPT |
| Defendants. | ) ) ) | |
| TOLL BROS., INC., a Corporation of the Commonwealth Of Pennsylvania, | ) ) ) | |
| Third Party Plaintiff, | ) ) | |
| v. | ) ) | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a Corporation of The State of Delaware, | ) ) ) ) | |
| Third Party Defendants. | ) | |

## NOTICE OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that on this 8th day of August, 2008, a copy of **DEFENDANT / THIRD PARTY PLAINTIFF TOLL BROS., INC.'S FIRST REQUEST FOR ADMISSIONS DIRECTED TO JD FRAMING CONTRACTORS, INC.** was served via First Class Mail to:

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers
1220 N. Market Street, Suite 300
Wilmington, Delaware 19801

Louis J. Rizzo, Esquire
William R. Stewart, Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 N. Jefferson Street, Suite 202
Wilmington, Delaware 19801

v.
ME1 7330052v.1

Joseph J. Rhoades, Esquire
A. Dale Bowers, Esquire
1225 King Street, 12th Floor
Wilmington, Delaware 19801

/s/ Michael P. Kelly
Michael P. Kelly

v.
ME1 7330052v.1