# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI,<br><br>                Plaintiff,<br><br>         vs.<br><br>TOLL BROS. INC., *et al.*,<br><br>                Defendants.<br>_____<br>TOLL BROS., INC., a Corporation of the Commonwealth Of Pennsylvania,<br><br>              Third Party Plaintiff,<br>   v.<br><br>DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a Corporation of The State of Delaware,<br><br>              Third Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. NO. 06-252 MPT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

      I, Michael P. Kelly, Esquire, hereby certify that on this 8th day of August, 2008, a copy of **DEFENDANT / THIRD PARTY PLAINTIFF TOLL BROS., INC.'S SECOND SET OF INTERROGATORIES DIRECTED TO JD FRAMING CONTRACTORS, INC.** was served via First Class Mail to:

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers
1220 N. Market Street, Suite 300
Wilmington, Delaware 19801

Louis J. Rizzo, Esquire
William R. Stewart, Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 N. Jefferson Street, Suite 202
Wilmington, Delaware 19801

Joseph J. Rhoades, Esquire
A. Dale Bowers, Esquire
1225 King Street, 12th Floor
Wilmington, Delaware 19801

/s/ Michael P. Kelly
Michael P. Kelly

v.
ME1 7588167v.1