## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI,<br><br>      Plaintiff,<br><br>      vs.<br><br>TOLL BROS. INC., *et al.*,<br><br>      Defendants.<br>_____<br>TOLL BROS., INC., a Corporation of the Commonwealth Of Pennsylvania,<br><br>      Third Party Plaintiff,<br>  v.<br><br>DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a Corporation of The State of Delaware,<br><br>      Third Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. NO. 06-252 MPT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF SERVICE**

  I, Michael P. Kelly, Esquire, hereby certify that on this 8th day of August, 2008, a copy of **DEFENDANT / THIRD PARTY PLAINTIFF TOLL BROS., INC.'S SECOND REQUEST FOR PRODUCTION DIRECTED TO JD FRAMING CONTRACTORS, INC.** was served via First Class Mail to:

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers
1220 N. Market Street, Suite 300
Wilmington, Delaware 19801

Louis J. Rizzo, Esquire
William R. Stewart, Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 N. Jefferson Street, Suite 202
Wilmington, Delaware 19801

ME1 7588801v.1

Joseph J. Rhoades, Esquire
A. Dale Bowers, Esquire
1225 King Street, 12th Floor
Wilmington, Delaware 19801

/s/ Michael P. Kelly
Michael P. Kelly

ME1 7588801v.1