

**Mintzer Sarowitz
Zeris Ledva & Meyers LLP**

1220 N. Market Street, Suite 300
Wilmington, DE 19801
Tel: 302.655.2181
Fax: 302.655.2182
www.defensecounsel.com

E-mail: dbennett@defensecounsel.com

File No. 000160.000336 (17695)

Centre Square, West Tower
1500 Market Street
Suite 4100
Philadelphia, PA 19102
Tel: 215.735.7200

2070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300

17 West John Street
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200

255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Tel: 305.774.9966

625 Liberty Avenue
Dominion Tower,
Suite 390
Pittsburgh, PA 15222
Tel: 412.928.0502

1220 N. Market Street
Suite 300
Wilmington, DE 19801
Tel: 302.655.2181

August 28, 2008

**ELECTRONIC FILING**
The Honorable Mary Pat Thynge
UNITED STATES DISTRICT COURT
844 North King Street
Wilmington, DE 19801

RE: **ROBERT P. KEMPSKI v. TOLL BROS., INC, JD FRAMING CONTRACTROS, INC., AND TBS CONSTRUCTION COMPANY, INC. V. TBS CONSTRUCTION COMPANY, INC. V. DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC.**
C.A. No. 06-252

Your Honor:

Enclosed please find a Stipulation to modify the current Scheduling Order in the above-referenced matter. Based upon the discovery taken to date, Defendants are intending to file Motions for Summary Judgment shortly. As a result, the parties agree that the most efficient use of time and resources in this matter by the Court, and the parties, is to proceed with summary judgment motions, and oral argument, prior to the completion of the remaining aspects of the Scheduling Order. Therefore, the parties are seeking to push back the deadline for the Defendants identification of experts until January 2009. Likewise, the parties seek to push back the deadline for the completion of mediation until January 31, 2009.

Based upon the above, and a current dispositive motion deadline of September 29, 2008, the parties request a date and time in the end of October 2008 for oral argument on the summary judgment motions. The parties do not believe that any other case deadlines, including the trial date, will be affected by this modification to the Case Scheduling Order.

The Honorable Mary Pat Thynge
August 28, 2008
Page 2

    If the Stipulation meets with the Court's approval, the parties ask that Your Honor sign such Order. If the Court has any questions, or concerns, regarding the modifications, counsel is available at the Court's convenience. Thank you for your continued consideration in this matter.

                              Respectfully yours,

                              DANIEL P. BENNETT

DPB/bst/748491
Cc:    William Stewart, Esquire
       Reger, Rizzo, Kavulich & Darnall, LLP
       1001 N. Jefferson Street, Suite 202
       Wilmington, DE 19801

       Matthew Rifino, Esquire
       McCarter & English
       Renaissance Centre
       405 N. King Street, 8th Floor
       Wilmington, DE 19801

       David White, Esquire
       McCarter & English
       Renaissance Centre
       405 N. King Street, 8th Floor
       Wilmington, DE 19801

       A. Dale Bowers II, Esquire
       Law Office of Joseph J. Rhoades
       1225 King Street, 12th Floor
       P.O. Box 874
       Wilmington, DE 19899-0874

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT P. KEMPSKI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| TOLL BROS. INC., a Corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a Corporation of the State of New Jersey, and TBS CONSTRUCTION, INC., a Corporation of the State of New Jersey, | ) ) ) ) ) ) ) C.A. No. 06-252 MPT |
| Defendants. | ) ) |
| TOLL BROS., INC., a Corporation of the Commonwealth of Pennsylvania, | ) ) ) |
| Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a Corporation of the State of Delaware, | ) ) ) ) |
| Third-Party Defendant. | ) |

### THIRD STIPULATION TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED and agreed by the parties, subject to Court Order, that the case scheduling order be extended as follows:

**Defendants to Identify Experts**        January 9, 2009

**Complete Mediation**                    January 31, 2009


/s/ A. Dale Bowers
A. Dale Bowers, Esq. (#3932)
Law Office of Joseph J. Rhoades
1225 King Street, 12th Floor
Wilmington, DE  19801
Attorney for Plaintiff

/s/ David A. White
David A. White, Esq. (#2644)
McCarter & English
P.O. Box 111
Wilmington, DE  19899
Attorney for Toll Bros., Inc.

/s/ Daniel P. Bennett
Daniel P. Bennett, Esq. (#2842)
Mintzer Sarowtiz Zeris Ledva & Meyers
1220 N. Market Street, Suite 300
Wilmington, DE 19801
Attorney for JD Framing Contractors, Inc.

/s/ William R. Stewart
William R. Stewart, Esq. (#4980)
Reger Rizzo Kavulich & Darnall
1001 N. Jefferson Street, Suite 202
Wilmington, DE 19801
Attorney for Delaware HVAC

SO ORDERED this _____ day of _____, 2008.

_____
J.