IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT P. KEMPSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TOLL BROS. INC., a Corporation of the Commonwealth of Pennsylvania, JD FRAMING CONTRACTORS, INC., a Corporation of the State of New Jersey, and TBS CONSTRUCTION, INC., a Corporation of the State of New Jersey, | ) ) ) ) ) ) ) | C.A. No. 06-252 MPT |
| | ) | |
| Defendants. | ) | |
| | ) | |
| TOLL BROS., INC., a Corporation of the Commonwealth of Pennsylvania, | ) ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DELAWARE HEATING AND AIR CONDITIONING SERVICES, INC., a Corporation of the State of Delaware, | ) ) ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## THIRD STIPULATION TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED and agreed by the parties, subject to Court Order, that the case scheduling order be extended as follows:

**Defendants to Identify Experts**            January 9, 2009

**Complete Mediation**                         January 31, 2009


/s/ A. Dale Bowers
A. Dale Bowers, Esq. (#3932)
Law Office of Joseph J. Rhoades
1225 King Street, 12th Floor
Wilmington, DE 19801
Attorney for Plaintiff

/s/ David A. White
David A. White, Esq. (#2644)
McCarter & English
P.O. Box 111
Wilmington, DE 19899
Attorney for Toll Bros., Inc.

/s/ Daniel P. Bennett                          /s/ William R. Stewart
Daniel P. Bennett, Esq. (#2842)                William R. Stewart, Esq. (#4980)
Mintzer Sarowtiz Zeris Ledva & Meyers          Reger Rizzo Kavulich & Darnall
1220 N. Market Street, Suite 300               1001 N. Jefferson Street, Suite 202
Wilmington, DE 19801                           Wilmington, DE 19801
Attorney for JD Framing Contractors, Inc.      Attorney for Delaware HVAC

SO ORDERED this __2__ day of _September_____, 2008.

_____
                              J.